UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SEDERIS FIELDS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  06-0538 (HHK) |
| | ) | |
| **MIKE JOHANNS, SECRETARY,** | ) | |
| **DEPARTMENT OF AGRICULTURE** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant

United States Attorney Kathleen Konopka as counsel for defendant in the above-captioned case.

Respectfully submitted,


 /s/
KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.
Washington, D.C.  20530
(202) 616-5309

Dated:  April 14, 2006