UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SEDERIS FIELDS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0538 (HHK) |
| | ) | |
| **MIKE JOHANNS, Secretary** | ) | |
| **U.S. Department of Agriculture,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S ANSWER**

Defendant, Mike Johanns, Secretary, United States Department of Agriculture ("USDA"), by and through the undersigned counsel, hereby answers the numbered paragraphs of the Plaintiff's Complaint by denying the allegations contained therein except as expressly admitted as follows:

1. This paragraph constitutes Plaintiff's characterization of the Court's jurisdiction over this action to which no response is required.

2. This paragraph constitutes Plaintiff's characterization of venue for this case to which no response is required.

3. Admit.

4. Admit.

5. Admit the first sentence of this paragraph. Defendant lacks sufficient knowledge regarding and therefore denies Plaintiff's allegations in the second sentence of this paragraph

6. Admit.

7. Admit the allegations in the first sentence only to the extent that Plaintiff had a second

interview with Mr. Doug Frago, Mr. John Chott, and Ms. Linda Treese.  Defendant admits that the second sentence correctly sets forth FSA Notice PM 2334 as effective October 1, 2003; however, the interview process relevant to Plaintiff's complaint occurred in July 2003, prior the effective date of this amendment.   Admit third sentence.  Defendant denies the remaining allegations in this paragraph.

8.   Defendant denies the allegations in the first sentence of this paragraph.  Defendant admits that Plaintiff performed certain administrative duties within the Farm Services Agency ("FSA"), and that she has received awards for her performance.  Defendant further admits that Mr. Nagel was hired in 1999 to work in the program area in the Office of the Deputy Administrator for Field Operations ("DAFO").  When another employee with whom Mr. Nagel worked closely left the office, Mr. Nagel assumed some of that former employees duties and volunteered for certain special projects.  Defendant either lacks knowledge or denies the allegations in sentences six through eleven.  Specifically, in regard to sentence eleven, Mr. Frago, not Mr. Chott, is the DAFO.  Mr. Frago would appoint Mr. Chott acting DAFO in his absence.  If Mr. Chott was away from the office, Mr. Frago would rotate the acting position among the staff. Defendant admits the allegations at to Mr. Spalding's progression from grade GS-11 to GS-13 on April 1, 2000.  Admit that the job announcement required applicants to have performed duties at the GS-13 level for one year.  Defendant denies all other allegations in this paragraph.

9.   Defendant denies the allegations in this paragraph except to admit that Plaintiff met with Mr. Frago and Mr. Chott on July 22, 2005, to discuss her non-selection and that Mr. Frago told Ms. Fields that she did not have enough administrative experience.

10. Defendant denies the allegations of this paragraph except to admit that Mr. Frago was

the selecting official for four GS- 13, 14, or 15 positions and Ms. Treese was the selecting

official for two such positions in 2003 and that the selectees for these positions were Caucasian.

Defendant admits that Plaintiff has exhausted her administrative remedies prior to filing suit.

11.  This paragraph provides Plaintiff's articulation of the text of Title VII to which no

response is necessary.

12.  This paragraph states a legal conclusion to which no response is necessary, but

Defendant does not dispute that it is subject to the provisions of Title VII.

13.  This paragraph states a legal conclusion to which no response is necessary.

14. Deny.

The remaining lettered paragraphs comprise Plaintiff's prayer for relief to which no

response is required.

WHEREFORE, having fully answered, Defendant respectfully requests that this Court

deny Plaintiff all relief requested and dismiss this action with prejudice.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
KATHLEEN KONOPKA, D.C. BAR #495257
Assistant United States Attorney

Of Counsel:
Neha Hewitt, Esq., U.S. Department of Agriculture

3

5