UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEDERIS FIELDS, )<br>    )<br>    Plaintiff, )<br>    )<br>v.    )<br>    )<br>MIKE JOHANNS, Secretary, )<br>U.S. Department of Agriculture, )<br>    )<br>    Defendant. )<br>_____ ) | Civil Action No. 06-0538 (HHK) |

## SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Report, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the parties shall complete discovery in the above-captioned case within 150 days following the exchange of initial disclosures;

FURTHER ORDERED that Initial Disclosures shall be exchanged within 30 days of the entry of this order;

FURTHER ORDERED that expert witness reports, if any, shall be exchanged in accordance with Federal Rule of Civil Procedure 26(a)(2);

FURTHER ORDERED that any dispositive motions shall be filed no later than 60 days after the close of discovery, oppositions shall be filed 30 days thereafter, and replies shall be filed within 14 days of the oppositions.

_____
UNITED STATES DISTRICT JUDGE