UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ | ) |
| SEDERIS FIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 06-0538 (HHK) |
| | ) |
| MIKE JOHANNS, | ) |
| Secretary of the United States | ) |
| Department of Agriculture, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of Judith

A. Kidwell, Assistant United States Attorney, as counsel of record for the defendant in the

above-captioned case and withdraw the appearance of Kathleen Konopka, Assistant United

States Attorney.

Respectfully submitted,


_____/s/_____
KATHLEEN KONOPKA, D.C. Bar #495257
Assistant United States Attorney
555 4th Street, N.W., Room E4412
Washington, D.C. 20530
(202) 616-5309


_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2006, I caused the foregoing to be

served by ECF on:

David A. Branch, Esq.
Law Offices of David A. Branch, P.C.
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C.  20009
dablaw@erols.com

_____
JUDITH A. KIDWELL
Assistant United States Attorney