UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SEDERIS FIELDS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-0538 (HHK) Status Conference April 17, 2007 |
| MIKE JOHANNS, Secretary of the United States Department of Agriculture, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION TO EXTEND TIME
TO COMPLETE DISCOVERY AND TO MODIFY SCHEDULING ORDER**

The Parties, through undersigned counsel, respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b), to extend the time to complete discovery in this case from February 3, 2007, up to and including March 12, 2007.  This is the first request for an extension of the discovery deadline in this case.  A Memorandum of Points and Authorities and proposed Order are attached hereto.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

      /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEDERIS FIELDS, )<br>)<br>      Plaintiff, )<br>)<br>   v. )<br>)<br>MIKE JOHANNS, )<br>Secretary of the United States )<br>Department of Agriculture, )<br>)<br>      Defendant. )<br>) | Civil Action No. 06-0538 (HHK)<br>Status Conference April 17, 2007 |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF JOINT MOTION TO EXTEND TIME FOR DISCOVERY
AND TO MODIFY SCHEDULING ORDER**

Pursuant to the Court's Scheduling Order of August 3, 2006, discovery in this case closes on February 3, 2007. However, the parties will be unable to complete the necessary discovery by that date because of unanticipated events and are, therefore, requesting that the Court extend the time in which to complete discovery.

The parties have exchanged initial disclosures and written discovery requests, although some responses are still outstanding.[1] However, at this time, no depositions have been taken in this case.

Defendant had noticed plaintiff's deposition for January 19, 2006. However, plaintiff's counsel is in trial, and he did not expect to be available in time for the deposition. Therefore, it was necessary to reschedule plaintiff's deposition. In addition, plaintiff's counsel anticipates that he will need to schedule several depositions of government witnesses, some of whom are retired

---

[1] It was necessary for the parties to seek a protective order from the Court in December, 2006, in order for defendant to respond to certain discovery requests from plaintiff.

and reside out of the Washington, D.C., metropolitan area.

Accordingly, the parties request that the Court extend the discovery period of time until March 12, 2006, and modify the existing briefing schedule to accommodate this extension of time.

### Conclusion

WHEREFORE, the parties respectfully request that this joint motion to extend the time to complete discovery and to modify the Court's Scheduling Order of August 3, 2006, be granted.

Respectfully submitted,

| | |
|---|---|
| _____ | _____ |
| DAVID A. BRANCH, ESQ. | JEFFREY A. TAYLOR, D.C. Bar #498610 |
| Law Offices of David Branch | UNITED STATES ATTORNEY |
| D.C. Bar #438764 | |
| 1825 Connecticut Avenue, N.W. | |
| Washington, D.C. 20009 | _____ |
| (202) 785-2805 | RUDOLPH CONTRERAS, D.C. Bar #434122 |
| | Assistant United States Attorney |
| Attorney for Plaintiff | |
| | _____ |
| | JUDITH A. KIDWELL |
| | Assistant United States Attorney |
| | 555 4th Street, N.W.-Room E4905 |
| | Washington, D.C. 20530 |
| | (202) 514-7250 |
| | |
| | Attorneys for Defendant |

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEDERIS FIELDS,

        Plaintiff,

        v.                          Civil Action No. 06-0538 (HHK)
                                 Status Conference April 17, 2007

MIKE JOHANNS,
Secretary of the United States
Department of Agriculture,

        Defendant.

## **ORDER**

Upon consideration of the Parties' Joint Motion to Extend Time to Complete Discovery and Modify the Court's Scheduling Order herein, and it appearing that good cause has been shown, it is hereby

ORDERED that the parties' joint motion is granted; and it is

FURTHER ORDERED, that the scheduling order in this case will be modified as follows:

Discovery to be completed by **March 12, 2007**;

Dispositive Motions shall be filed no later than **May 11, 2007**;

Oppositions shall be filed by **June 11, 2006**; and

Replies shall be filed by **June 25, 2007**.

Dated this _____ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE