**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

Civil Division

| | |
|---|---|
| **SEDERIS FIELDS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MIKE JOHANNS, SECRETARY, U.S.** )<br>**DEPARTMENT OF AGRICULTURE,** )<br>)<br>**Defendant.** )<br>) | Civil Action No.: 06-0538 (HHK) |

**Plaintiff's Motion for Thirty Day Extension of Discovery**

Comes now the Plaintiff, by and through counsel, and files this motion for a thirty day extension of discovery, and in support thereof, states as follows.

This is an employment discrimination (race and gender) case based on non-selection for promotion for a GS-14 administrative series position. Two administrative series positions were awarded to white males. Discovery in this matter closes on March 12, 2007. The parties have exchanged written discovery, and two depositions have taken place. Plaintiff is scheduled to take the depositions of four agency witnesses on March 12 and 13, because the witnesses were not available at the time originally requested, and due to travel and scheduling conflicts, these were the first dates the witnesses and counsel were available. Defendant has indicated it wants to schedule Plaintiff for a second day of deposition testimony beginning the week of March 23, which Plaintiff does not object. Defendant has suggested that the parties request an extension of discovery through March

30, 2007 (18 days). Plaintiff seeks a 30 day extension of discovery, and Defendant's counsel objects to a 30 day extension.

As noted this matter involves a promotion claim. Plaintiff learned at a deposition on March 6, 2007 that the Agency did not interview one white male selectee separately for the positions which Plaintiff contends were awarded in a discriminatory manner. The white male was given one interview, and asked specifically how he was qualified for a particular position, and the Agency considered him for two positions in two different series-- an administrative series position and a program specialist position—based on this single interview. In addition, although the Agency represented in responses to written discovery that it rated and ranked the white male selectee for the position sought by the Plaintiff, the Agency did not rank the white male selectee on the GS-14 administrative series scoring summary. The Agency only ranked the white male selectee on the program specialist scoring summary, and failed to select him for that position even though he had the highest score, which allowed the Agency to fill three GS-14 positions with Caucasians. Plaintiff anticipates needing additional written discovery and possibly other depositions, and requests a 30 day extension of discovery. Defendant does not consent to this motion.

        Respectfully submitted,

By: _____/s/_____
    David A. Branch #438764
    Law Offices of David A. Branch, P.C.
    1825 Connecticut Avenue, NW #690
    Washington, D.C. 20009
    (202) 785-2805
    Attorney for Plaintiff

**Certificate of Service**

I hereby certify this 7th day of March 2007, that a copy of the foregoing Motion for Thirty Day Extension of Discovery was sent electronically to counsel for Defendant, Judith Kidwell, AUSA, 555 4th Street, NW, Washington, DC 20530.

_____/s/_____
David A. Branch