UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEDERIS FIELDS,<br><br>      Plaintiff,<br><br>      v.<br><br>MIKE JOHANNS,<br>Secretary of the United States<br>Department of Agriculture,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-0538 (HHK)<br>)   Status Conference April 17, 2007<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF DEFENDANT'S INTENT TO FILE OPPOSITION

Defendant, Mike Johanns, Secretary, United States Department of Agriculture, respectfully notifies the Court that Defendant intends to file a written opposition to Plaintiff's motion for a 30-day extension of discovery, within the time provided by the rules of this Court.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

CERTIFICATION

      I hereby certify that on March 7, 2007, a copies of the foregoing Notice of Defendant's Intent to File Opposition was sent by facsimile and through the Court's ECF system to David A. Branch, Counsel for Plaintiff.


      /s/_____
      JUDITH A. KIDWELL
      Assistant U.S. Attorney