# EXHIBIT A



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 3, 2007

VIA FACSIMILE

David A. Branch, Esq.
Law Offices of David A. Branch
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009

Re: Fields v. Johanns (Civil Action No. 06-538)

Dear Mr. Branch:

We have tried to reach you several times by telephone to discuss convenient dates for a deposition of your client, but you may have been gone for the holidays. Because discovery will close the first part of February, we have attached a Notice of Deposition for January 19, 2007. However, we will be glad to reschedule the deposition if that date proves inconvenient for you.

Also attached is a copy of Defendant's First Set of Discovery Requests. Copies of both this and the Notice of Deposition will be mailed to you. Finally, as previously advised, we are ready to provide our additional responses to your discovery requests, now that a protective order is in place.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By: _____
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Rm. E4905
Washington, D.C. 20530
(202) 514-7250

Attachments