# EXHIBIT B

### Kidwell, Judith A. (USADC)

**From:** dablaw [dablaw@erols.com]
**Sent:** Friday, January 19, 2007 5:49 PM
**To:** Kidwell, Judith A. (USADC)
**Subject:** Re: Fields

OK to sign and file. DAB

> ----- Original Message -----
> **From:** Kidwell, Judith A. (USADC)
> **To:** dablaw
> **Sent:** Friday, January 19, 2007 10:09 AM
> **Subject:** Fields
>
> Please review and let me know if it is ok to file.
>
> Also, when you have time, please call me so we can look at some dates for the depositions that you want to take. I will have the agency start locating/contacting the retired individuals to make sure that they will be available.
>
> Thanks,
>
> Judith Kidwell
>
> <<ConsentEXTDIScovery.wpd>>

2/23/2007