# EXHIBIT C



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 23, 2007

<u>SENT VIA ELECTRONIC MAIL</u>

David A. Branch, Esq.
Law Offices of David A. Branch
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009

    Re: <u>Fields v. Johanns</u> (Civil Action No. 06-538)

Dear Mr. Branch:

    As you know, the Court has granted our joint motion to modify the scheduling order in this case. Discovery will now close on March 12, 2007. We want to confirm that your client's deposition has been rescheduled for February 14, 2007, at our offices at 501 Third Street, N.W., beginning at 10:00 a.m.

    Also, please contact the undersigned counsel to discuss possible dates for the witnesses you plan to depose. As we have previously indicated, some of the individuals with information regarding your client's allegations have retired from the agency and no longer reside in this area.

    Sincerely,

    JEFFREY A. TAYLOR
    United States Attorney

By:  /s/
    JUDITH A. KIDWELL
    Assistant United States Attorney
    555 Fourth Street, N.W.- Rm. E4905
    Washington, D.C. 20530
    (202) 514-7250