EXHIBIT D

## Kidwell, Judith A. (USADC)

| | |
|---|---|
| **From:** | Kidwell, Judith A. (USADC) |
| **Sent:** | Monday, February 12, 2007 4:31 PM |
| **To:** | 'dablaw' |
| **Subject:** | RE: Fields v. Johanns |

Thank you. I have received information that Mr. Spalding is available on the 12th of March.

Judith A. Kidwell

---

**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Monday, February 12, 2007 3:50 PM
**To:** Kidwell, Judith A. (USADC)
**Subject:** Re: Fields v. Johanns

The change in Ms. Fields depo date acknowledged. WE are finalizing the discovery responses and copying the documents. We wil send them to you within a day or so. DAB.

> ──── Original Message ────
> **From:** Kidwell, Judith A. (USADC)
> **To:** dablaw
> **Sent:** Monday, February 12, 2007 12:08 PM
> **Subject:** Fields v. Johanns
>
> This is a follow-up to our discussions this morning.
>
> Your client's deposition will be rescheduled for 2/22/07 starting at 10:00 a.m. at our office due to the potential bad weather this Wed. the 14th.
>
> We do not oppose either an extension of the discovery period or the 2 additional depositions that you would like to take. We would like for you to file a consent motion with the court addressing both issues. You did not indicate the identity of the 7th individual that you want to depose. Please let me know if we need to check that person's schedule.
>
> We may want to have the discovery period extend until March 23rd or 30th just to make sure we have enough time for everything so that we do not have to go back to the court for a third time.
>
> We have heard back from two individuals.
>
> Treese and Ramirez are available on March 6th. Ramirez will not be available until after 3:00 p.m. eastern standard time. He is in New Mexico and he wondered whether a telephone deposition would be possible. Please let me know. I assume that you will be forwarding deposition notices to us after we get the dates and times worked out.
>
> We are continuing our attempts to reach the other individuals you want to depose and will get back to you asap.
>
>
> As a final matter, could you let me know when we will receive the responses to our discovery requests?
>
> Thank you,