# EXHIBIT E

## Kidwell, Judith A. (USADC)

| | |
|---|---|
| **From:** | dablaw [dablaw@erols.com] |
| **Sent:** | Monday, February 19, 2007 1:49 PM |
| **To:** | Kidwell, Judith A. (USADC) |
| **Subject:** | Fields Discovery Responses |
| **Attachments:** | Fieldsdiscoveryresp.doc |

Judith:
Attached please find the Answers to Interrogatories. If you are in the office today, send me an email and I will have the documents delivered. Otherwise, I will have them delivered tomorrow. DAB.

3/7/2007