# EXHIBIT F

## Kidwell, Judith A. (USADC)

**From:** Kidwell, Judith A. (USADC)
**Sent:** Tuesday, February 20, 2007 10:18 AM
**To:** 'dablaw'
**Subject:** RE: Fields Discovery Responses

When will I be receiving the documents?

---

**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Monday, February 19, 2007 1:49 PM
**To:** Kidwell, Judith A. (USADC)
**Subject:** Fields Discovery Responses

Judith:
Attached please find the Answers to Interrogatories. If you are in the office today, send me an email and I will have the documents delivered. Otherwise, I will have them delivered tomorrow. DAB.

3/7/2007

## Kidwell, Judith A. (USADC)

**From:** Kidwell, Judith A. (USADC)
**Sent:** Tuesday, February 20, 2007 1:25 PM
**To:** 'dablaw'
**Subject:** RE: Fields Discovery Responses

I have not yet received the documents in response to our discovery requests.

Judith Kidwell

---

**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Monday, February 19, 2007 1:49 PM
**To:** Kidwell, Judith A. (USADC)
**Subject:** Fields Discovery Responses

Judith:
Attached please find the Answers to Interrogatories. If you are in the office today, send me an email and I will have the documents delivered. Otherwise, I will have them delivered tomorrow. DAB.

3/7/2007

## Kidwell, Judith A. (USADC)

**From:** Kidwell, Judith A. (USADC)
**Sent:** Tuesday, February 20, 2007 1:25 PM
**To:** 'dablaw'
**Subject:** RE: Fields Discovery Responses

I have not yet received the documents in response to our discovery requests.

Judith Kidwell

---

**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Monday, February 19, 2007 1:49 PM
**To:** Kidwell, Judith A. (USADC)
**Subject:** Fields Discovery Responses

Judith:
Attached please find the Answers to Interrogatories. If you are in the office today, send me an email and I will have the documents delivered. Otherwise, I will have them delivered tomorrow. DAB.

### Kidwell, Judith A. (USADC)

**From:** Kidwell, Judith A. (USADC)
**Sent:** Tuesday, February 20, 2007 9:59 AM
**To:** 'dablaw'
**Subject:** RE: Fields Discovery Responses

David,

I had a meeting with my Deputy on this case on Friday. The discovery period will end unless the consent motion is filed. Are you going to file it today? Also, you need to decide on the dates for the other depositions. My Deputy is concerned that this matter is dragging on with no real end in sight.

Judith Kidwell

---

**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Monday, February 19, 2007 1:49 PM
**To:** Kidwell, Judith A. (USADC)
**Subject:** Fields Discovery Responses

Judith:
Attached please find the Answers to Interrogatories. If you are in the office today, send me an email and I will have the documents delivered. Otherwise, I will have them delivered tomorrow. DAB.

2/23/2007