# EXHIBIT G



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 21, 2007

**SENT VIA ELECTRONIC MAIL**

David A. Branch, Esq.
Law Offices of David Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009

    Re:  Fields v. Johanns (Civil Action No. 06-0538 (HHK))

Dear Mr. Branch:

    We still have not received the documents in response to our discovery requests. This is to advise you that although we will begin the deposition of your client tomorrow at 10:00 a.m., we may want to adjourn and continue the deposition on another day. This continuance will give us the necessary time to receive and review the documents before completing your client's deposition.

    Please call us if you have any questions in regard to this matter.

    Sincerely,

    JEFFREY A. TAYLOR
    United States Attorney

By: /s/
    JUDITH A. KIDWELL
    Assistant United States Attorney
    555 Fourth Street, N.W.- Rm. E4905
    Washington, D.C. 20530
    (202) 514-7250