# EXHIBIT H

# Kidwell, Judith A. (USADC)

| | |
|---|---|
| **From:** | dablaw@imap.mail.rcn.net |
| **Sent:** | Wednesday, February 28, 2007 9:48 AM |
| **To:** | Kidwell, Judith A. (USADC) |
| **Subject:** | RE: Continuance of Ms. Fields Deposition |

If you feel that the motion must be filed this week, feel free to file a consent motion to extend discovery through the end of the month and explain the depositions that are already scheduled over the next few weeks, otherwise it will have to wait until I return. I don't think the judge is going to have an issue with extending discovery as long as the parties are working to complete discovery.  DAB

Original Message:
-----------------
From: Kidwell, Judith A. \(USADC\) Judith.A.Kidwell@usdoj.gov
Date: Mon, 26 Feb 2007 11:40:29 -0500
To: dablaw@erols.com
Subject: RE: Continuance of Ms. Fields Deposition


Yes, when you return there will be six days left to the close of discovery.  As I have advised you, we have a mandatory training on two of those days, and you have depositions scheduled on two of those days.
You also have indicated that you want depositions scheduled beyond the close of discovery and more than likely, we will have to complete your client's deposition after the 12th.

The motion needs to be filed this week.  As we advised you in earlier messages, discovery will close on the 12th.  We are not waiting until the last minute on this.  Judge Kennedy's scheduling order makes it very clear that he may not grant extensions even if the parties are in agreement.

Judith Kidwell
Assistant U.S. Attorney

---

From: dablaw [mailto:dablaw@erols.com]
Sent: Friday, February 23, 2007 9:37 PM
To: Kidwell, Judith A. (USADC)
Subject: Re: Continuance of Ms. Fields Deposition


Discovery does not end until 3/12.  I will be on travel next week.  I will let you know when she will be available when I return to the office. DAB.

    ----- Original Message -----
    From: Kidwell, Judith A. (USADC) <mailto:Judith.A.Kidwell@usdoj.gov>
    To: dablaw <mailto:dablaw@erols.com>
    Cc: HEWITT, NEHA <mailto:NEHA.HEWITT@OGC.USDA.GOV>
    Sent: Friday, February 23, 2007 9:52 AM
    Subject: Continuance of Ms. Fields Deposition


    We assume that you will be filing the consent motion to extend discovery as agreed.  As we proposed, we think that the new date should now be until March 30, 2007. If you do not plan to file the motion, please let us know by cob today.

    We are looking at the following dates to complete your client's deposition:

1

March 23, 26, 27, 28, or 29

    Please let us know which dates are convenient for you and Ms. Fields.


    Judith A. Kidwell
    Assistant U.S. Attorney


---

mail2web LIVE – Free email based on Microsoft® Exchange technology - http://link.mail2web.com/LIVE

2