# EXHIBIT I

**Kidwell, Judith A. (USADC)**

**From:** dablaw [dablaw@erols.com]
**Sent:** Friday, February 23, 2007 9:37 PM
**To:** Kidwell, Judith A. (USADC)
**Subject:** Re: Continuance of Ms. Fields Deposition

Discovery does not end until 3/12. I will be on travel next week. I will let you know when she will be available when I return to the office. DAB.

----- Original Message -----
From: Kidwell, Judith A. (USADC)
To: dablaw
Cc: HEWITT, NEHA
Sent: Friday, February 23, 2007 9:52 AM
Subject: Continuance of Ms. Fields Deposition

We assume that you will be filing the consent motion to extend discovery as agreed. As we proposed, we think that the new date should now be until March 30, 2007. If you do not plan to file the motion, please let us know by cob today.

We are looking at the following dates to complete your client's deposition:

March 23, 26, 27, 28, or 29

Please let us know which dates are convenient for you and Ms. Fields.

Judith A. Kidwell
Assistant U.S. Attorney

3/15/2007

## Kidwell, Judith A. (USADC)

**From:** Kidwell, Judith A. (USADC)
**Sent:** Monday, March 05, 2007 12:04 PM
**To:** 'dablaw'
**Subject:** RE: Trese Deposition Notice

You agreed to file the motion and I think you should do so. You may consider it routine, but Judge Kennedy does not.

Judith A. Kidwell

---

**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Monday, March 05, 2007 11:57 AM
**To:** Kidwell, Judith A. (USADC)
**Subject:** Re: Trese Deposition Notice

We just received the boxes. I will file the motion one day this week. I have more pressing deadlines than a routine motion to extend discovery. If you want to prepare the motion, I will be happy to sign off on it. DAB.

----- Original Message -----
**From:** Kidwell, Judith A. (USADC)
**To:** dablaw
**Sent:** Monday, March 05, 2007 11:55 AM
**Subject:** RE: Trese Deposition Notice

I sent out two boxes by Federal Express on Friday. Are you going to file the motion to extend discovery?

Judith A. Kidwell
Assistant U.S. Attorney

---

**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Monday, March 05, 2007 11:38 AM
**To:** Kidwell, Judith A. (USADC)
**Subject:** Trese Deposition Notice

Judith:
Attached please find the deposition notice for Linda Trese. Please advise immediately if you are sending over the copies of the documents, or when we can have some come over and retrieve the documents for copying. DAB

3/7/2007