EXHIBIT J

**Kidwell, Judith A. (USADC)**

| | |
|---|---|
| **From:** | dablaw [dablaw@erols.com] |
| **Sent:** | Wednesday, March 07, 2007 2:31 PM |
| **To:** | Kidwell, Judith A. (USADC) |
| **Subject:** | Re: Fields v. Johanns |

I intend to ask the court for an additional 30 days to complete discovery.
Please advise if you consent.   DAB.
----- Original Message -----
From: "Kidwell, Judith A. (USADC)" <Judith.A.Kidwell@usdoj.gov>
To: "dablaw" <dablaw@erols.com>
Sent: Wednesday, March 07, 2007 2:18 PM
Subject: RE: Fields v. Johanns


It has been faxed.

-----Original Message-----
From: dablaw [mailto:dablaw@erols.com]
Sent: Wednesday, March 07, 2007 2:08 PM
To: Kidwell, Judith A. (USADC)
Subject: Re: Fields v. Johanns

Judith:
My system says your letter is corrupt, so please fax it to me at
202.785.0289.   DAB
----- Original Message -----
From: "Kidwell, Judith A. (USADC)" <Judith.A.Kidwell@usdoj.gov>
To: "dablaw" <dablaw@erols.com>
Sent: Wednesday, March 07, 2007 1:47 PM
Subject: Fields v. Johanns

1