# EXHIBIT K

Case 1:06-cv-00538-HHK    Document 12-12    Filed 03/19/2007    Page 1 of 2



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

October 17, 2006

BY FAX
David A. Branch, Esq.
1825 Connecticut Avenue, N.W.
Suite 690
Washington, DC 20009

       RE: Fields v. Johanns, 06-0538

Dear David:

    Pursuant to the Scheduling Order imposed by the Court in this case, Initial Disclosures were due on September 5, 2006. In compliance with this Order, Defendant mailed his Disclosures to you on that date. This document fully complied with Federal Rule of Civil Procedure 26(a)(1) by providing a list of witnesses and documents and including each witness' relevance and basis of knowledge.

    As of this date, Defendant has not received Plaintiff's Disclosures. On September 21, 2006, I sent an email to you requesting that you comply with your obligations under the Court's Order in this respect. I received no response. I am renewing Defendant's request for Initial Disclosures that comply with Rule 26(a)(1). Please consider this letter my attempt to confer pursuant to Federal Rule of Civil Procedure 37(a)(2)(A). If I do not receive proper Disclosures from you by October 25, 2006, I reserve Defendant's right to move to compel such disclosure and for appropriate sanctions.

                                            Sincerely,

                                            Kathleen Konopka
                                            Assistant United States Attorney