# EXHIBIT M

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| SEDERIS FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0538 (HHK) |
| ) | |
| MIKE JOHANNS, SECRETARY, U.S. ) | |
| DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DEPOSITION

Please take notice that the Plaintiff will take the deposition of the person identified below at date, time and location indicated below:

Name of Witness:    Ken Nagel

Date of Deposition:    March 12, 2007

Time of Deposition:    10:00 a.m.

Location:    Law Offices of David A. Branch
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009
202.785.2805

The deposition will be taken for the purposes of discovery and/or use as evidence in the above captioned matter before a Notary Public or person duly authorized to administer oaths. The deposition will last day-to-day until completed. The witness identified above is hereby notified to personally appear and attend at the time and place specified for the purpose of having his deposition taken in accordance with this Notice.

Respectfully submitted

By: _____/s/_____
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
(202) 785-2805

**Certificate of Service**

I hereby certify this 7th day of March 2007, that a copy of the foregoing Notice of Deposition was faxed to counsel listed below:

Judith Kidwell
United States Attorney's Office
555 4th Street, NW, Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

_____/s/_____
David A. Branch

2

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| SEDERIS FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0538 (HHK) |
| ) | |
| MIKE JOHANNS, SECRETARY, U.S. ) | |
| DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION

Please take notice that the Plaintiff will take the deposition of the person identified below at date, time and location indicated below:

| | |
|---|---|
| Name of Witness: | **Patrick Spalding** |
| Date of Deposition: | **March 12, 2007** |
| Time of Deposition: | **12:0 0 p.m.** |
| Location: | Law Offices of David A. Branch |
| | 1825 Connecticut Avenue, N.W. |
| | Suite 690 |
| | Washington, D.C. 20009 |
| | 202.785.2805 |

The deposition will be taken for the purposes of discovery and/or use as evidence in the above captioned matter before a Notary Public or person duly authorized to administer oaths. The deposition will last day-to-day until completed. The witness identified above is hereby notified to personally appear and attend at the time and place specified for the purpose of having his deposition taken in accordance with this Notice.

                    Respectfully submitted

By: _____/s/_____
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
(202) 785-2805

### Certificate of Service

    I hereby certify this 7th day of March 2007, that a copy of the foregoing Notice of Deposition was faxed to counsel listed below:

Judith Kidwell
United States Attorney's Office
555 4th Street, NW, Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

_____/s/_____
David A. Branch

2

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| SEDERIS FIELDS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 06-0538 (HHK) |
| MIKE JOHANNS, SECRETARY, U.S. DEPARTMENT OF AGRICULTURE, | ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION

Please take notice that the Plaintiff will take the deposition of the person identified below at date, time and location indicated below:

| | |
|---|---|
| Name of Witness: | **Doug Fraqo** |
| Date of Deposition: | **March 12, 2007** |
| Time of Deposition: | **2:0 0 p.m.** |
| Location: | Law Offices of David A. Branch<br>1825 Connecticut Avenue, N.W.<br>Suite 690<br>Washington, D.C. 20009<br>202.785.2805 |

The deposition will be taken for the purposes of discovery and/or use as evidence in the above captioned matter before a Notary Public or person duly authorized to administer oaths. The deposition will last day-to-day until completed. The witness identified above is hereby notified to personally appear and attend at the time and place specified for the purpose of having his deposition taken in accordance with this Notice.

                Respectfully submitted

By:    _____/s/_____
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
(202) 785-2805

### Certificate of Service

I hereby certify this 7th day of March 2007, that a copy of the foregoing Notice of Deposition was faxed to counsel listed below:

Judith Kidwell
United States Attorney's Office
555 4th Street, NW, Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

_____/s/_____
David A. Branch

2

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| SEDERIS FIELDS, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, SECRETARY, U.S. )<br>DEPARTMENT OF AGRICULTURE, )<br>)<br>      Defendant. )<br>_____) | Civil Action No.: 06-0538 (HHK) |

### NOTICE OF DEPOSITION

Please take notice that the Plaintiff will take the deposition of the person identified below at date, time and location indicated below:

Name of Witness:    **John Chott**

Date of Deposition:    **March 13, 2007**

Time of Deposition:    **10:0 0 a.m.**

Location:    **Law Offices of David A. Branch
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009
202.785.2805**

The deposition will be taken for the purposes of discovery and/or use as evidence in the above captioned matter before a Notary Public or person duly authorized to administer oaths. The deposition will last day-to-day until completed. The witness identified above is hereby notified to personally appear and attend at the time and place specified for the purpose of having his deposition taken in accordance with this Notice.

                      Respectfully submitted

By:        /s/
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
(202) 785-2805

### Certificate of Service

I hereby certify this 7th day of March 2007, that a copy of the foregoing Notice of Deposition was faxed to counsel listed below:

Judith Kidwell
United States Attorney's Office
555 4th Street, NW, Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

                      /s/
                David A. Branch