EXHIBIT N

## Kidwell, Judith A. (USADC)

**From:** Kidwell, Judith A. (USADC)
**Sent:** Monday, February 26, 2007 11:40 AM
**To:** 'dablaw'
**Subject:** RE: Continuance of Ms. Fields Deposition

Yes, when you return there will be six days left to the close of discovery. As I have advised you, we have a mandatory training on two of those days, and you have depositions scheduled on two of those days. You also have indicated that you want depositions scheduled beyond the close of discovery and more than likely, we will have to complete your client's deposition after the 12th.

The motion needs to be filed this week. As we advised you in earlier messages, discovery will close on the 12th. We are not waiting until the last minute on this. Judge Kennedy's scheduling order makes it very clear that he may not grant extensions even if the parties are in agreement.

Judith Kidwell
Assistant U.S. Attorney

---

**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Friday, February 23, 2007 9:37 PM
**To:** Kidwell, Judith A. (USADC)
**Subject:** Re: Continuance of Ms. Fields Deposition

Discovery does not end until 3/12. I will be on travel next week. I will let you know when she will be available when I return to the office. DAB.

> ----- Original Message -----
> **From:** Kidwell, Judith A. (USADC)
> **To:** dablaw
> **Cc:** HEWITT, NEHA
> **Sent:** Friday, February 23, 2007 9:52 AM
> **Subject:** Continuance of Ms. Fields Deposition
>
> We assume that you will be filing the consent motion to extend discovery as agreed. As we proposed, we think that the new date should now be until March 30, 2007. If you do not plan to file the motion, please let us know by cob today.
>
> We are looking at the following dates to complete your client's deposition:
>
> March 23, 26, 27, 28, or 29
>
> Please let us know which dates are convenient for you and Ms. Fields.
>
> Judith A. Kidwell
> Assistant U.S. Attorney

3/7/2007



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 7, 2007

**SENT VIA FACSIMILE AND BY ELECTRONIC MAIL**

David A. Branch, Esq.
Law Offices of David A. Branch
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009

    Re: Fields v. Johanns (Civil Action No. 06-538)

Dear Mr. Branch:

    This is to confirm our understanding of the status of this matter. First, pursuant to Judge Kennedy's latest order, discovery will end on March 12, 2007. Although several weeks ago, we did not oppose an extension of the discovery schedule, that was with the understanding that you would be filing a consent motion with the Court. Despite several e-mails reminding you on this matter, you not only have failed to live up to your agreement, but appear to take the position that it is not important.

    In addition, although you have asked us to commit to several dates for depositions, some of which are beyond March 12, 2007, you have failed to provide the required Notices of Deposition or obtain an Order from the Court extending the discovery time period.

    At this time, our position is that discovery ends on March 12, 2007, unless an Order is obtained from the Court. Moreover, one of the individuals that you have indicated that you want to depose is retired and lives out of town. This person is being made available for deposition. However, plaintiff will be responsible for the costs of his travel.

    Finally, we would like to reach an agreement with respect to questions in any future depositions regarding new complaints that Ms. Fields may have filed with the Department. If an agreement cannot be reached, we may seek a protective order from the Court.

Please feel free to contact the undersigned Assistant U.S. Attorney to discuss any of these matters.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By: _____
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Rm. E4905
Washington, D.C. 20530
(202) 514-7250



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 7, 2007

**SENT VIA FACSIMILE**

David A. Branch, Esq.
Law Offices of David A. Branch
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009

    Re: <u>Fields v. Johanns</u> (Civil Action No. 06-538)

Dear Mr. Branch:

    We are in receipt of your Notices of Deposition, one of which notices a deposition for March 13, 2007. As we indicated in our earlier letter, discovery will close on March 12, 2007, without an order from the Court. We suggest you seek such an order so that you do not incur unwarranted costs.

    Additionally, you have not responded to our inquires regarding the payment of Mr. Frago's travel expenses, nor have you responded to our question of whether you will agree to not ask questions regarding Ms. Fields latest complaint. We must have an answer to these inquires before March 12, 2007.

                         Sincerely,

                          JEFFREY A. TAYLOR
                          United States Attorney

By: _____
                          JUDITH A. KIDWELL
                          Assistant United States Attorney
                          555 Fourth Street, N.W.- Rm. E4905
                          Washington, D.C. 20530
                          (202) 514-7250