# EXHIBIT O

# WITNESS AFFIDAVIT

I, (name) __Salomon E. Ramirez__

am an __(employee)__ of ___ applicant to ___ former employee of ___ the:

(Agency) __Farm Service Agency__

(Office) __Office of the Deputy Administrator for__

(Division) __Farm Programs__

(Branch) _____

Located in (city and state) __Washington, DC__

In the capacity of (show both your organization title and the classification of your job, if different):

__Assistant to the Deputy Administrator for Farm Pro[grams]__

Grade __15__ between (date) __5/2/04__ and (date) __currently__

My telephone number during working hours is: __202-690-0902__

I HAVE BEEN ADVISED OF THE FOLLOWING:

I am required by Federal regulations and Department of Agriculture policy to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation into a complaint of discrimination against the Department of Agriculture. I must provide a statement for the investigative report which is true and complete to the best of my knowledge and which discloses all of my firsthand knowledge having a bearing on the merits of the complaint. My statement is provided under oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulations and Department of Agriculture policy. This means that any employee(s) whom I accuse of discrimination or other acts of impropriety may be shown relevant portions of my affidavit and be provided an opportunity to respond for the record. In addition, the complainant and the appropriate Departmental officials involved in the

1
72

Initials

The following information was taken during an in-person interview in Mr. Ramirez's office on Wednesday, July 28, 2004.

1. Please state and spell your name for the record.
Answer: Salomon E. Ramirez.

2. What is your current position and location? Please describe your duties.

Answer: I am the Assistant to the Deputy Administrator for Farm Programs. I assist the Deputy Administrator with program policy and procedure in implementing farm programs.

3. What is your current grade and step?
Answer: GS-15 step 3.

4. How long have you worked for the Farm Service Agency?

Answer: I have worked for the Farm Service Agency for 29 years. I have been in my current position since May of 2003.

5. What is your race?
Answer: Hispanic.

6. What is your sex?
Answer: Male.

7. What is your relationship to the complainant?

Answer: I have seen her in the building. I know who she is, but I do not work directly with her.

8. The issue accepted for investigation is as follows:

*Whether the complainant was discriminated against based on her race (black) and sex (female) when she was not selected for a GS-14 Administrative Management Specialist Position on July 21, 2003. (Two individuals were selected.)*

Were you involved in this selection decision? How were you involved?

74 / 3

Initials

Answer: I was on the interview panel and not involved in the selection decision.

9. How did you conduct the interviews?

Answer: We had a series of questions that we asked each candidate interviewed. We were selecting for different positions at the same time -- two administrative positions and a program area position. The same questions were used for both the administrative and program positions. One or two of the questions only applied to the program or administrative area. If someone had not applied for that position, they were not asked that specific question. There were several candidates who applied for both positions and so we did it that way instead of having them go through two separate interviews. This meant that each person who applied for the administrative position was asked all of the questions for that position. If that individual also applied for the program area position, they were also asked the question(s) that related to the program position. Doug would explain this at the beginning of the interview.

10. How many individuals were interviewed?

Answer: I don't recall. I know there were quite a few. We interviewed on two or three different days.

11. How were the interviewees scored?

Answer: We would score each applicant individually during the interview based on their responses. We also looked at their applications in scoring. Then, after we had our results, we came up with a consensus with those that ranked high and those names were submitted to Doug Frago. I was not a part of a second interview.

12. How did the complainant do in her interview?

Answer: All of the candidates did well. I don't recall how she did specifically.

13. Did you rate the Complainant lower than the individual selected? Please explain why.

Answer: I don't recall how she rated.

4
75


Initials

14. Did you find it unusual that Doug Frago would sit on the panel and also be the selecting official?

Answer: No. Doug Frago, John Chott, and I conducted the interviews. It was not unusual to me to have Doug Frago sit in on the interviews and be the selecting official.

15. Are you familiar with the complainant's work? Was that a consideration or were the decisions made based solely on the interviews?

Answer: I am not familiar with her work performance. We do not work in the same area. We considered each applicant's application, resume material, and their responses during the interview.

16. The complainant alleges that she did not receive this position because she is black. Please respond.

Answer: I do not feel that race had anything to do with not being selected. The race of the candidates was not considered during our discussions of the interviewees.

17. The complainant also alleges that she did not receive this position because she is female. Can you please respond.

Answer: Sex was not a consideration in our interviews. We discussed the candidate's responses to the interview questions; sex was not a factor in our recommendations.

18. Do you have anything further you would like to add regarding Ms. Fields' complaint?
Answer: No, nothing further.

5
76


Initials

I have reviewed this statement, which consists of 6 pages, and hereby solemnly swear ____ affirm ____ that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_____          _____
(Signature of Affiant)                                    (Date) August 4, 2004

Received by me
~~Signed before~~ me at (Street and City): _____

on this 7th day of _____August_____, 2004

_____
(Signature of Investigator/Witness)

6
77

Initials