## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEDERIS FIELDS,**<br><br>       **Plaintiff,**<br><br>       **v.**<br><br>**MIKE JOHANNS, Secretary**<br>**U.S. Department of Agriculture,**<br><br>       **Defendant.** | **Civil Action 06-00538**<br>**(HHK)** |

### ORDER EXTENDING DISCOVERY DEADLINE

Before the court is plaintiff's motion for a thirty-day extension of discovery. Upon consideration of the motion and the opposition thereto, the court determines that a two-week extension of the discovery period is warranted, for the limited purpose of conducting depositions of one agency representative and of plaintiff. Accordingly, it is this 6th day of April, 2007, hereby

**ORDERED** that the discovery deadline is extended for these aforementioned limited purposes until April 20, 2007.

Henry H. Kennedy, Jr.
United States District Judge