**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

Civil Division

| | |
|---|---|
| SEDERIS FIELDS,           )<br>                                            )<br>          Plaintiff,              )<br>                                            )<br>  v.                                    )<br>                                            )<br>MIKE JOHANNS, SECRETARY, U.S.  )<br>DEPARTMENT OF AGRICULTURE,    )<br>                                            )<br>          Defendant.          )<br>_____) | Civil Action No.: 06-0538 (HHK) |

**Plaintiff's Motion for Extension of Discovery**

Comes now the Plaintiff, by and through counsel, and files this motion for this motion for extension of discovery, and in support thereof, states as follows.

On April 6, 2007, the court extended discovery for two weeks through April 20, 2007. Counsel is filing this motion because it will be impossible to complete the discovery permitted by the court in two weeks. Counsel requests an extension through May 4, 2007. Plaintiff's counsel was on travel on April 9 for the holiday and did not return to the office until April 10, 2007. Counsel has an employment discrimination trial for at least a week, and perhaps longer scheduled in the D.C. Superior Court before Judge Alprin beginning on April 16, 2007. In addition, counsel has other court commitments and trial and witness preparation scheduled for the week of April 10, 2007. Counsel explained this to Defendant's counsel and the need to file this motion. The attorneys tentatively discussed scheduling the additional depositions for the weeks of April 23 and April 30, 2007. Defendant's counsel initially consented to this motion. She later

withdrew her consent after she proposed a modification of the scheduling order and that a briefing schedule with dates she selected for a dispositive motion, opposition and reply be included in this motion. Plaintiff's counsel explained that could he not agree to the proposed dates and indicated that he was not aware of the deadline for the Defendant to file a dispositive motion and suggested that Defendant's counsel file a motion with the court seeking the specific relief she was requesting in light of the scheduling order in the case. Defendant's counsel thereafter indicated she could not consent to the motion for extension, and served a notice of deposition for April 17, 2007, a date Defendant counsel knows Plaintiff's counsel is in trial.

Wherefore, Plaintiff requests that the court extend discovery through May 4, 2007.

Respectfully submitted,

By: _____/s/_____
David A. Branch #438764
Law Offices of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C. 20009
(202) 785-2805
Attorney for Plaintiff

**Certificate of Service**

I hereby certify this 10th day of April 2007, that a copy of the foregoing Motion for Extension of Discovery was sent electronically to counsel for Defendant, Judith Kidwell, AUSA, 555 4th Street, NW, Washington, DC 20530.

_____/s/_____

2

David A. Branch

Case 1:06-cv-00538-HHK    Document 14    Filed 04/10/2007    Page 3 of 3