UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SEDERIS FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0538 (HHK) |
| | ) | Status Conference October 12, 2007 |
| MIKE JOHANNS, | ) | |
| Secretary, United States | ) | |
| Department of Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
TO EXTEND DISCOVERY THROUGH MAY 4, 2007**

Defendant, Mike Johanns, Secretary, United States Department of Agriculture, through the undersigned attorneys, hereby files his Opposition to Plaintiff's motion seeking to extend discovery until May 4, 2007.[1]  As discussed below, Plaintiff has demonstrated a total disregard for the Court's Orders and her discovery obligations in this case.  Therefore, Plaintiff's motion

---

[1] Contrary to the statement in Plaintiff's motion, Defendant's counsel did not "initially consent to this motion."  Upon receipt of Plaintiff's request to consent to an extension of discovery, Defendant's counsel advised Plaintiff's counsel that the agency witness, who Plaintiff intends to depose, will be out of the country from April 25th through May 13, 2007.  Defendant's counsel stated that if the Defendant consented to an extension, the agency witness would have to be deposed on April 24, 2007.  Defendant's counsel also discussed the fact that Plaintiff's deposition had to be scheduled and requested convenient dates from Plaintiff's counsel. Finally, Defendant's counsel expressed concern that another extension would change the briefing schedule in this case and insisted that any proposed Order for the Court set forth a new briefing schedule.  Plaintiff's counsel refused to submit a proposed order with his motion and the discussion ended.  In order to comply with the Court's April 6, 2007, Order Extending Discovery Deadline and the rules of this Court, Plaintiff's deposition has been noticed for April 17, 2007, a date within the two-week extension of time granted by the Court.  As evidenced by Plaintiff's motion, her counsel claims that he is not available on any date on or before April 20, 2007.  Therefore, any date within the two-week time period granted to the parties by the Court would have been inconvenient for Plaintiff's counsel.

should be denied. A Memorandum of Points and Authorities in Support and a proposed order are attached.

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        /s/
        JUDITH A. KIDWELL
        Assistant United States Attorney
        555 4th Street, N.W.- Civil Division
        Room E4905
        Washington, D.C. 20530
        (202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEDERIS FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0538 (HHK) |
| ) | Status Conference October 12, 2007 |
| MIKE JOHANNS, ) | |
| Secretary, United States ) | |
| Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF DEFENDANT'S OPPOSITION**

**I. BACKGROUND**

On March 7, 2007, Plaintiff filed a motion seeking a 30-day extension of time to complete discovery. Defendant opposed that motion for various reasons, including Plaintiff's failure to meet her discovery obligations under the Court's Scheduling Orders. On April 6, 2007, the Court issued an Order in this case extending the discovery period only until April 20, 2007, for the limited purpose of conducting depositions of one agency representative and of Plaintiff.

Now, once again, Plaintiff seeks a two-week extension of the discovery period on the bases that her counsel has a trial starting April 16, 2007, has other commitments, and has trial and witness preparation scheduled for the entire week of April 10, 2007. Defendant respectfully submits that Plaintiff has not demonstrated the required "good cause" under Fed. R. Civ. P. 16(b), and her motion should, therefore, be denied.

# ARGUMENT

## II. PLAINTIFF'S MOTION FOR AN EXTENSION TO COMPLETE DISCOVERY SHOULD BE DENIED

Federal Rule of Civil Procedure Rule 16(b) provides that "a [scheduling] [order] shall not be modified except upon a showing of good cause . . . . ." Fed. R. Civ. P. 16(b); *see also LCvR 16.4; Olgyay v. Soc. for Envtl. Graphic Design, Inc.*, 169 F.R.D. 219, 220 (D.D.C. 1996) (quoting *Final Report of the Civil Justice Reform act Advisory Group of the United States District Court for the District of Columbia* at 39 (Aug. 1993)). " Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment. The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking extension.'" *DAG Enters., Inc., v. Exxon Mobil Corp.*, 226 F.R.D. 95, 105 (D.D.C. 2005) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). The focus of the "good cause" inquiry is on the moving party's reasons for seeking the modification of the scheduling order; therefore, "[i]f that party is not diligent, the inquiry should end." *DAG Enters, Inc.*, 226 F.R.D. at 105 (quoting *Johnson*, 975 F.2d at 609).

Defendant will not belabor the history of Plaintiff's failure to abide by her discovery obligations in this case. Suffice to say, it would defy logic to allow Plaintiff and her counsel, who have already been remiss in their discovery obligations, an additional two-week extension to complete two depositions. This is especially true based upon Plaintiff's counsel's scheduling conflicts and a vague description of "other commitments."

Neither Plaintiff nor her counsel have demonstrated the "good cause" required by Fed. R. Civ. P. 16(b). Moreover, their lack of diligence in regard to their discovery obligations in this

case should not be rewarded. Accordingly, Plaintiff's motion to extend discovery should be denied.

## Conclusion

For the foregoing reasons, Defendant respectfully requests that Plaintiff's motion for an extension until May 4, 2007, to complete discovery be denied.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SEDERIS FIELDS,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0538 (HHK) |
| ) | Status Conference October 12, 2007 |
| **MIKE JOHANNS,** ) | |
| **Secretary of the United States** ) | |
| **Department of Agriculture,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiff's motion for an extension of time until May 4, 2007, to complete discovery, Defendant's opposition, and the entire record, it is hereby

ORDERED, that Plaintiff's motion is denied, and it is

FURTHER ORDERED, that the scheduling order in this case will be modified as follows:

Discovery closes on **April 20, 2007**;

Dispositive Motions shall be filed no later than **June 20, 2007**;

Oppositions shall be filed by **July 23, 2007**; and

Replies shall be filed by **August 7, 2007**.

Dated this _____ day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE