UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEDERIS FIELDS,

            Plaintiff,

    v.

MIKE JOHANNS, Secretary
U.S. Department of Agriculture,

            Defendant.

Civil Action 06-00538
(HHK)

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE ALAN KAY

It is this 4th day of May, 2007, hereby

**ORDERED** that defendants' motion captioned "DEFENDANT'S MOTION TO EXCLUDE PLAINTIFF'S TESTIMONY FOR VIOLATION OF COURT ORDERS AND ABUSE OF THE DISCOVERY PROCESS OR, IN THE ALTERNATIVE, MOTION FOR ORDER COMPELLING PLAINTIFF'S ATTENDANCE AT DEPOSITION AND FOR SANCTIONS" [#17] is hereby referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, <u>all</u> filings in this case shall include the initials of the assigned Magistrate Judge, "AK," in the caption next to the initials of the undersigned Judge. *See* LCvR 5.1(f).

                                              Henry H. Kennedy, Jr.
                                              United States District Judge