## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

### Civil Division

| | |
|---|---|
| SEDERIS FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0538 (HHK) |
| ) | |
| MIKE JOHANNS, SECRETARY, U.S. ) | Magistrate Judge Kay |
| DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Plaintiff's Motion for One Week Extension to File Opposition to Defendant's Motion To Exclude Plaintiff's Testimony for Violation of Court Orders, or in the alternative, Motion to Compel Plaintiff's Attendance at Deposition, and Motion for Sanctions**

Comes now the Plaintiff, by and through counsel, and files this motion for one week extension to file opposition to Defendant's Motion To Exclude Plaintiff's Testimony for Violation of Court Orders, or in the alternative, Motion to Compel Plaintiff's Attendance at Deposition, and Motion for Sanctions, and in support thereof, states as follows.

Defendant has filed a Motion To Exclude Plaintiff's Testimony for Violation of Court Orders, or in the alternative, Motion to Compel Plaintiff's Attendance at Deposition, and Motion for Sanctions.  The court previously extended the period to respond to May 22, 2007.  Counsel needs an extension through May 29, 2007 to file the opposition because the motion is taking longer than anticipated and because counsel had to file a response to a dispositive motion in the matter of Kilby Robb v. Spellings et al., on May 18, 2007, prepare for an extended hearing/ arguments on a motion in the matter

of <u>Mason v. DaVita</u> before Judge Collyer in the U.S. District Court on May 21, 2007, has a deposition and trial preparation on May 22, 2007 and a trial in Montgomery County on May 23, depositions in the matter of <u>Young v. WASA</u> on May 24, 2007, and oral argument on a dispositive motion in the matter of <u>Hunter v. WASA</u> on May 25, 2007 in the D.C. Superior Court before Judge Bartnoff.

    Plaintiff sought Defendant's consent to this motion but counsel had not responded when this motion was filed.

                            Respectfully submitted,

By:    _____/s/_____
     David A. Branch #438764
     Law Offices of David A. Branch, P.C.
     1825 Connecticut Avenue, NW #690
     Washington, D.C. 20009
     (202) 785-2805
     Attorney for Plaintiff

## Certificate of Service

    I hereby certify this 22nd day of May 2007, that a copy of the foregoing Motion for a One Week Extension motion for one week extension to file opposition to Defendant's Motion To Exclude Plaintiff's Testimony for Violation of Court Orders, or in the alternative, Motion to Compel Plaintiff's Attendance at Deposition, and Motion for Sanctions was sent electronically to counsel for Defendant, Judith Kidwell, AUSA, 555 4th Street, NW, Washington, DC 20530.

                            _____/s/_____
                            David A. Branch