## dablaw

**From:** "dablaw" <dablaw@erols.com>
**To:** "Kidwell, Judith A. (USADC)" <Judith.A.Kidwell@usdoj.gov>
**Sent:** Tuesday, April 10, 2007 12:56 PM
**Subject:** Fields Depo scheduling

Judith:
Judge Kennedy's order extends discovery for two weeks. I have a trial next week and other court commitments this week as well as witness and trial preparation this week. I intend to file a motion asking for an additional two weeks to complete the discovery. Please advise if you consent. DAB

5 29 2007