## dablaw

| | |
|---|---|
| **From:** | "dablaw" <dablaw@erols.com> |
| **To:** | "Kidwell, Judith A. (USADC)" <Judith.A.Kidwell@usdoj.gov> |
| **Sent:** | Tuesday, April 10, 2007 12:56 PM |
| **Subject:** | Fields Depo scheduling |

Judith:

Judge Kennedy's order extends discovery for two weeks. I have a trial next week and other court commitments this week as well as witness and trial preparation this week. I intend to file a motion asking for an additional two weeks to complete the discovery. Please advise if you consent. DAB

## dablaw

**From:** "dablaw" <dablaw@erols.com>
**To:** "Kidwell, Judith A. (USADC)" <Judith.A.Kidwell@usdoj.gov>
**Sent:** Monday, April 16, 2007 2:07 PM
**Subject:** Fields Depositions

Judith:
My trial for this week was continued because I had a death in my family and I will need to travel to Chicago this week. I would like to take Chott's deposition on Wednesday or Thursday morning this week. Please confirm that he will be available one of those times. DAB.