## dablaw

**From:** "dablaw" <dablaw@erols.com>
**To:** "Kidwell, Judith A. (USADC)" <Judith.A.Kidwell@usdoj.gov>
**Sent:** Tuesday, April 17, 2007 3:19 PM
**Subject:** Re: Fields Depositions

I have not scheduled Chott because Ms. Fields has a conflict on that date and she needs to be present at the deposition. I understand that she is out of the office on sick leave. I will let you know as soon as I have a firm date and time for him. DAB

> ----- Original Message -----
> **From:** Kidwell, Judith A. (USADC)
> **To:** dablaw
> **Sent:** Tuesday, April 17, 2007 1:54 PM
> **Subject:** RE: Fields Depositions
>
> I advised you yesterday that Mr. Chott would be made available on Thursday morning. For what time have you scheduled Mr Chott's deposition on Thursday morning? We need to let him know.
>
> Judith Kidwell
>
>
> **From:** dablaw [mailto:dablaw@erols.com]
> **Sent:** Monday, April 16, 2007 2:08 PM
> **To:** Kidwell, Judith A. (USADC)
> **Subject:** Fields Depositions
>
> Judith:
> My trial for this week was continued because I had a death in my family and I will need to travel to Chicago this week. I would like to take Chott's deposition on Wednesday or Thursday morning this week. Please confirm that he will be available one of those times. DAB.

5 29 2007