## dablaw

| | |
|---|---|
| **From:** | "dablaw" <dablaw@erols.com> |
| **To:** | "Kidwell, Judith A. (USADC)" <Judith.A.Kidwell@usdoj.gov> |
| **Sent:** | Tuesday, April 17, 2007 5:43 PM |
| **Subject:** | Re: Fields Depositions |

Judith:
Ms. Fields is undergoing medical treatment, but we are going to go forward with Chott's deposition at 11:00 am on Thursday, 4/19/07 in my office. Please confirm that he will be available. DAB

> ----- Original Message -----
> **From:** Kidwell, Judith A. (USADC)
> **To:** dablaw
> **Sent:** Tuesday, April 17, 2007 1:54 PM
> **Subject:** RE: Fields Depositions
>
> I advised you yesterday that Mr. Chott would be made available on Thursday morning. For what time have you scheduled Mr Chott's deposition on Thursday morning? We need to let him know.
>
> Judith Kidwell
>
>
> **From:** dablaw [mailto:dablaw@erols.com]
> **Sent:** Monday, April 16, 2007 2:08 PM
> **To:** Kidwell, Judith A. (USADC)
> **Subject:** Fields Depositions
>
> Judith:
> My trial for this week was continued because I had a death in my family and I will need to travel to Chicago this week. I would like to take Chott's deposition on Wednesday or Thursday morning this week. Please confirm that he will be available one of those times. DAB.

5 29 2007