## dablaw

**From:**    "dablaw" <dablaw@erols.com>
**To:**    "Kidwell, Judith A. (USADC)" <Judith.A.Kidwell@usdoj.gov>
**Sent:**    Tuesday, April 24, 2007 3:57 PM
**Subject:**    Re: Fields Depositions

The only date I am available that week is the afternoon of May 1. I will ask Ms. Fields if she is available at that time. DAB

----- Original Message -----
**From:** Kidwell, Judith A. (USADC)
**To:** dablaw
**Sent:** Tuesday, April 24, 2007 2:21 PM
**Subject:** RE: Fields Depositions

At the conclusion of Mr. Chott's deposition on April 19, 2007, we requested convenient dates from you and your client to schedule the conclusion of Ms. Field's deposition the week of April 30, 2007. At this time, we have received no response. Please advise us of dates that you and Ms. Fields will be available from April 30-May 4th so that we can conclude her deposition.

Thank you.

Judith A. Kidwell
Assistant U.S. Attorney


**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Tuesday, April 17, 2007 5:43 PM
**To:** Kidwell, Judith A. (USADC)
**Subject:** Re: Fields Depositions

Judith:
Ms. Fields is undergoing medical treatment. but we are going to go forward with Chott's deposition at 11:00 am on Thursday, 4/19/07 in my office. Please confirm that he will be available. DAB

----- Original Message -----
**From:** Kidwell, Judith A. (USADC)
**To:** dablaw
**Sent:** Tuesday, April 17, 2007 1:54 PM
**Subject:** RE: Fields Depositions

I advised you yesterday that Mr. Chott would be made available on Thursday morning. For what time have you scheduled Mr Chott's deposition on Thursday morning? We need to let him know.

Judith Kidwell


**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Monday, April 16, 2007 2:08 PM
**To:** Kidwell, Judith A. (USADC)
**Subject:** Fields Depositions

Judith:
My trial for this week was continued because I had a death in my family and I will need to travel to Chicago