## dablaw

| | |
|---|---|
| **From:** | "dablaw" <dablaw@erols.com> |
| **To:** | "Kidwell, Judith A. (USADC)" <Judith.A.Kidwell@usdoj.gov> |
| **Sent:** | Tuesday, April 24, 2007 4:31 PM |
| **Subject:** | Re: Fields Depositions |

I have depositions or other court commitments the following week and a trial the week after that and depositions or other court commitments each day the week of May 21, so the next date will be May 29, 2007.  DAB.

> ----- Original Message -----
> **From:** Kidwell, Judith A. (USADC)
> **To:** dablaw
> **Sent:** Tuesday, April 24, 2007 3:23 PM
> **Subject:** RE: Fields Depositions
>
> If that is the only day/time you have that week-what about the following week?  Judith
>
> **From:** dablaw [mailto:dablaw@erols.com]
> **Sent:** Tuesday, April 24, 2007 3:57 PM
> **To:** Kidwell, Judith A. (USADC)
> **Subject:** Re: Fields Depositions
>
> The only date I am available that week is the afternoon of May 1.  I will ask Ms. Fields if she is available at that time.  DAB
>
>> ----- Original Message -----
>> **From:** Kidwell, Judith A. (USADC)
>> **To:** dablaw
>> **Sent:** Tuesday, April 24, 2007 2:21 PM
>> **Subject:** RE: Fields Depositions
>>
>> At the conclusion of Mr. Chott's deposition on April 19, 2007, we requested convenient dates from you and your client to schedule the conclusion of Ms. Field's deposition the week of April 30, 2007.  At this time, we have received no response.  Please advise us of dates that you and Ms. Fields will be available from April 30-May 4th so that we can conclude her deposition.
>>
>> Thank you.
>>
>> Judith A. Kidwell
>> Assistant U.S. Attorney
>>
>> **From:** dablaw [mailto:dablaw@erols.com]
>> **Sent:** Tuesday, April 17, 2007 5:43 PM
>> **To:** Kidwell, Judith A. (USADC)
>> **Subject:** Re: Fields Depositions
>>
>> Judith:
>> Ms. Fields is undergoing medical treatment, but we are going to go forward with Chott's deposition at 11:00 am on Thursday, 4/19/07 in my office.  Please confirm that he will be available.  DAB
>>
>>> ----- Original Message -----
>>> **From:** Kidwell, Judith A. (USADC)
>>> **To:** dablaw

5 29 2007