EX G

## dablaw

| | |
|---|---|
| **From:** | "dablaw" <dablaw@erols.com> |
| **To:** | "Kidwell, Judith A. (USADC)" <Judith.A.Kidwell@usdoj.gov> |
| **Sent:** | Tuesday, May 01, 2007 11:38 AM |
| **Subject:** | Fields Deposition |

Judith:

In addition to the other days that I offered for Ms. Fields deposition, May 1 and after my trial, I now am also available this Friday, May 4, because a previously scheduled matter was continued. Let me know if immediately if you want to finish the deposition on that date and I will check to see if Ms. Fields is available. DAB.