EXHIBIT A

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 21, 2007

**SENT VIA ELECTRONIC MAIL**

David A. Branch, Esq.
Law Offices of David Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009

     Re: Fields v. Johanns (Civil Action No. 06-0538 (HHK))

Dear Mr. Branch:

     We still have not received the documents in response to our discovery requests. This is to advise you that although we will begin the deposition of your client tomorrow at 10:00 a.m., we may want to adjourn and continue the deposition on another day. This continuance will give us the necessary time to receive and review the documents before completing your client's deposition.

     Please call us if you have any questions in regard to this matter.

         Sincerely,

         JEFFREY A. TAYLOR
         United States Attorney

By: /s/
         JUDITH A. KIDWELL
         Assistant United States Attorney
         555 Fourth Street, N.W.- Rm. E4905
         Washington, D.C. 20530
         (202) 514-7250

EXHIBIT B

Page 3

I N D E X

WITNESS:          EXAMINATION:              PAGE:

Sederis Fields    Direct - Ms. Kidwell        4

E X H I B I T S

EXHIBIT NO.       DESCRIPTION:              PAGE:

1                 Resume of Sederis Fields    97

2                 Application for Federal Employment    100

Page 1

```
 1            UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF COLUMBIA

 3

 4  - - - - - - - - - - - - - - -x

 5  SEDERIS FIELDS           :

 6        Plaintiff,         :

 7  vs.                      :  Civil Action 06-00538 (HHK)

 8  MIKE JOHANNS,            :

 9  Secretary, United States :

10  Department of Agriculture :

11        Defendant.         :

12  - - - - - - - - - - - - - - -x

13                          Washington, D.C.

14                          February 22, 2007

15

16  Deposition of:

17                    SEDERIS FIELDS,

18  the Deponent, called for examination by counsel for the

19  Defendant, pursuant to notice and agreement as to time and

20  place, at 501 3rd Street, N.W., Washington, D.C., before

21  Timothy J. Atkinson, a Notary Public in and for the District

22  of Columbia.

23

24

25
```

Page 2

```
 1  APPEARANCES:

 2        On Behalf of the Defendant:

 3  JUDITH KIDWELL, ESQUIRE

 4  Assistant United States Attorney

 5  555 4th Street, N.W.

 6  Washington, D.C.

 7  202-514-7250

 8

 9        On Behalf of the Plaintiff:

10  DAVID BRANCH, ESQUIRE

11  1925 Connecticut Avenue, N.W., Suite 690

12  Washington, D.C. 20009

13  202-785-2805

14

15        On Behalf of the Agency:

16  NEHA HEWITT, ESQUIRE

17  1400 Independence Avenue, S.W., Suite 3312-S

18  Washington, D.C. 20250

19  202-690-2178

20

21

22

23

24

25
```

Page

```
 1            P R O C E E D I N G S

 2                          (10:00 a.m.)

 3  (Whereupon,

 4            SEDERIS FIELDS

 5  was called as a witness and after having been first duly

 6  sworn, was examined and testified as follows:)

 7            DIRECT EXAMINATION

 8  BY MS. KIDWELL:

 9    Q.  Would you state your full name, please?

10    A.  Sederis W. Fields. The W. stand for Ward, W-a-r-d.

11  But you know --

12    Q.  Ms. Fields, for the record, I'm Judith, J-u-d-i-t-h,

13  Kidwell, K-i-d-w-e-l-l. I'm an Assistant United States

14  Attorney here in this office. I'm going to be asking you some

15  questions today. Before we begin though I'm going to ask you

16  some questions, and as your counsel will advise you, this is

17  just to make sure that everything is okay with respect to your

18  testimony today, and that you can proceed forward.

19            First of all, as to whether or not you've recently

20  consumed any alcohol, drugs?

21    A.  Oh, no.

22    Q.  Are you on any type of medication that would affect

23  your ability to give testimony today?

24    A.  No, no more than Nexium, I don't think that would --

25    Q.  What type of medication are you taking?
```

---

Page 105

an --

MR. BRANCH.  And I'm, I'm telling you, I'm telling
ou --

MS. KIDWELL.  If it's not the way that --

MR. BRANCH.  -- to do it properly.  You just don't
o her something at the deposition and say, discuss it with
your counsel.  If you have a discovery request, you have to do
t through the proper means.

MS. KIDWELL.  I'm asking her whether or not she
would be willing to sign an authorization for her academic
records, and I was handing it to you so you could see what I
was talking about.

