UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEDERIS FIELDS,         )<br>                                 )<br>       Plaintiff,              )<br>                                 )<br>v                                )<br>                                 )   No. 06-538 (HHK)<br>MIKE JOHANNS,         )<br>Secretary of Agriculture, )<br>                                 )<br>       Defendant.         )<br>_____) | |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please enter the appearance of John F. Henault on behalf of defendant Mike Johanns.

August 29, 2007                                                    Respectfully submitted,


                                                                           /s/
                                                              JOHN F. HENAULT, D.C. Bar # 472590
                                                              Assistant United States Attorney
                                                              555 4th Street, N.W.
                                                              Washington, DC 20530
                                                              (202) 307-1249
                                                              (202) 514-8780 (facsimile)