**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SEDERIS FIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MIKE JOHANNS, | ) |
| | ) |
| Defendant. | ) |

Civ. Action No. 1:06-0538 (HHK)
  ECF

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of

Assistant United States Attorney Judith A. Kidwell.


Dated: September 24, 2007                 Respectfully submitted,



          /s/
JUDITH A. KIDWELL


          /s/
JOHN F. HENAULT, JR., D.C. Bar # 472590


          /s/
BLANCHE L. BRUCE
D.C. Bar No. 960245
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-6078