UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SEDERIS FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 06-0538 (HHK) |
| | ) | (Next Status Conference 3/28/08) |
| | ) | |
| MIKE JOHANNS, | ) | |
| Secretary, United States Department of | ) | |
| Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO ORDER OF THE COURT

Defendant, Secretary of the Department of Agriculture, United States Department of Agriculture, hereby files the attached letter in response to the Court's proposal of mediation as directed at the October 12, 2007 Status Conference.

Respectfully submitted,

　/s/　　Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


　/s/　　Blanche L. Bruce
BLANCHE L. BRUCE
D.C. Bar No. 960245
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-6078