

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

October 24, 2007

Judge Henry H. Kennedy, Jr.
United States District Court
    for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

      Re:    Sederis Fields v. Johanns
              06-CV-538

Dear Judge Kennedy:

      The parties have agreed that mediation is appropriate for the above-captioned case, at this stage in the case. It is our preference that the Court refer the mediation to the Court's Alternative Dispute Resolution program.

                                      Sincerely,

                                      Jeffrey A. Taylor
                                      United States Attorney

                                      Rudolph Contreras
                                      Assistant United States Attorney

                                      Blanche L. Bruce
                                      Assistant United States Attorney

CC: David A. Branch (via e-mail)