UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEDERIS FIELDS,<br><br>                Plaintiff,<br><br>      v.<br><br>MIKE JOHANNS, Secretary<br>U.S. Department of Agriculture,<br><br>                Defendant. | Civil Action 06-00538<br>(HHK) |

**ORDER REFERRING ABOVE-CAPTIONED ACTION TO MEDIATION**

With the consent of the parties, it is by the court this 26th day of October 2007,

**ORDERED** that the above-captioned action is referred to mediation to commence on November 9, 2007, and conclude by January 9, 2008; and it is further

**ORDERED** that counsel and the parties, including persons with settlement authority, attend the mediation sessions; and it is further

**ORDERED** that the first mediation session take place three weeks after the mediator is assigned; and it is further

**ORDERED** that the Clerk of the Court is directed to furnish a copy of this order to the Circuit Executive for the purpose of assigning a mediator; and it is further

**ORDERED** that if the case settles in whole or in part, counsel shall promptly advise the Court of the settlement by filing a stipulation.

                                                        Henry H. Kennedy, Jr.
                                                        United States District Judge