UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEDERIS FIELDS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CHUCK CONNER, Acting Secretary** )<br>**United States Department of Agriculture[1],** )<br>)<br>**Defendant.** )<br>) | Civil No. 06-0538 (HHK) |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's October 26, 2007 Order referring the matter for mediation, the parties report the following:

1. Mediation was unsuccessful.

2. Subject to approval by the Court, the parties have agreed to the following briefing schedule, which is reflected in the attached proposed scheduling order:

February 29, 2008:   Defendant's Motion for Summary Judgment

March 31, 2008:   Plaintiff's Opposition to Defendant's Motion for Summary Judgment

April 30, 2008:   Defendant's Reply to Plaintiff's Opposition

---

[1] Michael Johanns resigned as Secretary of the U. S. Department of Agriculture in September 2007. Chuck Conner, the acting USDA Secretary is substituted as Defendant pursuant to Federal Rule of Civil Procedure 25(d)(1).

Dated: December 20, 2007

                                          Respectfully submitted,

Counsel for Plaintiff:                  Counsel for Defendant:

    /s/                                       /s/
DAVID A. BRANCH                 JEFFREY A. TAYLOR, D.C. Bar No. 498610
Law Office of David Branch         United States Attorney
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C.  20009          /s/_____
(202) 785-2805                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                Assistant United States Attorney

                                              /s/
                                          BLANCHE L. BRUCE
                                          D.C. Bar No. 960245
                                          Assistant United States Attorney
                                          555 Fourth St., N.W.
                                          Washington, D.C. 20530
                                          (202) 307-60