UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEDERIS FIELDS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil No. 06-0538 (HHK) |
| | ) |
| **CHUCK CONNOR, Acting Secretary,** | ) |
| **U.S. Department of Agriculture,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## SCHEDULING ORDER

Upon review of the parties' Joint Report and finding that the briefing schedule proposed by the parties is acceptable to this Court, it is this ____ day of _____, 2007, hereby ORDERED that:

Summary judgment motions, oppositions, and replies shall be filed with the Court in accordance with the following schedule:

February 29, 2008:   Defendant's Motion for Summary Judgment

March 31, 2008:   Plaintiff's Opposition to Defendant's Motion for Summary Judgment

April 30, 2008:   Defendant's Reply to Plaintiff's Opposition

SO ORDERED.

HENRY H. KENNEDY
United States District Judge