IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEDERIS FIELDS,**

          **Plaintiff,**

v.                                   Civil Action No. 06-0538(HHK)

**ED SCHAFER , Secretary,**
    **U.S. Department of Agriculture**

          **Defendant.**

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, memorandum, and accompanying documents, any opposition by Plaintiff, and the entire record herein, it is on this ___ day of _____, 2008,

ORDERED that Defendant's Motion for Summary Judgment is Granted.

                                                        _____
                                                        United States District Judge