# ATTACHMENT A

UNITED STATES DEPARTMENT OF AGRICULTURE
FARM AND FOREIGN AGRICULTURAL SERVICES

FARM SERVICE AGENCY

VACANCY ANNOUNCEMENT

THIS IS A CAREER-CAREER CONDITIONAL POSITION

**VACANCY IDENTIFICATION NUMBER: UF168394 CT**

**OPENING DATE: Feb 24, 2003**

**CLOSING DATE: Mar 17, 2003**

**POSITION TITLE, SERIES AND GRADE: ADMINISTRATIVE MANAGEMENT SPECIALIST,**
**GS - 0301 -14 /14 (Two Positions)**

**PROMOTION POTENTIAL: GS -14**

**SALARY:** $80,690.00 - $104,900.00 (includes locality pay)

**LOCATION OF POSITION:**
Farm Service Agency
Deputy Administrator for Field Operations
Field Operations Staff
WASHINGTON METRO AREA, DC - 1 vacancy

**CONTACT:** Any questions should be directed to ADRIANE O'MEARA, (202)418-8998, TDD (202) 418-9116

**WEB SITES: HTTP://DC.FFASINTRANET.USDA.GOV/HRD/EMPLOYMEA.HTM**
(For FFAS Employees Only)

All other applicants use: **HTTP://WWW.USAJOBS.OPM.GOV/**

**AREA OF CONSIDERATION:** FSA Nationwide - Status Candidates Only

Status candidates must be in the area of consideration reflected above.

**FARM SERVICE AGENCY (FSA) COUNTY EMPLOYEES:** Permanent County Employees without prior Federal tenure may apply for this position under Pub. L. 105-277. County employees who are selected will be given a career-conditional appointment and must serve a 1-year probationary period. After 3 years of service, employees will be eligible for conversion to career status.

**VETERANS:** Under Pub. L. 106-117, veterans who are preference eligibles or who have been separated from the Armed Forces under honorable conditions after substantially completing 3 years of continuous active service may apply under competitive procedures.

**Other Hiring Authorities:** Candidates who submit evidence of their eligibility may be considered under other hiring authorities:

Individuals with Disabilities * VRA Eligibles * 30% Disabled Veterans * Former Peace Corps, Vista, or Action Coopeative Volunteers

To be considered for this position, all application materials (for competitive and Non-competitive candidates) must be received by the closing date of this announcement.

**MALE APPLICANTS:** To be eligible for Federal employment, male applicants born after December 31, 1959, must certify at the time of appointment that they have registered with the Selective Service System, or are exempt from having to do so under Selective Service Law.

**BASIS OF RATING:** Ratings will be based on responses to the occupational questions in this document. Please follow all the instructions carefully. Errors or omissions may affect your score.

If a determination is made that you have rated yourself higher than is supported by your description of experience and/or education OR that your application is incomplete, the following will take place: After a review of all the experience and training, a final score will be assigned for your total experience including education and training.

**ALL APPLICATION MATERIALS MUST BE RECEIVED BY THE CLOSE OF BUSINESS** (Midnight Eastern Time) **ON THE CLOSING DATE OF THIS ANNOUNCEMENT. YOU WILL LOSE CONSIDERATION IF YOUR APPLICATION PACKAGE DOES NOT PROVIDE ALL THE INFORMATION REQUESTED IN THIS ANNOUNCEMENT. DO NOT ATTACH POSITION DESCRIPTIONS, AWARDS, MANUSCRIPTS, PERSONAL ENDORSEMENT OR OTHER UNSOLICITED MATERIAL. YOUR APPLICATION MATERIALS WILL NOT BE RETURNED. DO NOT SUBMIT ORIGINAL DOCUMENTS THAT YOU MAY NEED IN THE FUTURE.**

**MAJOR DUTIES:** This position is located on the Field Operations Staff of the Deputy Administrator for Field Operations (DAFO) which was established to provide oversight and guidance to State and county offices of the Farm Service Agency (FSA) in order to imporve program delivery and customer service. The incumbent represents DAFO by providing instruction and policy guidance to State and county FSA offices related to administrative and management issues including those related to budget, workload analysis and reporting, personnel, fiscal management, and administrative services. The incumbent also participates fully in the development, implementation and evaluation of nationwide policies and programs pertaining to all aspects of the operation and management of State and county FSA offices and represents DAFO in meetings with top Agency and Departmental officials on matters related to State and county office management, operating policies and overall program delivery.

