# ATTACHMENT B

5/1/2003

HUMAN RESOURCES DIV., WASHINGTON, DC
1400 INDEPENDENCE AV, SW
WASHINGTON, DC 20250

*Selected*

KENNETH L. NAGEL
2723 BARONHURST DRIVE
VIENNA, VA 22181-6158

Dear KENNETH L. NAGEL,

This refers to the application you recently submitted to this office for the position shown below:

|  |  |
|---|---|
| **Position:** | ADMINISTRATIVE MANAGEMENT SPECIALIST |
| **Series / Grade:** | 0301-14 |
| **Vacancy ID:** | 168394 |
| **Vacancy Announcement** | UF168394CT |
| **Agency:** | DEP ADMR FOR FIELD OPERATIONS |
| **Duty Location:** | WASHINGTON METRO AREA, DC |

This refers to the recent application you submitted under the above Vacancy Announcement for consideration under merit promotion procedures. The paragraph checked below provides information concerning the status of your application. If you applied to the open competitive process you will receive notification from the Kansas City Delegated Examining Unit.

(✓) For the GS-_14_ position you have been rated best qualified and have been certified to the selecting official.

( ) For the GS-_____ position, although you meet the minimum qualification requirements, your name was not referred to the selecting official for consideration because you were not among the best qualified candidates.

( ) For the GS-_____ position, you are a non-competitive eligible candidate and have been referred to the selecting official.

Note: It can take 60 to 90 days to complete the recruitment process. You will be notified once a decision has been made.

Sincerely,

Human Resources Division

Thank you for your interest in Federal employment.

1

**APPLICANT WORKSHEET** - Announcement # <u>UF168394</u>

NAME: <u>Nagel, Kenneth</u>   Applied for: (001 Merit)  002 Comp (for DEU)

Appl. Package rec'd by Closing Date                (YES) - NO - Number Rec'd 2

Area of Cons. __FSA-Natioinwide__              (YES) - NO - N/A

Competitive/Non-Competitive Applicant          (COMP) - NON COMP

Eligible for Spec. Emp. Progs.                 ICTAP/CTAP - VEOA - VRA - DISABILITY - OTHER - (NONE)

US Citizen                                     (YES) - NO

Basically Qualified                            YES - NO - GRADE(S) <u>14</u>

Reinstatement Eligible                         YES - NO - (N/A)

Copy of SF-50                                  (YES) - NO - N/A

Competitive Service                            (YES) - NO - N/A

Type of Appt.        (FED) - FSA COUNTY -     (PERM) - TEMP - N/A

Evaluation Criteria                            (FORM C) - KSA's - MISSING - N/A

Performance Appraisal    (PASS) - FAIL -       (YES) - NO - N/A

Time-In-Grade                                  (YES) - NO - N/A

(GS)/GM <u>13</u> from <u>2/99</u> to <u>present</u>

Typing Speed on Application                    YES - NO - N/A

College Transcript(s)                          YES - NO - N/A

Comments: _____<u>C-14</u>_____

# Complete Applicant Record Printout (CARP)
## Vacancy ID Number: 168394

**Name:** NAGEL, KENNETH L  
**SSN:** ▇▇▇▇▇▇▇▇

**Home Address**  
2723 BARONHURST DRIVE  
VIENNA, VA 22181-6158  
(703) 242-5740

**Work Address**

**Record Status Code:** AA - Eligible for Cert  
**Veterans Preference:** NV- Non Veteran          **Adj Vet Preference:**

**CTAP:** Claimed    **Qualified:** Not Reviewed        **ICTAP:** Claimed    **Qualified:** Not Reviewed  
**Employment Information:**        Full Time    Y    Part Time    N    N    N    Temporary    N    N    N    Travel    N    N    N  
**Eligiblity Begin Date:**    March/2003        **Eligibility End Date:**    June/2003  
**Searchable Date Field(s):**  
**Applicant Dates:**    3/15/03    Added            3/15/03    Receipt  
                       3/15/03    Available        3/15/03    Processed  
                       3/15/03    Application Rated  
**Geographic Location(s):**    WASHINGTON METRO AREA, DC

| Osp-Grade-Rate | Osp-Grade-Rate | Osp-Grade-Rate | Osp-Grade-Rate | Osp-Grade-Rate |
|---|---|---|---|---|
| 001 - 14 - 100.0 | | | | |

