# ATTACHMENT C

5/1/2003

HUMAN RESOURCES DIV., WASHINGTON, DC
1400 INDEPENDENCE AV, SW
WASHINGTON, DC 20250

*Selected*

PATRICK J. SPALDING
11911 KINGSWOOD BLVD
FREDERICKSBURG, VA 22408
· UNTIED STATES OF AMERICA

Dear PATRICK J. SPALDING,

This refers to the application you recently submitted to this office for the position shown below:

| | |
|---|---|
| **Position:** | ADMINISTRATIVE MANAGEMENT SPECIALIST |
| **Series / Grade:** | 0301-14 |
| **Vacancy ID:** | 168394 |
| **Vacancy Announcement** | UF168394CT |
| **Agency:** | DEP ADMR FOR FIELD OPERATIONS |
| **Duty Location:** | WASHINGTON METRO AREA, DC |

This refers to the recent application you submitted under the above Vacancy Announcement for consideration under merit promotion procedures. The paragraph checked below provides information concerning the status of your application. If you applied to the open competitive process you will receive notification from the Kansas City Delegated Examining Unit.

(✓) For the GS- 14 position you have been rated best qualified and have been certified to the selecting official.

( ) For the GS-_____ position, although you meet the minimum qualification requirements, your name was not referred to the selecting official for consideration because you were not among the best qualified candidates.

( ) For the GS-_____ position, you are a non-competitive eligible candidate and have been referred to the selecting official.

Note: It can take 60 to 90 days to complete the recruitment process. You will be notified once a decision has been made.

Sincerely,

*[signature]*
Human Resources Division

Thank you for your interest in Federal employment.

1

**APPLICANT WORKSHEET**   -   Announcement #   UF168394

NAME: Spalding, Patrick   Applied for: (001 Merit) 002 Comp (for DEU)

Appl. Package rec'd by Closing Date   (YES) - NO - Number Rec'd _____

Area of Cons. __FSA-Nationwide__   (YES) - NO - N/A

Competitive/Non-Competitive Applicant   (COMP) - NON COMP

Eligible for Spec. Emp. Progs.   ICTAP/CTAP - VEOA - VRA - DISABILITY - OTHER - NONE

US Citizen   YES - NO

Basically Qualified   YES - NO - GRADE(S) _____

Reinstatement Eligible   YES - NO - N/A

Copy of SF-50   (YES) - NO - N/A

Competitive Service   (YES) - NO - N/A

Type of Appt.   (FED.) - FSA COUNTY - (PERM) - TEMP - N/A

Evaluation Criteria   (FORM C) - KSA's - MISSING - N/A

Performance Appraisal   (PASS) - FAIL - (YES) - NO - N/A

Time-In-Grade   (YES) - NO - N/A

(GS)/GM  13  from  4/01  to  8/02

Typing Speed on Application   YES - NO - N/A

College Transcript(s)   YES - NO - N/A

Comments: _____C-14_____

2

Report Date:   3/24/2003

# Complete Applicant Record Printout (CARP)
## Vacancy ID Number: 168394

Name:   SPALDING, PATRICK J                                      SSN:
Home Address                                                     Work Address
11911 KINGSWOOD BLVD
FREDERICKSBURG, VA  22408-2408
(202) 690-0595

Record Status Code:   AA - Eligible for Cert
Veterans Preference:  NV- Non Veteran                            Adj Vet Preference:

CTAP:   Claimed    Qualified:  Not Reviewed       ICTAP:  Claimed    Qualified:  Not Reviewed
Employment Information:   Full Time   Y   Part Time  N  N  N   Temporary   N  N  N   Travel   N  N  N
Eligiblity Begin Date:   March/2003                  Eligibility End Date:   June/2003
Searchable Date Field(s):
Applicant Dates:   3/17/03    Added                3/17/03   Receipt
                   3/17/03    Available            3/17/03   Processed
                   3/17/03    Application Rated
Geographic Location(s):    WASHINGTON METRO AREA, DC

Osp-Grade-Rate     Osp-Grade-Rate     Osp-Grade-Rate     Osp-Grade-Rate     Osp-Grade-Rate
001 - 14 - 100.0

Certificate History

Number of Career Certs:                    Number of Temporary Certs:

| Question Number | Response |
|---|---|
| 1 | A |
| 2 | E |
| 3 | E |
| 4 | E |
| 5 | D |
| 6 | E |
| 7 | E |
| 8 | D |
| 9 | E |
| 10 | E |
| 11 | E |
| 12 | E |
| 13 | E |
| 14 | E |
| 15 | E |
| 16 | E |
| 17 | D |
| 18 | E |
| 19 | E |
| 20 | E |
| 21 | E |
| 22 | E |
| 23 | E |
| 24 | E |
| 25 | E |
| 26 | E |
| 27 | E |
| 28 | E |
| 29 | D |

Monday, March 17, 2003

USDA, Farm Service Agency
FSA-HRD-PMB 349
2101 L Street Northwest
Attn: Vacancy Identification Number UF168394 CT
Washington, DC 20037-1524



In response to Vacancy Identification Number UF168394 CT, Administrative Management Specialist GS-301-14 please find the attached OF-612, my most recent performance appraisal and my most recent SF-50. The Occupational Questionnaire was completed online on the USDAJOB website.

