# ATTACHMENT G

SCORE SHEETS

THESE ARE FOR THE SECOND INTERVIEW

KEN NAGEL'S SCORES ARE ON SEPARATE SHEET BECAUSE HE
INTERVIEWED ALSO FOR THE PROGRAM JOB

Pat

Jean

Paul

Frederick



| | Linda | Jan | Ken | Chuck |
|---|---|---|---|---|
| 1 JPC | 5 5 | 3 | 4 | 3 |
| | 4 | 3 2 | 5 | 3 |
| | 14 | 3 | 5 | 4 |
| | | 9 | 14 | 10 |
| 2 JPC | 5 3 5 | 3 2 | 3 | 4 |
| | | 4 | 4 | 5 |
| | 13 | 6 | 12 | 12 |
| 2 JPC | 5 3 4 | 3 4 | 5 3 | 4 3 |
| | | 2 | 5 | 4 |
| | 12 | 10 | 13 | 11 |
| 4 JPC | 4 5 3 5 | 4 3 3 | 5 4 5 | 5 4 4 |
| | 12 | 10 | 14 | 18 |

3