# Attachment J

Case 1:06-cv-00538-HHK    Document 29-12    Filed 02/28/2008    Page 1 of 9

The following information was taken during an in-person interview taken on Wednesday, July 28, 2004, in Mr. Frago's office.

1. Please state and spell your name for the record.
Answer: Douglas W. Frago.

2. What is your current position and location?
Answer: My current position is the Deputy Administrator for Field Operations for the Farm Service Agency. I have been in this position for two years and four months.

3. Can you please describe your duties?
Answer: I oversee the field operations for FSA, and its 51 state offices, 2400 county offices, 13,400 employees. I am the direct supervisor of 51 state directors and my local staff at headquarters, plus 230 state committee members that are politically appointed.

4. How long have you worked for the Farm Service Agency?
Answer: I have been in my current position for two years and one month. I used to work for the Agriculture Stabilization and Conservation Agency from 1990 to January of 1993. I was the area director for the northwest.

5. What is your race?
Answer: White. I am of Portuguese descent.

6. What is your sex?
Answer: Male.

7. What is your position in relation to the complainant?
Answer: I am now her second line supervisor. When the positions were filled, I was her first line supervisor.

97


Initials

8. The issue accepted for investigation is as follows:

*Whether the complainant was discriminated against based on her race (black) and sex (female) when she was not selected for a GS-14 Administrative Management Specialist Position on July 21, 2003. (Two individuals were selected.)*

Were you involved in this selection process? How were you involved?

Answer: Yes, I was involved in this selection process. I participated in the interview panels and I was ultimately the deciding official.

9. What was your decision making process with regard to this selection?

Answer: During a period of one week, we interviewed for four positions. One of the positions was for the Assistant to the Deputy Administrator, which was a GS-15. We chose a panel for that interview process. I did not directly participate in that interview. At the same time, we were interviewing for two administrative positions (the two at issue here) and one program area position. Human Resources collected the applications and sent forward approximately fourteen applicants. I don't remember how many of those were for the program position and how many were for the administrative position. Some applicants had applied and qualified for both positions. We requested clearance from Human Resources that we would interview all of the referred candidates. John Chott, Salomon Ramirez, and I made up the interview panel. Shawn, an EEO Advisor, served as an observer during the first round of interviews.

We ranked the applicants according to how the three of us felt that they interviewed from high to medium rankings. I opted to hold a second interview with the five top candidates for both the administrative positions. In that interview, it was John Chott, Linda Treese, and myself. Linda had just been selected for the Assistant to the Deputy Administrator position and she would be in charge of the field operations staff. Since these positions would report to her, we had her sit in on the interviews. There were about three pages of questions for the first round of interviews, but the second interview only had four questions. We made a selection by taking the highest rated two candidates from this process. We started out on a level playing field for the interviews because

Human Resources had found them all qualified.

10. Who decided what the selection process would entail?

Answer: The interview panel decided together what the appropriate process would be, in consultation with Human Resources.

11. Why did you decide to sit on the interview panel?

Answer: I never thought not to do it. I am not aware that it is unusual for the deciding official to sit on the interview panel. The state directors often sit on their panels. I thought that was a part of the process for me to sit in on the interviews. Those were the first individuals I had hired in my two and half years here.

12. The complainant alleges that this is improper, that the deciding official should not sit on the interview panel. Did you receive advice from human resources on how to conduct the panel? Do you recall who in human resources advised you?

Answer: Yes. All along the selection process we consulted with human resources, Carolyn Taylor.

13. Why did you have a second round of interviews?

Answer: I think because we started off with so many candidates. Also, since Linda had just received her position, I wanted her input.

14. Why did the interview panel change?

Answer: Because Linda was new and she was going to supervise these individuals.

15. The complainant also believes that it was improper to have the interview panel change in the middle of a selection process. Can you please respond?

Answer: Recommendations from HR said that it was totally proper.

Initials

16. The complainant also alleges that the first interview panel had an EEO advisor sit in, but the second interview panel did not. Again, she believes this was improper. Can you please respond?

Answer: HR also said that was proper. When Sederis had her first interview, I believe that she called Mr. Chott and thought it was improper that the EEO advisor was taking notes. We consulted HR on that matter and they said it was o.k. for him to take notes, but we went ahead and asked him to destroy his notes.

17. What materials did you review in making your decision?

Answer: Resumes and interview notes. We discussed the candidates and we ranked their responses to the questions. We went into detail in reviewing their resumes on the final five candidates to make a decision.

18. Did you take any recommendations from anyone? Who? What did they tell you?

Answer: No. Everyone who was in the final cut worked in headquarters. Some candidates worked here in Field Operations and some worked in Farm Programs and Farm Loans. I did not call anyone's supervisor for a recommendation.

19. What does the position at issue entail?

Answer: It has daily contact to state administrative offices, state directors, responding to any inquiries regarding personnel, budget, workload issues, the monitoring and development with the budget. They are also involved in regulation writing. Mr. Chott handles most of the personnel issues, but they do handle some. And they handle some EEO issues.

