# Attachment N

5/1/2003

HUMAN RESOURCES DIV., WASHINGTON, DC
1400 INDEPENDENCE AV, SW
WASHINGTON, DC 20250

SEDERIS W. FIELDS
9308 LOCKSLEY ROAD
FORT WASHINGTON, MD 20744
UNITED STATES OF AMERICA

Dear SEDERIS W. FIELDS,

This refers to the application you recently submitted to this office for the position shown below:

| | |
|---|---|
| **Position:** | ADMINISTRATIVE MANAGEMENT SPECIALIST |
| **Series / Grade:** | 0301-14 |
| **Vacancy ID:** | 168394 |
| **Vacancy Announcement** | UF168394CT |
| **Agency:** | DEP ADMR FOR FIELD OPERATIONS |
| **Duty Location:** | WASHINGTON METRO AREA, DC |

This refers to the recent application you submitted under the above Vacancy Announcement for consideration under merit promotion procedures. The paragraph checked below provides information concerning the status of your application. If you applied to the open competitive process you will receive notification from the Kansas City Delegated Examining Unit.

(✓) For the GS-_14_ position you have been rated best qualified and have been certified to the selecting official.

( ) For the GS-_____ position, although you meet the minimum qualification requirements, your name was not referred to the selecting official for consideration because you were not among the best qualified candidates.

( ) For the GS-_____ position, you are a non-competitive eligible candidate and have been referred to the selecting official.

Note: It can take 60 to 90 days to complete the recruitment process. You will be notified once a decision has been made.

Sincerely,

[signature]
Human Resources Division

Thank you for your interest in Federal employment.

157

APPLICANT WORKSHEET   -   Announcement #   UF168394

NAME: _Fields Sederis_    Applied for: (001 Merit)   002 Comp (for DEU)

Appl. Package rec'd by Closing Date    (YES) - NO - Number Rec'd _____

Area of Cons. __FSA-Natioinwide__    (YES) - NO - N/A

Competitive/Non-Competitive Applicant    (COMP) - NON COMP

Eligible for Spec. Emp. Progs.    ICTAP/CTAP - VEOA - VRA - DISABILITY - OTHER - (NONE)

US Citizen    (YES) - NO

Basically Qualified    YES - NO - GRADE(S) _14_

Reinstatement Eligible    YES - NO - (N/A)

Copy of SF-50    (YES) - NO - N/A

Competitive Service    (YES) - NO - N/A

Type of Appt.    (FED) - FSA COUNTY - (PERM) - TEMP - N/A

Evaluation Criteria    (FORM C) - KSA's - MISSING - N/A

Performance Appraisal    (PASS) - FAIL - (YES) - NO - N/A

Time-In-Grade    YES - NO - N/A

(GS)/GM __13__ from _____ to _____

Typing Speed on Application    YES - NO - N/A

College Transcript(s)    YES - NO - N/A

Comments: _____C-14_____

_____

_____

158

# Complete Applicant Record Printout (CARP)
## Vacancy ID Number: 168394

**Name:** FIELDS, SEDERIS W  
**SSN:**

**Home Address**  
9308 LOCKSLEY ROAD  
FORT WASHINGTON, MD 20744-0744  
(202) 720-7552

**Work Address**

**Record Status Code:** AA - Eligible for Cert  
**Veterans Preference:** NV - Non Veteran   **Adj Vet Preference:**

**CTAP:** Claimed   **Qualified:** Not Reviewed        **ICTAP:** Claimed   **Qualified:** Not Reviewed  
**Employment Information:**   Full Time  Y   Part Time  N  N  N   Temporary  N  N  N   Travel  Y  N  N  
**Eligibility Begin Date:** March/2003        **Eligibility End Date:** June/2003  
**Searchable Date Field(s):**  
**Applicant Dates:**   3/17/03   Added              3/17/03   Receipt  
                      3/17/03   Available           3/17/03   Processed  
                      3/17/03   Application Rated  
**Geographic Location(s):** WASHINGTON METRO AREA, DC

**Osp-Grade-Rate**   **Osp-Grade-Rate**   **Osp-Grade-Rate**   **Osp-Grade-Rate**   **Osp-Grade-Rate**  
001 - 14 - 100.0

**Certificate History**

**Number of Career Certs:**        **Number of Temporary Certs:**

| Question Number | Response |
|---|---|
| 1 | A |
| 2 | E |
| 3 | E |
| 4 | E |
| 5 | E |
| 6 | E |
| 7 | E |
| 8 | E |
| 9 | E |
| 10 | E |
| 11 | E |
| 12 | E |
| 13 | E |
| 14 | E |
| 15 | D |
| 16 | E |
| 17 | E |
| 18 | E |
| 19 | E |
| 20 | E |
| 21 | E |
| 22 | E |
| 23 | E |
| 24 | E |
| 25 | E |
| 26 | E |
| 27 | E |
| 28 | E |
| 29 | D |

