# Attachment P

464

Results of first interviews for admin job. Those scoring HIGH were invited for a second interview,

Administrative Management Specialist (Two Positions)
GS-301-14
FAS, Deputy Administrator for Field Operations
Field Operations Staff
Washington, DC

**HIGH**

Fields, Sederis W.   *Complainant*
*Selectee #1*
*Applicant G*
*Selectee #2*

referral   *Applicant L*

**MEDIUM**

*Applicant A*
*Applicant C*
*Applicant E*
*Applicant F*
*Applicant H*
*Applicant I*
*Applicant J*

referral   *Applicant K*

_signature_   7/10/03
            Date

_signature_   7/10/03
            Date

_signature_   7/10/03
            Date

465