# Attachment R

## John Chott - Re: Second selection from GS-14 Ag Program Cert

**From:** Carolyn Taylor
**To:** John Chott
**Date:** 7/11/03 11:41 AM
**Subject:** Re: Second selection from GS-14 Ag Program Cert

The EEO representative is required only for "panel interview" process. If you are doing a second interview, which is usually with the selecting official or representative, you do not need EEO present.

>>> John Chott 07/11/03 11:30AM >>>
We interviewed for the non-supervisory 14s even though we did not have to; however, we did reduce the numbers to HIGH and MEDIUM. We would like a short final inteview with the HIGHS. Do we need an EEO person. I though not since you do not need one for interviewing the highs after you get the list from the panel.

John W. Chott, Jr.
Assistant to the Deputy Administrator for Field Operations
Phone: 202-690-2807
Fax: 202-690-3309

>>> Carolyn Taylor 07/11/03 11:18AM >>>
You can FAX me the certificate once you have acceptance and send everything back by mail. You can send me a copy of the interview panel sheet but the selecting official should keep a copy with any other documents you have in the selection process which are your files.

>>> John Chott 07/11/03 10:24AM >>>
Thanks, we are not sure yet. By the way, we have offered the 15 to someone who will let us know this afternoon. The cert deadline is tomorrow. May I fax the certs to you this afternoon or will sending them by internal mail be ok. They are dated before the 12th. Also do you want the panel rating sheet?

John W. Chott, Jr.
Assistant to the Deputy Administrator for Field Operations
Phone: 202-690-2807
Fax: 202-690-3309

>>> Carolyn Taylor 07/11/03 10:16AM >>>
That's fine, you will need to submit another SF-52 for your second selection for Agri Prog Specist.

>>> John Chott 07/11/03 09:42AM >>>
The Admini Specialist—we already are selecting two.

John W. Chott, Jr.
Assistant to the Deputy Administrator for Field Operations
Phone: 202-690-2807
Fax: 202-690-3309

>>> Carolyn Taylor 07/11/03 08:39AM >>>

Yes, if the announcement does not state two or more positions, and the Agri Prog Specist announcement did not, then you are to notify the Union of the circumstances and that you would like to make two selections. This is not changing your selections (2) for the Agri Mgmt Specist announcement?

>>> John Chott 07/10/03 06:19PM >>>
We may want to select a second person from the cert, but, unlike the Admin Specialist, we did advertise for two. If I recall, we must ask the union. Is that correct?

John W. Chott, Jr.
Assistant to the Deputy Administrator for Field Operations
Phone: 202-690-2807
Fax: 202-690-3309