# Attachment S

# UNITED STATES DEPARTMENT OF AGRICULTURE
## Farm Service Agency
### Washington, DC 20250

| Personnel Operations 3-PM (Revision 3) | Amendment 8 |
|---|---|

**Approved by:** Deputy Administrator, Management

## Amendment Transmittal

### A  Reason for Amendment

Paragraphs 87 through 89 and Exhibits 9 through 11 have been added about the panel interview process using the Behavioral Event Interview (BEI).

| Page Control Chart | | |
|---|---|---|
| **TC** | **Text** | **Exhibit** |
| 1-4 | 3-1<br>3-2 (add)<br>3-3, 3-4 (add) | 9, page 1 (add)<br>10, page 1 (add)<br>11, page 1 (add) |

**Table of Contents**

Page No.

**Part 1    Basic Provisions and Delegations of Authority**

1       Overview ................................................    1-1
2-8     (Reserved)
9       Delegations of Authority ...............................    1-21
10      OPM Recruitment and Examining Authority ................    1-23
11      OPM-Delegated Authorities ..............................    1-25
12      Servicing Areas ........................................    1-28
13      Limitations ............................................    1-29
14      Adverse Action Requirements ...........................    1-30
15      KCMO Reports ...........................................    1-31
16-29   (Reserved)

**Part 2    Employment Policies**

**Section 1    Basic Policies**

30      Nondiscrimination ......................................    2-1
31      Internal Advancement Opportunities .....................    2-1
32      Requests for Personnel Action ..........................    2-2
33      Modification of OPM Qualification Standards ............    2-3
34      Nepotism ...............................................    2-3
35      State Office Guidelines ................................    2-4
36-45   (Reserved)

**Section 2    Personnel Actions**

46      Appointments ...........................................    2-25
47      Details and Temporary Promotions .......................    2-26
48      Resignations ...........................................    2-27
49      AD-139 and AD-1106 .....................................    2-28
50      Processing Separations .................................    2-31
51-60   (Reserved)

Table of Contents (Continued)

Page No.

**Part 2    Employment Policies (Continued)**

**Section 3    Probationary Periods for New Supervisors and Managers**

61      Overview ......................................................    2-55
62      Coverage ......................................................    2-55
63      Documentation ................................................    2-56
64      Removal From Supervisory or Managerial Position .............    2-56
65-79   (Reserved)

**Part 3    Merit Promotion Plan**

80      Overview ......................................................    3-1
81-86   (Withdrawn--Amend. 3)
87      Panel Interview Process ......................................    3-2
88      Process Responsibilities .....................................    3-3
89      Panel Interviews Questions and Assessments ...................    3-4
90-99   (Reserved)

**Part 4    Career Transition Assistance Programs**

100     Overview ......................................................    4-1
101     Responsibilities .............................................    4-2
102     Transition Services ..........................................    4-4
103     Retraining Affected Employees ................................    4-8
104     Priority Placement Services ..................................    4-8
105     Personnel Actions ............................................    4-12
106     Order of Priority ............................................    4-15
107     Supplements for Field Offices ................................    4-16
108     Expected or RIF Separation Procedures ........................    4-16
109-120  (Reserved)

**Table of Contents (Continued)**

Page No.

**Part 5**     **Conflict of Interest**

| | | |
|---|---|---|
| 121 | Principles of Ethical Conduct .......................................... | 5-1 |
| 122 | OGE Standards of Ethical Conduct for Employees of the Executive Branch ...... | 5-3 |
| 123 | Employee Responsibilities and Conduct ................................. | 5-6 |
| 124 | Designated Ethics Officials and Advisors ............................... | 5-7 |
| 125 | Permitted Political Activities Under the Hatch Act Reform Amendment of 1993 ... | 5-7 |
| 126 | Prohibited Political Activities Under the Hatch Act Reform Amendment of 1993 .. | 5-15 |
| 127 | Political Activities for Career SES Members and SFS Officers ................ | 5-19 |
| 128 | OGE-450, Confidential Financial Disclosure Report ........................ | 5-21 |
| 129 | OGE-450 Responsibilities .............................................. | 5-33 |
| 130 | Conflict of Interest Situations ......................................... | 5-37 |
| 131 | Outside Employment or Activities ...................................... | 5-38 |
| 132 | Processing and Servicing FSA Assistance Under FLP ....................... | 5-39 |
| 133-137 | (Reserved) | |
| 138 | Ethics Training ...................................................... | 5-51 |
| 139 | AD-815, Post-Employment Restrictions .................................. | 5-55 |
| 140 | Initial and Annual Disclosure of Applicant and Borrower Relationships ......... | 5-60 |
| 141 | FLP Issues ......................................................... | 5-62 |
| 142 | Information Used in Determining if There Is a Conflict of Interest Regarding the Impartiality of Official Duties ......................................... | 5-67 |
| 143-150 | (Reserved) | |

