# Attachment T

Case 1:06-cv-00538-HHK    Document 29-22    Filed 02/28/2008    Page 1 of 4

SCORE SHEETS

THESE ARE FOR THE SECOND INTERVIEW

SCORES ARE ON SEPARATE SHEET BECAUSE HE INTERVIEWED ALSO FOR THE PROGRAM JOB

484

| | Selectee #2 | | | | Applicant E | | | | Applicant G | | | | K dev's Complainant | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | G | D | L | | J | D | L | | J | D | L | | J | D | L | |
| | 5 | 5 | 3 | 3 | 5 | 3 4 | 12 | | 4 | 3 3 | 10 | | 5 | 2 3.5 | 10.5 | 11.4 a.4 |
| | 3 | 3 | | 5 | 4 | 3 3.5 | 10.5 | | 2 | 2 3 | 7 | | 3 | 2 2 | 7 | |
| | 3 | 4 | 5 | 12 | 3 | 3 4 | 10 | | 2 | 2 3 | 7 | | 2 | 2 3 | 7 | 6 |
| | 4 | 3 | 3 | 10 | 4 | 2 4 | 10 | | 2 | 2 2 | 6 | | 3 | 2 3 | 8 | |

485

| | 1 JD | | | 2 JD | | | 3 JD | | | 4 JD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| unknown | 5 5 4 | 4 | 5 3 5 | 3 | 5 3 4 | 12 | 4 5 3 5 | 12 |
| TASPII cont F | 3 3 3 | 5 | 3 3 2 | 6 | 3 4 2 | 9 | 4 3 3 | 10 |
| Selectee #1 | 4 5 5 | 14 | 5 4 4 | 12 | 5 3 5 | 12 | 5 4 5 | 12 |
| unknown | 4 3 4 | 10 | 4 4 5 | 12 | 4 3 4 | 11 | 5 4 5 | 14 |