# Attachment U

The following information was taken during an in-person interview on Wednesday, July 28, 2004, in Ms. Treese's office.

1. Please state and spell your name for the record.
Answer: Linda M. Treese.

2. What is your current position and location? Please describe your duties.
Answer: My position is the Assistant to the Deputy Administrator, Field Operations, FSA. My duties include supervising the field operations staff. We act as a liaison between FSA state and county offices and headquarters.

3. What is your current grade and step?
Answer: GS-15, step 4.

4. How long have you worked for the Farm Service Agency?
Answer: Since 1984.

5. What is your race?
Answer: Caucasian.

6. What is your sex?
Answer: Female

7. What is your relationship to the complainant?
Answer: First line supervisor.

8. The issue accepted for investigation is as follows:
*Whether the complainant was discriminated against based on her race (black) and sex (female) when she was not selected for a GS-14 Administrative Management Specialist Position on July 21, 2003. (Two individuals were selected.)*
Were you involved in this selection decision? How were you involved?


Initials

Answer: I sat on an interview panel. I was not the selecting official. I had just been selected for my position at the time of the interviews.

9. How did you conduct the interviews?

Answer: I was only involved in the second interview panel. We had five applicants. I believe one was non-competitive. We had a standard set of questions that each candidate was asked. As the applicants responded, we rated them between one and five, with five being the highest. After the applicant was interviewed, we would rank their responses by ourselves. Then when they left, we would tell what we ranked them. At the end of the interviews, I believe we made a grid with all of the scores. We then averaged their score. The two highest scorers were Ken Nagel and Pat Spalding, which the two individuals selected.

10. How did the complainant do in her interview?

Answer: Everyone did a good job, but the thing that stood out with me is that she was nervous. She mentioned she was nervous and was surprised that she was nervous. In addition, I recall she wasn't very deep in her responses. There wasn't a lot of higher level, leadership type responses and they were not very broad. The one thing that I remember is that she mentioned she helped organize the Christmas party when asked about her accomplishments. Her responses were more related to 'I am trustworthy and will help out when needed'. She also mentioned getting correspondence done quickly. The others responses were generally higher level, more knowledge and skills-related.

11. What was the purpose of conducting the second round of interviews?
Answer: I believe that they wanted to make sure that they selected the right candidates.

12. Can you please describe the duties of this position?

Answer: The position is to work with our state and county offices. The administrative functions are broad-based. We have an Administrative Officer in each state office. They have to handle a complex budget, they have to do personnel, procurement, and leasing. This position would work with these people along with the state Executive Director. This person would serve as

4
81


Initials

a liaison by problem-solving and troubleshooting with the state offices. We also assist them with a work load measurement system. The person in the GS-14 Administrative Management position also has to represent the DAFO at the Departmental level.

13. Why did you select Ken Nagel?

Answer: Ken had broad knowledge of budget, personnel issues, and he had a good understanding of field operations from his experience from the field and from his work in DAFO. He had worked in the county, although that was not a requirement. He had past farm loan experience and was a farmer at one point. He did very well in the interview and was very professional.

14. Please compare Mr. Nagel's qualifications to the complainant's.

Answer: His qualifications are much broader, he was more detailed in terms of budgeting and personnel experience.

15. Why did you select Mr. Spalding?

Answer: He had a good interview. I did not know him prior to the interview. He had a big picture perspective, having worked in the farm loan area. He had procurement, leasing, and personnel experience. He was formerly in the Northeast area and consolidated three smaller state offices up there. I remember him being more "big picture" than Ms. Fields. He had field and headquarters experience. His farm loan experience was an added asset because we have a lot of issues on that.

16. Please compare Mr. Spalding's qualifications to the complainant's qualifications.

Answer: Sederis was in a clerical position for many years. She then came up through civil rights. She didn't have a lot of knowledge in staffing and administrative issues. When we say administrative, we mean budgeting, personnel, contracting, and leasing. That is what the state and county offices have to deal with. We felt having candidates who had worked in the field would help them with handling their issues. Although that was not a requirement for the position, it made them a stronger candidate. This job requires a big picture perspective. It also requires you to have

5


Initials

the answers. You cannot come in and learn it.

17. The complainant feels that Mr. Nagel was pre-selected for the position. She believes that Mr. Nagel, Mr. Chott, and Mr. Frago are buddy-buddy and that this position was targeted for him, or that they had him in mind the whole time. Can you respond to that claim?

Answer: He worked for Doug and John. I don't know what their working relationship was prior to the selection for this position. I do not believe he was pre-selected because he was the best qualified. No one led me in the direction to select him. From what I saw and did on the panel, there was nothing inappropriate. I do not believe he was pre-selected.

18. The complainant alleges that she did not receive this position because she is black. Please respond.

Answer: That is not true. It was a fair process and everyone was qualified for the position or they would not have been on the certificate.

19. The complainant also alleges that she did not receive this position because she is female. Can you please respond?

Answer: That is not true. Her being female was not a consideration in the selection process.

20. Do you have any further information to add?

Answer: I feel that the two best candidates were selected for the position. They had a greater breadth in the experience and they stood out in the process. They ranked highest in our interview scoring.


Initials

I have reviewed this statement, which consists of __7__ pages, and hereby solemnly swear __✓__ affirm ____ that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_____   ___8-9-04___
(Signature of Affiant)                     (Date)

Received
~~Signed~~ before me at (Street and City): _____

on this 11th day of __August__, 2004

_____
(Signature of Investigator/Witness)

7
84

Initials

# WITNESS AFFIDAVIT

I, (name) _____Linda M. Treese_____

am an **employee of** _X__ applicant to ___ former employee of ___ the:

(Agency) _____Farm Service Agency_____

(Office) _____**Deputy Administrator Field Operations**_____

(Division) _____ **Field Operations Staff**_____

(Branch) _____

Located in (city and state) _____Washington, DC_____

In the capacity of (show both your organization title and the classification of your job, if different):

_____**Assistant to the Deputy Administrator for Field Operations**_____

Grade ____15_____between (date) __8/03_____ and (date) __current_____

My telephone number during working hours is: _____ (202) 720 4698_____

I HAVE BEEN ADVISED OF THE FOLLOWING:

I am required by Federal regulations and Department of Agriculture policy to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation into a complaint of discrimination against the Department of Agriculture. I must provide a statement for the investigative report which is true and complete to the best of my knowledge and which discloses all of my firsthand knowledge having a bearing on the merits of the complaint. My statement is provided under oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulations and Department of Agriculture policy. This means that any employee(s) whom I accuse of discrimination or other acts of impropriety may be shown relevant portions of my affidavit and be provided an opportunity to respond for the record. In addition, the complainant and the appropriate Departmental officials involved in the

Initials

## WITNESS' AFFIDAVIT

EEO complaint process will receive the entire investigative file. I have the right to review my statement prior to signing it and may make initialized corrections if it is incomplete or inaccurate. I have the right to receive a copy of the signed statement.

Having been advised of the above information about my role as a witness in the investigative process, I solemnly swear __X__ affirm _____ the statement which follows is true and complete to the best of my knowledge and belief, and addresses the issues and concerns raised with me by the investigator.

79


Initials