# Attachment V

NAME: ~~Sedaris Fields~~ Complainant   DATE: 7-8-03

## INTERVIEW SHEET – PROGRAM AND ADMINISTRATIVE SPECIALISTS

S  1. Please tell us about yourself.

   a. If not mentioned above, tell us what you do in your current job.

   b. How does your current job relate to the job you are seeking?
   - HACU - budget          Liason for DAFO
   - Investigator Certified.   1890 program

2. How flexible is your work schedule? Are you available to travel?
   Never has problem traveling

3. If I were to talk to your present and previous supervisors that you have worked for, what would they likely say about you?
   "If you want job done give to Sedaris"
   Trustworthy

S  4. Of all the jobs you have held, which have you found to be the most rewarding and why? Have there been any jobs you did not like? — No - can Adapt.
   Impact on students - 1890 program
   Women training - Rewarding

5. Why do you want this position?
   Asset to agency - institution of knowledge.
   Wants to make agency & supervisor look good.

6. What are your strengths and weaknesses as an employee?
   - Logics for decisions    + doesn't take time for self
   - Rational                - delegate
   - Trustworthy
   - likes Challenge         - cannot do travel & TDHs

417

S 7. Describe your oral and written communication skills and experiences, including any public speaking experience.

- Field officers
- Managers
Know subject

Small Farm Womens Conf.
Accomplishment of FSA
- Creative, writes on her own Journal daily

8. When you are under pressure to meet deadlines, how do you handle such a situation, including carrying on your normal duties.

- prioritize work
- multi-task
- work late, takes stuff home

9. What if you are given a deadline for a project you cannot meet, what would you do?

Ask for extension - discuss with supervisor. Ask for assistance.

S 10 (a). In this position, you will have to deal with both farm loan programs and commodity programs. What experience have you had in these areas?

10 (b). In this position, you will have to deal with administrative matters. In what administrative areas have you had experience?

All Aspects FSA - task force

11. Here is a hypothetical situation:

(a). A CED is manipulating producer application data and dates to make producers eligible for benefits to which they are not entitled. This has happened in numerous cases, and there may be a large amount of money involved. The SED wants to just speak privately to the CED and take no further action. You have been informed of the above situation by a State Office Program Specialist and asked to say nothing. What issues are involved? What would you do?

2

418

(b). Your supervisor leaves you as Acting Deputy Administrator often and you have full authority. You are aware that one employee is making unkind and perhaps harassing remarks to an employee of the opposite sex. The object of the remarks has not complained to you, but that employee knows you are aware of the abusive comments. You suspect that the comments may be sexual in nature. What are your responsibilities in this case? What would you do?

- Call perpetrator in and counsel
- Put on Notice
✱ - CALL ER.

12. How do you handle "difficult people," – coworkers, or if you have been a supervisor, as subordinates.

- Can only control herself. be the same
- does not take personal
- be the same

S  13. Do you have any other comments or questions?

Sedaris- How important is this position to the agency.

Really wants job.
    loves agency and wants to stay.

3

419