# Attachment W

Case 1:06-cv-00538-HHK   Document 29-25   Filed 02/28/2008   Page 1 of 2

**Interview Questions for the GS-301-14 Specialist Positions**
**(Farm Program, Farm Loan and Administrative Functions)**

Individual Interviewed: _Sellers_    *Complainant*    Date: _____

### INTERVIEW SHEET – SUPERVISORY FIELD OPERATIONS

**General**

*P 3*

1. We are interested in your strengths as an employee. What do you bring to this position (i.e., knowledge, skills, and abilities)?

    narrow 20 yr. experience - identifying problems - extensive working with Co. - research - mediation & investigation - good results

*2*  *4*

2. We are interested in your accomplishments. Describe in detail 2 or 3 accomplishments which you enjoyed doing and did well. *many*

    Ms. Sexual Harassment sexa investigation. misunderstanding of programs. Devl (C.S.) - 2000 - certified as a mediator. (ADR) &

*D*  *2*

3. Describe yourself in terms of your ability to work as a member of a team, and what do you believe makes a successful team.

    respect other opinions - dependable - panel participant. never say no. help various committees.

*2*

4. Tell me about a major problem you recently handled. What issues were presented? Were you successful in resolving it? Please be as specific as possible. — short notice - on awards - logistics - to wolfi Reservations - Hotel - time etc. many pto problems - Kansas Judy - Timeclocks in IA. Computer Hard drive - went down - can't chew

Like to follow through

Observation points

467