# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

### Civil Division

| | |
|---|---|
| SEDERIS FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0538 (HHK) |
| ) | |
| MIKE JOHANNS, SECRETARY, U.S. ) | Magistrate Judge Kay |
| DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### Plaintiff's Consent Motion for Extension of Time to File Opposition to Motion for Summary Judgment

Comes now the Plaintiff, by and through counsel, and files this consent motion for extension of time to file opposition to Defendant's motion for summary judgment, and in support thereof, states as follows.

Defendant Johanns filed a motion for summary judgment and Plaintiff's opposition is due March 31, 2008.  Plaintiff requests a two week extension of time to file the opposition.  Since the filing of the motion, Plaintiff's counsel was scheduled for trial on March 17, 2008; has had to file post trial motions for a jury trial held on March 3-11, 2008; had several days of depositions and court hearings; prepared notice of a class action where counsel is lead counsel for a class of 800 employees of the D.C. Water and Sewer Authority; and counsel must respond to three dispositive motions over the next ten days.  Counsel requests a two week extension through April 14, 2008 to file her opposition.  Defendant consents to this motion.

                                                        Respectfully submitted,

By: _____/s/_____
David A. Branch #438764
Law Offices of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C.  20009
(202) 785-2805
Attorney for Plaintiff

### Certificate of Service

I hereby certify this 31st day of March 2008, that a copy of the foregoing consent motion for extension of time to file opposition to Defendant's motion for summary judgment was sent electronically to counsel for Defendant, Blanche Bruce, AUSA, 555 4th Street, NW, Washington, DC 20530.


_____/s/_____
David A. Branch

2