# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

## Civil Division

| | | |
|---|---|---|
| **SEDERIS FIELDS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 06-0538 (HHK)** |
| | ) | |
| **MIKE JOHANNS, SECRETARY, U.S.** | ) | **Magistrate Judge Kay** |
| **DEPARTMENT OF AGRICULTURE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## Plaintiff's Motion for Leave to File Exhibits In Support of Motion for Summary Judgment

Comes now the Plaintiff, by and through counsel, and files this motion for leave to file exhibits in support of motion for summary judgment, and in support thereof, states as follows.

Defendant Johanns filed a motion for summary judgment and Plaintiff's opposition was due March 31, 2008. Plaintiff requested an extension of time to file the opposition until April 17, 2008. Defendant advised that they consented to the motion after it was filed. The opposition was filed on April 17, 2008, however counsel experienced a problem with the firm's copier/scanner which malfunctioned and counsel was unable to convert the hundreds of pages of exhibits into PDF and file them with the court. A technician was unable to resolve the scanning problem after several hours on April 18, 2008 and the exhibits could not be scanned and filed in PDF format on April 18, 2008. Plaintiff requests leave of court to file the exhibits to the opposition to the motion for summary judgment on Monday, April 21, 2008. Counsel left a message with

the Clerk assigned to the court's calendar, Ms. Francis, inquiring whether a paper copy of

the exhibits could be filed, but counsel had not received a response by the time this

motion was filed.  Counsel attempted to reach counsel for Defendant to request her

consent to this motion but Counsel had not responded at the time this motion was filed.

Respectfully submitted,

By:    _____/s/_____
David A. Branch #438764
Law Offices of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C.  20009
(202) 785-2805
Attorney for Plaintiff

### **Certificate of Service**

I hereby certify this 18th day of April 2008, that a copy of the foregoing motion
for leave to file exhibits to opposition to Defendant's motion for summary judgment was
sent electronically to counsel for Defendant, Blanche Bruce, AUSA, 555 4th Street, NW,
Washington, DC 20530.

_____/s/_____
David A. Branch