UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEDERIS FIELDS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Civil No. 06-0538 (HHK) ) |
| **CHUCK CONNER, Acting Secretary** **United States Department of Agriculture** | ) ) ) |
| **Defendant.** | ) ) ) |

## UNOPPOSED MOTION FOR AN EXTENSION TO FILE A REPLY

Defendant respectfully submits this unopposed motion for an extension of time in which to file its reply to Plaintiff's opposition for summary judgment. The reply is due April 30, 2008 and Defendant requests until May 14, 2008 to respond. This is Defendant's first request for an extension. Defendant seeks the extension because matters in the undersigned counsel's other cases made it difficult to file a reply by April 30, 2008. On April 29, 2008, the undersigned counsel contacted Plaintiff's counsel, David Branch, and Mr. Branch did not oppose the extension.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078