UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEDERIS FIELDS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil No. 06-0538 (HHK) |
| **CHUCK CONNER, Acting Secretary** <br> **United States Department of Agriculture** | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Extension of Time to File a Reply to Plaintiff's Opposition for Summary Judgment, and the entire record herein, it is hereby Ordered that Defendant's Motion is Granted and Defendant's Reply is due on or before May 14, 2008.

_____
United States District Court Judge