UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEDERIS FIELDS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-0538 (HHK) |
| | ) |
| **ED SCHAFER,** | ) |
| United States Department of Agriculture | ) |
| | ) |
| Defendant. | ) |
| | ) |

**UNOPPOSED MOTION FOR AN EXTENSION TO FILE A REPLY**

Defendant respectfully submits this unopposed motion for an extension of time to file a reply. The reply was due May 14, 2008, however, the undersigned counsel became ill and was unable file the reply timely. David Branch, counsel for plaintiff, was notified and consented to the short extension. Defendant intends to file its reply on May 16, 2008, two-days after the deadline. The deadline to file the extension was allowed to pass due to undersigned counsel's illness which Defendant submits constitutes "excusable neglect' within the meaning of Fed. R. Civ. P. 6(b)(2).

**STATEMENT OF SUPPORTING POINTS AND AUTHORITIES**

A two-day delay will not result in any prejudice to plaintiff, will have no materially adverse effect upon the Court's consideration of this case, and was the result of circumstances beyond the control of Defendant's undersigned counsel. See In re: Vitamins Antitrust Class, 327 F.3d 1207 (D.C. Cir. 2003). See generally Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380 (1993). Furthermore, Plaintiff consented to Defendant's late filing of two days.

**CONCLUSION**

For the foregoing reasons, Defendant's Unopposed Motion for an Extension To File a Reply should be granted.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078