UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEDERIS FIELDS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-0538 (HHK) |
| ) | |
| **ED SCHAFER, Secretary** ) | |
| **United States Department of Agriculture** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of Defendant's Unopposed Motion for an Extension to File a Reply, and the entire record herein, it is hereby Ordered that Defendant's Motion is Granted and Defendant's Reply is due on or before May 16, 2008.

_____
United States District Court Judge