# Attachment X

**U.S. DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**

Merit Promotion Competitive Certificate
Vacancy Identification Number UF168394CT
ISSUE DATE: April 28, 2003

| | |
|---|---|
| Position Title | Administrative Management Specialist (Two Positions) |
| Series and Grade: | GS-301-14 |
| Organization: | FSA, Deputy Administrator for Field Operations |
| | Field Operations Staff |
| Location: | Washington, DC |

The Selecting Official will review the promotion certificate and make a selection in accordance with the Merit Promotion Plan, **utilizing interview procedures described in PM Notice 2334**. The candidates listed below were evaluated under Merit Promotion Program procedures and were found to be the best qualified for this position. Every precaution should be taken to observe and maintain the strict confidential nature of these documents. Please indicate the action taken for each name by marking "S" for selected or "D" for Declined or "NS" for not selected and return the certificate to the Human Resources Division by **July 27, 2003**.

The candidates' applications (OF-612, Resume, etc.), performance appraisals, awards and any other relevant information are attached for your review and consideration. **If one candidate on this certificate is interviewed, then all candidates must be interviewed.**

| Name | Interviewed (Yes-No) | Action (S-D-NS) | |
|---|---|---|---|
| | Y | NS | R, S Amer. Indian/M |
| withdrew | N | — | |
| | Y | NS | White/F |
| withdrew | No | — | |
| | Y | NS | White/F |
| Complainant | Y | NS | Black/F |
| | Y | NS | White/Male |
| Selected #1 | Y  White/Male | S | unless off 7/27/03 |
| | Y | NS | White/M |
| | Y | NS | White/M |
| | Y | NS | Asian Pacific Islander/M |
| | Y | NS | Male/White |
| Selected #2 | Y | S | White/Male 8/24/03 |

| NAME OF SELECTING OFFICIAL | TITLE |
|---|---|
| Douglas W. Frago | Deputy Administrator for Field Operations |
| SIGNATURE [signature] | DATE  07-21-03 |

U. S. DEPARTMENT OF AGRICULTURE
FARM SERVICE AGENCY

Merit Promotion Noncompetitive Certificate
Vacancy Identification Number UF168394CT
ISSUE DATE: April 28, 2003

**Position Title:** Administrative Management Specialist (Two Positions)
**Series and Grade:** GS-301-14
**Organization:** FSA, Deputy Administrator for Field Operations
Field Operations Staff
**Location:** Washington, DC

The candidates listed below were evaluated under noncompetitive Merit Promotion procedures and were found to be qualified for this position. The Selecting Official will review the promotion certificate and make a selection in accordance with the Merit Promotion Plan, **utilizing interview procedures described in PM Notice 2334.** Every precaution should be taken to observe and maintain the strict confidential nature of these documents. Any candidate on the list may be selected. Please indicate the action taken for each name by marking "S" for selected or "D" for declined or "NS" for not selected and return the certificate to the Human Resources Division by July 27, 2003 .

The candidates' application (OF-612, Resume, etc.), performance appraisals, awards and any other relevant information are attached for your review and consideration. **In accordance with PM Notice 2334, all candidates on the noncompetitive certificate must be interviewed, if a selection is made from this certificate.**

| Name | Interviewed (Yes - No) | Action (S -D - NS) |
|---|---|---|
|  | Y | NS |
|  | Y | NS |

| NAME OF SELECTING OFFICIAL | TITLE |
|---|---|
| Douglas W. Frago | Deputy Administrator for Field Operations |
| SIGNATURE | DATE |
| [signature] | 07-21-03 |

138