# Attachment Y

Ramirez interview notes---first interview

These are notes only from candidates selected for the second interview

*Complainant*

NAME: *Sedaris Fields*          DATE: *7-8-03*

## INTERVIEW SHEET – PROGRAM AND ADMINISTRATIVE SPECIALISTS

1. Please tell us about yourself.

   a. If not mentioned above, tell us what you do in your current job.

   b. How does your current job relate to the job you are seeking?

   = *HACU - budget*          *Liason for DAFO*
   - *Investigator Certified.*    *1890 program*

2. How flexible is your work schedule? Are you available to travel?

   *Never has Problem traveling*

3. If I were to talk to your present and previous supervisors that you have worked for, what would they likely say about you?

   *"If you want job done give to Sedaris"*
   *Trustworthy*

4. Of all the jobs you have held, which have you found to be the most rewarding and why? Have there been any jobs you did not like? — *No - Can Adapt.*

   *Impact on students — 1890 program*
   *Women training - Rewarding*

5. Why do you want this position?

   *Asset to agency - institution of Knowledge.*
   *wants to make agency & supervisor look good.*

6. What are your strengths and weaknesses as an employee?

   - *Logics for decisions*   *+doesn't take time for self*
   - *Rational*           - *Delegate*
   - *Trustworthy*
   - *likes Challenge.*      - *Cannot do travel & T+A's*

7. Describe your oral and written communication skills and experiences, including any public speaking experience.

*- Field officers        Small Farm Women's Conf.*
*- Managers              Accomplishment of FSA*
*Know subject    - Creative, writes on her own Journal*

8. When you are under pressure to meet deadlines, how do you handle such a situation, *daily* including carrying on your normal duties.

*- prioritize work*
*- multi-task*
*- work late, takes stuff home*

9. What if you are given a deadline for a project you cannot meet, what would you do?

*Ask for Extension - discuss with Supervisor*
*Ask for Assistance.*

10 (a). In this position, you will have to deal with both farm loan programs and commodity programs. What experience have you had in these areas?

10 (b). In this position, you will have to deal with administrative matters. In what administrative areas have you had experience?

*All Aspects FSA - task force*

11. Here is a hypothetical situation:

(a). A CED is manipulating producer application data and dates to make producers eligible for benefits to which they are not entitled. This has happened in numerous cases, and there may be a large amount of money involved. The SED wants to just speak privately to the CED and take no further action. You have been informed of the above situation by a State Office Program Specialist and asked to say nothing. What issues are involved? What would you do?

2

418

(b).  Your supervisor leaves you as Acting Deputy Administrator often and you have full authority.  You are aware that one employee is making unkind and perhaps harassing remarks to an employee of the opposite sex.  The object of the remarks has not complained to you, but that employee knows you are aware of the abusive comments.  You suspect that the comments may be sexual in nature.  What are your responsibilities in this case?  What would you do?

- Call perpertrator in and Counsel
- Put on Notice
*- CALL E.R.

12.  How do you handle "difficult people," – coworkers, or if you have been a supervisor, as subordinates.

- Can only Control herself. be the same
- does not take personal
- be the same

13.  Do you have any other comments or questions?

Sedaris- How important is this position to the agency.

Really wants job.
loves agency and wants to stay.

3

419

Applicant L                    Admin.

NAME:                          DATE: 7-9-03

1!12

**INTERVIEW SHEET – PROGRAM AND ADMINISTRATIVE SPECIALISTS**

1. Please tell us about yourself.

   a. If not mentioned above, tell us what you do in your current job.

   35 yrs.  – EEO – All Aspects    – AO/SED Conf.
   – FSA-1987  VI – Program      Hand book writing.
   1997 – ER specialist      –

   b. How does your current job relate to the job you are seeking?

   Currently 1/2 State – AO's –SED's advised counsel.
   works closely with DAFO

2. How flexible is your work schedule? Are you available to travel?

   Very Flexible          Can travel

3. If I were to talk to your present and previous supervisors that you have worked for,
   what would they likely say about you?   Low tolerance for people that
   – Hard working                    she knows can do jobs
   – Very loyal
   – maticulous – good product

4. Of all the jobs you have held, which have you found to be the most rewarding and
   why? Have there been any jobs you did not like?  – personal
   Came from ES
      have helped people

5. Why do you want this position?

   Dream position          SED/AO –
   – Interaction with States    EEO/CR
                ER

6. What are your strengths and weaknesses as an employee?

   – Personality              1    – Loyal to a fault
   – Good Trainer                  – less patience with someone
                                   that can do job and
                                   doesn't do it.
                                   Explain to them.

   420

7. Describe your oral and written communication skills and experiences, including any public speaking experience.

*EEO Counslor training 6 years    AD Conference*
*E O/ CR Training Modules.    Handbook*
*State TRAINING    —Certified Personnel*
*Conduct Investigator.*

8. When you are under pressure to meet deadlines, how do you handle such a situation, including carrying on your normal duties.

*Works best under pressure and Providing States home phone*
*& cellphone*
*— taking home Important to provide service to*
*States*

9. What if you are given a deadline for a project you cannot meet, what would you do?

*go to supervisor , open Communication*

10 (a). In this position, you will have to deal with both farm loan programs and commodity programs. What experience have you had in these areas?

*Stress from the top down — every opportunity*
*Not tolerate*

10 (b). In this position, you will have to deal with administrative matters. In what administrative areas have you had experience?

*All performance , conduct. Retirement System Records,*
*Directed Reassignments — Required to know because*
*of Settlement.*
*Limited Budgets —*

11. Here is a hypothetical situation:

(a). A CED is manipulating producer application data and dates to make producers eligible for benefits to which they are not entitled. This has happened in numerous cases, and there may be a large amount of money involved. The SED wants to just speak privately to the CED and take no further action. You have been informed of the above situation by a State Office Program Specialist and asked to say nothing. What issues are involved? What would you do?

2

(b). Your supervisor leaves you as Acting Deputy Administrator often and you have full authority. You are aware that one employee is making unkind and perhaps harassing remarks to an employee of the opposite sex. The object of the remarks has not complained to you, but that employee knows you are aware of the abusive comments. You suspect that the comments may be sexual in nature. What are your responsibilities in this case? What would you do?

*Incumbent to address — wrote the policy*
*Bring in and ask.    Statements*
*find facts, get "at get go"*

12. How do you handle "difficult people," – coworkers, or if you have been a supervisor, as subordinates.

*dealt lemons make lemonade –*
*prove wrong – continue communications*
*– "stabbed in the back" Be careful.*

13. Do you have any other comments or questions?

*Knows more about job than a lot of others*

3

*BoTL*

Selectee #1

NAME: _____    DATE: 7-10-03

## INTERVIEW SHEET – PROGRAM AND ADMINISTRATIVE SPECIALISTS

1. Please tell us about yourself.

University Ag. degree
of Nebraska    Economics    worked for MBA

a. If not mentioned above, tell us what you do in your current job.    Banks - 80's

FSA 1991 - COT
Nebraska farmer - 20 yrs
production ag. to people oriented

b. How does your current job relate to the job you are seeking?

Inter related    Liason - EDSO & DAFP
- Ceiling   -Personnel   Applicable to both.    L DAFLP.
- Staffing   -Budget
2. How flexible is your work schedule? Are you available to travel?

CLOAP   Very Flexible    Can travel
Whatever it takes to get job done.

3. If I were to talk to your present and previous supervisors that you have worked for, what would they likely say about you?    Dependable - takes any task at hand
people's    - Does whatever is legal. and whatever it takes
- Team Player - Works with others.    Fair - treats
- Good Leader - Can convience people to get thru sch    everyone
with dignity
4. Of all the jobs you have held, which have you found to be the most rewarding and why? Have there been any jobs you did not like?    Livestock    RIF

Current.
Important Ag Agency in world.

5. Why do you want this position?    Improve    8-11 people
Means to Continue career.    Strengthen the agency & self grow    supervise
10th largest workload
6. What are your strengths and weaknesses as an employee?

dedication to job    & leaving work at work
- to subordinates & superiors
Communication skills
do best job and be timely
Team Attitude

423

7. Describe your oral and written communication skills and experiences, including any public speaking experience.

- Sec. of organ    FFA    Public speaking    — CED - Info. Mtgs.
- briefing    — Group training ✓ APHIS    — NASCOE    15 AO
- memos    — governor    SEArea Rally    Handbooks
    — Senators offices    — Writing Classes    Reg.
- Reports

8. When you are under pressure to meet deadlines, how do you handle such a situation, including carrying on your normal duties.
    -Prioritize
- Normally daily occurrence
- Checks for what is due that day. Access time.