MR. BRANCH.  I understand exactly what you were
doing.

MS. KIDWELL.  It was a courtesy I was extending and
I will not do so in the future.

MR. BRANCH.  I don't want you answering -- just --
if there is a question, you will answer it.

BY MS. KIDWELL:

Q.  Ms. Fields, have you ever told anyone that you have
a bachelor of science degree?

A.  No.

Q.  Have you put on other resumes or applications the
initials, B.S. and listed Howard University without putting a
date behind them?

---

Page 106

A.  Maybe put a date that I expect to get it.  Or use
the, you know --

Q.  Do you know whether or not Mr. Ken Nagel has any
college degrees?

A.  I don't know.

Q.  Do you know whether or not Ken Spalding has a
college degree?

A.  I do not know.

MS. KIDWELL.  David, I think we'll stop the
deposition at this time in order to review the records that I
received yesterday in response to our discovery request.

MR. BRANCH.  And let me just say the records were
delivered to your office on Monday -- well, actually Monday
was a holiday so I believe it was Tuesday.  And I understand
you were out of the office yesterday, but they were couriered
over to your office on Tuesday.

MS. KIDWELL.  Let the record reflect that my
position is that I was here until 2 o'clock yesterday, checked
with our receptionist several times and had not received those
records --

MR. BRANCH.  Well --

MS. KIDWELL.  -- so I can only --

MR. BRANCH.  -- I can't -- I don't have any control
over your internal processes.

MS. KIDWELL.  Well, David, they were way overdue

---

Page 107

1  anyway, and so I think I should be extended the courtesy of
2  reviewing the records, and if we have additional questions of
3  Ms. Fields, asking her to come back.
4        MR. BRANCH.  I've made it clear that I don't have
5  an issue with that.  Wait, we're not --
6        WITNESS.  Okay.
7        MR. BRANCH.  -- answering any questions.
8        WITNESS.  Okay.
9        COURT REPORTER.  Off the record.
10       MR. BRANCH.  she's going to read and sign.
11       (Reading and signature not waived.)
12       (Whereupon, at 1:00 p.m. on Thursday, February 22,
13  2007, the deposition was adjourned.)
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 108

1                    CERTIFICATE
2        I, Timothy J. Atkinson, a Shorthand Reporter and a Notary
3  Public, do hereby certify that the foregoing witness,
4  SEDERIS FIELDS, was duly sworn on the date indicated, and that
5  the foregoing is a true and accurate transcription of my
6  stenographic notes and is a true record of the testimony given
7  by the foregoing witness.
8        I further certify that I am not employed by or related to
9  any party to this action by blood or marriage and that I am in
10  no way interested in the outcome of this matter.
11       In witness whereof, I have hereunto set my hand this
12  14th day of March, 2007.
13
14
15                    /S/
16       Timothy J. Atkinson
17       Notary Public in and for the
18       District of Columbia
19
20  My commission expires:
21  February 28, 2011
22
23
24
25

---

tion of

Page 41

Q. So you were considered a neutral party?

A. Yes.

Q. Okay. What was the purpose of the person who was then representing the Agency?

A. The person representing the Agency couldn't make the final decision. That's how our mediation was set up.

Q. Okay. During these mediations then would the person who made the complaint talk about what their complaints were?

A. Yes.

Q. Okay. And would the Agency person respond to those complaints?

A. Yes.

Q. Okay. And then would the mediator, like, give his view or discuss what had been said?

A. Yes.

Q. And did you involve yourself in those discussions in any way?

A. Yes.

Q. Okay. So you were part of this process then?

A. Yes.

Q. And then you would listen to what the, the complainant was saying and then you would have to contact somebody at headquarters in Personnel to find out if you could actually do that on behalf of the Agency, either pay the person or resolve the complaint? Is that correct?

Page 42

1    A. Correct.
2    Q. And how many of, of these type of mediation sessions
3 have you sat in, just generally?
4    A. Five.
5    Q. Five?
6    A. Right, recently.
7    Q. Recently?
8    A. Uh-hum.
9    Q. Okay.
10    A. From '99 until, until now. I just went --
11    Q. From '99 until 200', what, '7, you --
12    A. Yes.
13    Q. -- you have sat in on at least five of these?
14    A. Yes.
15    Q. And who assigns you this duty?
16    A. John Shott. Springer, also Springer. Spring is the
17 one that named me as the resolving official.
18    Q. Okay. So Mr. Springer is the one that had named you
19 previously as --
20    A. Right.
21    Q. -- resolving official?
22    A. Right. And then John came aboard and he named me
23 because it's three, you know, on the -- certain amount --
24    Q. So Mr. Shott also named you as the resolving
25 official?