**BASIC ELIGIBILITY:** You must be a United States citizen to apply. Status applicants must meet time-in-grade restrictions by the closing date of this announcement.

**TIME-IN-GRADE REQUIREMENTS:** To meet time-in-grade requirements, status applicants must have served at no lower than the next lower grade of this vacancy during the preceding year under any type of appointment, or have met the requirements at some time previously.

**SPECIALIZED EXPERIENCE:** Experience that equipped the applicant with the particular knowledge, skills and abilities to perform successfully the duties of this position, and that is typically in or related to the work of the position to be filled. To be creditable, specialized experience must have been equivalent to at least one year in the next lower grade level. Experience that demonstrated knowledge of administrative management policies and procedures and knowledge in planning, coordinating and administering agricultual progam regulations and practices.

**IMPORTANT INFORMATION FOR SURPLUS OR DISPLACED FEDERAL EMPLOYEES (CAREER TRANSITIION ASSISTANCE PLAN - CTAP, INTERAGENCY CAREER TRANSITION ASSISTANCE PLAN - ICTAP):** Individuals who have special priority selection rights under the Agency Career Transition Assistance Program (CTAP) or Interagency Career Transition Assistance Program (ICTAP) must be well-qualified for the position to receive consideration for special priority selection. CTAP or ICTAP eligibles will be considered well qualified if achieving a rating of 70 or above.

Federal employees seeking eligibility must submit proof that they meet the requirements of 5 CFR 330.605(a) for CTAP and 5 CFR 330.704 for ICTAP. Please annotate your application to reflect that you are applying as a CTAP or ICTAP eligible.

**PRIORITY PLACEMENT ELIGIBILITY:** Priority placement services apply to employees:
a. in tenure Group I and/or II (career and career-conditional);
b. in the competitive service;
c. who have a current, or last performance appraisal/rating of at least fully successful or equivalent.
d. who are displaced or have been identified as surplus in a USDA Agency and who apply for a USDA vacancy in their current/former position's local commuting area;
e. who are displaced within another covered Federal Agency and who apply for vacancies in their former position's local commuting area;
f. who apply for a vacancy that is at or below the grade level from which the employee may be or is being separated;
g. who submits a complete application package for a specific vacancy announcement within the time frames described in the announcement.

**HOW TO APPLY:** Your application package will consist of three separate components. The first component consists of the Qualifications and Availability C FORM (OPM Form 1203-FX) that you must complete. The second component is your resume. The final component of your application consists of "other" application materials. Examples of these other materials include your college transcript(s) (if required), documentation of veteran status (if applicable), Notification of Personnel Action (SF-50), or performance appraisal. Instructions on completing and submitting these items follow.

Please be sure to read carefully and follow the directions for each step. If you are submitting on-line, we recommend that you print the vacancy announcement and preview your responses before inputting them.

**STEP ONE - Complete and Submit the Occupational Questionnaire, C FORM:**

**To submit your answers on-line, you may start by clicking on the following link.**

Online Application

You may also follow the instructions below to get to the on-line questionnaire directly from the home page of the USAJOBS web site.

1. Connect to the USAJOBS web site at **http://www.usajobs.opm.gov**

   (OR **https://staffing.opm.gov/vacancies/SecureApplyOnline.asp** and go to step 3.)

2. Click on Enter> under the *On-line Application/Questionnaire* section located at the lower right hand corner of the USAJOBS home page.