**Certificate History**

Number of Career Certs:            Number of Temporary Certs:

| Question Number | Response |   |   |
|---|---|---|---|
| 1 | A | 28 | E |
| 2 | E | 29 | E |
| 3 | E | | |
| 4 | E | | |
| 5 | E | | |
| 6 | E | | |
| 7 | E | | |
| 8 | E | | |
| 9 | E | | |
| 10 | E | | |
| 11 | E | | |
| 12 | E | | |
| 13 | E | | |
| 14 | E | | |
| 15 | E | | |
| 16 | E | | |
| 17 | E | | |
| 18 | E | | |
| 19 | E | | |
| 20 | E | | |
| 21 | E | | |
| 22 | E | | |
| 23 | E | | |
| 24 | E | | |
| 25 | E | | |
| 26 | E | | |
| 27 | E | | |

**Kenneth L. Nagel**
2723 Baronhurst Drive
Vienna, VA  22181-6158
(703) 242-5740
klnagel@msn.com



March 15, 2003

FSA-HRD-PMB 349
ATTN: Vacancy # UF168394 CT
2117 L Street NW
Washington, DC 20037-1524

Dear Sir or Madam:

Please accept the attached documents as part of my application for the position of Administrative Management Specialist, announcement number: UF168394 CT. The Qualifications and Availability C FORM was submitted on-line. My resume has also been submitted by e-mail to HRD-FSA-RMA-APPL@WDC.USDA.GOV.

Your consideration of my qualifications for the position of Administrative Management Specialist is greatly appreciated. I am sure you will find me to be an excellent candidate for the position.

Sincerely,

Kenneth L. Nagel


Enclosure

ANNOUNCEMENT NUMBER: UF168394 CT
TITLE: ADMINISTRATIVE MANAGEMENT SPECIALIST
GRADE: GS-301-14
C FORM ANSWERED: USAJOBS WEBSITE

# KENNETH L. NAGEL

2723 Baronhurst Drive
Vienna, Virginia 22181-6158

Home Phone (703)-242-5470
Office Phone (202)-720-7890

SSN: [redacted]
Citizenship: United States

## WORK EXPERIENCE

2/99 - Present **Agricultural Program Specialist**, GS-1145-13

United States Department of Agriculture, Farm Service Agency,
Office of the Deputy Administrator for Field Operations
1400 Independence Ave. SW, Stop 0539, Washington, DC, 20250
Hours per week: 40 hours – Salary: $75,112
Supervisor:   Douglas W. Frago, Deputy Administrator for Field Operations
              Phone number: (202) 690-2807

- Serve as the principal point of contact and liaison for the Deputy Administrator for Field Operations (DAFO) for administrative questions and personnel concerns and provide advice and directions on personnel, budget, staffing, hiring, claims, ethics, travel, reimbursable agreements and other administrative functions (work regularly with the Budget, Fiscal Management, Human Resources, and Management Services Divisions and KCAO)
- Approve overtime, travel, and equipment requests from State Offices
- Serve as contact and liaison with the Deputy Administrator for Farm Loan Programs (DAFLP) for DAFO and FSA State Offices on policy and procedural matters related with the FSA Farm Loan Programs division
- Serve as acting Deputy Administrator for Field Operations in the absence of the Deputy Administrator and Assistant to the Deputy Administrator
- Served as acting Executive Director for State Operations (EDSO, now DAFO) on and during the four days following the September 11, 2001 terrorist attacks
- Attend Administrator's staff meetings and Under Secretary staff meetings to present DAFO reports in the absence of the DAFO and Assistant to the DAFO
- Served as contact and liaison with the Deputy Administrator for Farm Programs (DAFP) for EDSO from 02/1999 to 12/1999
- Serve as a backup contact and liaison for the FSA Farm Programs Division
- Serve as the coordinator of the FSA State Committee appointment process and interact with the White House Liaison to appoint and reappoint FSA State Committee members in a smooth and efficient manner
- Serve as DAFO speaking representative at FSA employee State and Area conventions (IA, IL, NE, OH, OR, and SE Area Rally to date) and to the National Association of Farmer Elected Committeemen legislative conference in DC

Kenneth L. Nagel
Administrative Management Specialist                                        UF168394 CT