This material is for the merit promotion announcement.

Should you have any questions, please feel free to contact me at work (202) 690-0595 or at home at (540) 710-5649. I can also be reached by email at Patrick.Spalding@usda.gov.

Sincerely,

Patrick J. Spalding

11911 Kingswood Boulevard
Fredericksburg, VA 22408

4

Form Approved
OMB No. 3206-0219

# TIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| Administrative Management Specialist | GS-0301-14 | UF168394 CT |

| 4 Last name | First and middle names | 5 Social Security Number |
|---|---|---|
| Spalding | Patrick J. | |

| 6 Mailing address | | | 7 Phone numbers (include area code) |
|---|---|---|---|
| 11911 Kingswood Boulevard | | | Daytime    (202) 690 0595 |
| City | State | ZIP Code | |
| Fredericksburg | VA | 22408 - | Evening    (540) 710 5649 |

## WORK EXPERIENCE

**8** Describe your paid and nonpaid work experience related to the job for which you are applying. Do **not** attach job descriptions.

Job title (if Federal, include series and grade)
1) Loan Specialist (Agriculture), GS-1165-13

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 04/01/2000 | 03 2003 | $75,112 | Year | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| USDA, Farm Service Agency (FSA) | Michael R. Hinton |
| 1400 UIndependence Avenue SW, Washington, DC 20250-0522 | (202) 720 1764 |

Describe your duties and accomplishments

As a senior loan specialist I perform a full range of functions including developing and recommending operating policies and plans, conducting loan program evaluations, developing and analyzing legislative proposals, training field personnel, reviewing and responding to complex loan making applications and inquiries.

I have prepared numerous written responses to applicant, congressional and general public inquiries. Inquiries were of complex nature dealing with legislative issues as well as loan eligibility and farm loan program requirements. Responses were prepared for the Division Director and Deputy Administrator's signatures. In addition, I routinely answer telephone inquiries dealing with complex and sensitive issues from the field offices, borrowers, applicants, and congressional staff.

I have drafted regulations to be published in the Federal Register concerning real estate appraisal requirements and Horse Breeder loans. During the drafting process I coordinated and conducted meetings with various groups, i.e., the Office of General Counsel (OGC), employees from other divisions and branches, and the general public to determine the best method to implement regulation changes and new legislation. I analyzed paperwork burden requirements and made other relevant determinations.

I have played a pivotal role in notifying the field staff of policy and legislative changes through the issuance of procedural notices, handbook changes and training. Some of these topics include changes in the Uniform Commercial Code, Revised Article 9, and procurement and non-procurement activities for farm loan programs. In addition, I have served as the expert for loan cost items for the Apple loan program. I have worked extensively with the Financial Management Division, Kansas City and St. Louis accounting and automation staffs to develop new software for the Apple loan program. I am currently serving as the Agency representative for the Department of Agriculture's reinvention of the National Finance Center (NFC) PRCH system used by farm loan programs and Rural Development to make procurement and non-procurement payments.

I review FSA State instructions and directives dealing with loan making issues for conformance with applicable laws, regulations and national procedures and recommend changes when necessary. I work with the OGC and the Deputy Administrators office in reviewing operating policies and procedures. I have independently developed and presented procurement and non-procurement training at two national farm loan conferences while in this position.

In addition to my duties as a senior loan specialist, and with my extensive administrative knowledge and experience, I routinely spend five percent of my time providing advice and counsel to the Division Director and Branch Chief on human resources, procurement and travel issues. During the last year the division offices were relocated and I provided advice on space layout and procedures in connection with the move to the division director and branch chief. In addition, I spend ten percent of my time providing procurement advice to State Office Contract Specialists. FSA's Management Service Division, Acquisition Management Branch routinely refers field office calls to me for procurement policy and advice.

Item 8 *WORK EXPERIENCE (continued)*

| Job title in announcement | Grade(s) applying for | Announcement number |
|---|---|---|
| Administrative Management Specialist | GS-14 | UF168394 CT |
| Last name | First and middle names | Social Security Number |
| Spalding | Patrick J. | |

2) Job title (if Federal, include series and grade)
Contract Specialist, GS1102-11

| From (MM/YY) | To (MM/YY) | Salary | Per | Hours per week |
|---|---|---|---|---|
| 10/01/1995 | 03/31/2000 | $52,952 | Year | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| USDA, Farm Service Agency (FSA), Minnesota State Office<br>375 Jackson Street, Suite 400, St. Paul, Minnesota 55101-1852 | Linda Hennen, Admininstrative Officer<br>(651) 602 7700 |

Describe your duties and accomplishments

In October of 1995 I was reassigned to FSA as a result of the transfer of function between Rural Development (RD) and FSA. The position's duties and responsibilities remained virtually the same as they were with RD.

In addition, I provided performance plan training to state office staff and District Directors when the Agency changed form the 5 tier rating system to the pass/fail rating system.

I provided procurement training to county office, federal and non-federal employees.

After the transfer of function I was responsible for the State Office renovation project which included remodeling general office and storage space. This project also included the preparation of the space to be used by a high speed Kodak printer. In the entire project included approximately 12,000 square feet at cost of $125,000. I was responsible for negotiations and meeting with the General Service Administration (GSA) and the landlord. In addition, I was responsible for the project budget and ensured the project was completed within the budget constraints.