20. What qualities were you looking for in a candidate?

Answer: I was looking for someone who had broad experience in administrative areas. I needed someone who had good communication skills, could work under pressure, and was a quick


Initials

decision maker. With 2400 offices, you don't have a lot of time to think. I needed someone who can analyze data of budgets and positions. I needed someone who could advise the state offices on property management and leasing. The states call us on these issues all the time. All candidates had some of these qualities.

21. Why did you select Ken Nagel?

Answer: Ken came out as the highest scorer. He had applied for both positions. He came out on top on both interviews from everyone. He has a wide range of experience. He has banking background, farming experience, he was a manager at a state office, he has administrative experience, and since he has been here, he has picked up many of the responsibilities of our office. He had done leasing, he had experience in personnel management, and he had performed budgeting responsibilities. Although something such as farming was not a requirement for the position, it gave him a broader base of experience. He was ranked the highest of any of the fourteen candidates interviewed.

During the interview, he was articulate, calm, responded well to the questions, and he was quick to articulate his accomplishments. I recall he told us about going to Puerto Rico to lead a group of farm loan people, and how he organized and trained folks to do the job. That assignment was before my time here, but I was impressed that he volunteered to do such a thing.

22. Please compare Mr. Nagel's qualifications to the complainant's.

Answer: Ms. Fields is very competent in what she does. I knew her the last time I worked here as well. She was a secretary in one of the offices. During her interview, and after reviewing her resume, her background is very focused in civil rights. Therefore, she has a limited background. This job was not dealing strictly with EEO or Civil Rights, because it was an administrative job. I feel like she does her job well, it is just narrowly focused. During the first interview, she did very well. She made it to the second interview. She was very nervous and emotional during the second interview. Her response to our question of what do you feel is your major accomplishment was that she helped to organize the Administrator's Christmas party. And she stated that on a short notice, she got letters out for the awards ceremony. These were not the types of accomplishments that I was looking for in a GS-14 position.

Initials

23. The complainant feels that Mr. Nagel was pre-selected for the position. She believes that Mr. Nagel, Mr. Chott and you are buddy-buddy and that this position was targeted for him, or that you had him in mind the whole time. Can you respond to that claim?

Answer: That's not true. I do not socialize with Mr. Nagel. Mr. Nagel spends no more time in my office than any other folks that work here. Mr. Nagel is often chosen by other people outside our agency to perform tasks. He also often volunteers to perform tasks. He was not pre-selected. The position was not advertised for Mr. Nagel.

24. She also states that the reason she believes Mr. Nagel was pre-selected is because he was often allowed to act when you were and Mr. Chott were out of the office. And that he would act over individuals who were higher graded than he is.

Answer: If John Chott is here when I am gone, I would make him acting. If John were out, I rotate the acting among all of the staff. I have given everyone an opportunity to act. I was really looking at Mr. Nagel's overall resume and not duties he had performed in the office in an acting capacity. I also looked at courses people had taken to give them a broad background.

25. Why did you select Mr. Spalding?

Answer: He had experience in the farm loan programs. He was an administrative officer in several states. He also was one that had done many different things that came out in the interview and on his resume. When he was asked what his accomplishments were, he mentioned a consolidation of administrative offices. He was in charge of consolidating and closing offices, which is a major issue for us right now. Two agencies were combined back in 1996, Farm Loans and Farm Programs, the fact that he comes from the Farm Loan area, is helpful.

26. Please compare Mr. Spalding's qualifications to the complainant's qualifications.

Answer: Mr. Spalding has a broader range of experiences.


Initials

27. The complainant also alleges that it would be harder to train someone outside of the office such as Pat Spalding, the other selectee. Can you respond?

Answer: That doesn't make any sense. Where a person originated from was not an issue. It is what experience and aptitudes they have.

28. The complainant alleges that she did not receive this position because she is black. Please respond.

Answer: That is absolutely not true. I have been told by my counterparts that I am color blind, and I consider that a compliment. I have spent the better part of my life working in Africa, Asia, and South America with the underprivileged with the Peace Corp. In fact, I encouraged Ms. Fields to go to Ghana, when she was fearful. I helped her to see there are positive things in these countries. In addition, my family is a multi-racial family. If I wanted to surround myself with people that are like me, I would not have my children. I have a black child and I have a Hispanic child that I adopted.

29. The complainant also alleges that she did not receive this position because she is female. Can you please respond?

Answer: I would not discriminate against females because I have two daughters and a wife that I would not want treated that way. My staff is made up of more females than males and I have no problem working with females. And females do not have a problem working for me.

30. Do you have any further information to add?

Answer: I respect Sederis Fields and what she does. I have worked well with her and continue to work well with her today. I simply chose the most qualified candidates for these positions.

I have reviewed this statement, which consists of __9__ pages, and hereby solemnly swear ✓ affirm ____ that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_____        8-7-04
(Signature of Affiant)                          (Date)

Signed before me at (Street and City):

_____

on this ____ day of _____, 2004

_____ received 8/10/04
(Signature of Investigator/Witness)

10

104

Initials