**SEDERIS FIELDS**
9308 Locksley Road
Fort Washington, Maryland 20744
E-mail: Shfieldsjr@aol.com

Home Phone: (301) 839-6223

Office Phone: (202) 720-7552

**Social Security Number:**
**Country of Citizenship:** United States of America
**Veteran's Preference:** No
**Highest Grade:** GS-0301-13
**Contact Current Supervisor:** Yes

**VACANCY INFORMATION:** Administrative Management Specialist, GS-0301-14, UF168394 CT

**PROFILE:** My work experience consists of twenty-five years of Federal Services with an emphasis on Personnel, Civil Rights (CR), administrative and financial management, and FSA/USDA Program operations. Expertise includes Equal Employment Opportunity, Affirmative Employment, Conflict Resolution (Certified Mediator in Federal Workplace Dispute), Human Resources Management, and Personnel Misconduct Investigator.

**WORK EXPERIENCE:**

**Deputy Administrator for Field Operations**
U.S. Department of Agriculture, Farm Service Agency
1400 Independence Avenue, S.W.
Washington, D.C. 20250-0541

01/21/1999 - Present
40 Hours per Week
Grade Level: GS-0301-13
Supervisor: Douglas W. Frago, (202) 690-2807

*Program Coordination Specialist (GS-301-13):* Serves as liaison between Headquarters, Deputy Administrator for Field Operations (DAFO) and State and county offices on administrative issues related to Human Resources, Equal Employment Opportunity (EEO), Civil Rights (CR), Alternative Dispute Resolution (Mediation) and the Consent Decree Budget.

- Coordinate and prepare semiannual and annual budget reports of expenditures used from the State and county offices, to implement the court ordered Consent Decree (Pigford vs. Veneman).
- Represent DAFO on several Committees. Serve as a member of the FSA National Advisory Council to make recommendations to the Administrator on Civil Rights procedures and policies. Serve on the FSA Awards Review Committee to ensure awards are distributed fairly. Represent DAFO on the Disability Awareness Program Committee to implement hiring of disabled employees in the Federal Government as mandated by Executive Order 13163. Also, attend other ad hoc meetings to represent DAFO in evaluating the effectiveness of organization programs and operations.
- Coordinate CR training for SEDs, State and County FSA Committees and field office employees. Serve as liaison between the office of CR and the State and County offices providing advice and guidance concerning regulations, policy and procedure including Departmental, OPM, and EEO laws and regulations such as 29 Code of Federal Regulation Part 1614 (Federal Sector Equal Employment Opportunity).
- Serve as an Agency Resolving Official to resolve conflicts and controversies regarding EEO complaints and Personnel grievances filed by employees under DAFO's jurisdiction. Review administrative, EEO, and Personnel decisions and appellate decisions.
- Conduct "Misconduct Personnel Investigations" of alleged prohibited personnel practices, OIG complaints, and fact finding. Take sworn affidavits or statements from witnesses and management officials. Write technical reports of findings and make recommendations to DAFO and other appropriate Management officials.
- Facilitate the placement of Student Summer Interns and the Co-op Student Career Experience Program (SCEP) in the State and county offices. Last year assisted in the selection process for hiring four DAFO employees.
- Serve on Human Resource Division (HRD) Recommending Panel for the "Executive Potential Program." The past four years served on the ad hoc committee to select candidates for the FSA Administrator's and Secretary's Awards.
- Analyze the Affirmative Employment Program (AEP) to identify under represented areas and provide instruction and policy guidance to State and county FSA offices to diversify the workforce. Prepare impact analysis reports and make recommendations to management.
- Plan and coordinate outreach initiatives with State and county offices by disseminating FSA information at recruitment workshops and display FSA exhibits and the annual NAACP Convention and the Small Farm Week. Represent the Agency and make presentations regarding FSA accomplishments, and policy related to program operations.
- Develops DAFO's segment of the agency wide Administrator's Performance Report Card and Accomplishments. Respond to incoming mail and write notices and handbooks. Develop and coordinate DAFO's annual and semiannual accomplishment reports. Prepare briefing books for management regarding personnel, EEO, OIG reports and the Consent Decree utilizing current laws, policy and procedures. Review Agency's handbooks, directives and notices for compliance with laws, regulations related to civil rights performance, personnel and budget.
- 

160


Sederis Fields,

**Office of Civil Rights**  
U.S. Department of Agriculture, Farm Service Agency  
1400 Independence Avenue, S.W.  
Washington, D. C. 20250

05/97 - 01/21/99  
40 Hours per Week  
Grade Level: GS-0260-13  
Supervisor: Willie D. Cook

*Equal Employment Specialist (GS-260-13):* Served as Team Leader on Equal Employment Opportunity (EEO) and Civil Rights (CR) Management Reviews, Program Manager for the 1890 Program, Coordinator for Hispanic Association of Colleges and Universities, (HACU) and served as an EEO Fact-finding Investigator.