**Part 6**     **Student Educational Employment Program (SEEP)**

| | | |
|---|---|---|
| 151 | General Program Requirements ...................................... | 6-1 |
| 152 | STEP .............................................................. | 6-3 |
| 153 | SCEP ............................................................. | 6-7 |
| 154-159 | (Reserved) | |

**Part 7**     **FOIA and Privacy Act**

| | | |
|---|---|---|
| 160 | Handbook References ................................................ | 7-1 |
| 161 | Employee Information Available for Disclosure .......................... | 7-1 |
| 162 | Employee Information Not Available for Disclosure ....................... | 7-2 |
| 163 | Supervisor's Personal Notes .......................................... | 7-3 |
| 164 | Promotion Files .................................................... | 7-3 |
| 165 | OPF's ............................................................. | 7-4 |
| 166-179 | (Reserved) | |

**Part 8**     **National Associations**

| | | |
|---|---|---|
| 180 | NACS, NASE, NADD, and NASCOE ................................. | 8-1 |

## Table of Contents (Continued)

**Exhibits**

| | |
|---|---|
| 1 | Reports, Forms, Abbreviations, and Redelegations of Authority |
| 2 | Definitions of Terms Used in This Handbook |
| 3-7 | (Reserved) |
| 8 | Merit Promotion Plan |
| 9 | Instructions to the Panel |
| 10 | Instructions to the Candidate |
| 11 | Evaluation Matrix |
| 12 | 5 CFR Part 735, Employee Responsibilities and Conduct |
| 13 | Copy of Personnel Bulletin No. 735-1 |
| 14, 15 | (Reserved) |
| 16 | Designated Municipalities and Political Subdivisions |
| 17-19 | (Reserved) |
| 20 | Definition of Confidential Filer |
| 21-29 | (Reserved) |
| 30 | SEEP Academic Institutions |
| 31-34 | (Reserved) |
| 35 | Consultative Agreement Between Farm Service Agency (FSA) and the National Association of Credit Specialists (NACS) |
| 36 | Consultative Agreement Between Farm Service Agency (FSA) and the National Association of Support Employees (NASE) |
| 37 | Consultative Agreement Between Farm Service Agency (FSA) and the National Association of District Directors (NADD) |

666 L

**Par. 80**

## Part 3    Merit Promotion Plan

**80  Overview**

---

**A**
**Background**

The FFAS Merit Promotion Plan has been revised to adopt the common Merit Promotion Plan developed by FSA, NRCS, and RD.  See Exhibit 8.

This plan does not cover bargaining unit positions covered by negotiated agreements.

---

**81-86  (Withdrawn--Amend. 3)**

**Par. 87**

**\*--87   Panel Interview Process**

**A**
**Purpose**

In the absence of guidance, paragraphs 87 through 89 standardize the panel interview process.

The panel interview process is a collective capacity to provide a balanced and comprehensive assessment of a candidate's ability. It was devised for conducting interviews to select key management positions but may be used for filling any vacancy.

**B**
**Obtaining the Information**

Panel interviews provide information on how a candidate will perform in the target position through understanding how the candidate has performed in past positions. Information is obtained by having each candidate describe, in detail, past and/or current experiences that they believe demonstrate their ability to perform in the position for which they have applied.

The panel interview process gives the selecting official a better picture of the relative strengths and weaknesses of the candidates, and addresses the question of relative "job fit".

**B**
**Weighing the Information**

This process is **not** designed or intended to rerate, rerank, or pare the candidates on the best qualified list. The information provided to the selecting official may have the effect of eliminating some candidates from further consideration, but this is a result of the selecting official weighing the information provided, rather than a direct result of the process itself.--\*

**\*--88  Process Responsibilities**

**A**
**Manager and/or**
**Selecting Official**
**Responsibility**

Management determines whether the panel interview will be used to conduct interviews for supervisory and/or non-supervisory positions and at what grade level.  See current agency requirements for position to be filled.  The selecting official is responsible for:

- ensuring that panel interviews are conducted according to this procedure
- maintaining official records for 2 years after the panel interview.

**B**
**Planning**
**Interviews**

The selecting official chooses the panel members and makes every effort to ensure that the panel is diverse.  Each panel member will be notified of the date, time, and location of the interviews with a brief description of the interview process.  See Exhibit 9.  In addition, candidates shall be informed of the date, time, and location of the interview with a brief description of the interview process.  See Exhibit 10 for sample instructions.

If the selecting official is **not** present, a panel member will lead the interviews by introducing the candidate and panel members, giving an overview of the position and selection process, and answering any questions from the panel or the candidate.  A human resources specialist will be consulted if needed.