9. What if you are given a deadline for a project you cannot meet, what would you do?
- gets worried. —
* Communicate with whom project is due to!
- work until done

10 (a). In this position, you will have to deal with both farm loan programs and commodity programs. What experience have you had in these areas?

Staff mtgs    COF —    EDSO Liason    — Concurdecree
all in agreement — FSA    National Level - Program discussion
with different    Aware    Modules for FLO
programs.

10 (b). In this position, you will have to deal with administrative matters. In what administrative areas have you had experience?

— Ceilings - Budget - personnel — TRAVEL
- Agency Resolving Official.    Equipment
— Administrative Officers

11. Here is a hypothetical situation:

(a). A CED is manipulating producer application data and dates to make producers eligible for benefits to which they are not entitled. This has happened in numerous cases, and there may be a large amount of money involved. The SED wants to just speak privately to the CED and take no further action. You have been informed of the above situation by a State Office Program Specialist and asked to say nothing. What issues are involved? What would you do?

— Check with supervisor    take employee to IASA
- Consequences of Inaction    - Consequences
- Stop
    HRD

424

(b). Your supervisor leaves you as Acting Deputy Administrator often and you have full authority. You are aware that one employee is making unkind and perhaps harassing remarks to an employee of the opposite sex. The object of the remarks has not complained to you, but that employee knows you are aware of the abusive comments. You suspect that the comments may be sexual in nature. What are your responsibilities in this case? What would you do?

– Confront Individual – stop, Explain Consequences ; Actions would be taken.

12. How do you handle "difficult people," – coworkers, or if you have been a supervisor, as subordinates. LISTEN, Allow them to vent

13. Do you have any other comments or questions?

– More Responsibilities

3

425

## Applicant G

**NAME:** _____    **DATE:** _7-8-03_____

### INTERVIEW SHEET – PROGRAM AND ADMINISTRATIVE SPECIALISTS

S    1. Please tell us about yourself,

    a. If not mentioned above, tell us what you do in your current job.

        Dairy Farm - Animal Science
        GIS - GPS

    b. How does your current job relate to the job you are seeking?

        City Council
        professional

J    2. How flexible is your work schedule? Are you available to travel?    This position requires travel is that a problem.

    Guam
    Not a problem to work late

D    3. If I were to talk to your present and previous supervisors that you have worked for, what would they likely say about you?

   - Speak-Highly
   - dedicated Hard worker
   · Voluntarily takes on other Assignments

S    4. Of all the jobs you have held, which have you found to be the most rewarding and why? Have there been any jobs you did not like?  No, - Meatinsp, Boring

    Assist field
    Rewarding          80 employees - meat packing

J    5. Why do you want this position?

   - Working with field
   - Advance

D    6. What are your strengths and weaknesses as an employee?

   - tanacious          Less of delegator - Field work
   - Self starter
   - motivator

S 7. Describe your oral and written communication skills and experiences, including any public speaking experience.

*graduate school      NIR reports.*
*City Council*

J 8. When you are under pressure to meet deadlines, how do you handle such a situation, including carrying on your normal duties.

*Prioritize*
*Cool - calm atmosphere*

D 9. What if you are given a deadline for a project you cannot meet, what would you do?

*- go to supervisor*
*- delegation option*
*- dont be afraid to ask for help*

S 10 (a). In this position, you will have to deal with both farm loan programs and commodity programs. What experience have you had in these areas?

*20 yrs. FLP*
*17 yrs. Service Centers - working relationship with CEO's/CACs*
*Relations FLP/FP have to begin here.    County + Gs system*

10 (b). In this position, you will have to deal with administrative matters. In what administrative areas have you had experience?

*FSA - Service Centers        Terminated City Clerk*
*- Personnel manager*
*- Union Negotiations*
*- City Council Aspects*

J 11. Here is a hypothetical situation:

(a). A CED is manipulating producer application data and dates to make producers eligible for benefits to which they are not entitled. This has happened in numerous cases, and there may be a large amount of money involved. The SED wants to just speak privately to the CED and take no further action. You have been informed of the above situation by a State Office Program Specialist and asked to say nothing. What issues are involved? What would you do?

*- Legality - mis use of position*
*- COR review - to make certain that in fact there are*
*    improprieties*
*- Notify DAFO. accusations that have to be substan.*

(b).  Your supervisor leaves you as Acting Deputy Administrator often and you have full authority.  You are aware that one employee is making unkind and perhaps harassing remarks to an employee of the opposite sex.  The object of the remarks has not complained to you, but that employee knows you are aware of the abusive comments.  You suspect that the comments may be sexual in nature. What are your responsibilities in this case?  What would you do?

*go to person - talk individually.*

*advise of Consequences.*

12.  How do you handle "difficult people," – coworkers, or if you have been a supervisor, as subordinates.

- *Soar with strengths.*
- *team building effort*
- *communication*

13.  Do you have any other comments or questions?

- *Travels Now*

*14. Ending Remark.*
- *Qualified*
- *would like either position*

3

*Selectee #2*

NAME: _____    DATE: _7-9-03_____

**INTERVIEW SHEET – PROGRAM AND ADMINISTRATIVE SPECIALISTS**

1. Please tell us about yourself.

   a. If not mentioned above, tell us what you do in your current job.

   *1983 FMHA — AO MASS. 11 months.*
   *8 yrs. Contract Specialist.*

   b. How does your current job relate to the job you are seeking?

   *Admin Advise*
   *Procurement*

2. How flexible is your work schedule?  Are you available to travel?

   *Flexible*

3. If I were to talk to your present and previous supervisors that you have worked for, what would they likely say about you?

   *Hard worker      - field orientation*
   *detail oriented*

4. Of all the jobs you have held, which have you found to be the most rewarding and why?  Have there been any jobs you did not like?  *No,*

   *AO - Mass.        2 farmers concerns*

5. Why do you want this position?

   *Challenge*
   *Bind County & Federal employees*

6. What are your strengths and weaknesses as an employee?

   *Work Ethic*                    1
   *Treat people fair           may compromise*
   *Compromise —               gives in*

429

7. Describe your oral and written communication skills and experiences, including any public speaking experience.

*STO training*
*Travel*
*decision letters*
*— MSPB Settlement*
*— Congressional / Borrower.*

8. When you are under pressure to meet deadlines, how do you handle such a situation, including carrying on your normal duties.

*Supervisor*

9. What if you are given a deadline for a project you cannot meet, what would you do?

*take responsibility*
*— overtime*
*Advise supervisor*
*Comm.*

10 (a). In this position, you will have to deal with both farm loan programs and commodity programs. What experience have you had in these areas?

*Lead at National level*

10 (b). In this position, you will have to deal with administrative matters. In what administrative areas have you had experience?

*— Budget - state*
*FY plan*
*Classification*
*FOIA*
*Benefits.*
*IT*
*Equipment*
*ER*

11. Here is a hypothetical situation:

(a). A CED is manipulating producer application data and dates to make producers eligible for benefits to which they are not entitled. This has happened in numerous cases, and there may be a large amount of money involved. The SED wants to just speak privately to the CED and take no further action. You have been informed of the above situation by a State Office Program Specialist and asked to say nothing. What issues are involved? What would you do?

2

430

(b).  Your supervisor leaves you as Acting Deputy Administrator often and you have full authority.  You are aware that one employee is making unkind and perhaps harassing remarks to an employee of the opposite sex.  The object of the remarks has not complained to you, but that employee knows you are aware of the abusive comments.  You suspect that the comments may be sexual in nature. What are your responsibilities in this case?  What would you do?

_ Commn. with employee - policies + procedure
_ Advise supervisor
_ Update DAFO - Possible letter of caution.

12.  How do you handle "difficult people," – coworkers, or if you have been a supervisor, as subordinates.

_ lets them run their course, the talkers
_ Compromise on Real issues, to their style.
_ positive attitude

5    13.  Do you have any other comments or questions?

Challenge - Varied
        Qualities that would benefit
_ Neg.
- positive.