Page 43

1    A. Correct.
2    Q. Okay. So Mr. Shott, in effect, assigned you to, to
3 this position, to attend these mediations as part of your
4 duties?
5    A. Yes.
6    Q. Would you agree that that's a pretty responsible
7 position?
8    A. Very much so.
9    Q. With respect to these investigations that you were
10 sent on by Mr. Shott, would you agree that those were pretty
11 responsible positions?
12    A. Very much so.
13    Q. Would you agree that it suggests that Mr. Shott has
14 confidence in you?
15    A. Yes, I have e-mails showing -- yes, yes.
16    MS. KIDWELL. I think it's now 11 o'clock. We've
17 been going about an hour. Would you like to take a five
18 minute break, let your client go to the rest room?
19    MR. BRANCH. That's fine.
20    MS. KIDWELL. Okay.
21    COURT REPORTER. We're off the record.
22    (Off the record.)
23    (On the record.)
24    COURT REPORTER. Back on the record.
25    BY MS. KIDWELL:

Page 44

1    Q. Ms. Fields, we were discussing your, your duties as
2 a program coordination specialist. Can you tell me about any
3 other duties that you have in that position?
4    A. I serve as the outreach coordinator and in the past
5 two years with that position various things like National
6 Association of Colored People, that's NAACP, usually conduct a
7 convention, and our agency usually provide a booth there. And
8 what I have to do is go -- state to participate in the booth,
9 you know, recruiting booth and outreach to farmers. For the
10 past five -- since '99 I've been working with outreach staff
11 on conferences such as NAACP, and that is providing them with
12 state assistance. And any state we have an outreach
13 coordinator and that outreach coordinator is responsible for
14 getting the information out to the minority farmers. We try
15 to increase the participation on minority farmers. So as
16 being in the state office I serve as the liaison between the
17 outreach staff and our state employees.
18    Q. The outreach staff --
19    A. Uh-hum.
20    Q. -- and the outreach employees you serve as a
21 liaison?
22    A. Uh-hum, outreach coordinators in each state, there's
23 one in each state. And I, you know, I go out and -- state
24 executive director to name the coordinator for the state. So
25 you know, I composed a memo and it went out the state and they

EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEDERIS FIELDS, )<br><br>Plaintiff, )<br><br>v. )<br><br>MIKE JOHANNS, )<br>Secretary of the United States )<br>Department of Agriculture, )<br><br>Defendant. ) | Civil Action No. 06-538 (HHK)<br>Status Conference October 12, 2007 |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendant hereby notices the deposition of Plaintiff,

Sederis Fields, on April 17, 2007 at 1:00 p.m., at the United States Attorney's Office, 501 Third

Street, N.W., 4th Floor, Washington, D.C. 20530. The deposition will be taken before a Notary

Public in accordance with Federal and Local Rules of this Court.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that service of the foregoing Notice of Deposition has been made

by transmitting a copy thereof by facsimile and mailing a copy thereof by first-class mail, postage

prepaid, on April 10, 2007, to:

David A. Branch, Esq.
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009
Facsimile: (202) 785-0289


JUDITH A. KIDWELL
ASSISTANT UNITED STATES ATTORNEY

EXHIBIT D



## Kidwell, Judith A. (USADC)

**From:**    dablaw [dablaw@erols.com]
**Sent:**    Monday, April 16, 2007 4:36 PM
**To:**      Kidwell, Judith A. (USADC)
**Subject:** Re: Fields Depositions

Ms. Fields has just informed me she has a conflict tomorrow and will not be available.  DAB

----- Original Message -----
**From:** Kidwell, Judith A. (USADC)
**To:** dablaw
**Sent:** Monday, April 16, 2007 3:25 PM
**Subject:** RE: Fields Depositions

I am checking to see if he is available on Thursday morning.