3. Scroll down the on-line application screen until the "Vacancy Identification Number" box appears under the "Create a New Application For This Job" on the left side of the screen.

4. Enter Vacancy Identification Number UF168394

We highly encourage you to complete the C FORM using the on-line method since it is the most efficient way for us to process your responses. If you are unable to submit your responses on-line, refer to the alternatives described under Alternative Methods for Completing C FORM.

**Instructions for answering the occupational questions in the C FORM:** Please use the following step-by-step instructions as a guide to completing the required occupational questions. You may omit any optional information; however, you must provide responses to all required questions. Be sure to double check your application before submission. If you are submitting on-line, you may wish to print the vacancy announcement and preview your responses before entering the responses on-line.

You must submit your on-line C FORM by close of business (Midnight Eastern Time), on the closing date of the announcement.

## C FORM, OCCUPATIONAL QUESTIONNAIRE

**VACANCY IDENTIFICATION NUMBER: UF168394**

**Social Security Number**

Required. Enter your Social Security Number in the space indicated.

**Vacancy Identification Number**

The Vacancy Identification Number is UF168394
This field does not appear on the on-line application. You would only need to enter it if using an alternative application method. See Item 2 under Alternative Methods for Completing C FORM.

### 1. Title of Job

This field does not appear on the on-line application. You would only need to enter it if using an alternative application method. See Item 2 under Alternative Methods for Completing C FORM.

### 2. Biographic Data

All biographic information is required, except for your telephone number and the contact time.

### 3. E-Mail Address

Your e-mail address is optional. You may enter it or leave the e-mail address space blank.

### 4. Work Information

The Online Application will not ask you this question. On the C FORM, you will leave this section blank.

### 5. Employment Availability

Read the following questions and mark yes to those **applicable** to you.

Question 1. Are you a current permanent (non-temporary) **competitive** service Federal employee of the FARM SERVICE AGENCY?

Are you a permanent FSA county employee of the FARM SERVICE AGENCY?

Are you a permanent (non-temporary) **competitive** service Federal employee of another Federal agency?

If your response to any one of the above questions is YES, then answer "Yes" to this question. If your response is yes, you must submit the Notification of Personnel Action, SF-50, that reflects permanent status.

Question 2. Are you a former Federal employee with competitive/reinstatement eligibility? (Have you worked for the Federal government in your past under a permanent competitive appointment?)

If your response is YES, then answer "Yes" to this question. If your response is yes, you must submit your Notification of Personnel Action, SF-50, from your previous permanent appointment.

Question 3. Are you eligible and applying under special hiring authorities such as: Individuals with Disabilities, former Peace Corps, Vista, and Action Cooperative volunteers, Veterans Readjustment Appointment (VRA), or 30% Disabled Veterans?

If your response is YES, then answer "Yes" to this question. If your response is yes, you must submit proof of your eligibility with your application (i.e., DD-214).

Question 4. Are you eligible and applying under Pub L. 106-117 Veterans Employment Opportunity Act (VEOA)?

If your response is YES, then answer "Yes" to this question. If your response is yes, you must submit proof of your eligibility with your application (i.e., DD-214).

Question 5. Are you a CURRENT Federal employee serving in a permanent position (non-temporary) at the GS-14 grade level or above or with promotion potential to the GS-14 grade level or above?

Are you a FORMER Federal employee who served in a permanent position (non-temporary) at the GS-14 grade level or above or had promotion potential to the GS-14 grade level or above?

If your response to either of the above questions is YES, answer "Yes" to this question. If your response is yes, you must submit your Notification of Personnel Action, SF-50, or other official documentation to support your response.

### 6. Citizenship

The Online Application will not ask you this question. On the C Form, you will leave this section blank.

### 7. Background Information

The Online Application will not ask you this question. On the C Form, you will leave this section blank.

### 8. Other Information

Optional. You may leave this field blank.