- Serve as an Agency Resolving Official for EEO complaints and write decisions and settlement agreements to resolve cases (trained in 2002)
- Serve as a hearing officer for the DAFO in employee administrative appeals around the country and write the decision and recommended DAFO response for each appeal
- Serve as a contact and advisor to State Offices when county office sit-ins or takeovers occur in the absence of the DAFO and assist when he is present
- Serve on the headquarter Continuity of Operations Plan team to be relocated to an alternate site to maintain national operations for FSA in the event the National Office is inoperative
- Serve on a task force with other divisions and agencies for DAFO to develop guidelines for security in State and county offices to prepare them for and how to react to terrorist events
- Participate with Agency program officials in reviewing existing and proposed legislation, program policies, procedural requirements and Federal regulations affecting assigned areas to assess their adequacy and effectiveness in meeting the needs of program participants as well as those of State and county offices
- Develop and write Federal regulations pertaining to county committees and State and county office administration processes
- Interact with the National Office's FOIA officer to respond to FOIA requests
- Developed processes for DAFO for States' Federal and non-Federal staff ceilings, funding and personnel issues for the last three years
- Served on a task force with SEDs, Budget staff, FLP staff, FP staff, and DAFO to develop new methods to distribute staff ceilings using actual employee costs and workload figures
- Serve as DAFO contact and liaison with the Budget Division (BUD) to determine State allotments for county office equipment, overtime guidelines and travel allotments
- Reviewed and developed procedures with BUD, MSD, and ITSD for Federal equipment allotments with subsequent notice preparation to disseminate funds
- Work with the Budget Division on budget and workload reporting and analysis and assist State offices with questions on budget and workload
- Analyze workload figures and reports to use in determining staff ceilings for the States and serve as the DAFO contact person for States on workload and ceilings
- Work with the classification staff on county office employee positions and CED grades
- Serve as the DAFO representative for the Pigford vs. Veneman lawsuit, Consent Decree operations connected with all the States and all FSA staff since 1999
- Serve as the major contact persons for FSA and the Department of Justice (DOJ) representative under Shaller vs. US involving the plaintiffs' interpretation of the Fair Labor Standards Act as applied to exempt employees on the Consent Decree
- Write responses to plaintiffs' requests for discovery and write responses to plaintiffs' interrogatories in concert with the Office of General Counsel and DOJ
- Serve as the primary contact person for the last three years and gather, consolidate, and provide information to OIG special investigators on one of the largest potential fraud cases in history involving FSA loans and programs in Puerto Rico
- Performed on-site investigation and subsequently wrote a full report and recommendations for the EDSO regarding allegations of disparate treatment of employees in the North Carolina State Office under the previous administration
- Write responses to Congressional inquiries, work with USDA and FSA Congressional affairs staff and served as the EDSO representative to Congressional Ag committees
- Work with the Secretary's staff on questions, decision memos, and attend Department level meetings with the Secretary, Under Secretary for FFAS and others
- Served on a task force with USDA Congressional affairs staff representing the former EDSO on county committee and civil rights issues
- Serve as a DAFO meeting representative to the Office of Civil Rights

2

Kenneth L. Nagel
Administrative Management Specialist                                    UF168394 CT

- Develop briefing memos for the DAFO, Administrator and Secretary
- Wrote briefing memorandum for the new Assistant Undersecretary for Civil Rights on the county committee system and met with him to describe the process
- Traveled to Texas and organized action teams into Texas involving 148 detailees from across the nation to assist the Texas State Office with the 1998 Crop Loss Disaster Assistance Program
- Organized, developed the plan of action and supervised 9 action teams in Puerto Rico involving 28 detailees, 9 county offices, and the State Office for six weeks to complete applications for the 1999 Crop Disaster Program and the Livestock Indemnity Program
- Led the detailing of over 400 FSA employees from around the nation to serve on the Consent Decree Action Team over the last three and one-half years
- Organized, developed, and supervised six FSA employees to conduct a four day training for FSA processes and programs in Puerto Rico
- Participated in, developed script and appeared in a live, national satellite training broadcast and video tape for Farm Loan Officer trainers
- Assisted in developing and coordinating a State Executive Director (SED) and State Committee (STC) training conference and assisted with two previous SED/STC conferences
- Served as Chairperson for an interagency work group consisting of headquarter APHIS, CSREES, RD, NRCS, and FS staff members at the National Office for the National Food and Agriculture Council to develop guidelines for the Secretary in the event of Foot and Mouth Disease outbreaks in the States at the request of the Secretary
- Prepared an in depth briefing memorandum and report for the Secretary about anthrax after an anthrax outbreak in the northern Midwest
- Served as the FSA coordinator for a special project involving energy resource information gathering from all 50 states and prepared a report for the USDA Chief Economist, Department of Energy, and FSA-Economic and Policy Analysis Staff, plus being involved in interagency and inter-department meetings
- Served on a National Business Needs assessment work group made up of a cross section of employees from Headquarters, Kansas City AO, State Offices, and county offices to develop recommendations for more efficient Agency processes to present to the Administrator
- Co-chaired a 21 member national task force to totally revise handbooks 15-AO and 16-AO and subsequently worked with the directives branch and HRD
- Totally revised and provided to OGC and the Office of Civil Rights, 7 CFR, Part 7, Sections 1-26 for the previous administration
- Serve as a DAFO contact person for workplace violence and interact with the National workplace violence coordinator
- Serve as a contact person for the national workplace violence coordinator to handle individuals barred from county FSA offices and to take calls from irate and unhappy producers to assist them with their concerns
- Serve as the contact person for State and county travel questions
- Serve as coordinator of the county committee election reform legislation and collect data required to provide to the Secretary per the Farm Security and Rural Investment Act of 2002
- Coordinate the development of new county committee nomination forms, new ballots, and recommendations to the Secretary for election reform to ensure socially disadvantaged participants are represented on county committees
- Review, edit, and assist in preparing notices, handbook amendments and memorandums for Financial Management, Personnel Management, Budget, Administrative Operations, Administrative Services, Farm Loan Programs, and all other areas as necessary
- Develop spreadsheets, charts, tables, and data bases for staff ceilings, judicial requests, detailing Consent Decree employees, staff analysis, and other needed data base information