During the installation of the Local Area Network/Wide Area Network (LAN/WAN) for the FSA State Office, RD and Natural Resources Conservation Service (NRCS), I represented FSA as the subject matter expert. I played a significant role in the planning and installation of new wiring, a T1 and a new telephone system which was used to support the Common Computing Environment (CCE). In addition, I worked closely with the Information Technology (IT) staffs from all three agencies to implement the LAN/WAN and CCE initiatives in the county office throughout Minnesota.

I planned, organized and contracted for basic Windows and MS Word training for all federal and non-federal FSA employees in the State of Minnesota.

I maintained office space records for the county offices and provided technical guidance on leasing issues.

I independently maintained the farm loan programs, program loan cost expense accounts and made quarterly reports on expenditures and projections for the remainder of the fiscal year.

Shortly after the transfer of function, I assisted the Administrative Officer and Kansas City personnel office in reclassifying all Farm Loan program technicians in the State of Minnesota.

With my extensive administrative knowledge and experience I was able to assist the Administrative Officer in many administrative areas other than procurement.

Item 8 *WORK EXPERIENCE (continued)*

| Job title in announcement | Grade(s) applying for | Announcement number |
|---|---|---|
| Administrative Management Specialist | GS-14 | UF168394 CT |
| Last name | First and middle names | Social Security Number |
| Spalding | Patrick J. | |

3) Job title (if Federal, include series and grade)
Contract Specialist, GS-1102-11

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 03/22/1992 | 09/30/1995 | $46,249 | year | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| USDA, Rural Economic & Community Development (Formerly Farmers Home Administration) 375 Jackson Street, Suite 410, St. Paul, Minnesota 55101-1851 | Janice Daley, State Director (651) 602 7800 |

As Contract Program Manger, I managed and planned the overall procurement program (i.e. small purchases - equipment, supplies, service and construction contracts, and real property leasing) for Farmers Home Administration in the State of Minnesota. I also acted as a liaison between the program officials and the National Finance Center, and independently provided technical guidance. I managed all Contract Program Funds and Loan Cost Item Accounts. I reviewed all procurement requests and resolved errors or problems prior to initiating contractual actions.

I determined methods of procurement based on program needs and established procurement procedures. This includes formal contracting through negotiated procedures and sealed bidding. I also used a variety of small purchase procedures such as informal oral and written solicitations, purchase orders, and Blanket Purchase Agreements (BPAs). I prepared solicitations and clarified specifications to insure compliance with the appropriate laws and regulations. I made appropriate use of small businesses through small purchase set-a-sides, labor surplus set-a-sides, economically disadvantaged, and women-owned businesses.

I conducted formal solicitations, bid openings and analyzed offers received, and awarded based on low price. I made responsibility determinations and qualifications of bidders and/or offerers to make contract or purchase awards.

I negotiated contracts and ensured that technical evaluation factors and basis for award were clearly stated in requests for proposals. I lead technical review boards and determined competitive ranges, negotiated with contractors, and made analyses leading to award.

I administered contracts and supervised the administration of various contracts through the Contracting Officer's Representatives. I settled disputes and claims, monitored payments and ensured the appropriate application of the Prompt Payment Act. I investigated problems, protests and disputes and took steps to resolve matters expediently. I made final decisions on purchase order cancellations and contract terminations.

I performed in-depth management analysis of procurement functions and determined the appropriate means for efficient and effective delivery of contract services. I assisted the National Office Procurement Staff in determining the proper assignments of warrant levels for all warranted individuals in the state.

I was responsible for all Procurement Integrity issues throughout the state. I developed written guidance in the form of state procedures and Administrative Notices involving procurement topics. These Administrative Notices clarified and implemented procurement laws and regulations.

I conducted field reviews and identified strengths, weaknesses and recommended corrective action when needed. I monitored compliance action items to ensure the integrity of the procurement program was maintained.

I conducted training of contract administrators and procurement personnel. I prioritized training needs, designed training materials and conducted training to improve and maintain the quality of procurement practices.

I supervised a staff of two Procurement clerks and one contract specialist.

## Item 8 WORK EXPERIENCE (continued)

| Job title in announcement | Grade(s) applying for | Announcement number |
|---|---|---|
| Administrative Management Specialist | GS-14 | UF168394 CT |
| Last name | First and middle names | Social Security Number |
| Spalding | Patrick J. | |

4) Job title (if Federal, include series and grade)
Administrative Officer, GS341 -12

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 05/05/1991 | 03/22/1992 | $40,156 | year | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| USDA, Farmers Home Administration | Theodore Fusaro, State Director |
| 451 West Street, Amherst, Massachusettes 01002 | (413) 253 3471 |

As an Administrative Officer for the tri-state (Massachusetts, Connecticut and Rhode Island) jurisdiction of the Farmers Home Administration (FmHA), I was an integral member of the management team. I provided substantial technical administrative guidance and support on decisions effecting the State Office's mission to provide credit for community and rural development projects and relieved the State Director of various administrative issues.