- Conducted EEO&CR State Management Reviews, to evaluate the effectiveness of EEO and CR Compliance Program i the county and State offices. Made recommendations for corrective action upon completion. Analyzed corrective actio plans submitted by State Executive Director. The review team ensured the following:

    - FSA's program delivery and services are in compliance with applicable EEO/CR laws and regulations.
    - All USDA Service Centers are accessible to persons with disabilities.
    - Enhancement of the Outreach Program and service delivery to women, minorities and persons with disabilities by establishing partnerships with community-based organizations.
    - Utilized the 1890, 1994, 1862 land grant Institutions, and HACU to increase diversity in the workforce.
    - Develop "Outreach Plan" with measurable goals and objectives.

- Served as Program Manager for the USDA/1890 National Scholars Program for the Agency:

    - Recruited outstanding minority students who commit to careers within FSA.
    - Interacted with 1890 Universities to carry out the Agency programs and objectives.
    - Facilitated the placement of students in FSA positions in Headquarters, State, and Field offices.
    - Represented the Agency at conferences, workshops, meetings and other activities to support the USDA/1890 Scholars Program.
    - Served as a member of the Executive Team of the USDA 1890 Taskforce for the Mission Areas, provided progress and status reports.

- Coordinated the Hispanic Association of Colleges and Universities (HACU) Program to increase employment opportunities for Hispanic Americans:

    - Participated in the summer internship program to recruit students for summer employment.
    - Worked closely with FSA managers to place students Nationwide in offices with under representation of minority employees.
    - Coordinated the new fall semester program implemented.
    - Carried day-to-day activities with the students and supervisors.

- Prepared budget reports in support of the 1890 Institutions and HACU. Responded to Congressional correspondence, and prepared the Annual Performance Plan and Historical Black Colleges and Universities (HBCU) reports concerning these programs.

- Program Outreach Delivery Program.
    - Provided "Simple Justice" videos to all Headquarters, State and Field offices.
    - Developed tracking system to ensure that all FSA employees reviewed the "Simple Justice" videos tapes provided by the Department.
    - Provided all FSA offices with required Civil Rights materials including recent Departmental notices.
    - Prepared memoranda to all FSA employees informing them to review recent CR notices and materials.
    - Prepared memoranda to all Managers providing them with instructions concerning recent Departmental Civil Right mandates.

- Responded to EEO complainants, interrogators, investigative memorandum and OIG complaints.

Sederis Fields,

**Office of Civil Rights**  
U.S. Department of Agriculture, Farm Service Agency  
1400 Independence Avenue, S.W.  
Washington, D.C. 20250

05/97 - 08/90  
40 Hours per Week  
Grade Level: GS-260-12  
Supervisor: Willie D. Cook

**Equal Employment Specialist:** Served as National Special Emphasis Program (SEP) Manager and Federal Women's Program (FWP) Manager.

- Provided technical guidance to State Offices FWP and SEP Managers. Planned, developed, and coordinated SEP annual Accomplishments Report and Work Plan from all 51 State offices. Developed SEP segments of agency wide AEP. Made recommendations to management officials concerning the programs possible improvement. Immediately responded to inquiries concerning Civil Rights and equal opportunities for women and minorities. Provided advice and assistance to employees requesting information on EEO&CR programs on a continual basis.

- Served as Team Leader to on EEO&CR State Management Reviews which were conducted to ensure State and county offices are in compliance with regulations. Made recommendations for corrective action upon completion. Analyzed corrective action plans submitted by State Executive Director.

- Developed Agency's Affirmative Employment Plans (AEP), Civil Rights Implementation Plans (CRIP), and prepared the Specials Emphasis Program Manager accomplishment reports.

- Reviewed and conducted Civil Rights impact analysis of agency Federally Assisted and Conducted Programs.

- Established a new Civil Rights Advisory Council. Provided training and technical guidance. Served as Ex-officio member. Maintained contact with nationwide FSA advisory committees.