**C**
**Civil Rights**
**Observer**
**Responsibility**

A civil rights observer may be present at panel interviews.  A member of the Office of Civil Rights or the Civil Rights Council, the State Civil Rights Coordinator or Special Emphasis Program Manager may serve as observer.

The role of the civil rights observer is to ensure that the evaluations and any conversation about the process is **not** discriminatory in nature.  The observer will **not** take part in the interview or attempt to influence the panel discussion.  If any irregularity is observed, it should be brought to the attention of the selecting official.--\*

**\*--89  Panel Interview Question and Assessments**

**A**
**Developing**
**Questions**

Questions used in the interview must be developed before the interview with the criteria for evaluating the responses to each question. All candidates will respond to the same questions. The questions should **not** be a restatement of KSA's or KSA-based statements listed in the vacancy announcement or the position description. They must be job-related and should be structured so that the panel is able to determine to what extent the candidate possesses the knowledge, skill, or ability. Normally 5 to 7 questions are sufficient, however, the number is **not** as important as the content of the question. Avoid using acronyms that may confuse outside candidates. The questions may or may not be given to all candidates before the interview.

**B**
**Assessing**
**Candidates**

Candidates shall be rated on their response to each question. At the conclusion of each interview, the panel shall assess the candidate using the scale of **High, Medium, and Low.** See Exhibit 11.

If the selecting official was **not** part of the panel, they shall receive an oral briefing by the panel. In this way, they can hear the panel members full range of opinions and perspectives and their rationale for the final assessment of each candidate.

**C**
**Documentation**

All documents generated in this panel interview process will become part of the official file maintained by the selecting official. Those documents are:

- instructions to the candidate
- instructions to the panel member
- interview questions and the criteria for evaluating the responses
- the panel's assessment of the candidates (a signed copy of Exhibit 11).--\*

**90-99  (Reserved)**

**Exhibit 9**
**(Par. 88)**

*--Instructions to the Panel

The basis for the panel interview process is to provide information on how a candidate will perform in the target position through understanding how the candidate has performed in past positions. Information is obtained by having each candidate describe in detail, past and/or current experiences that they believe demonstrate their ability to perform in the position.

The interview panel member's responsibility is to obtain information about each candidate relative to their strengths and weaknesses, using a standard set of questions and criteria developed for this purpose.

The panel usually consists of 3 to 5 members. Questions and the criteria may have been given to the panel at the beginning of the interviews. The interview normally lasts 45 minutes and the panel will take notes during the interviews. The panel may ask follow-up or clarifying questions as needed.

Each candidate will be evaluated on their responses using a scale of **High, Medium, or Low.** The interviews with the application will form the basis on which the decision for a selection will be made.

A civil rights observer may also be present. The role of the civil rights observer is to ensure that the evaluations and any conversation about the process is **not** discriminatory in nature. The observer will **not** take part in the interviews or attempt to influence the panel discussion.

Your evaluation of each candidate will become part of the official file maintained by the selecting official.--*

**Exhibit 10**
**(Par. 88)**

**\*--Instructions to the Candidate**

The basis for the panel interview process is to provide information about how a candidate will perform in the target position through understanding how the candidate has performed in past positions. Information is obtained by having each candidate describe in detail, past and/or current experiences that they believe demonstrate their ability to perform in the position.

A civil rights observer may be present. The role of the civil rights observer is to ensure that the evaluations and any conversation about the process is **not** discriminatory in nature. The observer will **not** participate in the interviews or attempt to influence the panel discussion.

Candidates will be participating in a panel interview setting that will include 3 to 5 panel members and a civil rights observer. The interview will consist of approximately 5 to 7 questions, and will take approximately 45 minutes. Panel members may ask the questions, or you may be given the questions at the time of the interview. Panel members will be taking notes.

Panel members will be interested in hearing how past and/or current experiences have equipped the candidate to perform successfully in this position. It will be helpful if responses and/or examples demonstrate or substantiate skills and abilities and how the candidate applies them if selected for the position.

Panel members will be taking notes during the candidate's responses and may ask follow-up or clarifying questions. The candidates will be evaluated on their responses.--\*

Exhibit 11
(Par. 89)

*--Evaluation Matrix

| Position and Title | Series and Grade | Duty Station Office | Vacancy No. |
|---|---|---|---|

The following table must be used to evaluate each candidate's response.

| Applicant's Name | High | Medium | Low |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Signature of Panel Members | | | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Selecting Official's Signature | | | |
|---|---|---|---|
| | | | |

Remarks:

--*

5-7-03    3-PM (Rev. 3) Amend. 8    **Page 1**

*loleS*