3

431

Chott interview notes---first interview

These are notes only from candidates selected for the second interview

*ADMIN*    Complainant    #2

NAME: *Sedrick Fields*    DATE: 7/8/03

## INTERVIEW SHEET – PROGRAM AND ADMINISTRATIVE SPECIALISTS

1. Please tell us about yourself.

   a. If not mentioned above, tell us what you do in your current job.

   - Dependable
   - Facts – draw conclusions
   - Research

   b. How does your current job relate to the job you are seeking?

   301 Series – Personnel EEO, Civil Rights
   Personnel – 1890/HACU/DAPO

2. How flexible is your work schedule? Are you available to travel?

   No problem

3. If I were to talk to your present and previous supervisors that you have worked for, what would they likely say about you?

   Prudent        Trustworthy
   Careful/Sensitive
   Dependable

4. Of all the jobs you have held, which have you found to be the most rewarding and why? Have there been any jobs you did not like?

   1890 Programs – Impact on their lives – students made success. set up programs women/minorities –

5. Why do you want this position?

   Asset: experience, historical knowledge
   loyal: make agency look good: experience

6. What are your strengths and weaknesses as an employee?

   - Logic        Challenge
   - Rational      Should delegate persistent work
   - Dependable
   - Trustworthy

   433

7. Describe your oral and written communication skills and experiences, including any public speaking experience.

*— Fed Women Special Emphasis Program*
*— Field office*
*— Creative writer — on her own,*
*— Manager*
*— Small Farm Women's Summit*

8. When you are under pressure to meet deadlines, how do you handle such a situation, including carrying on your normal duties.

*— Prioritize — Work late —*
*— Multitask — Take work home*

9. What if you are given a deadline for a project you cannot meet, what would you do?

*— Ask for ext/exten & ask what else need to complete it —*
*— Assistance.*

10 (a). In this position, you will have to deal with both farm loan programs and commodity programs. What experience have you had in these areas?

10 (b). In this position, you will have to deal with administrative matters. In what administrative areas have you had experience?

*See previous answers — HG level,*
*tack force, Bud. Personnel, Recruitment*
*Procure. — EEO — Civil*

11. Here is a hypothetical situation:

(a). A CED is manipulating producer application data and dates to make producers eligible for benefits to which they are not entitled. This has happened in numerous cases, and there may be a large amount of money involved. The SED wants to just speak privately to the CED and take no further action. You have been informed of the above situation by a State Office Program Specialist and asked to say nothing. What issues are involved? What would you do?

2

434

(b).  Your supervisor leaves you as Acting Deputy Administrator often and you have full authority.  You are aware that one employee is making unkind and perhaps harassing remarks to an employee of the opposite sex.  The object of the remarks has not complained to you, but that employee knows you are aware of the abusive comments.  You suspect that the comments may be sexual in nature. What are your responsibilities in this case?  What would you do?

- call perpetrator
- put on notice
- contact ER

12.  How do you handle "difficult people," – coworkers, or if you have been a supervisor, as subordinates.

Do not take things personally
"Can only control self – obedient –
"Read" person – learn their buttons.

13.  Do you have any other comments or questions?

FINAL REMARKS
- really want job
- Challenge
- Strengthen / Govt. agency

3

435

Applicant L

NAME _____          DATE: __7/9/03__

## INTERVIEW SHEET – PROGRAM AND ADMINISTRATIVE SPECIALISTS

1. Please tell us about yourself.

   a. If not mentioned above, tell us what you do in your current job.

   *35 years*
   *ASCS FSA - 1987*
   *ER Special 1987*
   *NWNE 2 State*        *Program Manager*        *Au/SPP*
                         *Title II etc.*          *many EEO*   *22 PM*
                                                  *19 PM*      *EEO Module*
                                                  *18 D*

   b. How does your current job relate to the job you are seeking?


2. How flexible is your work schedule? Are you available to travel?

   *Yes*


3. If I were to talk to your present and previous supervisors that you have worked for, what would they likely say about you?          *"Do Nothing"  bother her.*

   *— Hardworking*
   *— Loyal to Agency*
   *— Meticulous (Good Product)*

4. Of all the jobs you have held, which have you found to be the most rewarding and why? Have there been any jobs you did not like?

   *→ Field - Counseling = EEO/ER*
   *→ Helping people*

5. Why do you want this position?

   *— Dream position —*
   *— Grow + positive/experience*
   *Au/SODr - Civil Rights/ER background*

6. What are your strengths and weaknesses as an employee?

   *Loyal + a fault, less patient*     *Good*
   *with those who will not work*       *manager*
   *when they can do it*                *Good*
   *See a job done, get along with everyone —*   *report*

*486*

7. Describe your oral and written communication skills and experiences, including any public speaking experience. *[handwritten notes]*

8. When you are under pressure to meet deadlines, how do you handle such a situation, including carrying on your normal duties. *[handwritten notes]*

9. What if you are given a deadline for a project you cannot meet, what would you do? *[handwritten notes]*

10 (a). In this position, you will have to deal with both farm loan programs and commodity programs. What experience have you had in these areas? *[handwritten notes]*

10 (b). In this position, you will have to deal with administrative matters. In what administrative areas have you had experience? *[handwritten notes]*

11. Here is a hypothetical situation:

    (a). A CED is manipulating producer application data and dates to make producers eligible for benefits to which they are not entitled. This has happened in numerous cases, and there may be a large amount of money involved. The SED wants to just speak privately to the CED and take no further action. You have been informed of the above situation by a State Office Program Specialist and asked to say nothing. What issues are involved? What would you do?

2

*11. Your supervisor leaves you as Acting Deputy Administrator often and you have full authority. You are aware that one employee is making unkind and perhaps harassing remarks to an employee of the opposite sex. The object of the remarks has not complained to you, but that employee knows you are aware of the abusive comments. You suspect that the comments may be sexual in nature. What are your responsibilities in this case? What would you do?*

→ *Address attitude*
→ *Bring employee (offender) in —*
→ *Facts Inform Supervisor.*

12. How do you handle "difficult people," + coworkers, or if you have been a supervisor, as subordinates.

*— Best employee ⟷ — dialogue —*
*friendly — professional —*

13. Do you have any other comments or questions?

*— Close relationship —*
*— Proactive*

3

438

Selectee #2                                    #4 ADMIN

NAME:                            DATE: 7/9/03

## INTERVIEW SHEET – PROGRAM AND ADMINISTRATIVE SPECIALISTS

1. Please tell us about yourself.

   a. If not mentioned above, tell us what you do in your current job.

   1983 - Assistant County Sup.
   Av - Mass
   MIN Contract Spec.

   b. How does your current job relate to the job you are seeking?

   Procurement
   ADMIN Cost

2. How flexible is your work schedule?  Are you available to travel?

   OK

3. If I were to talk to your present and previous supervisors that you have worked for,
   what would they likely say about you?

   Linda Herman -
   Work ethic

4. Of all the jobs you have held, which have you found to be the most rewarding and
   why?  Have there been any jobs you did not like?

   County - business calling
   unamfuter

5. Why do you want this position?

   Middle things learn — Job

6. What are your strengths and weaknesses as an employee?

   - Work Ethic
   - Treat people fair
   - Compromises in mind

439

7.  Describe your oral and written communication skills and experiences, including any public speaking experience.

*— Notional Presentations FLP — Congressional*
*Training / InformSu meeting — Bottune replies*
*— letters*
*— what answer do writes want —*

8.  When you are under pressure to meet deadlines, how do you handle such a situation, including carrying on your normal duties.

*See Supervisor — ask permission to*
*meet deadline — Arrange other things to get*
*them done*

9.  What if you are given a deadline for a project you cannot meet, what would you do?

*— Not Strong*
*— Will tell supervisor, if deadline*
*unrealistic — [ ] clearer to tell supervisor.*

*TENSION*
*More Thoughts*
*NOT STRONG*

10 (a).  In this position, you will have to deal with both farm loan programs and commodity programs.  What experience have you had in these areas?

*ADMIN*

10 (b).  In this position, you will have to deal with administrative matters.  In what administrative areas have you had experience?