**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Monday, April 16, 2007 2:08 PM
**To:** Kidwell, Judith A. (USADC)
**Subject:** Fields Depositions

Judith:
My trial for this week was continued because I had a death in my family and I will need to travel to Chicago this week.  I would like to take Chott's deposition on Wednesday or Thursday morning this week.  Please confirm that he will be available one of those times.  DAB

EXHIBIT E

## Kidwell, Judith A. (USADC)

**From:**     dablaw [dablaw@erols.com]
**Sent:**     Tuesday, April 17, 2007 3:19 PM
**To:**       Kidwell, Judith A. (USADC)
**Subject:** Re: Fields Depositions

I have not scheduled Chott because Ms. Fields has a conflict on that date and she needs to be present at the deposition. I understand that she is out of the office on sick leave. I will let you know as soon as I have a firm date and time for him. DAB

----- Original Message -----
**From:** Kidwell, Judith A. (USADC)
**To:** dablaw
**Sent:** Tuesday, April 17, 2007 1:54 PM
**Subject:** RE: Fields Depositions

I advised you yesterday that Mr. Chott would be made available on Thursday morning. For what time have you scheduled Mr Chott's deposition on Thursday morning? We need to let him know.

Judith Kidwell

**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Monday, April 16, 2007 2:08 PM
**To:** Kidwell, Judith A. (USADC)
**Subject:** Fields Depositions

Judith:
My trial for this week was continued because I had a death in my family and I will need to travel to Chicago this week. I would like to take Chott's deposition on Wednesday or Thursday morning this week. Please confirm that he will be available one of those times. DAB.

4/25/2007

EXHIBIT F

## Kidwell, Judith A. (USADC)

| | |
|---|---|
| **From:** | dablaw [dablaw@erols.com] |
| **Sent:** | Tuesday, April 17, 2007 5:43 PM |
| **To:** | Kidwell, Judith A. (USADC) |
| **Subject:** | Re: Fields Depositions |

Judith:
Ms. Fields is undergoing medical treatment, but we are going to go forward with Chott's deposition at 11:00 am on Thursday, 4/19/07 in my office. Please confirm that he will be available. DAB

----- Original Message -----
**From:** Kidwell, Judith A. (USADC)
**To:** dablaw
**Sent:** Tuesday, April 17, 2007 1:54 PM
**Subject:** RE: Fields Depositions

I advised you yesterday that Mr. Chott would be made available on Thursday morning. For what time have you scheduled Mr Chott's deposition on Thursday morning? We need to let him know.

Judith Kidwell

**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Monday, April 16, 2007 2:08 PM
**To:** Kidwell, Judith A. (USADC)
**Subject:** Fields Depositions

Judith:
My trial for this week was continued because I had a death in my family and I will need to travel to Chicago this week. I would like to take Chott's deposition on Wednesday or Thursday morning this week. Please confirm that he will be available one of those times. DAB.

EXHIBIT G

**John Chott**

Page 1

1              UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF COLUMBIA

3    - - - - - - - - - - - - - - - - - - - - X

4    SEDERIS FIELDS,                        )

5         Plaintiff,                        )

6     vs.                                   )    Case No.

7    MIKE JOHANNS, SECRETARY,               )     06-0538  (HHK)

8    U.S. DEPARTMENT OF                     )

9    AGRICULTURE,                           )

10        Defendant.                        )    Pages 1-97

11   - - - - - - - - - - - - - - - - - - - - X

12

13

14             DEPOSITION OF JOHN CHOTT

15            Thursday, April 19, 2007

16                 Washington, D.C.

17

18

19

20

21   Reported by:  Sara A. Watt

22   Job No. 180550

John Chott

Page 2

1

2

3

4                              April 19, 2007

5                              11:35 a.m.

6

7    Deposition of JOHN CHOTT, held at the offices of:

8

9        Law Office of David A. Branch

10       1825 Connecticut Avenue, Northwest

11       Suite 690

12       Washington, D.C.  20009

13

14   Pursuant to notice, before Sara A. Watt, Registered

15   Merit Reporter and Notary Public in and for the

16   District of Columbia.

17

18

19

20

21

22

# John Chott

Page 3

1    ON BEHALF OF THE PLAINTIFF:

2        David A. Branch, Esquire

3        Law Office of David A. Branch

4        1825 Connecticut Avenue, Northwest

5        Suite 690

6        Washington, D.C.  20009

7        (202) 785-2805

8

9    ON BEHALF OF THE DEFENDANT:

10        Judith A. Kidwell, Esquire

11        Office of the U.S. Attorney

12        555 4th Street, Northwest

13        Washington, D.C.  20530

14        (202) 514-7250

15

16        Neha Nagar Hewitt, Esquire

17        U.S. Department of Agriculture

18        Office of General Counsel

19        Room 3312-S

20        Washington, D.C.  20250-1400

21        (202) 690-2174

22    ALSO PRESENT:    Sederis Fields