### 9. Languages

The Online Application will not ask you this question. On the C Form, you will leave this section blank.

### 10. Lowest Grade

Required. Enter the lowest grade level you will accept. For example: 14

### 11. Miscellaneous Information

The Online Application will not ask you this question. On the C Form, you will leave this section blank.

### 12. Special Knowledge

The Online Application will not ask you this question. On the C Form, you will leave this section blank.

### 13. Test Location

The Online Application will not ask you this question. On the C Form, you will leave this section blank.

### 14. Veteran Preference Claim

Required. Enter your claim for Veteran's Preference.

For items 15, 16, 17 and 18, enter date information in this format: MM/DD/YYYY.

### 15. Dates of Active Duty - Military Service

A response to this question is required if you have claimed Veteran's Preference.

### 16. Availability Date

You may omit the availability date if you can begin work immediately. Otherwise, you must provide the date that you will be available for employment.

### 17. Service Computation Date

Optional. You may leave this field blank.

### 18. Other Date Information

Optional. You may leave this field blank.

### 19. Job Preference

The Online Application will not ask you this question. On the C Form, you will leave this section blank.

### 20. Occupational Specialties

Required. Enter at least one occupational specialty.

**Enter 001 to apply as a merit promotion candidate.** Merit promotion refers to announcements open to current and former permanent Federal employees or FSA county employees, and certain other candidates eligible for placement under special hiring authorities such as disability, veterans, Postal Service employees, etc

001 MERIT

### 21. Geographic Availability

Required. Enter at least one geographic availability location code. The location code(s) for this position is:

0675 WASHINGTON METRO AREA, DC

### 22. Transition Assistance Plan

In this section indicate if you are surplus or displaced Federal employee requesting special priority consideration under the Career Transition Assistance Plan (CTAP). Otherwise, leave Section 22 blank.

To receive consideration for CTAP, you must submit the necessary supporting documentation.

7

Refer to the vacancy announcement for additional information and instructions.

**23. Job Related Experience**

Optional. You may leave this field blank.

**24. Personal Background Information**

The Online Application will not ask you this question. On the C Form, you will leave this section blank.

**25. Occupational Questions**

Respond to the following questions. Mark only one response for each question. Any experience claimed in response to the following questions MUST be supported by information in your written application (resume, OF-612, or SF-171). This information must be SPECIFIC, (i.e.; duties, responsibilities, and accomplishments). Failure to provide this supporting documentation may result in receipt of a lower or ineligible rating.

1. From the descriptions below, select the letter that corresponds to the highest level of experience that you fully possess and that demonstrates your ability to perform the duties of this position. (Note: One year of specialized experience is based on a 40-hour workweek. If you have worked less that 40 hours per week, you must prorate your experience.) SELECT ONLY ONE LETTER.

A. I possess at least one full year (12-months) of specialized work experience equivalent in difficulty and responsibility to the GS-13 level in the Federal service that equipped me with the particular knowledge, skills and abilities to perform successfully the duties of this position, and that is typically in or related to the work of the position to be filled. Specialized experience includes expert knowledge of administrative management policies and procedures and skill in planning, coordinating and administering agricultural program regulations and practices.
B. I do not possess the required specialized experience to qualify for this position.

For each task in the following tasks, choose the statement from the list below that best describes your experience and/or training. Please select only one letter for each item. LEVEL DESCRIPTIONS:

A- I have not had education, training or experience in performing this task.
B- I have had education or training in performing this task, but have not yet performed it on the job.
C- I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.
D- I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.
E- I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist them in doing this task because of my expertise.

2. Participates with Agency program officials in the development, implementation and review of

program policies, procedures and regulations.

3. Recommends new or revised procedures related to administrative management programs and functions.

4. Provides authoritative advice and direction on program and administrative management policies and procedures.

5. Provides instruction and policy guidance to State and county FSA offices in area related to budget, workload analysis and reporting.