3

Kenneth L. Nagel
Administrative Management Specialist                                    UF168394 CT

- Gather information and evidence for assigned Hotline Complaints and subsequently write the reports and responses to OIG
- Work with the Office of Reviews and Audits Staff on assignments provided DAFO
- Work with and advise the Appeals and Litigation Staff with requests on appeals that have involved the Sugar PIK program in Puerto Rico and Florida plus other appeals
- Work with Budget Division, Human Resources Division, Financial Management Division to recommend, review and implement administrative management, processes, and functions as they are needed
- Provide advice, guidance and direction to State Offices for the management of State and County offices and personnel management and adverse determinations
- Served on interview panels to select the Puerto Rico Farm Loan and Programs Chief, District Directors for Texas and North Carolina, DAFO program analysts and DAFO secretaries


1/97 - 2/99:    **County Executive Director**, CO-12

Lancaster County FSA, 6030 S. 58th, Suite A, Lincoln, NE, 68516-3641
Hours per week: 40 hours  - Salary:  $50881
Supervisor:    Leonard Ringland, County Committee Chairperson
                    Phone number:  (402) 423-3993

- Managed a Grade 12 county office that consistently ranked among the top 10 counties in the nation in workload with eight permanent Program Technicians, two temporary Program Technicians, and three Field Assistants with a three person Farm Loan Team
- Coordinated Aerial Compliance activities as Headquarters County
- Served as the Aerial Compliance State Office consultant and a district trainer
- Responsible for Production Flexibility Contracts; Price Support, including Marketing Assistance Loans and Loan Deficiency Payments; Conservation Reserve Program; Common Provisions; Compliance; and other programs as required
- Processed over 3000 1999 LDP applications for wheat, feed grains, and silage
- Responsible for 673 Conservation Reserve Program contracts involving 31,415 acres and 2417 Production Flexibility Contracts
- Responsible for the largest workload county in Nebraska and 7th largest in the U.S. with over 2400 farms of 331,161 cropland acres and 3500 producers
- Developed and presented Power Point informational meetings to farmers, businessmen, and land owners
- Served as the Service Center facilitator for civil rights and EEO training at two sessions
- Served as lead agency coordinator for the FSA, Natural Resources Conservation Service, and Rural Development in the Lincoln Service Center
- Worked closely with the Nebraska State FSA Office located in Lincoln on pilot projects, routine program and automation matters, and GIS fact finder at GIS seminars
- Served on the State FSA Grievance Board as the CED Representative
- Coordinated efforts with a Farm Loan Manager and Farm Loan Officer headquartered in the office (Completed the one year CED Farm Loan Program training December 2, 1998)
- Regularly interviewed by the farm reporter for the Lincoln newspaper on FSA and other agriculture issues

4

Kenneth L. Nagel
Administrative Management Specialist                                    UF168394 CT

7/93 - 1/97:   **County Executive Director**, CO-12

Perkins County FSA, PO Box 100, Grant, NE, 69140-0100
Hours per week: 40 hours  - Salary:  $46569
Supervisor:    Duane McClintock, County Committee Chairperson
               Phone number:  (308) 352-4129

- Managed the largest Grade 12 workload county office in western Nebraska with up to eight permanent Program Assistants and one Field Assistant
- Responsible for over $7million in commodity loans for wheat, feed grains, and oilseeds. Performed all commodity loan inspections
- Responsible for enrolling 100% of eligible contract acreage consisting of 312,779 acres on 930 farms with over 128,000 acres of irrigated corn land into the AMTA program.  The county was the second largest wheat producing and largest sunflower seed-producing county in Nebraska.
- Responsible for 297 CRP contracts covering 42,505 acres
- Coordinated the largest flying operation ever conducted in Nebraska involving 49 counties, 3 aircraft, and 10 Aerial Compliance Assistants
- Promoted the then FSA Wetland Reserve Program and had the only applications in western Nebraska approved
- Composed a bi-weekly column for the Grant-Tribune Sentinel newspaper
- Wrote script and spoke about FSA issues on the nation's largest farm radio station KRVN, Lexington, Nebraska
- Conducted numerous informational meetings to inform producers of farm programs
- Conducted the annual county convention to elect county committeepersons