I participated as a key member in the development of the tri-states State Resource Management Plan (SRMP). I provided advice and monitored the tri-state wide implementation of SRMP and projected the most effective utilization of human and financial resources. I provided policy and direction on a variety of administrative areas. The following are examples of administrative disciplines for which I performed and the amount of time spent in each: personnel - 20%, budget - 15%, procurement - 15%, property utilization - 10%, travel - 10%, information management - 15%, and staff supervision - 15%. I managed administrative support services for 20 field offices and 115 personnel. I supervised a Personnel Staff of 2, an Information Staff of 2, a Contracting/Procurement Staff of 2, and 1 administrative clerk.

I conducted comprehensive studies of staff resources based on workload. I then recommended appropriate utilization of resources that were allocated to the jurisdiction. I informed and discussed administrative changes, with program managers and the administrative staff. I assisted the State Director in identifying and defining administrative issues that needed attention. I explored alternatives and prepared explanatory materials necessary to document final decisions by the State Director. I independently composed letters, Administrative Notices and other related correspondence on all phases of administrative management.

I assisted the State Director with public relations and used contacts with representatives of other Federal Agencies, colleges, civic groups and the general public to explain FmHA programs and to give or secure information on administrative matters. I played an active role in carrying out an effective public relations program designed to better explain the purpose and mission of the agency programs. During my tenure in Massachusetts, I implemented a reorganization plan through consolidation (closure and combination) of county offices which I had developed prior to my entering the position. In summary, this plan of reorganization closed four field offices and implemented three specialized positions. On November 30, 1991, three field offices had been closed and work functions moved to new locations. In addition, one new position was filled through special hiring authorities and the other two were filled through agency merit promotion procedures. With my exceptional knowledge of Administrative Management, I was able to close offices and reassign employees with minimal impact. During this period I coordinated activities with the State Director and District Managers.

In addition, I worked with the procurement staff in FmHA's St. Louis Office, National Office and the Soil Conservation Service (SCS) to purchase new telephone equipment, which was compatible with state-of-the-art telecommunications, equipment and initiatives. This complex and time-consuming initiative took approximately 4 months to accomplish. As an Administrative Officer I dealt with a variety of personnel issues which included hiring, time and attendance, a Merit System Protection Board settlement, unacceptable performance issues and conduct issues. I also provided daily supervision to the Automated Information Staff in development of training topics, equipment utilization and general information management.

Along with managing the Administrative Staff, I provided advice and counsel to the State Director on a wide variety of issues and policies. These issues involved human resources, staffing, awards, promotions, travel, special projects, fiscal budgets, and overall management of the Tri-state jurisdiction. During periodic absences of the State Director, approximately five weeks, the State Director would designate me as Acting State Director. During these periods he would delegate to me all his authorities and responsibilities to perform during his absences.

Item 8 *WORK EXPERIENCE (continued)*

| Job title in announcement | Grade(s) applying for | Announcement number |
|---|---|---|
| Administrative Management Specialist | GS-14 | UF168394 CT |
| Last name | First and middle names | Social Security Number |
| Spalding | Patrick  J. | ■■■■■ |

5) Job title (if Federal, include series and grade)
Administrative Officer Trainee, GS-341-11

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 09  1988 | 04  1991 | $34,227 | year | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| USDA, Farmers Home Administration, Deputy Administrator for Management<br>1400 Independence Avenue, SW, Washington, DC  20250 | Russ P. Harvell, Administrative Officer<br>(501) 301  3216 |

As an Administrative Officer Trainee I received a variety of formal training and worked on developmental assignments directly related to the area of administrative management.  As a member of the Farmers Home Administration (FmHA) staff for the state of Arkansas, I participated in the planning, deployment and direction of the financial and administrative expense portion of the State Resource Management Plan (SRMP).  I conducted preliminary analyses of the states needs, which included the various program functions, and I recommended options for effective use of staffing and other related resources.  I assisted in the managing and controlling of personnel, fiscal, and general services for the State Office and 83 field locations.

I spent eleven months assisting the Personnel Management Specialist.  I completed work assignments in employee relations, classification, staffing, employee development, bargaining unit negotiations, performance evaluations, incentive awards, retirements, and personnel record keeping.  I also assisted the Administrative Officer and the State Director with immediate or potentially controversial personnel matters.  In addition, I assisted in keeping field personnel informed of rules, regulation changes, policies and procedures.

I spent seven months assisting the Contract Specialist in the administration of business services.  This included the procurement of supplies and equipment for the field and state offices.  I also assisted in the utilization and disposal of government property.  While assisting in field office leasing activities, I independently conducted lease market surveys for office space.  In addition, I assisted the Contract Specialist in the solicitation, evaluation, award, and administration of service contracts.  I also assisted in the utilization and procurement of telephone equipment and services.

During the training program, I cross-trained in the area of budget formulation, utilization, and control.  I gathered data and developed budget requests for personnel ceilings, equipment, supplies, leasing, travel, awards, overtime and other related areas.  I made recommendations and supplied appropriate documentation to support funding requests.

I also trained in the area of automation information management and developed informal databases and spreadsheets used in the administrative areas.

I assisted the Administrative Officer and the State Director in an active and effective public relations program.  I made contacts with other agency representatives, colleges and the public to give and secure information on administrative matters.