- Represented FSA at SEP conferences/seminars, to obtain knowledge in providing methods to increase employment opportunities for women, minorities, and persons with disabilities. Conferences included the Hispanic Employment Program annual briefing; Federally Employed Women annual conferences; Strategies for Historically Black Colleges and Universities; Blacks in Government; League of United Latin American Citizen (LULAC) National Convention. Required putting knowledge of laws and regulations into practice.

- Coordinated Special Emphasis observances such as Black History, Women's History, Asian American/Pacific Islander, Hispanic Heritage, and American-Indian Heritage months. Encouraged employees to participate to help value cultural differences and understand the need for workforce diversity.

- Independently wrote Administrator's Memoranda, FSA's National Notices and informational material to inform FSA employees of upcoming SEP activities, Prevention of Sexual Harassment, scholarships, and award opportunities. Developed and wrote amendments to FSA Handbooks 19-PM (Equal Employment Opportunity Programs) and 18-AO (Civil Rights Compliance Programs). Additionally, wrote EEQ policy statements.

## EDUCATION

George Mason University, Fairfax, Virginia  
   (56 hours) Federal Workplace Mediation, May 2000

Howard University, Washington, D.C.  
   B.S. Business Management

## CERTIFICATIONS AND LICENSES

| | | |
|---|---|---|
| Certified Federal Workplace Mediator | George Mason University | 05/22/00 |
| Certified Personnel Recruiter | FSA/Human Resource Division | 06/26/99 |
| Personnel Misconduct Investigator | Office of Inspector General (OIG/OP) | 03/11/93 |

Reference will be provided upon request.

| COURSE TITLES | DATE | SCHOOL OR LOCATION | HOURS |
|---|---|---|---|
| FEDERAL DISPUTE RESOLUTION TRAINING (FDR) | August 18-22, 2002<br>August 20-24, 2000<br>August 22-26, 1999 | FDR Conference, Inc.<br>Washington, D.C. 20036 | 32<br>32<br>32 |
| ADVANCE MEDIATION & CONFLICT MANAGEMENT SKILLS | August 7-9, 2001 | Justice Center of Atlanta, Inc.<br>Washington, DC | 20 |
| NATIONAL MEDIATOR TRAINING | Sept. 11-13, 2001 | USDA Conflict Prevention and Resolution Center, Arlington, VA | 24 |
| EXAMINING CONFLICTS IN EMPLOYMENT LAWS | Aug. 31 - Sept. 3, 1999 | Equal Employment Opportunity Commission (EEOC), NJ | 30 |
| EEO MEDIATION "RESOLVING OFFICIAL" TRAINING | February 16-18, 1999 | Office of Civil Rights, FSA<br>Washington, D.C. | 24 |
| USDA CUSTOMER SERVICE TRAINING | March 29- April 1, 1999 | FSA, Washington, D.C. | 24 |
| AGRICULTURE OUTLOOK FORUM 1999 | February 22-23, 1999 | USDA, Washington, D.C. | 16 |
| RECRUITER CERTIFICATION TRAINING | June 23-26, 1998 | FSA HRD/Training Branch<br>Washington, D.C. 20037 | 30 |
| FEDERALLY EMPLOYED WOMEN MANAGEMENT TRAINING | March 13-14, 1997 | University of Maryland<br>College Park, MD 20741-1610 | 16 |
| ALTERNATIVE DISPUTES RESOLUTION (ADR) | March 4-5, 1997 | Rushford & Associates<br>Denver, Colorado | 16 |
| EQUAL EMPLOYMENT & CIVIL RIGHTS TRAINING (MODULES 3,7,8) | January 30-31, 1997<br>1998, 1999, 2000 | FSA, CR&SBUS<br>Washington, D.C. | 24 |
| HIGH IMPACT PRESENTATION | April 18-19, 1996 | Dale Carnegie Center of Excellence<br>Rockville, MD 20852 | 16 |
| FEDERAL WOMEN'S PROGRAM MANAGERS TRAINING | February 21-24, 1995 | Office of Personnel Management (OPM), Washington, D.C. | 24 |
| TRAIN THE TRAINER WORKSHOP | November 7-9, 1994 | USDA/Graduate School | 24 |
| CAREER DEVELOPMENT SEMINAR FOR MID-LEVEL AND SENIOR-LEVEL WOMEN | September 11-15, 1994 | Annapolis, Maryland | 40 |
| FEDERALLY EMPLOYED WOMEN (FEW) ANNUAL NATIONAL TRAINING (EEO & OPM TRAINING) | July 1997, 1996, 1995<br>1994, 1993, 1992 | FEW 1400 Eye Street, NW<br>Suite 425, Washington, D.C. 20005 | |
| ROLE OF THE SPECIAL EMPHASIS PROGRAM MANAGER (STAFFING AND RECRUITMENT) | July 26-27, 1993 | Rushford & Associates,<br>Denver CO | 16 |
| FREEDOM OF INFORMATION ACT TRAINING | July 8, 1993 | USDA/Office of Advocacy and Enterprise (OAE), Wash. D.C. | 7 |
| OIG/OP INVESTIGATOR'S TRAINING (EMPLOYEE MISCONDUCTS) | March 8-11, 1993 | Office of Inspector General (OIG)<br>Office of Personnel, Annapolis, MD | 32 |
| EEO COUNSELOR'S TRAINING | Sept. 28-Oct. 2, 1992 | Casper, Wyoming | 40 |
| PROBLEM SOLVING AND DECISION MAKING (KEPNER-TREGOE) | August 11-14, 1992 | ASCS Training Branch<br>Washington, D.C. | 23 |
| FEDERAL WOMEN'S PROG. MANAGERS TRAINING | Sept. 24-26, 1991 | USDA/OAE, Williamsburg, VA | 30 |
| EQUAL EMPLOYMENT OPPORTUNITY COUNSELING | August 25-28, 1992 | OPM Washington, D.C. | 32 |
| EEO ADVISORY COMMITTEE MEMBER | September 1996<br>January 1990 | Systems Service and Training<br>Washington, D.C. | 24 |
| EMPLOYEE RELATIONS | February 1979 | OPM, Washington, D.C. | 30 |