*FmHA State Budget like county office budget*
*Staffing / Class.*
*Employee Relations*

*— Benefits*
*— HR*
*IT*
*FINANCE*

11.  Here is a hypothetical situation:

(a).  A CED is manipulating producer application data and dates to make producers eligible for benefits to which they are not entitled.  This has happened in numerous cases, and there may be a large amount of money involved.  The SED wants to just speak privately to the CED and take no further action.  You have been informed of the above situation by a State Office Program Specialist and asked to say nothing.  What issues are involved?  What would you do?

2

(b). Your supervisor leaves you as Acting Deputy Administrator often and you have full authority. You are aware that one employee is making unkind and perhaps harassing remarks to an employee of the opposite sex. The object of the remarks has not complained to you, but that employee knows you are aware of the abusive comments. You suspect that the comments may be sexual in nature. What are your responsibilities in this case? What would you do?

*Sit down with employee making remarks; what I feel I was would feel offended; — Little y instruction /*

12. How do you handle "difficult people," – coworkers, or if you have been a supervisor, as subordinates.

*- accomodate their style – Gets along – ufped with position people – Smile – what feel supervise —*

13. Do you have any other comments or questions?

*Journal - Challenge - Interest — Position afloat*

3

ADMIN PROGRAM          Applicant G                    #1

NAME: _                        DATE: 7/8/03

**INTERVIEW SHEET – PROGRAM AND ADMINISTRATIVE SPECIALISTS**

1. Please tell us about yourself.

   a.  If not mentioned above, tell us what you do in your current job.

       NIR Reviews.
       GIS/GPS Liaison

   b.  How does your current job relate to the job you are seeking?

       City council - local govermt
       varieties of govermt

2. How flexible is your work schedule? Are you available to travel?

       Can travel; Can work late

3. If I were to talk to your present and previous supervisors that you have worked for, what would they likely say about you?

       Dedicated
       Hard worker
       Challenge

   Present supervisor knows.

4. Of all the jobs you have held, which have you found to be the most rewarding and why? Have there been any jobs you did not like?

    - Likes NIR work;      - City Council - Public
    - Does reviews —       - 50 employees (women)
    - Wants to keep busy —  - Union

5. Why do you want this position? these

    - Broaden horizons - Opp for advance
    - D.C.  EPP Program - Field

6. What are your strengths and weaknesses as an employee?

    Have to delegate
    learn to

7. Describe your oral and written communication skills and experiences, including any public speaking experience.

— grad school
— Mini theses presentations
— City Council
— FL Policy Meetings

— Reports N DR

8. When you are under pressure to meet deadlines, how do you handle such a situation, including carrying on your normal duties.

— PRIORITIZE
— DELEGATE OUT REC WRK
— LONG Hours

9. What if you are given a deadline for a project you cannot meet, what would you do?

Tell Supervisor
Ask for help
Honest about it

10 (a). In this position, you will have to deal with both farm loan programs and commodity programs. What experience have you had in these areas?

— FLP — 20 years
— Field — Commodities / CEDS working relatively
N. H. lots of Commodities

FRICTION
QUESTIONS
communication open
out - communication
Conferences

10 (b). In this position, you will have to deal with administrative matters. In what administrative areas have you had experience?

— FSA — service centers
— Personnel manager meet packets
+ — Union negotiation

11. Here is a hypothetical situation:

(P) (a). A CED is manipulating producer application data and dates to make producers eligible for benefits to which they are not entitled. This has happened in numerous cases, and there may be a large amount of money involved. The SED wants to just speak privately to the CED and take no further action. You have been informed of the above situation by a State Office Program Specialist and asked to say nothing. What issues are involved? What would you do?

— Misuse of position
— COR
— 2 Come to DA
— Call SED

443

(b). Your supervisor leaves you as Acting Deputy Administrator often and you have full authority. You are aware that one employee is making unkind and perhaps harassing remarks to an employee of the opposite sex. The object of the remarks has not complained to you, but that employee knows you are aware of the abusive comments. You suspect that the comments may be sexual in nature. What are your responsibilities in this case? What would you do?

*[handwritten]* — Go to person making Comments
— Advise person making comment

12. How do you handle "difficult people," – coworkers, or if you have been a supervisor, as subordinates.

*[handwritten]* — Use person's strengths    — Cool demeanor
— Accolades when blue
— Communication
— Non-pressure manner

13. Do you have any other comments or questions?

*[handwritten]* END Remark
— Qualified
— Viable Candidate

3

Selectee #1

NAME: _____    DATE: 7/10/03

**INTERVIEW SHEET – PROGRAM AND ADMINISTRATIVE SPECIALISTS**

1. Please tell us about yourself.

   a. If not mentioned above, tell us what you do in your current job.

   *(handwritten)* - 1991 - COT — Banks late 80's
   Former NEB — Personal orientation
   - 20 years  ASCS - COT v. Branch Manager

   *(right margin handwritten)* Ag Econ / Agron / M.A. Financial Management

   *(left margin handwritten)* CLSD CO-12

   b. How does your current job relate to the job you are seeking?

   *(handwritten)* Interrelated — DAFP-EISC Liaison
   DAFLP-Liaison
   Ceilings / Staffing — Personnel  Litigation  Assignment
   Appease  Budget

   *(left margin handwritten)* workload  CRSA

2. How flexible is your work schedule? Are you available to travel?

   *(handwritten)* Yes    CLDAP - cross tables

3. If I were to talk to your present and previous supervisors that you have worked for, what would they likely say about you?

   *(handwritten)* - Team Player    Fair
   - Dependable    - Keep people informed
   - Take any task    - Non terminal    People
   - Not tied to "not in my job descript"
   - Good leader

4. Of all the jobs you have held, which have you found to be the most rewarding and why? Have there been any jobs you did not like?

   *(handwritten)* → This job — National opns - opportunity
   Good project
   Animal/Livestock / RIF/

5. Why do you want this position?

   *(handwritten)* Career development - opportunity
   Improve self in career — Help Agency
   Managing people goal. — growing

6. What are your strengths and weaknesses as an employee?

   *(handwritten)* Dedication to job + Supervisor/Superior —
   Communicate / Listener

   Weakness — "Leaving work in office" — shouldn't take
   things home —

   445

Sec'y many orgs - minutes notes reports
FFA - Writing cases - Ag Ed - College
Memos - Reports - hearings; appeal cases.

7. Describe your oral and written communication skills and experiences, including any public speaking experience.

Connect to people. FFA - won state awards
speaking awards; FFA State Secretary; Pres. Young Farmers & Ranchers Association; Assoc. NASCOE
National Speakers — Pond/Mod.

8. When you are under pressure to meet deadlines, how do you handle such a situation, including carrying on your normal duties.

Look at due date - then drop everything 1
due that day - hand it in 1 not -
prioritize

9. What if you are given a deadline for a project you cannot meet, what would you do?

- Worried -
- Talk to head of project - Talk to other

CDAT

10 (a). In this position, you will have to deal with both farm loan programs and commodity programs. What experience have you had in these areas?

All Farm programs in County office and at national office — CAISon + DAFP/FLP
Loan Modules - FLO - CAISon + FLP

10 (b). In this position, you will have to deal with administrative matters. In what administrative areas have you had experience?

Agency Mgmt office — Travel
Personnel Hiring offices — FISCAL
Budget Staffing CDAP - CED work -
ARD FMD; County office management administration

11. Here is a hypothetical situation:

(a). A CED is manipulating producer application data and dates to make producers eligible for benefits to which they are not entitled. This has happened in numerous cases, and there may be a large amount of money involved. The SED wants to just speak privately to the CED and take no further action. You have been informed of the above situation by a State Office Program Specialist and asked to say nothing. What issues are involved? What would you do?

- Go to DAFO - Supervisor of CED
- Consequences of inaction - ask SED
SED must know
- Employee may be taken to task
lead to suspension; ARD

(b).  Your supervisor leaves you as Acting Deputy Administrator often and you have full authority.  You are aware that one employee is making unkind and perhaps harassing remarks to an employee of the opposite sex.  The object of the remarks has not complained to you, but that employee knows you are aware of the abusive comments.  You suspect that the comments may be sexual in nature.  What are your responsibilities in this case?  What would you do?