6. Serves as liaison between FSA State and county offices and representatives of other agencies providing advice and guidance in interrelated program areas.

7. Knowledge of Human Resources Management functions to include staffing, position management and classification, employee development and training, and employee benefits.

8. Keeps abreast of administraive procedures and program policy based on the Code of Federal Regulations, Office of Personnel Management regulations, GAO decisions, EEOC decisions, etc.

9. Knowledge of position management and staffing plans.

10. Develops and coordinates training activities.

11. Evaluates the efficiency or effectiveness of organizational programs, projects or operations.

12. Reviews and analyzes forms, applications, documents.

13. Implements operational, program or project plans to meet objectives.

14. Analyzes or interprets data or other information.

15. Develops and directs the full range of administrative programs, including budget, personnel, procurement and IT.

16. Serves as a primary point of contact for a specific subject area.

17. Negotiates with individuals or organizations to resolve conflicts, disputes or grievances.

18. Notifies individuals or offices orally of decisions, problems, or further actions needed.

19. Serves on panels, committees, or taskforces as a representative for the organization on technical or professional issues.

20. Instructs classes or conducts training sessions or workshops.

21. Gives presentations or briefings.

22. Provides guidance on laws, regulations, policies and procedures.

23. Develops materials for briefings, meetings or conferences.

24. Composes complex correspondence or other written work (for example, manuals, handbooks,

technical reports, etc.).

25. Develops methods or materials to obtain information.

26. Composes routine correspondence or other written work (for example, memoranda, form letters, notices, etc.)

27. Creates tables, charts, graphs, or diagrams to organize or show information.

28. Processes forms, records, documents, or other materials.

29. Writes decisions in administrative appeal cases.

**After you submit your on-line Occupational Questionnaire you will receive a "Thank You" message stating that your application for the vacancy UF168394 has been received. You should now proceed to Steps Two and Three of the vacancy announcement to find out how to submit your resume and other application materials.**

**Alternative Methods for Completing C FORM**

1. Submit your answers via telephone (long distance charges may apply):
a. Dial 1-478-757-3135
b. Listen and follow the instructions
c. Enter Vacancy ID Number 54168394 (Note: number appears different than elsewhere in this vacancy announcement to enable telephone application system to process your application)
d. Enter your Social Security Number
e. Some questions require a yes or no answer. Enter 1 for Yes; 2 for No
f. Follow the instructions under "Instructions for answering the occupational questions in the C FORM" for the rest of the items. To record your responses to the occupational questions, you must use the numbers on the telephone keypad by selecting 1 for A; 2 for B; 3 for C; 4 for D; 5 for E, etc. When you have finished entering your responses to the occupational questions, you will be given a chance to review and correct your responses.

**OR**

**2. Submit your answers via paper application C FORM (OPM Form 1203-FX). Paper application forms are available to those who are unable to complete the on-line application or telephone application process. Please apply on-line or by telephone, if possible. Using paper application forms may delay the processing of your application.**

**To obtain the C FORM on the web, you can print the form from http://www.opm.gov/forms/pdfimage/opm1203fx.pdf.**

**You can also obtain this form from the Office of Personnel Management (OPM) main web page. The OPM main web page is located at www.opm.gov. Click on these links: Site Index; Forms; Office of Personnel Management (OPM) Forms; and finally OPM 1203 FX.**

**OR**

**To obtain the form by phone via USAJOBS, follow these steps:**

1. Call USAJOBS by Phone at (478) 757-3000
2. After the introductory message, press 1 to begin
3. At the main menu, select 3 to request forms and then 1 to begin recording
4. At the prompt, enter your zip code
5. At the next prompt, ask for C FORM (OPM Form 1203-FX)
6. At the next prompt, record your name, address and telephone number
7. The system will allow you to review and change your request, address and telephone. When you are ready, press 3 to save your request. The form will be mailed to you.