11/91 - 7/93:   **County Executive Director**, CO-12

Johnson County ASCS, PO Box 567, Tecumseh, NE, 68450-0567
Hours per week: 40 hours  - Salary:  $27789
Supervisor:    Harold Jeffries, County Committee Chairperson (deceased)
               Kevin Nabor, District Director
               Phone number:  (402) 223-3125

- Managed a Grade 12 county office with seven permanent Program Assistants and two Field Assistants, with occasional temporary Program Assistants
- Administered a large workload of commodity loans for wheat, feed grains, and oilseeds
- Responsible for a large CRP program with 498 contracts
- Responsible to administer the annual farm program on 75% of the cropland that was enrolled in the program
- Administered 932 farms and 1600 producers.  The Agricultural Conservation Program was a major program managed in the county
- Worked with the SCS in planning a new USDA Service Center for the county
- Wrote informational articles for the local newspaper

5

Kenneth L. Nagel
Administrative Management Specialist                              UF168394 CT

3/91 - 11/91:  **County Office Trainee**, CO-5 to CO-7

Nebraska State ASCS, 7131 A, Lincoln, NE, 68505-7975
Hours per week: 40 hours  - Salary: $21023
Supervisor:    John Neuberger, State Executive Director
               Phone number: (402) 437-5581

- Trained in all ASCS program areas for preparation to manage an ASCS county office
- Trained in six counties across Nebraska. Required overnight travel from home during the week in five of the six counties
- Was tested by State specialists after completing each of the five sessions and passed each program area without the need to repeat any part
- Read all ASCS handbook procedure pertaining to Administration, Production Adjustment/Common Programs, Compliance, Price Support, and Conservation.
- Read and studied all notices, State memos, tele-mails, and any other information required for the position
- Attended first session of CED Management Training at San Diego, CA under CED Management Training pilot program


2/88 - 3/91:    **Agricultural Assistant**

Farmer's State Bank, PO Box 89, Panama, NE, 68419-0089
Hours per week: Part time  - Wages: $12.50 per hour
Supervisor:    Lee Anderberry, Vice president
               Phone number: (402) 782-3500

- Met with Ag borrowers to develop computerized annual cash-flow projections
- Prepared and updated financial statements and security agreements to establish borrowers' annual lines of credit for operating loans
- Assisted in the preparation of FmHA guaranteed loan applications and provided updated documentation for FmHA guaranteed loans
- Reviewed Ag borrowers' files to ensure that all filings and reports were current, complete, and correct
- Revised and developed Lotus 123 computer templates and spreadsheets for office use
- Assisted with review of current note balances and payments


2/87 - 3/91:    **Agricultural Representative**

Lancaster County Bank, 10841 N 142nd, Waverly, NE, 68462-0447
Hours per week: Part time  - Wages: $12.50 per hour
Supervisor:    Mort Novak (retired), President
               Janet Latimer, President
               Phone number: (402) 786-2555

- Developed a farm inspection program and reporting procedure for Lancaster County Bank
- Conducted annual on-site farm inspections with Ag borrowers to ensure FDIC requirements were met and to provide the loan committee with an objective report on bank customers' farm operations, inventories, equipment, and land

6

Kenneth L. Nagel
Administrative Management Specialist                                   UF168394 CT

- Provided current values of borrower real estate and chattels
- Reviewed all Ag cash-flow projections and financial statements for accuracy and feasibility
- Prepared computerized trend analysis from each Ag borrower's financial data
- Recommended actions borrowers could apply to their farm operations to improve profitability and improve cash flow
- Reviewed and updated all lien filings for both agricultural and commercial borrowers and annually reviewed each customer's loan documentation
- Reviewed all commercial loan files for completeness and feasibility
- Developed trend analysis for commercial loans

5/71 - 3/91:   **Self-employed Farm Owner and Operator**

Nagel Farms, RR 2, Ceresco, NE, 68017
Hours per week: Full-time  - Salary:  $35,000

- Successfully operated and managed more than 1,000 acres of owned and leased dryland and irrigated land
- Managed crop and livestock enterprises
- Received numerous State and local awards with spouse for achievements in various aspects of agricultural production and leadership
- Produced a State Convention attended by over 500 people as the State President for the Nebraska Young Farmers' and Ranchers' Educational Association
- Breeder of registered championship Quarter Horses
- Still own and manage 297 acres of farmland under share lease in Nebraska

## EDUCATION

9/61 - 5/65    Waverly High School, Waverly, NE, 68462
               High School Diploma - 1965