In April and May of 1990 I was detailed to the position of Administrative Officer in Massachusetts.  During the six-week detail I performed the full range of duties and responsibilities of the Administrative Officer position GS-341-12.  In addition, during November and December of 1990 and February of 1991 I was detailed to the New Jersey State Office for eight weeks and performed the duties and responsibilities of the position of Administrative Officer GS-341-12.  During these details I performed a full range of Administrative Officer duties and actively supervised the administrative staffs in the state office.  During these details I advised the State Directors on all administrative issues.

### ⌐ WORK EXPERIENCE (continued)

| Job title in announcement | Grade(s) applying for | Announcement number |
|---|---|---|
| Administrative Management Specialist | GS-14 | UF168394 CT |
| Last name | First and middle names | Social Security Number |
| Spalding | Patrick  J. | ▮ |

6) Job title (if Federal, include series and grade)
Agricultural Management Specialist, GS-475-11

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 03  1986 | 08  1988 | $29,564 | year | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| USDA, Farmers Home Administration | Earl Clark, District Director |
| 5975 Lakeside Boulevard, Indianapolis, Indiana  46278 | Unavailable |

In March of 1986 and after completing approximately 3 years as an Assistant County Supervisor I was reassigned to the position of Agricultural Management Specialist, County Supervisor GS-475-9 in the Logansport, Indiana County Office.  As a County Supervisor, I processed farm loan program applications for operating and real estate loans.  I gathered information, and analyzed production records to assist farms in developing feasible plans in accordance with the appropriate Farmers Home Administration (FmHA) procedures.  I then used these plans to render credit decisions on farm loan applications.  In addition, I was able to use my analytical abilities to processes rural housing applications and determine loan eligibility and assist creditworthy applicants who possessed the ability to repay a loan.

As a County Supervisor, I was able to maintain and dispose of farm loan program and rural housing inventory properties.  I used my experience, knowledge and authorities to rehabilitate and sell suitable homes.  I was able to successfully sell farm loan inventory property.  Therefore, reducing the cost to the Government in maintaining farm loan properties.

When I was promoted to County Supervisor, I received a $5,000.00 Contracting warrant and I used this authority in accordance with FmHA procedures.

As County Supervisor, I was able to maintain county office operations and supervise 4 staff.  Along with managing the county office, I made certain that reports were completed timely as required, and that the public was served in their best interest.

One of my most important responsibilities was that of public relations and dealing with a wide variety of people on a daily basis.  I feel I had an excellent rapport with borrowers, applicants, Realtors, and other lenders.  I related information about FmHA and my decisions in terms that the public and fellow employees could understand.

Patrick J. Spalding                                               Announcement Number UF168394 CT

**9** May we contact your current supervisor?

　　　　YES ☒　　NO ☐ ➔　If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

**10** Mark highest level completed.　Some HS ☐　HS/GED ☐　Associate ☐　Bachelor ☒　Master ☐　Doctoral ☐

**11** Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.
Columbus North High School, Columbus, Indiana 47201 - Diploma 1978

**12** Colleges and universities attended. Do **not** attach a copy of your transcript unless requested.

| | Name | | | Total Credits Earned | | Major(s) | Degree - | Year |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Semester | Quarter | | (if any) | Received |
| 1) | Purdue University | | | | | | | |
| | City | State | ZIP Code | | | | | |
| | West Lafayette | IN | 46497 - | | | Animal Science | BS | 1982 |
| 2) | | | | | | | | |
| 3) | | | | | | | | |

## OTHER QUALIFICATIONS

**13** **Job-related** training courses (give title and year). **Job-related** skills (other languages, computer software/hardware, tools, machinery, typing speed, etc. **Job-related** certificates and licenses (current only). **Job-related** honors, awards, and special accomplishments(publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards.) Give dates, but do **not** send documents unless requested.

USDA, Farmers Home Administration, Administrative Officer Training Program, Certificate of Completion 10/1990
Certificate of Accomplishment 09/1995
Outstanding Performance Award 03/1998
Superior Accomplishment Award 09/1999
Cash Award (Pereformance) 05/2002

See attachment for job related training.

## GENERAL

**14** Are you a U.S. citizen?　　　　　　　　YES ☒　　NO ☐　Give the country of your citizenship.
**15** Do you claim veterans' preference?　　NO ☒　　YES ☐　Mark your claim of 5 or 10 points below.
　　5 points ☐　Attach your DD 214 or other proof.　　10 points ☐　Attach an *Application for 10-Point Veterans' Preference* (SF 15) and proof required.

**16** Were you ever a Federal civilian employee?

|  |  |  | Series | Grade | From (MM/YY) | To (MM/YY) |
| --- | --- | --- | --- | --- | --- | --- |
| NO ☐　YES ☒ | For highest civilian grade give: | 1165 | 13 | 04 2001 | 08 2002 |

**17** Are you eligible for reinstatement based on career or career-conditional Federal status?
　　　　NO ☐　　YES ☒　If requested, attach SF 50 proof.

## APPLICANT CERTIFICATION

**18** **I certify** that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I **understand** that false or fraudulent information on or attached to this application may be grounds for not hiring me or firing me after I begin work, and may be punishable by fine or imprisonment. **I understand** that any information I give may be investigated.