| HONORS AND RECOGNITIONS | DATE |
|---|---|
| Performance Award (QSI) – DAFO | 2002 |
| Performance Awards (Cash) 2001 - DAFO | 2001 |
| Extra Effort Cash Award (Consent Decree)- DAFO | 2000 |
| Outstanding Performance Award (QSI) – EDSO – 1999 | 1999 |
| Outstanding Performance Award – Office of Civil Rights – 1998, 1997 & 1996 | 1998, 1997 & 1996 |
| Special Act Cash Award – Office of Civil Rights – 1998 | 1998 |
| Certificate of Merit and Cash Award – Office of Civil Rights -- 1994, 1992 | 1994 & 1992 |
| Certificate of Merit and Cash Award -- Southeast Area (DASCO) -- 2/89 | 2/89 |
| Certificate of Appreciate and Cash Award (Suggestion Adoption) -- Administrator | 01/89 |
| Certificate of Merit and Cash Award –Tobacco and Peanuts Division -- 06/85 | 06/85 |
| Certificate of Appreciate from the Administrator (for individual sacrifice and professional dedication in meeting various demands and constraints of a court ordered Consent Decree progress.) | September 2000 |
| Achievement Award (Federal Women's Program Manager) | July 1998 |
| Certificate of Appreciate from the Secretary of Agriculture (Contribution to Federal Women's Program Manager's (FWPM) Council) | September 1997 |
| Certificate of Appreciate, from the Administrator, FSA (Contribution for implementation of FSA/FAS Mentoring Program) | December 10, 1996 |
| Certificate and letter from the Secretary of Agriculture for Volunteer Work at Van Ness Elementary School | March 22, 1996 |
| Certificate of Appreciation (Contribution in planning the 1996 Women's History Month Activities) | March 4, 1996 |
| Certificate of Appreciation (Outstanding contribution to FWPM Council) | September 1995 March 1995 |
| Certificate of Appreciation (Contribution to the Team USDA Center of Excellence in San Juan Puerto Rico) | September 1995 |
| Certificate of Appreciation (Coordination of the first interagency Career Development Seminar for Women) | June 23, 1995 |
| Certificate of Appreciation (Plan and coordinated USDA FWPM Job Fair) | October 4, 1994 |
| Certificate of Appreciation For excellent contributions to the Department's Hispanic Emphasis Program. | September 15, 1994 |
| Certificate of Appreciation Campaign Federal Campaign (CFC), Team Captain for Administrator's Staff | December 1993 |
| Letters of Appreciation from Office of Civil Rights Enforcement (OCRE) (for leadership in Special Emphasis Programs) | June 1, 1994 February 7, 1994 November 24, 1993 June 25, 1993 |
| Certificate of Appreciation from Administrator (for leadership in 1992 Special Emphasis Programs) | March 1992 |
| Achievement Award Women's Action Taskforce (WAT) | August 26, 1992, Aug. 1993 August 1995, Sept. 1996 |
| Certificate of Appreciation CFC Keyworker | November 1992 |
| Certificate of Appreciation, Saving Bond Campaign | July 1991 |
| Certificate of Appreciation, Volunteer Work at Largo High School | May 1991 |
| HONORS AND RECOGNITIONS | DATE |

| MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS - SEDERIS FIELDS | |
|---|---|
| Federal Woman Program Manager's Council (FWPM)<br>Chaired, Information Resource Committee<br>Chaired, Affirmative Employment Committee | 1992 to 1998 |
| USDA Child Care Foundation (Vice Chairperson) | 1995 to Present |
| Women's Action Taskforce (WAT), USDA – (Vice President) | 1987 to present |
| Federally Employed Women (FEW), Inc. | Lifetime Member |
| FSA Civil Rights Advisory Council (Ex-officio member) | 1990 to 1998 |
| Toastmaster (Speech Club) | 1983 - 1999 |
| The Forum on Blacks in Agriculture, USDA | 1992 - 1998 |
| Missionary Work in Ghana, Africa (December 15-29, 2002) | 12/15-29/02 |
| Citizen Advisory Committee for Prince Georges County, MD | 2002-Present |
| Hispanic American Culture Effort (HACE) | 1992- 1998 |
| **PUBLIC SPEAKING** | |
| Represented the Agency at 92nd Annual NAACP Convention, New Orleans, LA<br>Representated the Agency at 93rd Annual NAACP Convention, Houston, TX | July 9-12, 2001<br>July 2002 |
| Made Presentation at Small Farms Week regarding FSA programs, NC A&T University<br>Represented the Agency - Women in Agriculture Symposium, Small Farms Week, N.C. | March 27, 2001<br>March 2002 |
| Presentation regarding Civil Rights and EEO laws and regulations (substituted for Director of Civil Rights). Addressed CRAT recommendations concerning recruitment. | June 23, 1998 |
| Conducted a Workshop on Sexual Harassment in the Workplace - Appleton, Wisconsin | March 22, 1995 |
| Several presentations on Affirmative Action | January 1997<br>October 1996<br>March 1996 |
| Presented scholarships at USDA Women's Equality Day Awards Program (Chair Scholarship Subcommittee) | August 26, 1995<br>August 26, 1994 |
| Made closing remarks at USDA Women's Equality Day Awards Program (the Secretary of Agriculture guest speaker) | August 26, 1993 |
| Presentation at Awards Program for Person with Disabilities in Agriculture (APDA) on behalf of Women Action Taskforce. | October 26, 1992 |
| USDA/ASCS Women's History Month Program - Gave Invocation | March 25, 1992 |

Standard Form 50-B
Rev 7/91
U.S. Office of Personnel Management
FPM Supp 296-33, Subch. 4

Exception to SF 50-B approved by GSA/IRMS 2-81

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| FIELDS, SEDERIS W | | 03/11/55 | 01/12/03 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 894 | PAY ADJ | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| QWM | REG 531.205 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| ZLM | E O 13282 | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | PROG COORD SPECLST |
| | 00031208    030170 |

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 79,473.00 | PA | GS | 0301 | 13 | 07 | 81,941.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 71,289.00 | 8,184.00 | 79,473.00 | .00 | 73,503.00 | 8,438.00 | 81,941.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | FARM SERVICE AGENCY |
| | DEP ADM FOR FIELD OPERS |
| | FIELD OPERS STAFF |
| | |
| | AG FA0502000000000000   PP 01 2003 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None  2-5 Point  3-10 Point/Disability  4-10 Point/Compensable  5-10 Point/Other  6-10 Point/Compensable/30% | 1 — 0-None  1-Permanent  2-Conditional  3-Indefinite | | YES  [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| BASIC-STANDARD-1X FAMILY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CS | 01/02/78 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1-Competitive Service  2-Excepted Service  3-SES General  4-SES Career Reserved | E — E-Exempt  N-Nonexempt | | 0395 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks

FEDERAL PAY INCREASE DUE TO E.O. 13282 SIGNED 12/31/02.
SALARY INCLUDES A GENERAL INCREASE OF 3.1% ROUNDED AND A LOCALITY
PAYMENT (OR OTHER GEOGRAPHIC ADJUSTMENT) APPLICABLE IN THIS AREA.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF AGRICULTURE | *[signature]* |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | DONNA D. BEECHER |
| AG FA | 4881 | 12/31/02 | DIRECTOR, OF HUMAN RESOURCES MGMT |

TURN OVER FOR IMPORTANT INFORMATION
3-Part  50-315
1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/91
NSN 7540-01-333-6236