- *Stop*
- *Consequence*
- *Must not Confirm*
- *Specific by consequence.*

12.  How do you handle "difficult people," – coworkers, or if you have been a supervisor, as subordinates.

*Ask them what is bothering them*
- *Vent / Explain consequence.*

13.  Do you have any other comments or questions?

- *Appreciate*
- *Want to apply skill*
- *More responsibility*
- *Authority?*
- *I was to incorporate*

Frago interview notes---first interview

These are notes only from candidates selected for the second interview

Applicant L

NAME: __                                    DATE: _____

**INTERVIEW SHEET – PROGRAM AND ADMINISTRATIVE SPECIALISTS**

1. Please tell us about yourself.

   a. If not mentioned above, tell us what you do in your current job.

      35 yr- Ag-    1987- ASCS/FSA
      H.R.   NW-NE + Ky
         CO employees - Training module

   b. How does your current job relate to the job you are seeking?

      H.R. = Advise + conusel on Employee issues
         Contact with this office
      x Sigle focus - ER  EEO

2. How flexible is your work schedule?  Are you available to travel?

   flex            /    Travel

3. If I were to talk to your present and previous supervisors that you have worked for, what would they likely say about you?

   hard working
   loyal to this Agency
   well-endus - want a good product.

4. Of all the jobs you have held, which have you found to be the most rewarding and why? Have there been any jobs you did not like?

   best - EEO -> 2 sides to every issue -
   didn't like -> have to fire a person.

5. Why do you want this position?

   "dream position -
   Old area office. - Areas'

6. What are your strengths and weaknesses as an employee?

   1. Loyal To a fault -
   2. impatient - impatient
   see a job down      good teams
   people person      good report
            449

7. Describe your oral and written communication skills and experiences, including any public speaking experience.

*stand up Training — CR - EEO - AO*

*written report / handbooks / letters*

8. When you are under pressure to meet deadlines, how do you handle such a situation, including carrying on your normal duties.

*works better under pressure + deadlines -*
*RI*

9. What if you are given a deadline for a project you cannot meet, what would you do?

*— To Supervisor -*
*— open communication*

10 (a). In this position, you will have to deal with both farm loan programs and commodity programs. What experience have you had in these areas?

10 (b). In this position, you will have to deal with administrative matters. In what administrative areas have you had experience?

*all area of EEO - agreement - neg - Travel Reg*
*weakness - Budget*
*= Top/down + support "one Agency" -*

11. Here is a hypothetical situation:

(a). A CED is manipulating producer application data and dates to make producers eligible for benefits to which they are not entitled. This has happened in numerous cases, and there may be a large amount of money involved. The SED wants to just speak privately to the CED and take no further action. You have been informed of the above situation by a State Office Program Specialist and asked to say nothing. What issues are involved? What would you do?

2

450

(b).  Your supervisor leaves you as Acting Deputy Administrator often and you have full authority.  You are aware that one employee is making unkind and perhaps harassing remarks to an employee of the opposite sex.  The object of the remarks has not complained to you, but that employee knows you are aware of the abusive comments.  You suspect that the comments may be sexual in nature. What are your responsibilities in this case?  What would you do?

*address situation – talk with employee – find facts write up.*

12.  How do you handle "difficult people," – coworkers, or if you have been a supervisor, as subordinates.  *personal experience – keep talking =*

13.  Do you have any other comments or questions?

3

451

*Selectee #1*

NAME: _____ / ___ —    DATE: _7/10/03_

## INTERVIEW SHEET – PROGRAM AND ADMINISTRATIVE SPECIALISTS

1. Please tell us about yourself.

   a. If not mentioned above, tell us what you do in your current job.

   *1991- Cot Program / Farmer 20 yrs / Neb / Life change*
   *12 yrs. - U. Neb*

   b. How does your current job relate to the job you are seeking?

   *interrelated to what I do now-*
   *FLP FP FLP/FP = staffing oppeal hearing*
   *relates to both positions*    *personal hearing*

2. How flexible is your work schedule? Are you available to travel?

   *flexible*    *Travel*
   *"get the job done"*

3. If I were to talk to your present and previous supervisors that you have worked for, what would they likely say about you?

   *(1) dependable - any task -*
   *2. Team player - informed.*
   *3) leader - fair*
   *- people person -*

4. Of all the jobs you have held, which have you found to be the most rewarding and why? Have there been any jobs you did not like?

   *1. Present most rewarding*
   *2. make the best of where am at.*
   *didn't like working livestock*
   *reduction in force*

5. Why do you want this position?

   *continue my career*
   *improve my self- more opportunity to contribute.*
   *3 = 12 counties*
   *County s*

6. What are your strengths and weaknesses as an employee?

   *1. dedication to job & experience*
   *2 communication skills*
   *3. best job as I can*
   *4. Team*
   *✓ can't leave it at the office*

452

7. Describe your oral and written communication skills and experiences, including any public speaking experience.

*— public speaking – FFA. – shy person*
*oral communication.*

*— written communication → reports – technical*
*— Appeals —     briefing room*

8. When you are under pressure to meet deadlines, how do you handle such a situation, including carrying on your normal duties.

*~~when~~ normally under pressure.*
*          pleadings .*

*( l*

9. What if you are given a deadline for a project you cannot meet, what would you do?

*aware      — noticed — Talk to the requester*
*                   inform —*
*Keep ~~people~~ aware      no leeway . work until its done*

10 (a). In this position, you will have to deal with both farm loan programs and commodity programs. What experience have you had in these areas?

*FLP/FP*
*Conflict -*
*involve people*

*CO office – F.P. –*
*FLP / FP in EDSO*
*Consent Decree —*

10 (b). In this position, you will have to deal with administrative matters. In what administrative areas have you had experience?

*— Ceiling – Budget – Personal ~~action~~ Actions*
*Resolving offices . Hearings – Travel – Lawsuit*
*CO adm.*

11. Here is a hypothetical situation:

(a). A CED is manipulating producer application data and dates to make producers eligible for benefits to which they are not entitled. This has happened in numerous cases, and there may be a large amount of money involved. The SED wants to just speak privately to the CED and take no further action. You have been informed of the above situation by a State Office Program Specialist and asked to say nothing. What issues are involved? What would you do?

*Long visit with SED*
*~~too~~ "inaction" - must be taken to Task.*
*could lead to Supeofution*

(b).  Your supervisor leaves you as Acting Deputy Administrator often and you have full authority.  You are aware that one employee is making unkind and perhaps harassing remarks to an employee of the opposite sex.  The object of the remarks has not complained to you, but that employee knows you are aware of the abusive comments.  You suspect that the comments may be sexual in nature.  What are your responsibilities in this case?  What would you do?

Confront the person
cease for statement.
explain to the person of consequences

12.  How do you handle "difficult people," – coworkers, or if you have been a supervisor, as subordinates.  Be a listener -- explain the problem.
give them assistance.

13.  Do you have any other comments or questions?
appreciate being considered.
looking forward to being a good employee
enjoyed

3

Applicant G

NAME: _____ — DATE: _7 - 8 - 03_

### INTERVIEW SHEET – PROGRAM AND ADMINISTRATIVE SPECIALISTS

S 1. Please tell us about yourself.

   a. If not mentioned above, tell us what you do in your current job.

      recop.

   b. How does your current job relate to the job you are seeking?

J 2. How flexible is your work schedule? ~~Are you available to~~ travel?
      This position requires, is that a problem.

      flexible

D 3. If I were to talk to your present and previous supervisors that you have worked for,
      what would they likely say about you? Know if you apply?

      speaks highly
      work hard.
      volunteer

S 4. Of all the jobs you have held, which have you found to be the most rewarding and
      why? Have there been any jobs you did not like?

      1. current rewarding - excellent in service
      1. correct problem - motivates folks
      3. People person ——— enjoyed all jobs -

J 5. Why do you want this position?
      - work with field -

D 6. What are your strengths and weaknesses as an employee?

      S. 1. Teamwork - self starter - motivation
      w. 2. control - loss of delegation

465

S 7. Describe your oral and written communication skills and experiences, including any public speaking experience.

*City Campf men oral skills good*

J 8. When you are under pressure to meet deadlines, how do you handle such a situation, including carrying on your normal duties.

*I keep cool calm*

D 9. What if you are given a deadline for a project you cannot meet, what would you do?

*Tell Supervisor ask for help. correct ops front*

S 10 (a). In this position, you will have to deal with both farm loan programs and commodity programs. What experience have you had in these areas?