To complete the paper C FORM, follow the instructions under "Instructions for Answering the Occupational Questions in the C FORM." Be sure to enter your Social Security Number and the Vacancy Identification Number UF168394 at the top of each of the six pages of the form.

Mail the completed C FORM to: USOPM Technology, ATTN: Vacancy UF168394, 4685 Log Cabin Drive, Macon, GA 31204-6317.

**STEP TWO** - Submit a resume, Optional Application for Federal Employment (OF-612), or other written application format of your choice. You may submit your resume on-line, or you may e-mail it to HRD-FSA-RMA-APPL@WDC.USDA.GOV . Be sure you provide all of the information requested below:

**Job Information:**
- Vacancy Identification Number, title and grade(s) for which you are applying.
**Personal Information:**
- Full name, mailing address (with zip code) and day/evening telephone numbers (with area code).
- Social Security Number. Giving your Social Security Number is voluntary. However, we cannot process your application without it.
- Country of Citizenship.
- If ever employed by the Federal Government, please show the highest Federal civilian grade held, job series, and dates of employment in grade.
**Education:**
- High School name, city, state and zip code, date of diploma or GED.
- Colleges and/or Universities attended, city, state and zip code.
- Major field(s) of study.
- Type and year of degree(s) received. If no degree received, show total credit hours received and identified as semester or quarter hours.
**Work Experience for each paid or non-paid position held related to the job for which you are applying (do not provide copies of job descriptions):**
- Job title.
- Duties and accomplishments. (i.e., If you describe more than one type of work, write the approximate percentage of time you spent doing each).
- Number of hours per week.
- Employer's name and address.
- Supervisor's name and phone number.
- Starting and ending dates of employment (month, day and year).
- Salary.

- Indicate if your current supervisor may be contacted

**Other Qualifications:**
- Job-related training courses (title and year).
- Job-related skills (e.g., other languages, computer software/hardware, tools, machinery, typing speed, etc.)
- Job-related certificates and licenses.
- Job-related honors, awards, and special accomplishments. (e.g., publications, memberships in professional or honor societies, leadership activities, public speaking, performance awards, etc.) Do not send copies of documents unless specifically requested.

**ON-LINE RESUME OPTION:** You may submit your resume for this vacancy announcement on-line. To do so, connect to the USAJOBS web site at www.usajobs.opm.gov , enter the Current Job Openings area and conduct an alphabetic job search to locate this vacancy (UF168394 ); scroll down the vacancy announcement to the Submit Resume On-line page. Click on the Submit Resume On-line link and it will take you to our on-line Resume Builder. You can then click on Register to use the Resume Builder to create a resume on the system. Or, click on Edit if you wish to edit and submit a resume that you already have on file in the Resume Builder. Click on the submit button to send your resume.

After you complete and submit the on-line application, you should receive a "Thank You" message stating that your on-line application has been successfully submitted. If you do not receive this message, please submit again as this indicates that your resume has not been received.

Electronic resumes must be received by the close of business (Midnight Eastern Time) on the closing date of the announcement.

**NOTE:** Submission of a resume electronically from the Resume Builder may not be a complete application. Many positions require the completion of additional forms and/or the submission of supplemental materials. Please carefully review the complete vacancy announcement for full "How to Apply" instructions. **FAILURE TO PROVIDE THE REQUIRED INFORMATION AND/OR MATERIALS MAY RESULT IN YOUR NOT BEING CONSIDERED FOR EMPLOYMENT.**

**STEP THREE** - Submit other application materials, as necessary.

- You must submit a copy of your college transcript to verify successful completion of degree, college course work and/or grade point average when: a) this announcement has a basic education requirement and/or; b) you are substituting education for specialized experience. **FAILURE TO SUBMIT A COPY OF YOUR COLLEGE TRANSCRIPT(S) WILL RESULT IN AN INELIGIBLE RATING. (FOR ALL NEW FEDERAL GOVERNMENT EMPLOYEES, AN OFFICIAL COLLEGE TRANSCRIPT(S) WILL BE REQUIRED BEFORE YOU CAN REPORT TO DUTY)**
- Annotate your application and include the required documentation if you are eligible and applying under special hiring authorities such as: Individuals with Disabilities, former Peace Corps, Vista, Action Cooperative volunteers, Veterans Readjustment Appointment (VRA), or 30% Disabled Veterans.