2/66 - 6/71    University of Nebraska, College of Agriculture, Lincoln, NE, 68588
               Bachelor of Science with dual major of Ag Economics and Agronomy - 1971

9/83 - 11/83   Nebraska School of Real Estate, Lincoln, NE, 68500
               Real Estate Sales License -1983

9/89 - 12/89   Southeast Community College, Lincoln, NE, 68520
               Instructor Certificate - Nebraska Farm and Ranch Business Management Program

1/88 - 12/90   University of Nebraska, Graduate College of Business Adm., Lincoln, NE, 68588
               Graduate credit - 7 hours -- Undergraduate credit - 6 hours

7

Kenneth L. Nagel
Administrative Management Specialist                                           UF168394 CT

## ACTIVITIES

| | |
|---|---|
| 2001 - 2003 | Nebraska Farm Bureau Federation, Member |
| 1997 - 1999 | Kiwanis Club of Lincoln, Agriculture and Environment Committee |
| 1997 - 1999 | Advisory Defense Council, Lincoln-Lancaster, Mayoral Appointment |
| 1996 - 1997 | Grant City Planning Commission, Steering Committee Member |
| 1993 - 1997 | Grant Rotary Club, Member |
| 1990 - 1991 | Nebraska Coalition for Agriculture Financial Management Education, Steering Committee Member |
| 1989 - 1991 | UN-L Cooperative Extension of Lancaster County, Board vice-president |
| 1986 - 1991 | Farmer's Co-op Association of Ceresco, Board Secretary |
| 1980 - 1982 | Farmer's Co-op Elevator of Agnew/Davey, Board Secretary |
| 1975 - 1976 | Raymond Central School Agricultural Advisory Committee, Chairperson |
| 1971 - 1972 | Nebraska Young Farmer and Rancher Education Association, State President |
| 1965 - 1966 | Nebraska Future Farmers of America, State Secretary |

## AWARDS AND OTHER QUALIFICATIONS

| | |
|---|---|
| 2002 | Agency Resolving Official Training |
| 2002 | Cash award for leading State Committee appointments |
| 2001 | Farm Loan Officer Training Orientation |
| 2001 | Brio Training (KC) |
| 2001 | Excel Spreadsheet Training |
| 2000 | Civil Rights and EEO Training |
| 2000 | Quality Step Increase for Outstanding Work |
| 1999 | Travel Management Training |
| 1999 | Certificate of Appreciation by Administrator |

Use Brio, HRD-Employee Information System, I*CAMS, and OIP software
Proficient in MS Word, MS Excel, MS PowerPoint, Corel WordPerfect

8

Standard Form 50
Rev 7/91
U.S.Office of Personnel Management
FPM Supp. 296-33, Subch. 4

Case 1:06-cv-00538-HHK   Document 29-4   Filed 02/28/2008   Page 14 of 19   UF/68394 C7

Exception to SF 50-B
approved by GSA/IRMS 2-87

# NOTIFICATION OF PERSONNEL ACTION

Vacancy cancelled 2/28/2008 a Page Number 13

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| NAGEL, KENNETH L | 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 | 11/11/47 | 01/12/03 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 894 | PAY ADJ |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| QWM | REG 531.205 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| ZLM | E O 13282 |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
AGRL PROG SPECLST
00030801    114530

| 8 Pay Plan | 9 Occ Code | 10 Grade/Level | 11 Step/Rate | 12 Total Salary | 13 Pay Basis | 16 Pay Plan | 17 Occ Code | 18 Grade/Level | 19 Step/Rate | 20 Total Salary/Award | 21 Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 72,851.00 | PA | GS | 1145 | 13 | 04 | 75,112.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 65,349.00 | 7,502.00 | 72,851.00 | .00 | 67,377.00 | 7,735.00 | 75,112.00 | .00 |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
FARM SERVICE AGENCY
DEP ADM FOR FIELD OPERS
FIELD OPERS STAFF

AG FA0502000000000000    PP 01 2003

### EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1 | 1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1  0-None  2-Conditional  1-Permanent  3-Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0  WAIVED | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31 Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 03/10/91 | F  FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | | 0395 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**
FEDERAL PAY INCREASE DUE TO E.O. 13282 SIGNED 12/31/02.
SALARY INCLUDES A GENERAL INCREASE OF 3.1% ROUNDED AND A LOCALITY
PAYMENT (OR OTHER GEOGRAPHIC ADJUSTMENT) APPLICABLE IN THIS AREA.