SIGNATURE *[signature: Patrick J. Spalding]*　　　　DATE SIGNED 03/17/03

Patrick J. Spalding                                   Announcement Number UF168394 CT
                                                      Administrative Management Specialist
                                                      GS-301-14

## OF 612 Attachment to Item 13 Other Qualifications

Management Concepts Incorporated, Introduction to the Federal
Acquisition Regulations (FAR), January 4-5, 1989, Certificate of Completion

FmHA - National Office, Small Purchase Warrant, January 19, 1989

FmHA - National Office, Contracting Training for Program Personnel,
February 13-17, 1989, Completed

Management Concept Incorporated, Use and Disposal of Personal
Property, February 22-23, 1989, Certificate of Completion

FmHA — National Office Contract Training for Program Personnel, February 1992
Certificate of Completion

Management Concepts, Inc., Federal Contracting, March 6-10, 1989,
Certificate of Completion

Management Concepts Inc., Advanced Simplified Acquisition, June 2, 1997
Certificate of Completion

Management Concepts Inc., Contract Law, May 1992, Certificate of Completion

Management Concepts Inc., Sealed Bidding, October 1992, Certificate of Completion

FmHA - National Office, CPM's Annual Policy Meeting, February 1993, Completed

Management Concepts Inc., Leasing, Cost and Price Analysis, October 1993, Certificate of Completion

FmHA - National Office, CPM's Annual Policy Meeting, June 18-22, 1990,
Completed

Patton Management — Construction Contracts, June 20-24, 1994, Certificate of Completion

FmHA - National Office, CPM's Annual Policy Meeting, April 1994, Completed

Patton Management - Architect/Engineering Services, August 22-26, 1994, Certificate of Completion

Patton Management - Federal Appropriations Law, July 18-20, 1995, Certificate of Completion

RECD - National Office, CPM's Annual Policy Meeting, June 12-14, 1995, Completed

FmHA - Leasing Training, December 9-13, 1991, Lease Warrant Issued

Patrick J. Spalding  
█████

Announcement Number UF168394 CT  
Administrative Management Specialist  
GS-301-14

FmHA - Arkansas, Unix, Databases, Introduction to Spreadsheets
October 17-21, 1988, Completed

USDA — Real Property Workshop, June 19-22, 1995

Patton Management - Blanket Purchase Agreements, November 29-30, 1993, Certificate of Completion

FmHA — Foundation Information for Real Property, December 7-10, 1993

FmHA — National Office, introduction to SACONs, May 1992, Certificate of completion

FSA - Foundation Information for Real Property and Government Purchase Card, Fall 1998 Completed

FmHA — Introduction to Automated Farm and Home Plans and Disaster Certification, Certificate of Completion, 1997

OPM - Federal Budget Process, January 19-20, 1989, Certificate of Completion

FmHA - National Office, PMS Conference, April 10-14, 1989, Completed

OPM - Basic Position Classification, May 15-26, 1989, Certificate of Completion

OPM - Basic Employee Relations, June 5-9, 1989, Certificate of Completion

OPM - Basic Staffing & Placement, July 24-August 4, 1989,
Certificate of Completion

OPM - Briefing on Whistle-blower Protection Workshop, August 8, 1989 Completed

OPM — EEO for Personnelist March 21-23, 1990, Certificate of Completion

FmHA - Detail to National Office Personnel Division, October 16-20, 1989

Practical Management Inc., Managing the Training Function,
August 22-23, 1989, Certificate of Completion

OPM - Adverse Action & Unacceptable Performance Actions,
September 26-28, 1989, Certificate of Completion

Detail to the National Office - Personnel Division, October16-20, 1989, Completed

Patrick J. Spalding                                          Announcement Number UF168394 CT
                                                             Administrative Management Specialist
                                                             GS-301-14

OPM - EEO - Its Place in the Federal Government, December 13, 1989
Independent Study Course, Certificate of Completion

OPM - Qualification Analysis Workshop, January 9-11, 1990, Certificate of Completion

OPM - Basic Personnel Management, February 2, 1990, Independent Study
   Course, Certificate of Completion, Subject Matter: Federal Personnel Manual

Detail to the National Office - Employee Relations, February 25 through March 2, 1990

OPM - Basic Labor Relations, March 5-9, 1990, Certificate of Completion

OPM - Developing a Budget for a Unit, Independent Study Course, Completed October, 1990, Certificate of Completion

FmHA - Fundamentals of Instruction Course - February 1991, Little Rock, AR, Certificate of Completion

New Horizons Computer Training - Introduction to Access, 2-days spring 1999, Certificate of Completion

The Regulatory Group, Inc. — Advanced Regulation Drafting, 2 days April 2002, Certificate of Completion

Dale Carnegie Training – High Impact Presentations – Certificate of Completion – October 2002

Farm Loan Programs, Annual Policy and Training Meeting – USDA, FSA – Presenter and Trainee – December 2002

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

Exception to SF approved by GSA/IRMS

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| SPALDING, PATRICK J | | 06/01/60 | 01/12/03 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 894 | PAY ADJ | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| OWM | REG 531.205 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| ZLM | E O 13282 | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | LOAN SPECLST (AGRL) |
| | 90086280    116540 |

| 8 Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13 Pay Basis | 16 Pay Plan | 17 Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21 Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 72,851.00 | PA | GS | 1165 | 13 | 04 | 75,112.00 | PA |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | | 20D. Other Pay | |
| 65,349.00 | 7,502.00 | 72,851.00 | .00 | | | 67,377.00 | 7,735.00 | 75,112.00 | | .0 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | FARM SERVICE AGENCY |
| | DEP ADMR FARM LOAN PROGRAMS |
| | LOAN MAKING DIVISION |
| | DIRECT LOANS & FUNDS MGMT BR |
| | AG FA0302000400000000    PP 01 2003 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24 Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1  0-None  2-Conditional  1-Permanent  3-Indefinite | | YES  X NO |

| 27 FEGLI | 28 Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D0  BASIC-STANDARD | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31 Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 05/15/83 | F  FULL TIME | |