AG FA0502000000000000   PP 01 1*2003*BATCH 48819960 000-00 204-12 AG/EO FA-4881

REPRODUCE LOCALLY. *Include form number and date on all reproductions.*

AD-2000
(09-27-00)

United States Department of Agriculture

# Performance Plan Agreement and Appraisal

*Privacy Act Notice: Submission of information is mandatory. Failure to provide information will prohibit data collection required by the Office of Personnel Management.*

| 1. EMPLOYEE'S NAME<br>FIELDS, SEDERIS | 2. RATING PERIOD<br>FROM: 10/01/01  TO: 09/30/02 | |
|---|---|---|
| 3. TITLE/SERIES/GRADE<br>PROG COOR SPECIALIST GS-0301-13 | 4. AGENCY/DIVISION<br>FSA/EDSO | 5. SOCIAL SECURITY NUMBER |

**PART I - PERFORMANCE PLAN**

6. CRITICAL RESULTS *(Check (✓) a minimum of 2/ maximum of 5 applicable elements.)*

Note: The narrative statements describe the "Results Achieved" level of performance. Where applicable, quantity, quality, and timeliness are derived directly from appropriate agency regulations, policies, instructions, work plans or other guidelines. If no guidelines exist, further clarification will be provided by the rating official. These elements are to be used by employees and supervisors to develop performance plans. They may be used as is, with further clarification, or up to three new elements may be developed, as appropriate. All employees must have at least one job specific element (see two-level performance appraisal system policy part 10 A (2) (e) (v)).

| | Elements | Results Achieved | Results Not Achieved |
|---|---|---|---|
| X | **Element #1 Execution of Duties:** Completed work assignments are performed in a timely manner, assuring a quality of work that meets the needs of the organization. Appropriate work methods are selected for the development of work products. Work products do not require substantive revisions. Assignments are completed in accordance with applicable agency guidelines, including time-frames. **Further clarification, as needed:** | ✓ | |
| X | **Element #2 Communications:** Oral and written communications are clear, correct, timely, and presented in an understandable manner. Supervisor and coworkers are informed of issues and problems when necessary. Information and guidance provided is timely and correct. **Further clarification, as needed:** | ✓ | |
| ☐ | **Element #3 Supervision:** Work is assigned in a fair and effective manner. Technical guidance to subordinate staff is given in a timely manner. Performance management is implemented in accordance with procedure. Issues, concerns, or problems are handled promptly and fairly. To the extent possible, staff is properly trained and complies with occupational health and safety programs. Management decisions are supported and implemented within appropriate time-frames. **Further clarification, as needed:** | ✓ | |
| ☐ | **Element #4 - Team Leadership:** Routinely leads individuals and team members toward specific goals and accomplishments. Provides encouragement, guidance, and direction as needed. Adjusts style to fit situation. Delegates appropriate authority in an effective manner. Coordinates functions of the team members. Demonstrates a sincere interest in employees' activities, abilities, etc. **Further clarification, as needed:** | ✓ | |

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410 or call (202) 720-5964 (voice or TDD). USDA is an equal opportunity provider and employer.

| Elements | Results Achieved | Results Not Achieved |
|---|---|---|
| [ ] Element #5 **Program Management**: Manages program(s), resolving issues and problems within the employee's control. Monitors all aspects of program(s) for quality, effectiveness, and consistency. Program plans and guidance are responsive to objectives and requirements of the Agency. Policy instructions are appropriately issued and are accurate. Evaluates effectiveness of work and adjusts plans accordingly. **Further clarification, as needed:** | ✓ | |
| [X] Element #6 **Special Projects**: Special projects are regularly completed on time in a competent, accurate, and thorough manner. Completed projects comply with regulations and procedures. Special projects are completed independently, or reflect research and collaboration with others as required. **Further clarification, as needed:** | ✓ | |
| [ ] Element #7 **Research and Analysis**: Thoroughly and accurately researches issues in a timely manner, using available reference sources (e.g., USDA manuals, or applicable law or regulations). Makes reasonable recommendations or decisions based on available guidance. **Further clarification, as needed:** | ✓ | |
| [X] Element #8 **Customer Service**: Routinely displays courteous and tactful behavior. Projects a positive and professional image of USDA. Provides advice that is timely, responsive and accurate. Maintains appropriate rapport with internal and external customers. Develops and establishes working relationships with external organizations as required. Keeps supervisor and/or team leader informed of difficult and/or controversial issues and unique problems. Takes action to effectively solve problems before they have an adverse impact on the organization or other employees. **Further clarification as needed:** | ✓ | |
| [ ] Element #9 **Equal Opportunity & Civil Rights**: (Mandatory for all supervisors and managers). Performs all duties in a manner which consistently demonstrates fairness, cooperation, and respect toward coworkers, office visitors, and all others in the performance of official business. Demonstrates an awareness of EO/CR policies and responsibilities of Agency and Departmental goals of working to employ and develop a diverse, yet unified workforce. **Further clarification, as needed.** | ✓ | |
| [X] Element #10 **Equal Opportunity & Civil Rights**: (Mandatory for all non-supervisory employees). Performs all duties in a manner which consistently demonstrates fairness, cooperation, and respect toward coworkers, office visitors, and all others in the performance of official business. Demonstrates an awareness of EO/CR policies and responsibilities of Agency and Departmental goals of valuing a diverse, yet unified workforce. **Further clarification, as needed:** | ✓ | |
| [ ] Element #11 **Resource Management**: Monitors allocated funds and maintains complete and accurate records of expenditures. Routinely utilizes resources in an efficient and effective manner. Ensures that funds, property and other resources are guarded against waste, loss, unauthorized use, and misappropriation. **Further clarification, as needed:** | ✓ | |