*FLP/FP Conflict*

*FLP - FP*
*— How would you improve co-operation in the field? + OC.*
*Communication - not → ST. CO*

10 (b). In this position, you will have to deal with administrative matters. In what administrative areas have you had experience?

*Union / Personnel /City Council*

J 11. Here is a hypothetical situation:

(a). A CED is manipulating producer application data and dates to make producers eligible for benefits to which they are not entitled. This has happened in numerous cases, and there may be a large amount of money involved. The SED wants to just speak privately to the CED and take no further action. You have been informed of the above situation by a State Office Program Specialist and asked to say nothing. What issues are involved? What would you do?

*COR review =*
*= Inform Supervisor.*

456

(b). Your supervisor leaves you as Acting Deputy Administrator often and you have full authority. You are aware that one employee is making unkind and perhaps harassing remarks to an employee of the opposite sex. The object of the remarks has not complained to you, but that employee knows you are aware of the abusive comments. You suspect that the comments may be sexual in nature. What are your responsibilities in this case? What would you do?

(c) *FLP ≠ FP* - take action immediately
How would your employee cooperation in the field etc?

(supervisor)

D  12. How do you handle "difficult people," – coworkers, or if you have been a supervisor, as subordinates.

— Team Building — conversation.

S  13. Do you have any other comments or questions?

14.- as evading remark
Like this position - do a good job for you

3

*Complainent*

NAME: *Soderis Field*    DATE: *7-8-63*

### INTERVIEW SHEET – PROGRAM AND ADMINISTRATIVE SPECIALISTS

1. Please tell us about yourself.
   *"dependable" - research - fact*

   a. If not mentioned above, tell us what you do in your current job.
   *"Personal" management*
   *"Budget -"*
   *Lisa*

   b. How does your current job relate to the job you are seeking?

2. How flexible is your work schedule? Are you available to travel?
   *Very flexible -- "Travel !*

D  3. If I were to talk to your present and previous supervisors that you have worked for, what would they likely say about you?
   *- Hard to predict*
   *- does good work*
   *dependable - Trust worthy*

4. Of all the jobs you have held, which have you found to be the most rewarding and why? Have there been any jobs you did not like?
   *1. when she's had a difference in a persons life.*
   *2. good work habits*

5. Why do you want this position?
   *Asset to this Agency.*

D  6. What are your strengths and weaknesses as an employee?
   *lose discuss on Configer*
   *dignitaries*
   *(pat answers.)*
   *"workaholic" - doesn't delegate*

458

7. Describe your oral and written communication skills and experiences, including any public speaking experience.

*1. does Public Speaking -
2. Oral + written - experiences -
— creating written*

*-1
get
nerves?
telleation*

8. When you are under pressure to meet deadlines, how do you handle such a situation, including carrying on your normal duties.

*Prioritizing projects*

⑨. What if you are given a deadline for a project you cannot meet, what would you do?

*1. ask for extention - after follow up ask for help
2. ask for help*

10  (a).  In this position, you will have to deal with both farm loan programs and commodity programs.  What experience have you had in these areas?

10  (b).  In this position, you will have to deal with administrative matters.  In what administrative areas have you had experience?

11.  Here is a hypothetical situation:

(a).  A CED is manipulating producer application data and dates to make producers eligible for benefits to which they are not entitled.  This has happened in numerous cases, and there may be a large amount of money involved.  The SED wants to just speak privately to the CED and take no further action.  You have been informed of the above situation by a State Office Program Specialist and asked to say nothing.  What issues are involved?  What would you do?

2

*459*

(b).  Your supervisor leaves you as Acting Deputy Administrator often and you have full authority.  You are aware that one employee is making unkind and perhaps harassing remarks to an employee of the opposite sex.  The object of the remarks has not complained to you, but that employee knows you are aware of the abusive comments.  You suspect that the comments may be sexual in nature. What are your responsibilities in this case?  What would you do?

*call in perpitator,*
*contact Employee relation*

12. How do you handle "difficult people," -- coworkers, or if you have been a supervisor, as subordinates

*be the same newconne --*
*control self.*

13.  Do you have any other comments or questions?

*Is it needed,*

*14. Ending remarks*
*really want this job*

Selectee #2

NAME: _____ / ___ ν    DATE: _____

**INTERVIEW SHEET – PROGRAM AND ADMINISTRATIVE SPECIALISTS**

1. Please tell us about yourself.

   a. If not mentioned above, tell us what you do in your current job.

   Adm. position

   b. How does your current job relate to the job you are seeking?

   advise on Adm. side of position.
   301 position

2. How flexible is your work schedule? Are you available to travel?

3. If I were to talk to your present and previous supervisors that you have worked for, what would they likely say about you?

   Hard work- get job done
   detail oran — informed

4. Of all the jobs you have held, which have you found to be the most rewarding and why? Have there been any jobs you did not like?

   Adm. in Mass. most rewarding
   adm. aspect.

5. Why do you want this position?

   Challenge -
   co-op between FIP/FP.
   working together

6. What are your strengths and weaknesses as an employee?

   work ethic -
   weak - compression

   1

461

7. Describe your oral and written communication skills and experiences, including any public speaking experience.

*excellent oral –*
*Training –*
*written – skills excellent*

8. When you are under pressure to meet deadlines, how do you handle such a situation, including carrying on your normal duties.

*go to supervisor – prioritize*
*supervises –*

𝒟 9. What if you are given a deadline for a project you cannot meet, what would you do?

*Take responsibility*
*unrealistic – deadline .*
*communicate*

10 (a). In this position, you will have to deal with both farm loan programs and commodity programs. What experience have you had in these areas?

*FLP/FP   We have to lead –*
*2 system*
*– Project working together –*

10 (b). In this position, you will have to deal with administrative matters. In what administrative areas have you had experience?

*budget – trust – averting  FTE*
*staff . employee relations*
*H.R. question.*

11. Here is a hypothetical situation:

(a). A CED is manipulating producer application data and dates to make producers eligible for benefits to which they are not entitled. This has happened in numerous cases, and there may be a large amount of money involved. The SED wants to just speak privately to the CED and take no further action. You have been informed of the above situation by a State Office Program Specialist and asked to say nothing. What issues are involved? What would you do?

2

462

(b).  Your supervisor leaves you as Acting Deputy Administrator often and you have full authority.  You are aware that one employee is making unkind and perhaps harassing remarks to an employee of the opposite sex.  The object of the remarks has not complained to you, but that employee knows you are aware of the abusive comments.  You suspect that the comments may be sexual in nature. What are your responsibilities in this case?  What would you do?

*[handwritten: one-one — conceals – conceal "employee Harassment – "]*

*[handwritten: letter of C in form the supervise]*

12.  How do you handle "difficult people," – coworkers, or if ~~you have been a supervisor, as subordinates~~.

*[handwritten: Run the course – let them vent]*

13.  Do you have any other comments or questions?

*[handwritten: positive]*

3

Results of first interviews for admin job.  Those scoring HIGH were invited for a second interview,

**Administrative Management Specialist (Two Positions)**
**GS-301-14**
**FAS, Deputy Administrator for Field Operations**
**Field Operations Staff**
**Washington, DC**

### HIGH

Fields, Sederis W.    Complainant
Selectee #1
Applicant G
Selectee #2

referral    Applicant L

### MEDIUM

Applicant A
Applicant C
Applicant E
Applicant F
Applicant H
Applicant I
Applicant J

referral    Applicant K

_(signature)_                    7/10/03
                                Date

_(signature)_                    7/10/03
                                Date

_(signature)_                    7/10/03
                                Date

465

Frago interview notes—second round of interviews

**Interview Questions for the GS-301-14 Specialist Positions**
**(Farm Program, Farm Loan and Administrative Functions)**

Individual Interviewed: *Complainant* *Sedews*                Date: _____

## INTERVIEW SHEET – SUPERVISORY FIELD OPERATIONS

**General**

1. We are interested in your strengths as an employee. What do you bring to this position (i.e., knowledge, skills, and abilities)?