- If you are applying for Veterans' Preference, submit evidence of eligibility, such as: DD-214, Certificate of Release or Discharge from Active Duty, or Standard Form 15, Application for 10-point Veteran Preference and the proof requested on the form.
- If you are or have been a Federal employee or permanent FSA County employee, please submit proof of competitive status (SF-50, latest Notification of Personnel Action, showing competitive/excepted service, career/career-conditional tenure, series/grade, permanent highest grade held).
- In addition, **current** Federal or permanent FSA County employees must submit their most recent or last performance appraisal or a statement advising why the performance appraisal is unavailable.

Submitting Resume and Other Application Materials: Please indicate on your resume whether you answered the C FORM on the USAJOBS web site, by phone, or via the paper application C FORM. Please indicate the vacancy announcement number on all application material. When you have completed your resume as requested in Step Two, and assembled the materials requested in Step Three, you may choose one of the following options.

Faxed resumes/applications for employment will be accepted if received by 12:00 Midnight Eastern Time on the closing date at following designated fax numbers. Applications for positions in the Farm Service Agency (FSA) and Risk Management Agency (RMA) should be faxed to 202-418-9148. Applications for positions in the Foreign Agricultural Service (FAS) should be faxed to 202-418-9149. If a fax does not go through properly, please use the other number as an alternate. If you choose to fax your material, it is not necessary for you to send the originals in the mail.

**OR**

Mail through the U.S. Postal Service or any commercial or private carrier (i.e., Federal Express, United Parcel Service) to:

FSA-HRD-PMB 349
ATTN: VACANCY # UF168394 CT
2117 L STREET NW
WASHINGTON DC 20037-1524

**OR**

**PERSONALLY DELIVER** (hand carry) to the above address, or to either of the following locations:

2101 L STREET, NW, WASHINGTON, DC -
Application Box in Room 5000

**OR**

1400 INDEPENDENCE AVENUE, SW, WASHINGTON, DC -
Mail Slot in Room 0082-South Building.

FFAS employees located at the Park Office Center, Portals Building, and the Reporters Building

may use the interoffice mail system to transmit employment applications.

IN ACCORDANCE WITH 39 U.S.C. SECTION 415, USE OF POSTAGE-PAID GOVERNMENT AGENCY ENVELOPES TO FILE JOB APPLICATIONS IS A VIOLATION OF FEDERAL LAWS AND REGULATIONS. APPLICATIONS SUBMITTED IN POSTAGE-PAID GOVERNMENT ENVELOPES **WILL NOT BE ACCEPTED.**

**ADDITIONAL INFORMATION:**

Applications are not screened for all required forms before determining minimum qualifications. Therefore, it is the applicant's responsibility to ensure that all required material is received in the office BY THE CLOSE OF BUSINESS (Midnight Eastern Time) ON THE CLOSING DATE OF THIS ANNOUNCEMENT.

This Agency provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application process or hiring process, please contact USDA's Target Center at 202-720-2600, voice and TDD. The decision on granting reasonable accommodation will be on a case-by-case basis.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means of communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 14th and Independence Avenue, SW, Washington, D.C. 20250-9410 or call (202) 720-5964 (voice or TDD). USDA is an equal opportunity provider and employer.

ALL APPLICANTS ARE CONSIDERED WITHOUT REGARD TO RACE, RELIGION, COLOR, NATIONAL ORIGIN, SEX, POLITICAL AFFILIATION, AGE (WITH AUTHORIZED EXCEPTIONS) OR ANY OTHER NONMERIT FACTOR.