13

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF AGRICULTURE | *[signature]* |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| AG FA | 4881 | 12/31/02 | DONNA D. BEECHER  DIRECTOR, OF HUMAN RESOURCES MGMT |

TURN OVER FOR IMPORTANT INFORMATION
3-Part   50-315

1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237



*Vacancy Identification Number UF168394CT*

REPRODUCE LOCALLY. *Include form number and date on all reproductions.*

AD-2000
(09-27-00)

**United States Department of Agriculture**

# Performance Plan Agreement and Appraisal

*Privacy Act Notice: Submission of information is mandatory. Failure to provide information will prohibit data collection required by the Office of Personnel Management.*

| 1. EMPLOYEE'S NAME | 2. RATING PERIOD | |
|---|---|---|
| Jagel, Kenneth | FROM: 10/01/01 | TO: 09/30/02 |

| 3. TITLE/SERIES/GRADE | 4. AGENCY/DIVISION | 5. SOCIAL SECURITY NUMBER |
|---|---|---|
| Program Coordination Specialist GS-301-13/04 | FSA/EDSO | |

## PART I - PERFORMANCE PLAN

6. CRITICAL RESULTS *(Check (✓) a minimum of 2/ maximum of 5 applicable elements.)*

Note: The narrative statements describe the "Results Achieved" level of performance. Where applicable, quantity, quality, and timeliness are derived directly from appropriate agency regulations, policies, instructions, work plans or other guidelines. If no guidelines exist, further clarification will be provided by the rating official. These elements are to be used by employees and supervisors to develop performance plans. They may be used as is, with further clarification, or up to three new elements may be developed, as appropriate. All employees must have at least one job specific element (see two-level performance appraisal system policy part 10 A (2) (e) (v)).

| | Elements | Results Achieved | Results Not Achieved |
|---|---|---|---|
| [X] | **Element #1 Execution of Duties:** Completed work assignments are performed in a timely manner, assuring a quality of work that meets the needs of the organization. Appropriate work methods are selected for the development of work products. Work products do not require substantive revisions. Assignments are completed in accordance with applicable agency guidelines, including time-frames. **Further clarification, as needed:** | ✓ | |
| [X] | **Element #2 Communications:** Oral and written communications are clear, correct, timely, and presented in an understandable manner. Supervisor and coworkers are informed of issues and problems when necessary. Information and guidance provided is timely and correct. **Further clarification, as needed:** | ✓ | |
| [ ] | **Element #3 Supervision:** Work is assigned in a fair and effective manner. Technical guidance to subordinate staff is given in a timely manner. Performance management is implemented in accordance with procedure. Issues, concerns, or problems are handled promptly and fairly. To the extent possible, staff is properly trained and complies with occupational health and safety programs. Management decisions are supported and implemented within appropriate time-frames. **Further clarification, as needed:** | | |
| [ ] | **Element #4 - Team Leadership:** Routinely leads individuals and team members toward specific goals and accomplishments. Provides encouragement, guidance, and direction as needed. Adjusts style to fit situation. Delegates appropriate authority in an effective manner. Coordinates functions of the team members. Demonstrates a sincere interest in employees' activities, abilities, etc. **Further clarification, as needed.** | | |

**AD-2000** (09-27-00)                                                                                          Page 2 of 5

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410 or call (202) 720-5964 (voice or TDD). USDA is an equal opportunity provider and employer.

D-2000 (09-27-00)                                                                                         Page 3 of 5

| | Elements | Results Achieved | Results Not Achieved |
|---|---|---|---|
| ☐ | **Element #5 Program Management**: Manages program(s), resolving issues and problems within the employee's control. Monitors all aspects of program(s) for quality, effectiveness, and consistency. Program plans and guidance are responsive to objectives and requirements of the Agency. Policy instructions are appropriately issued and are accurate. Evaluates effectiveness of work and adjusts plans accordingly. <u>Further clarification, as needed</u>: | | |
| ☐ | **Element #6 Special Projects**: Special projects are regularly completed on time in a competent, accurate, and thorough manner. Completed projects comply with regulations and procedures. Special projects are completed independently, or reflect research and collaboration with others as required. <u>Further clarification, as needed</u>: | | |
| ☐ | **Element #7 Research and Analysis**: Thoroughly and accurately researches issues in a timely manner, using available reference sources (e.g., USDA manuals, or applicable law or regulations). Makes reasonable recommendations or decisions based on available guidance. <u>Further clarification, as needed</u>: | | |
| ☒ | **Element #8 Customer Service**: Routinely displays courteous and tactful behavior. Projects a positive and professional image of USDA. Provides advice that is timely, responsive and accurate. Maintains appropriate rapport with internal and external customers. Develops and establishes working relationships with external organizations as required. Keeps supervisor and/or team leader informed of difficult and/or controversial issues and unique problems. Takes action to effectively solve problems before they have an adverse impact on the organization or other employees. <u>Further clarification as needed</u>: | ✓ | |
| ☐ | **Element #9 Equal Opportunity & Civil Rights**: (Mandatory for all supervisors and managers). Performs all duties in a manner which consistently demonstrates fairness, cooperation, and respect toward coworkers, office visitors, and all others in the performance of official business. Demonstrates an awareness of EO/CR policies and responsibilities of Agency and Departmental goals of working to employ and develop a diverse, yet unified workforce. <u>Further clarification, as needed</u>. | *(initials)* | |
| ☒ | **Element #10 Equal Opportunity & Civil Rights**: (Mandatory for all non-supervisory employees). Performs all duties in a manner which consistently demonstrates fairness, cooperation, and respect toward coworkers, office visitors, and all others in the performance of official business. Demonstrates an awareness of EO/CR policies and responsibilities of Agency and Departmental goals of valuing a diverse, yet unified workforce. <u>Further clarification, as needed</u>: | ✓ | |
| ☐ | **Element #11 Resource Management**: Monitors allocated funds and maintains complete and accurate records of expenditures. Routinely utilizes resources in an efficient and effective manner. Ensures that funds, property and other resources are guarded against waste, loss, unauthorized use, and misappropriation. <u>Further clarification, as needed</u>: | | |