## POSITION DATA

| 34 Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | | 0395 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks

FEDERAL PAY INCREASE DUE TO E.O. 13282 SIGNED 12/31/02.
SALARY INCLUDES A GENERAL INCREASE OF 3.1% ROUNDED AND A LOCALITY
PAYMENT (OR OTHER GEOGRAPHIC ADJUSTMENT) APPLICABLE IN THIS AREA.

15

| 46 Employing Department or Agency | 50 Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF AGRICULTURE | *[signature]* |
| 47 Agency Code | 48. Personnel Office ID | 49. Approval Date | DONNA D. BEECHER |
| AG FA | 4881 | 12/31/02 | DIRECTOR, OF HUMAN RESOURCES MGMT |

TURN OVER FOR IMPORTANT INFORMATION
3-Part  50-315
1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30
NSN 7540-01-333-6...

AG FA0302000400000000    PP 01 1*2003*BATCH 48818868 000 GS 304 13 AG/FS FA 185

REPRODUCE LOCALLY. *Include form number and date on all reproductions.*

| AD-2000 (09-27-00) | United States Department of Agriculture |
|---|---|

## Performance Plan Agreement and Appraisal

*Privacy Act Notice: Submission of information is mandatory. Failure to provide information will prohibit data collection required by the Office of Personnel Management.*

| 1. EMPLOYEE'S NAME<br>Patrick Spalding | 2. RATING PERIOD<br>FROM: 10-01-01    TO: 9-30-02 | |
|---|---|---|
| 3. TITLE/SERIES/GRADE<br>Senior Loan Office 1165-13 | 4. AGENCY/DIVISION<br>FSA/DAFLP/LMD/DLFMB | 5. SOCIAL SECURITY NUMBER |

**PART I - PERFORMANCE PLAN**

6. CRITICAL RESULTS *(Check (✓) a minimum of 2/ maximum of 5 applicable elements.)*

Note: The narrative statements describe the "Results Achieved" level of performance. Where applicable, quantity, quality, and timeliness are derived directly from appropriate agency regulations, policies, instructions, work plans or other guidelines. If no guidelines exist, further clarification will be provided by the rating official. These elements are to be used by employees and supervisors to develop performance plans. They may be used as is, with further clarification, or up to three new elements may be developed, as appropriate. All employees must have at least one job specific element (see two-level performance appraisal system policy part 10 A (2) (e) (v)).

| | Elements | Results Achieved | Results Not Achieved |
|---|---|---|---|
| [x] | **Element #1 Execution of Duties:** Completed work assignments are performed in a timely manner, assuring a quality of work that meets the needs of the organization. Appropriate work methods are selected for the development of work products. Work products do not require substantive revisions. Assignments are completed in accordance with applicable agency guidelines, including time-frames. **Further clarification, as needed:** | X | |
| [x] | **Element #2 Communications:** Oral and written communications are clear, correct, timely, and presented in an understandable manner. Supervisor and coworkers are informed of issues and problems when necessary. Information and guidance provided is timely and correct. **Further clarification, as needed:** | X | |
| [ ] | **Element #3 Supervision:** Work is assigned in a fair and effective manner. Technical guidance to subordinate staff is given in a timely manner. Performance management is implemented in accordance with procedure. Issues, concerns, or problems are handled promptly and fairly. To the extent possible, staff is properly trained and complies with occupational health and safety programs. Management decisions are supported and implemented within appropriate time-frames. **Further clarification, as needed:** | | |
| [ ] | **Element #4 - Team Leadership:** Routinely leads individuals and team members toward specific goals and accomplishments. Provides encouragement, guidance, and direction as needed. Adjusts style to fit situation. Delegates appropriate authority in an effective manner. Coordinates functions of the team members. Demonstrates a sincere interest in employees' activities, abilities, etc**Further clarification, as needed.** | | |

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410 or call (202) 720-5964 (voice or TDD). USDA is an equal opportunity provider and employer.