| | Elements | Results Achieved | Results Not Achieved |
|---|---|---|---|
| ☐ | **Element #12 Individual Contributions to the Team:** Ordinarily displays dependability and reliability. Promotes open communication. Contributes creative ideas and actively participates in team meetings resulting in added value to the team's products and services. When problems arise, explores causes and assists in resolving them. Works with team members to appropriately implement decisions. Is usually open-minded to new ideas and approaches in implementing the team's goals. Willing accepts and acts on constructive criticism. <u>Further clarification, as needed:</u> | ✓ | |
| ☐ | Element #13 - | | |
| ☐ | Element #14 - | | |
| ☐ | Element #15 - | | |

## PART II - PROGRESS REVIEWS

Regular and open communication between supervisors and employees is vitally important in any performance management system, and particularly in a two-tier system where all elements rated are critical elements. Progress reviews should be held quarterly, but no less than semi-annually, and such reviews will be documented in writing.   Date of reviews, initials of employee and rating official and comments must be provided for each review. *(Provide any additional comments as an attachment).*

### DISCUSSION TOPICS FOR USE IN PLANNING PERFORMANCE AND CONDUCTING PROGRESS REVIEWS

- Employee's performance on primary responsibilities/priorities in the past year.
  - revise performance work plan for the coming year, as necessary
  - relationship to overall work unit objectives

- Employee's strengths and areas for growth

- Barriers to effective work performance and job satisfaction

- Employee's development *(over the past year; future needs for current job; long-term career goals and developmental needs to achieve them)*

- Possible work process improvements

- Whether employee continues to grow to meet future needs and demands of the changing environment

- Employee's feedback/constructive suggestions for supervisor

- Anything else the employee or supervisor would like to address

AD-2000 (09-27-00)                                                                                                    Page 4 of 4 4

## 7. RATING OFFICIAL'S COMMENTS

| | |
|---|---|
| 1st Quarter | |
| 2nd Quarter | |
| 3rd Quarter | |
| 4th Quarter | |

## 8. EMPLOYEE'S COMMENTS

| | |
|---|---|
| 1st Quarter | |
| 2nd Quarter | |
| 3rd Quarter | |
| 4th Quarter | |

| | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter |
|---|---|---|---|---|
| Meeting Date | | | | |
| Employee's Initials | | | | |
| Rating Official's Initials | | | | |

## PART III - SUMMARY RATING

[✓] RESULTS ACHIEVED                    [ ] RESULTS NOT ACHIEVED *

* A "Results not Achieved" rating requires explanation. Provide additional comments as an attachment.

## PART IV - CERTIFICATION

Note: Employee's signature certifies review and discussion with the Rating Official. It does not necessarily mean that the employee concurs with the information on this form.

| 9. PERFORMANCE PLAN (Sign when plan is established) | | 10. SUMMARY RATING (Sign when rating is completed) | |
|---|---|---|---|
| Employee's Signature | Date | Employee's Signature | Date |
| *Sederis W. Fields* | 10-31-02 | *Sederis W. Fields* | 10/31/02 |
| Print Name of Rating Official | | Print Name of Rating Official | |
| JOHN W. CHOTT | | DOUGLAS W. TRAGO | |
| Signature of Rating Official | Date | Signature of Rating Official | Date |
| | | *Douglas W. Trago* | 10-31-02 |
| I have reviewed the standards of conduct and have had any questions answered by my satisfaction. (Employee initial appropriate block below.) YES [ ]    NO [ ] | | Name of Reviewing Official (required for summary rating of "Results Not Achieved") | Date |