*#3* *narrow 20 yr. experience - identify problems - extreme working with Co. - research - mediation + direction gował brantz*

2. We are interested in your accomplishments. Describe in detail 2 or 3 accomplishments which you enjoyed doing and did well. *many Wb. Simular Harrasment error investigation. my understanding of program. Devl (C.S.) - 2000 - certified as mediator. (ADR)*

3. Describe yourself in terms of your ability to work as a member of a team, and what do you believe makes a successful team. *dependable. report other opposers. panel partcpnt. never say no. the serious counties.*

4. Tell me about a major problem you recently handled. What issues were presented? Were you successful in resolving it? Please be as specific as possible. *— short notice - on awards + logistics - to notify Recepmnt - Hotel - time etc. many jobs problems + Xprss party Investigan in LA. — Computer Hard drive —; went down - can't chew Like to follow through Convensten pant.*

**Interview Questions for the GS-301-14 Specialist Positions**
**(Farm Program, Farm Loan and Administrative Functions)**

*Applicant G*

Individual Interviewed: _                                Date: _____

### INTERVIEW SHEET – SUPERVISORY FIELD OPERATIONS

**General**

1. We are interested in your strengths as an employee. What do you bring to this position (i.e., knowledge, skills, and abilities)?

2. We are interested in your accomplishments. Describe in detail 2 or 3 accomplishments which you enjoyed doing and did well.

3. Describe yourself in terms of your ability to work as a member of a team, and what do you believe makes a successful team.

4. Tell me about a major problem you recently handled. What issues were presented? Were you successful in resolving it? Please be as specific as possible.

468

**Interview Questions for the GS-301-14 Specialist Positions
(Farm Program, Farm Loan and Administrative Functions)**

*Applicant L*

**Individual Interviewed** _____    **Date:** _____

### INTERVIEW SHEET – SUPERVISORY FIELD OPERATIONS

**General**

1. We are interested in your strengths as an employee. What do you bring to this position (i.e., knowledge, skills, and abilities)?

   *3* — *took ground of 10 ag with the agency — Importance of tb County — Performe of CO. — under staff. — stressed EEO.*

2. We are interested in your accomplishments. Describe in detail 2 or 3 accomplishments which you enjoyed doing and did well.

   *3* — *#1 computers in the Dept. — HR, — mottle. Performer + Conduct. PT — Training. work ethic (slw) get owned.*

3. Describe yourself in terms of your ability to work as a member of a team, and what do you believe makes a successful team.

   *2* — *Team member — division has to stop — loyal — cover the back of my supervisor. United we stand. divided we fall.*

4. Tell me about a major problem you recently handled. What issues were presented? Were you successful in resolving it? Please be as specific as possible.

   *2* — *Neb. custer co. — disfunctional — no records — FL/FP problem. slide — over PT. — Terminated -PT. — thru CEO*

**Interview Questions for the GS-301-14 Specialist Positions
(Farm Program, Farm Loan and Administrative Functions)**

*Selectee #2*

**Individual Interviewed:** _____     **Date:** _____

## INTERVIEW SHEET – SUPERVISORY FIELD OPERATIONS

### General

1. We are interested in your strengths as an employee. What do you bring to this position (i.e., knowledge, skills, and abilities)?

2. We are interested in your accomplishments. Describe in detail 2 or 3 accomplishments which you enjoyed doing and did well.

3. Describe yourself in terms of your ability to work as a member of a team, and what do you believe makes a successful team.

4. Tell me about a major problem you recently handled. What issues were presented? Were you successful in resolving it? Please be as specific as possible.

**Interview Questions for the GS-301-14 Specialist Positions**
**(Farm Program, Farm Loan and Administrative Functions)**

*Selectee #1*

**Individual Interviewed:** _____    **Date:** 07/16/03

**INTERVIEW SHEET – SUPERVISORY FIELD OPERATIONS**

*Adm*

**General**    *Program*

*5*

1. We are interested in your strengths as an employee.  What do you bring to this position (i.e., knowledge, skills, and abilities)?    *5*

   *Strong FSA Background – CED – management of people – St. Committees – white H. Comm. Nat PFAC. CO – St. – Speaking engagement – FL team*

*5*

2. We are interested in your accomplishments.  Describe in detail 2 or 3 accomplishments which you enjoyed doing and did well.

   *1. Working with state Committees 235 – successful tech*    *4*
   *2. Working with SED/ Caseed Decree – CLOP case loss.*
   *3.    6000 cy.    PR*

*D.* 3. Describe yourself in terms of your ability to work as a member of a team, and what do you believe makes a successful team.    *3*

   *3*    *1. Strong stability as Team player.*
   *2. More than one person on a team*
   *Possibility   / what to get*

4. Tell me about a major problem you recently handled.  What issues were presented?  Were you successful in resolving it?  Please be as specific as possible.

   *4*    *COC System –*    *4*
   *nomination / Balloting / Reg / See Successes*
   *17*    *being into the 20th Century*    *16*
   *Info Notice with CR*

Chott interview notes—second round of interviews

**Interview Questions for the GS-301-14 Specialist Positions
(Farm Program, Farm Loan and Administrative Functions)**

*Complainant*

Individual Interviewed: _Ledeus Fields_    Date: _7/21/03_

**INTERVIEW SHEET – SUPERVISORY FIELD OPERATIONS**

<u>General</u>

1.  We are interested in your strengths as an employee.  What do you bring to
    this position (i.e., knowledge, skills, and abilities)?

2.  We are interested in your accomplishments.  Describe in detail 2 or 3
    accomplishments which you enjoyed doing and did well.

3.  Describe yourself in terms of your ability to work as a member of a team, and
    what do you believe makes a successful team.

4.  Tell me about a <u>major problem you recently handled.</u>  What issues were
    presented?  Were you successful in resolving it?  Please be as specific as
    possible.

473

**Interview Questions for the GS-301-14 Specialist Positions
(Farm Program, Farm Loan and Administrative Functions)**

*Applicant L*

Individual Interviewed                          Date: *7/17/03*

## INTERVIEW SHEET – SUPERVISORY FIELD OPERATIONS

### General

1. We are interested in your strengths as an employee. What do you bring to this position (i.e., knowledge, skills, and abilities)?

*(handwritten notes)*

2. We are interested in your accomplishments. Describe in detail 2 or 3 accomplishments which you enjoyed doing and did well.

*(handwritten notes)*

3. Describe yourself in terms of your ability to work as a member of a team, and what do you believe makes a successful team.

*(handwritten notes)*

4. Tell me about a major problem you recently handled. What issues were presented? Were you successful in resolving it? Please be as specific as possible.

*(handwritten notes)*

474

**Interview Questions for the GS-301-14 Specialist Positions
(Farm Program, Farm Loan and Administrative Functions)**

*Selectee #1*

**Individual Interviewer**                    Date: 7/16/03

## INTERVIEW SHEET – SUPERVISORY FIELD OPERATIONS

**General**

1. We are interested in your strengths as an employee. What do you bring to this position (i.e., knowledge, skills, and abilities)?

*Agency*
*CED – manager*
*three positions*
*programs/people; STR process, white House, PDAS, Nat'l*
*Exc; Financing; Speaking; LIAISON with FL group.*
*LIAISON to FProgram*

2. We are interested in your accomplishments. Describe in detail 2 or 3 accomplishments which you enjoyed doing and did well. *Staffing*

*CLDAP 1998*
*Team to*
*PR for Disaster*
*6 week period*

(1) *State Committees – getting them on board. Mover.*
(2) *SED working with PR*
(3) *CDAT – mentor/Training – problems – Coordinated* ④

*TEXAP*
*CLDAP*
*140 people*
*designed*
*programs*
*RBCD*

3. Describe yourself in terms of your ability to work as a member of a team, and what do you believe makes a successful team? *P R TEXAS CED*
*working with Staff – Make people feel they want to be there – in charge & be positive, not dictatorial.*
*Also see answer # 2.* ⑤

4. Tell me about a major problem you recently handled. What issues were presented? Were you successful in resolving it? Please be as specific as possible. ⑤
*← COC System –*
*– Ballots*
*– Socially disadvantaged –*
*70 year old system – making it*
*Modern –*
*Working with Assistant Sec of Civil Rights*
*Critical process*

475

**Interview Questions for the GS-301-14 Specialist Positions
(Farm Program, Farm Loan and Administrative Functions)**

Applicant G

**Individual Interviewed** _____    Date: 7/17/03

## INTERVIEW SHEET – SUPERVISORY FIELD OPERATIONS

*N I R*

*Presentation*

*Communicate*
- *verbal*
- *write*

*Logistics*

*News*

*Image*

*About*

**General**

1. We are interested in your strengths as an employee.  What do you bring to this position (i.e., knowledge, skills, and abilities)? *Vast back ground*

2. We are interested in your accomplishments.  Describe in detail 2 or 3 accomplishments which you enjoyed doing and did well.