16

AD-2000 (09-27-00)                                                                                           Page 4 of 5

| | Elements | Results Achieved | Results Not Achieved |
|---|---|---|---|
| [X] | **Element #12 Individual Contributions to the Team**: Ordinarily displays dependability and reliability. Promotes open communication. Contributes creative ideas and actively participates in team meetings resulting in added value to the team's products and services. When problems arise, explores causes and assists in resolving them. Works with team members to appropriately implement decisions. Is usually open-minded to new ideas and approaches in implementing the team's goals. Willing accepts and acts on constructive criticism. **Further clarification, as needed:** | ✓ | |
| [ ] | Element #13 - | | |
| [ ] | Element #14 - | | |
| [ ] | Element #15 - | | |

**PART II - PROGRESS REVIEWS**

Note: Regular and open communication between supervisors and employees is vitally important in any performance management system, and particularly in a two-tier system where all elements rated are critical elements. **Progress reviews should be held quarterly, but no less than semi-annually, and such reviews will be documented in writing.** Date of reviews, initials of employee and rating official and comments must be provided for each review. *(Provide any additional comments as an attachment).*

**DISCUSSION TOPICS FOR USE IN PLANNING PERFORMANCE AND CONDUCTING PROGRESS REVIEWS**

- Employee's performance on primary responsibilities/priorities in the past year.
  - revise performance work plan for the coming year, as necessary
  - relationship to overall work unit objectives

- Employee's strengths and areas for growth

- Barriers to effective work performance and job satisfaction

- Employee's development *(over the past year; future needs for current job; long-term career goals and developmental needs to achieve them)*

- Possible work process improvements

- Whether employee continues to grow to meet future needs and demands of the changing environment

- Employee's feedback/constructive suggestions for supervisor

- Anything else the employee or supervisor would like to address

D-2000 (09-27-00)                                                          Page 5 of 5

**7. RATING OFFICIAL'S COMMENTS**

1st Quarter

2nd Quarter

3rd Quarter

4th Quarter

**8. EMPLOYEE'S COMMENTS**

1st Quarter

2nd Quarter

3rd Quarter

4th Quarter

|  | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter |
|---|---|---|---|---|
| Meeting Date |  |  |  |  |
| Employee's Initials |  |  |  |  |
| Rating Official's Initials |  |  |  |  |

## PART III - SUMMARY RATING

[ ] RESULTS ACHIEVED                                    [ ] RESULTS NOT ACHIEVED *

* A "Results not Achieved" rating requires explanation. Provide additional comments as an attachment.

## PART IV - CERTIFICATION

Note: Employee's signature certifies review and discussion with the Rating Official. It does not necessarily mean that the employee concurs with the information on this form.

**9. PERFORMANCE PLAN** (Sign when plan is established)

Employee's Signature: *Kenneth W Nagel*    Date: 10/22/01

Print Name of Rating Official: JOHN W. CHIOTTI, JR.

Signature of Rating Official: [signature]    Date: 10/24/01

I have reviewed the standards of conduct and have had any questions answered by my satisfaction. (Employee initial appropriate block below.)

YES [ ]        NO [ ]

**10. SUMMARY RATING** (Sign when rating is completed)

Employee's Signature: *Kenneth W Nagel*    Date: 11/1/02

Print Name of Rating Official: Douglas W Frago

Signature of Rating Official: [signature]    Date: 11/1/02

Name of Reviewing Official (required for summary rating of "Results Not Achieved")     Date:

18