| Elements | Results Achieved | Results Not Achieved |
|---|---|---|
| ☐ **Element #5 Program Management**: Manages program(s), resolving issues and problems within the employee's control. Monitors all aspects of program(s) for quality, effectiveness, and consistency. Program plans and guidance are responsive to objectives and requirements of the Agency. Policy instructions are appropriately issued and are accurate. Evaluates effectiveness of work and adjusts plans accordingly. <u>Further clarification, as needed</u>: | | |
| ☒ **Element #6 Special Projects**: Special projects are regularly completed on time in a competent, accurate, and thorough manner. Completed projects comply with regulations and procedures. Special projects are completed independently, or reflect research and collaboration with others as required. **Further clarification, as needed**: | X | |
| ☐ **Element #7 Research and Analysis**: Thoroughly and accurately researches issues in a timely manner, using available reference sources (e.g., USDA manuals, or applicable law or regulations). Makes reasonable recommendations or decisions based on available guidance. **Further clarification, as needed**: | | |
| ☒ **Element #8 Customer Service**: Routinely displays courteous and tactful behavior. Projects a positive and professional image of USDA. Provides advice that is timely, responsive and accurate. Maintains appropriate rapport with internal and external customers. Develops and establishes working relationships with external organizations as required. Keeps supervisor and/or team leader informed of difficult and/or controversial issues and unique problems. Takes action to effectively solve problems before they have an adverse impact on the organization or other employees. **Further clarification as needed**: | X | |
| ☐ **Element #9 Equal Opportunity & Civil Rights**: (Mandatory for all supervisors and managers). Performs all duties in a manner which consistently demonstrates fairness, cooperation, and respect toward coworkers, office visitors, and all others in the performance of official business. Demonstrates an awareness of EO/CR policies and responsibilities of Agency and Departmental goals of working to employ and develop a diverse, yet unified workforce. **Further clarification, as needed**. | | |
| ☒ **Element #10 Equal Opportunity & Civil Rights**: (Mandatory for all non-supervisory employees). Performs all duties in a manner which consistently demonstrates fairness, cooperation, and respect toward coworkers, office visitors, and all others in the performance of official business. Demonstrates an awareness of EO/CR policies and responsibilities of Agency and Departmental goals of valuing a diverse, yet unified workforce. **Further clarification, as needed**: | X | |
| ☐ **Element #11 Resource Management**: Monitors allocated funds and maintains complete and accurate records of expenditures. Routinely utilizes resources in an efficient and effective manner. Ensures that funds, property and other resources are guarded against waste, loss, unauthorized use, and misappropriation. **Further clarification, as needed**: | | |

| | Elements | Results Achieved | Results Not Achieved |
|---|---|---|---|
| ☐ | **Element #12 Individual Contributions to the Team:** Ordinarily displays dependability and reliability. Promotes open communication. Contributes creative ideas and actively participates in team meetings resulting in added value to the team's products and services. When problems arise, explores causes and assists in resolving them. Works with team members to appropriately implement decisions. Is usually open-minded to new ideas and approaches in implementing the team's goals. Willing accepts and acts on constructive criticism. **Further clarification, as needed:** | | |
| ☐ | Element #13 - | | |
| ☐ | Element #14 - | | |
| ☐ | Element #15 - | | |

## PART II - PROGRESS REVIEWS

**Note:** Regular and open communication between supervisors and employees is vitally important in any performance management system, and particularly in a two-tier system where all elements rated are critical elements. **Progress reviews should be held quarterly, but no less than semi-annually, and such reviews will be documented in writing.** Date of reviews, initials of employee and rating official and comments must be provided for each review. *(Provide any additional comments as an attachment).*

### DISCUSSION TOPICS FOR USE IN PLANNING PERFORMANCE AND CONDUCTING PROGRESS REVIEWS

- Employee's performance on primary responsibilities/priorities in the past year.
  - revise performance work plan for the coming year, as necessary
  - relationship to overall work unit objectives

- Employee's strengths and areas for growth

- Barriers to effective work performance and job satisfaction

- Employee's development *(over the past year; future needs for current job; long-term career goals and developmental needs to achieve them)*

- Possible work process improvements

- Whether employee continues to grow to meet future needs and demands of the changing environment

- Employee's feedback/constructive suggestions for supervisor

- Anything else the employee or supervisor would like to address

| 7. RATING OFFICIAL'S COMMENTS | |
|---|---|
| 1st Quarter | |
| 2nd Quarter | |
| 3rd Quarter | |
| 4th Quarter | |

| 8. EMPLOYEE'S COMMENTS | |
|---|---|
| 1st Quarter | |
| 2nd Quarter | |
| 3rd Quarter | |
| 4th Quarter | |

| | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter |
|---|---|---|---|---|
| Meeting Date | | | 5-14-02 | |
| Employee's Initials | | | 5-14-02 PB | |
| Rating Official's Initials | | | MAH | |

## PART III - SUMMARY RATING

[X] RESULTS ACHIEVED          [ ] RESULTS NOT ACHIEVED *

* A "Results not Achieved" rating requires explanation. Provide additional comments as an attachment.

## PART IV - CERTIFICATION

Note: Employee's signature certifies review and discussion with the Rating Official. It does not necessarily mean that the employee concurs with the information on this form.

| 9. PERFORMANCE PLAN (Sign when plan is established) | 10. SUMMARY RATING (Sign when rating is completed) |
|---|---|
| Employee's Signature: *[signed]* Date: 10-30-01 | Employee's Signature: *[signed]* Date: 10-25-02 |
| Print Name of Rating Official: MICHAEL A. HINTON | Print Name of Rating Official: MICHAEL A. HINTON |
| Signature of Rating Official: *[signed]* Date: 10-30-01 | Signature of Rating Official: *[signed]* Date: 10-25-02 |
| I have reviewed the standards of conduct and have had any questions answered by my satisfaction. (Employee initial appropriate block below.) YES [✓]  NO [ ] | Name of Reviewing Official (required for summary rating of "Results Not Achieved"): Date: |

19