3. Describe yourself in terms of your ability to work as a member of a team, and what do you believe makes a successful team.

4. Tell me about a major problem you recently handled.  What issues were presented?  Were you successful in resolving it?  Please be as specific as possible.

**Interview Questions for the GS-301-14 Specialist Positions (Farm Program, Farm Loan and Administrative Functions)**

Selectee #2

**Individual Interviewed:** **Date:** 7/17/03

**INTERVIEW SHEET – SUPERVISORY FIELD OPERATIONS**

**General**

1. We are interested in your strengths as an employee. What do you bring to this position (i.e., knowledge, skills, and abilities)?

2. We are interested in your accomplishments. Describe in detail 2 or 3 accomplishments which you enjoyed doing and did well.

3. Describe yourself in terms of your ability to work as a member of a team, and what do you believe makes a successful team.

4. Tell me about a major problem you recently handled. ~~What issues were~~ presented? Were you successful in resolving it? Please be as specific as possible.

– Horsebreeder Loans –

6 month process. – work with OGC

– displaced people –

– accommodate –

Montana – Inventory Farm "Walters" 3 families –

– Coordinating resources –

– ~~allocate resources~~ –

– Plan – Press Issue →

Treese interview notes—second round of interviews

**Interview Questions for the GS-301-14 Specialist Positions
(Farm Program, Farm Loan and Administrative Functions)**

*Complainant*

**Individual Interviewed:** _Frederic Fields_          **Date:** _7-15-03_

## INTERVIEW SHEET – SUPERVISORY FIELD OPERATIONS

**General**

1. We are interested in your strengths as an employee.  What do you bring to
   this position (i.e., knowledge, skills, and abilities)? *20 years of exper...*
   *research/listening.  Research investigation*
   *... worked in CC.*
   *3*

2. We are interested in your accomplishments.  Describe in detail 2 or 3
   accomplishments which you enjoyed doing and did well. *Has so many. NT*
   *... interviewed - talked to female farmers...*
   *... as mediator in federal workforce...*
   *... class of G. Mason...*

3. Describe yourself in terms of your ability to work as a member of a team, and
   what do you believe makes a successful team. *working together, 3*
   *respecting opinions, she represents DAFO on many*
   *tasks forces for awards - panels - ...*
   *leader prog.  Known thru out Dept.*

4. Tell me about a major problem you recently handled.  What issues were
   presented?  Were you successful in resolving it?  Please be as specific as
   possible. *Administrator's Awards ... ...to*
   *modify ... recipients.  Change in*
   *... make - you from time.  Complete*
   *tasks ...*
   *... last wk on travel.  Having trouble*
   *investigating person doesn't want to talk.*
   *... work*
   *follow...*

*Childcare...*
*-Daycare*
*so many*
*Ms. ...*
*prog.*

479

**Interview Questions for the GS-301-14 Specialist Positions**
**(Farm Program, Farm Loan and Administrative Functions)**

*Applicant L*

**Individual Interviewed:** _                          **Date:** *7-17-03*

**INTERVIEW SHEET – SUPERVISORY FIELD OPERATIONS**

<u>General</u>

1. We are interested in your strengths as an employee. What do you bring to this position (i.e., knowledge, skills, and abilities)? *over the yrs of Agency w/ St and Co. "Pet peeve". County experience field + co level, know what goes on out there Cut 50%cu staffing lost $40 + verbal. Good verbal + written.*

2. We are interested in your accomplishments. Describe in detail 2 or 3 accomplishments which you enjoyed doing and did well. *Managed EEO conciliation training Model for dept. to FL to , understood .. Training modules .......... ...... ....... ...... .... of will new video + products.*

3. Describe yourself in terms of your ability to work as a member of a team, and what do you believe makes a successful team. *Team Market stress the need to org. is loyal to people that work for her supervisor communicate understand. Professional*

4. Tell me about a major problem you recently handled. What issues were presented? Were you successful in resolving it? Please be as specific as possible. *Custer Neb. Supt. ..... CED .... clean house ... is it a good group. CED . Called them on the table and explained problem. Terminated her ... PT. Getting ..... well on board*

**Interview Questions for the GS-301-14 Specialist Positions
(Farm Program, Farm Loan and Administrative Functions)**

Selectee #1

**Individual Interviewed:** _                          **Date:** 7-16-03

### INTERVIEW SHEET – SUPERVISORY FIELD OPERATIONS

**General**

1. We are interested in your strengths as an employee. What do you bring to this position (i.e., knowledge, skills, and abilities)? *[handwritten]* FSA / FP + Administ. duties 2½ yr CED manager. STC managerial contacts, NFAC Leadership - training - Cross agency - speaking - FP liaison for - Floor liaison

2. We are interested in your accomplishments. Describe in detail 2 or 3 accomplishments which you enjoyed doing and did well. *[handwritten]* STC onboard had overtime. Aso FSA problem place fast ... STC CED's. Consent Decree ... coordination w/ staffer. Team w/ CED's on CY's

   *[margin notes]* Prog. CLEAP dept. - goq. perio. PREP ... w/ 100 off people in ... wrk ... 6 wks

3. Describe yourself in terms of your ability to work as a member of a team, and what do you believe makes a successful team. *[handwritten]* Strong. Mode of Operation. work against the other CED's back-ups. successors - dates. More than one need leader you must have willing followers - positive thinking.

4. Tell me about a major problem you recently handled. What issues were presented? Were you successful in resolving it? Please be as specific as possible. *[handwritten]* Coc system. There was dissatisfaction ... try to make it modern ... new ballots - had to gather info for Exec.
   - fits today socially & structurally ..
   - worked w/ Asst. Sec, other ot Civil Rights
   - Do outreach .....

481

**Interview Questions for the GS-301-14 Specialist Positions
(Farm Program, Farm Loan and Administrative Functions)**

Applicant G

**Individual Interviewed:** _____    **Date:** _7-17-03_

**INTERVIEW SHEET – SUPERVISORY FIELD OPERATIONS**

**General**

1. We are interested in your strengths as an employee. What do you bring to this position (i.e., knowledge, skills, and abilities)? *[handwritten notes]*

2. We are interested in your accomplishments. Describe in detail 2 or 3 accomplishments which you enjoyed doing and did well. *[handwritten notes]*

3. Describe yourself in terms of your ability to work as a member of a team, and what do you believe makes a successful team. *[handwritten notes]*

4. Tell me about a major problem you recently handled. What issues were presented? Were you successful in resolving it? Please be as specific as possible. *[handwritten notes]*

**Interview Questions for the GS-301-14 Specialist Positions
(Farm Program, Farm Loan and Administrative Functions)**

Selectee #2

**Individual Interviewed:** _____          **Date:** 7-17-03

## INTERVIEW SHEET – SUPERVISORY FIELD OPERATIONS

<u>General</u>

1. We are interested in your strengths as an employee. What do you bring to this position (i.e., knowledge, skills, and abilities)? FSA since May? look back 20/20. Percent need people/communicate. Admin officer in Iraq. (scheduling/leave, Field & meds... liason from field, Budget/process Personnel issues, immediate changes.

2. We are interested in your accomplishments. Describe in detail 2 or 3 accomplishments which you enjoyed doing and did well. Reorg up ? office/ere analysis – clerical/overview closed software. Export form frame 'APM' concept - good about employee education. Miss 1808 - remodeling → displace employees, how predecessors - come.

3. Describe yourself in terms of your ability to work as a member of a team, and what do you believe makes a successful team. Belief is successful the Team. Never a reluctance to lead when necessary. Respect for of people. Trust in the leader.

4. Tell me about a major problem you recently handled. What issues were presented? Were you successful in resolving it? Please be as specific as possible. My problem Exceeding limit English law. Servicing issue. Improper loan. Tactic uses. Offices to lend. Relay ideas. You owns.

SCORE SHEETS

THESE ARE FOR THE SECOND INTERVIEW

SCORES ARE ON SEPARATE SHEET BECAUSE HE
INTERVIEWED ALSO FOR THE PROGRAM JOB

Selectee #2

Applicant L

Applicant G

Sheily Complainant