# Attachment Z

Page 1

1

2              UNITED STATES DISTRICT COURT FOR THE

3                     DISTRICT OF COLUMBIA

4                        CIVIL DIVISION

5    SEDERIS FIELDS                )

6       Plaintiff                  )

7            vs.                   ) Civil Action No.

8    MIKE JOHANNS, SECRETARY,  ) 06-0538(HHK)

9    U.S. DEPARTMENT OF           )

10   AGRICULTURE                   )

11      Defendant                  )

12

13

14

15            Deposition of Kenneth Nagel

16                   Washington, D.C.

17                   March 12, 2007

18

19

20

21   Reported by:  Bonnie L. Russo

22   JOB NO. 179873A

Page 2

1
2
3
4
5      March 12, 2007
6      10:05 a.m.
7
8
9   Deposition of Kenneth Nagel held at:
10
11      Law Offices of David A. Branch
12      1825 Connecticut Avenue, N.W.
13      Suite 690
14      Washington, D.C. 20009
15
16
17
18
19
20
21   Pursuant to notice, before Bonnie L. Russo,
22   Notary Public

Page 4

1              C O N T E N T S
2   EXAMINATION OF KENNETH NAGEL          PAGE
3   BY MR. BRANCH                5
4   BY MS. KIDWELL               46
5
6
7
8   EXHIBITS
9   1     EDSO Program Assignments        18
10  2     Minority Profile by Grade       43
11
12
13
14
15
16
17
18
19
20
21  (Exhibits included with transcript.)
22

Page 3

1   APPEARANCES:
2   For the Plaintiff
3       DAVID A. BRANCH, Esq.
4       LAW OFFICES OF DAVID A. BRANCH
5       1825 Connecticut Avenue, N.W.
6       Suite 690
7       Washington, D.C. 20009
8       202-785-2805
9   For the Defendant
10      JUDITH KIDWELL, Esq.
11      UNITED STATES ATTORNEY'S OFFICE
12      555 4th Street, N.W.
13      Civil Division
14      Room E4905
15      Washington, D.C. 20530
16      202-514-7250
17
18  Also Present:
19  Nena Hewitt, Esq.
20  UNITED STATES DEPARTMENT OF AGRICULTURE
21  Sederis Fields
22

Page 5

1           P-R-O-C-E-E-D-I-N-G-S
2             KENNETH NAGEL,
3   being first duly sworn, to tell the truth, the
4       whole truth and nothing but the truth,
5           testified as follows:
6   EXAMINATION BY COUNSEL FOR PLAINTIFF
7       BY MR. BRANCH:
8   Q.   Please state your name.
9   A.   Kenneth Nagel.
10  Q.   Good morning, Mr. Nagel.  My name is
11  David Branch.  My office represents Sederis
12  Fields.  We are here to take your deposition.
13  I will give you some of the ground rules for
14  the deposition before I start with the
15  questions.
16        If you are not sure what is being
17  asked of you at any point during the course of
18  the deposition just let me know and I will be
19  happy to repeat or rephrase the question.
20        Your testimony is under oath.  It's
21  your obligation to answer each question
22  truthfully and honestly.  If you are asked a

2 (Pages 2 to 5)

Kenneth Nagel

Page 6

1 question and you don't know the answer and
2 later on during the deposition you recall,
3 remember the answer, just let me know and I
4 will allow you to answer to provide a full
5 response.
6         The purpose here is to get a full
7 response, full and complete responses to the
8 questions.
9         If you need to take a break at any
10 point, let me know and I will accommodate that
11 request. My only request will be that if there
12 is a question pending that you answer the
13 question before we take a break.
14        Are you taking any medication or
15 receiving treatment, any type of medical
16 treatment which would impair your ability to
17 testify truthfully here today?
18    A.   No.
19    Q.   Are you currently employed?
20    A.   Yes.
21    Q.   Who is your employer?
22    A.   U.S. Department of Agriculture, Farm

Page 7

1 Service Agency.
2    Q.   What is your grade, title and
3 position?
4    A.   My grade is a GS-14. We work -- the
5 official title is Administrative Management
6 Specialist and working title of Field
7 Operations Manager.
8    Q.   What is a series for your position?
9    A.   It's a 301.
10    Q.   How long have you been in this
11 position?
12    A.   301 position?
13    Q.   Yes. Your current position.
14    A.   Since July of 2003.
15    Q.   How long have you worked for USDA?
16    A.   I worked -- 16 years.
17    Q.   Prior to July 2003 had you worked in
18 a 301 series position?
19    A.   No.
20    Q.   What was your position before July
21 2003?
22    A.   It was an Agriculture Management

Page 8

1 Specialist. Agriculture Management Specialist
2 is the title. It was an 1145 series.
3    Q.   What is the difference between the
4 1145 series and the 301 series?
5    A.   I am not totally sure.
6    Q.   Is a 301 an administrative series?
7    A.   That's my understanding.
8    Q.   Is 1145 a program series?
9    A.   That's my understanding.
10    Q.   You will have to allow me to finish
11 the question.
12        So before July 2003 you were in a
13 program series position?
14    A.   Yes.
15    Q.   How long were you in the 1145 series
16 before July 2003?
17    A.   I started that position the end of
18 February 1999.
19    Q.   The position that you started in
20 February 1999 was what?
21    A.   The Agriculture Program Specialist.
22    Q.   I think you said you started at the

Page 9

1 USDA 16 years ago?
2    A.   Yes, sir.
3    Q.   What was your first position with
4 USDA?
5    A.   My very first position was as a
6 county office management trainee.
7    Q.   And where was that located?
8    A.   In Nebraska. Through the state
9 office in Lincoln, Nebraska.
10    Q.   What was your grade in that
11 position?
12    A.   Very beginning grade was a 5. A CO
13 5.
14    Q.   Is that county office?
15    A.   Yes.
16    Q.   Were you reared in Nebraska?
17    A.   Yes.
18    Q.   What type of work did you do before
19 coming to the USDA?
20    A.   I managed a farming operation and I
21 worked for two area banks preparing loan
22 documents and meeting with producers and

3 (Pages 6 to 9)

Kenneth Nagel

Page 10

1  preparing lines of credit.
2      Q.  When you say you managed a farming
3  operation were you a farmer?
4      A.  Yes.
5      Q.  What type of farming?
6      A.  It was a grain and live stock farm.
7  I still own the land.
8      Q.  What period of time were you a
9  farmer or did you actually farm the land?
10      A.  From actually in high school, I
11  graduated in 1965, through the time I became
12  employed with USDA in 1991.
13      Q.  So from 1965 until 1991.  That is
14  about 26 years?
15      A.  My math is escaping me.  Yes.
16      Q.  From 1965 until 1991 you were a
17  farmer?
18      A.  Yes.
19      Q.  How many acres did you farm?
20      A.  Varied up to about 1200 acres.
21      Q.  Is that a full-time job?
22      A.  Yes.

Page 11

1      Q.  Did you stop farming in 1991?
2      A.  Yes.
3      Q.  But you still own the land?
4      A.  I own 297 acres.
5      Q.  What did you do with the other 1200
6  acres, other thousand acres or so?
7      A.  That was rented land so I just gave
8  that up.
9      Q.  So your first job with USDA was in
10  1991?
11      A.  Yes.
12      Q.  And that was the county office
13  management trainee?
14      A.  Yes.
15      Q.  How long were you in that job?
16      A.  It was a six month training and
17  there was three months before I was placed in a
18  permanent director position.  It was nine
19  months.
20      Q.  After you completed the training
21  program were you placed in a director position?
22      A.  Yes.

Page 12

1      Q.  Where was that?
2      A.  That was in Tecumseh, Nebraska.
3      Q.  I'm sorry?
4      A.  Johnson County, Nebraska.  Let me
5  put it that way perhaps.
6      Q.  How far had you gone in school?
7      A.  I have a bachelor's degree and I
8  have some -- began a Master of Business
9  Administration program.  I did not complete
10  that.
11      Q.  Where did you obtain your bachelor's
12  degree?
13      A.  University of Nebraska, Lincoln.
14      Q.  What year?
15      A.  1971.
16      Q.  What years did you attend the
17  University of Nebraska?
18      A.  1966 through 1971.
19      Q.  Were you a full-time student?
20      A.  Yes.
21      Q.  So you were a full-time student and
22  full-time farming at the same time?

Page 13

1      A.  Yes.
2      Q.  Was this a family farm or did you
3  farm it by yourself?
4      A.  I farmed with my father.  A family
5  farm.
6      Q.  So how far is the University of
7  Nebraska, Lincoln from your farm?
8      A.  About seven or eight miles.  Seven
9  miles.  I'm sorry.  It would be more like eight
10  miles.
11      Q.  So where is your county?  Where is
12  your hometown farm?  Where is that?
13      A.  It's Lancaster County, Nebraska.
14      Q.  Lancaster County, Nebraska?
15      A.  Yes.
16      Q.  And what county is Lincoln?
17      A.  Lancaster County.
18      Q.  Okay.  When you went to the
19  University of Nebraska did you stay on campus
20  or did you stay at home?
21      A.  No.  I stayed at home.
22      Q.  Did you commute every day?

4 (Pages 10 to 13)

Kenneth Nagel

Page 14

1    A.    Yes.
2    Q.    When did you farm?
3    A.    In the afternoons and evenings.
4    Q.    Who else worked the farm?  Was it
5    just you and your father or were there other
6    folks?
7    A.    No.  My father and I.
8    Q.    Any employees on the farm?
9    A.    Not at that period of time, no.
10    Q.    For the entire period that you
11    attended the University of Nebraska did you
12    live at home?
13    A.    Yes.
14    Q.    You said you received a bachelor's
15    degree?
16    A.    Yes.
17    Q.    What is -- what is the area of
18    concentration?
19    A.    Agriculture -- economics and
20    agronomy.  It was a dual major.
21    Q.    How many credit hours did you have
22    to achieve to obtain your degrees?

Page 15

1    A.    It was a minimum of 128 credit
2    hours.
3    Q.    So after you completed this training
4    program you worked -- you were assigned to a
5    director -- county director position?
6    A.    County executive director position,
7    yes.
8    Q.    That would have been in what?  Was
9    that '91 or '92?
10    A.    That was September 1991.
11    Q.    How far is Johnson County from
12    Lancaster County?
13    A.    It is contiguous.  It touches the
14    Lancaster County.  It's one of the counties
15    contiguous to Lancaster.
16    Q.    How long were you a county director?
17    A.    I was a county director for nine
18    years.  Executive director.  I'm sorry.
19    Q.    What work did you do after you were
20    county executive director?
21    A.    I came to the national office.  I
22    had two other offices besides the Johnson

Page 16

1    County office.
2    Q.    So you started out as a CO 5.  What
3    was the next grade that you obtained?
4    A.    We went to a 7.  Program calls for
5    the next 7 and then it progresses to a GS-12.
6    Q.    So 5, 7.  What was the next level?
7    A.    It would have been a 9.
8    Q.    And after that?
9    A.    Then 11 and then 12.
10    Q.    All of these grades were on the CO
11    scale?
12    A.    Yes.  My CO 12 was attained in Grant
13    County.  I'm sorry.  Perkins County, Nebraska.
14    Q.    What year did you become a CO 12?
15    A.    Let's see.  That would have been
16    approximately 1995.  I don't know exactly
17    without looking at my records.
18    Q.    You said at some point you moved to
19    Washington?
20    A.    Yes.
21    Q.    What position did you take in
22    Washington?

Page 17

1    A.    The Agriculture Program Specialist.
2    Q.    What was the grade for that?
3    A.    GS-13.
4    Q.    That was in 1999?
5    A.    Yes.
6    Q.    What were your duties in that
7    position or what were your major duties in that
8    position?
9    A.    I worked with a broad range of
10    duties, specifically with administrative issues
11    and program issues.
12    Q.    When you say administrative issues
13    what do you mean?
14    A.    Well, my supervisor, Mr. Springer at
15    that time, had me administer large jump teams
16    for disaster programs and activities in Texas
17    148 people I managed and administered.  There
18    he had me working in Puerto Rico with a team of
19    28 people.  He had me working with an
20    investigation in the North Carolina state
21    office.  He had me working with staffing and
22    workload.

5 (Pages 14 to 17)

Page 18

1    Q.    Were these duties within your job
2    description of the Agriculture Program
3    Specialist?
4        A.    It's a very broad range of
5    activities and pretty much duties as required.
6    It doesn't follow a line of program.  We have a
7    small group so we are very, very diverse in
8    what we do and what we are required to do.
9            (Deposition Exhibit No. 1 was marked
10    for identification.)
11        BY MR. BRANCH:
12    Q.    I am showing you what has been
13    marked as your plaintiff's or Deposition
14    Exhibit No. 1.
15        Can you identify this document?
16    A.    Yes.  It's a notice that describes
17    the executive director for state operations
18    program and assignments.
19    Q.    And turn, if you will, to page 55.
20    Do you see your name there?
21    A.    Yes.
22    Q.    And under the section that says

Page 19

1    assignments, do you see that?
2    A.    Yes.
3    Q.    First, what are these assignments?
4    A.    Okay.  These are assignments that we
5    were acting as liaison with the deputy
6    administrator for farm programs, the first
7    three bullets, and the other was as a -- to
8    provide oversight and assistance to state
9    executive directors and state committees.
10    Q.    What is PA issues?
11    A.    That would be production adjustment.
12    Q.    What is "AMTA"?
13    A.    I don't recall.
14    Q.    What is PA issues?  What does that
15    mean?
16    A.    That's dealing with the various farm
17    programs for farmers and ranchers.
18    Q.    Are any of these duties listed here
19    administrative duties?
20    A.    The state executive director, state
21    committee advisory committee would be in the
22    realm of administrative.

Page 20

1    Q.    What type of administrative duties
2    would you perform there?
3        A.    We had to work with state executive
4    directors on any questions they had and also
5    state committees.  I was sent to a -- two
6    different state executive director conference
7    and state committee conference where we
8    assisted in their training and oversight of any
9    questions that they had.  I was assigned to
10    state committee committees that were developed
11    to work on various program -- various areas.
12    They were probably six or eight state committee
13    committees from around the country that we
14    facilitated.
15    Q.    Your next position was after the
16    GS-13 administrative -- I'm sorry -- the
17    Agriculture Program Specialist position what
18    was your next position?
19    A.    I became the Administrative
20    Management Specialist position.
21    Q.    How did your program specialist
22    position different from your -- how does your

Page 21

1    program -- strike that.
2        How did your program specialist
3    position differ from your current position?
4    A.    The only difference was I was a
5    little more involved in program issues than I
6    am today.  We still answer program issues as
7    need be and need to.
8    Q.    So your testimony is the only
9    difference between the GS-13 program specialist
10    position and the GS-14 administrative
11    management position is that you answered a few
12    more program issues?
13    A.    We were used in all facets of FSA
14    and administrative issues as, like I say, we
15    had such a small staff we had to be able to
16    take on any kind of activity.  Of course, all
17    the training and administrative training I had
18    as a county executive director in three
19    different offices was used by Mr. Springer and
20    others to work with and on specific or various
21    issues.
22    Q.    Who was your supervisor when you

ESQUIRE DEPOSITION SERVICES
DC 1-800-441-3376              MD 1-800-539-6398              VA 1-800-752-8979

Kenneth Nagel

Page 22

1    were in the GS-13 program specialist position?
2        A.   It started with Mr. Robert Springer.
3        Q.   What period of time was Robert
4    Springer your supervisor?
5        A.   He was the main -- Charles Berge was
6    also a supervisor.  He was my first line
7    supervisor.  Mr. Springer, he was the executive
8    director for state operations, the man that
9    hired me.  It was from the time I started in
10   1999, February of '99 until the change of
11   administration in approximately January of
12   2001.
13       Q.   So Springer was the executive
14   director from January -- February '99 until
15   January 2001?
16       A.   He was before that.  He was
17   executive director when I came on board in
18   Washington.
19       Q.   And how long was Berge your
20   supervisor?
21       A.   From the beginning also.  It was Mr.
22   Springer was the selecting official and Mr.

Page 23

1    Berge was my immediate supervisor.
2        Q.   So Berge was your immediate
3    supervisor?
4        A.   Yes.
5        Q.   Who became your immediate supervisor
6    after January 2001?
7        A.   Then Mr. Tim Denley, the acting
8    executive director for state operations.  I'm
9    sorry.  Mr. Berge was still there also at that
10   time.  Mr. Berge remained my direct supervisor.
11       Q.   When did Berge last serve as your
12   direct supervisor?
13       A.   I can't answer that exactly.
14   Sometime in 2001.  Probably mid 2001.
15       Q.   Who became your immediate supervisor
16   in mid 2001?
17       A.   That was Mr. John Chott.
18       Q.   What was Chott's position?
19       A.   He was the acting executive director
20   for state operations.
21       Q.   Who did he report to?
22       A.   He would have reported to the

Page 24

1    administrator.  Actually maybe the associate
2    administrator.  To the administrator.
3        Q.   Did your duties change after Chott
4    became your immediate supervisor?
5        A.   No.
6        Q.   Did your responsibilities change
7    after Chott became your immediate supervisor?
8        A.   No.
9        Q.   Prior to Chott becoming your
10   immediate supervisor had you served as the
11   acting assistant executive director in the
12   absence of the executive director?
13       A.   On one or two occasions, yes.
14       Q.   And how did that come to happen?
15       A.   I was asked to do so in the absence
16   of superiors.
17       Q.   Which superiors were absent and you
18   were asked to stand in as the acting executive
19   director?
20       A.   Well, it would be the executive
21   director or my immediate supervisor who was a
22   deputy director for program coordination.  I

Page 25

1    believe it was -- I can't remember his title.
2    Mr. Berge's title.
3        Q.   So there were occasions when Mr.
4    Berge was your supervisor when you were the
5    acting executive director?
6        A.   Yes.
7        Q.   And you believe that happened on one
8    or two occasions?
9        A.   Yes.  Perhaps more.  It was an
10   as-need basis.
11       Q.   After Chott became your supervisor
12   how often were you called upon to serve as the
13   acting executive director?
14       A.   I don't have a count but it was on
15   various occasions as well.
16       Q.   More than one or two?
17       A.   Yes.  More than one or two.
18       Q.   So from mid 2001, let's just say,
19   mid 2001, until your current position that you
20   obtained in July of 2003 on how many occasions
21   were you asked to serve as the acting executive
22   director?

7 (Pages 22 to 25)

Kenneth Nagel

Page 26

1    A.   I don't have a number on that.

2    Q.   How would it happen that you came to

3  be selected as the acting executive director?

4    A.   Well, I think it is because of my

5  broad background and knowledge and working with

6  state executive directors and state committees.

7  We were going through a transition at that time

8  with new state committees. I was working with

9  the White House liaison's office. I was

10  working with the new state directors and

11  outgoing state directors who I worked with

12  previously. Just my knowledge of the

13  operations of state and county offices.

14    Q.   Your grade, was it 13 at the time?

15    A.   Yes.

16    Q.   Were there other more senior folks

17  at the 14 or 15 level who were in the same

18  office?

19    A.   I don't remember who was in the

20  office.

21    Q.   As the acting executive director did

22  you have supervisory responsibility over people

Page 27

1  at higher grades?

2    A.   I never had to exercise anything of

3  that sort.

4    Q.   But did you have?

5    A.   I assume I would have, yes.

6    Q.   So you had supervisor responsibility

7  over folks at the 14 and 15 level when you were

8  in the acting position?

9    A.   I don't know if that's exactly what

10  it would be called. I was the supervisor of

11  the office at that time, yes.

12    Q.   When you were called upon to serve

13  as the acting supervisor of the office how long

14  would your service be? Would it be a week or a

15  couple of weeks or a month?

16    A.   It would be anywhere from probably a

17  few hours to several days. I was in that

18  position 9-11 so it was about four days I think

19  at that time. Three to four days.

20    Q.   Why were you in that position on

21  9-11?

22    A.   The superior people were out of the

Page 28

1  office. My supervisor was out of the office.

2    Q.   Did you learn at any point that

3  there were complaints made by folks at the 14

4  or 15 level that a GS-13 level employee was

5  serving as an acting executive director?

6    A.   I was never confronted with any

7  complaints.

8    Q.   How did you come to be placed in

9  your current position?

10    A.   I interviewed -- well fall I filled

11  out an application. Was put on the best

12  qualified list an interviewed for the position.

13  And was selected.

14    Q.   Did you interview for any other

15  position at the same time?

16    A.   There was a grade 14 ago program --

17  I can't remember the name of it. Ago program

18  specialist type position, yes.

19    Q.   So you applied for both positions?

20    A.   Yes, sir.

21    Q.   Did you complete an application for

22  both positions?

Page 29

1    A.   Yes.

2    Q.   Were you interviewed for both

3  positions?

4    A.   I was told I was interviewed for

5  both positions, yes.

6    Q.   Who told you you were interviewed

7  for both positions?

8    A.   It was Mr. Frago.

9    Q.   Did you submit to two interviews?

10    A.   We had an interview and then a

11  follow up interview or review.

12    Q.   For both positions?

13    A.   The first interview was both

14  positions the way I understand and the follow

15  up was for the 301 position.

16    Q.   So you had a first interview for

17  both positions. I'm sorry. I'm not following

18  you there.

19    A.   The first interview in this is what

20  I understand was for both positions.

21    Q.   Who told you the first interview was

22  for both positions?

8 (Pages 26 to 29)

Kenneth Nagel

Page 30

1    A.    Mr. Frago.
2    Q.    Was there an interview panel for the
3    first interview for both positions?
4    A.    Yes, sir.
5    Q.    Who was on the interview panel?
6    A.    It was Mr. Frago, Mr. Chott and Mr.
7    Soloman Ramirez.
8    Q.    So you had one interview for the
9    administrative position and the program
10   position and that interview was with Frago,
11   Chott and Mr. Ramirez?
12   A.    That's the way I understand it or
13   remember it, yes.
14   Q.    You say Frago told you that your
15   interview for this first interview was for both
16   positions. When did Frago tell you this?
17   A.    I don't remember when that was.
18   Q.    Was it before the interview or after
19   the interview started?
20   A.    I don't recall.
21   Q.    What questions were asked of you in
22   this first interview for both positions?

Page 31

1    A.    I don't remember the questions.
2    Q.    Was there an EEO observer present
3    during this first interview for both positions?
4    A.    I don't remember. There were other
5    people in the room.
6    Q.    When did this first interview for
7    both positions take place?
8    A.    I don't know the exact date. It was
9    sometime after the application period closed.
10   Q.    So you submitted your application or
11   applications for both positions?
12   A.    Yes.
13   Q.    And what was the next thing that
14   happened in this process?
15   A.    The interviews. The panel.
16   Q.    Did someone contact you and say we
17   are going to interview you for both positions?
18   A.    I don't recall when I was notified
19   of that.
20   Q.    I am asking you did that occur? Did
21   someone contact you and say we are going to
22   interview you for both positions?

Page 32

1    A.    I don't recall that beforehand.
2    Q.    So you had -- do you recall anything
3    else from this first interview or do you recall
4    anything from this first interview -- and I
5    think you said there was just one interview for
6    two positions, correct?
7    A.    That's the way I understand it, yes.
8    Q.    Do you recall anything from this one
9    interview for two positions with the panel with
10   Frago, Chott and Ramirez?
11   A.    Can you repeat that again.
12   Q.    Do you recall anything that happened
13   at that one interview for two positions with
14   Frago, Chott and Ramirez?
15   A.    I remember being asked questions. I
16   don't remember the questions.
17   Q.    Were you asked specifically about
18   your administrative experience?
19   A.    I don't know that I was asked
20   specifically.
21   Q.    Were you asked specifically about
22   your program experience?

Page 33

1    A.    I don't remember the questions.
2    Q.    How long did this first interview
3    last?
4    A.    I believe interviews were limited to
5    30 minutes.
6    Q.    What were the panel members doing
7    when you were interviewing?
8    A.    They were asking questions and if I
9    remember correctly taking notes.
10   Q.    They were taking notes?
11   A.    I think they were, yes.
12        MR. BRANCH: Ms. Kidwell, we have
13   not seen copies of notes from this first
14   interview. I take that back. I think I have
15   seen the notes from the first interview. Okay.
16        BY MR. BRANCH:
17   Q.    So they were taking -- all three
18   panel members were taking notes?
19   A.    To the best of my knowledge, yes.
20   Q.    So after this first interview what
21   was the next step in this process?
22   A.    Then I was called to a second

9 (Pages 30 to 33)

Kenneth Nagel

Page 34

1  interview.
2      Q.   Were you told why you were called to
3  the second interview?
4      A.   No.  They were interviewing people
5  for a second time.
6      Q.   What is your understanding of why
7  they were interviewing people for a second
8  time?
9      A.   I don't know.  It was their method
10 of narrowing the line of candidates.
11     Q.   And who was there for the second
12 interview?
13     A.   I remember Mr. Frago and Mr. Chott.
14 I believe Linda Treese was there.  I can't
15 remember if Mr. Ramirez was there.
16     Q.   What positions were you interviewing
17 for for the second interview?
18     A.   It's my understanding it was the
19 administrative management specialist.
20     Q.   Did you do a second interview for
21 the programs position?
22     A.   No, not that I recall.

Page 35

1      Q.   Were you advised how you performed
2  on your interview for the program specialist
3  position?
4      A.   No.
5      Q.   Were you offered the position of the
6  program specialist position?
7      A.   No.
8      Q.   Did you have any discussions with
9  anyone on the panel concerning how you
10 performed in your interview for the program
11 specialist position?
12     A.   No.
13     Q.   Did you have any discussions with
14 any of the panel members on whether you were
15 selected for the program management specialist
16 position?
17     A.   Could you repeat that again.
18     Q.   Yes.  Did you have any discussion
19 with any of the panel members on whether you
20 were actually selected for the program
21 management position?
22     A.   No.

Page 36

1      Q.   So you had the second interview with
2  Frago, Chott and Treese for the administrative
3  management position?  Is that your testimony?
4      A.   Yes.
5      Q.   What happened during this interview?
6      A.   Again I was asked questions.
7      Q.   What did the panel members do during
8  the course of the interview?
9      A.   They sat at a conference table and
10 asked questions.
11     Q.   What was the time period between the
12 first interview for both positions and the
13 second interview for just the administrative
14 management position?
15     A.   I don't recall the time period.
16     Q.   Was it a week, a month, six months?
17     A.   I couldn't put a number on it.  I
18 don't remember.  It's been four years ago.
19     Q.   What became of your application for
20 the program management position?
21     A.   I don't know what is done with
22 applications.

Page 37

1      Q.   Do you know -- I mean not the
2  physical application but your application for
3  the position?
4      A.   I can't answer that.  I don't know.
5      Q.   Did you receive a letter advising
6  you that another candidate had been selected?
7      A.   I don't remember if I did.
8      Q.   Why did you apply for both
9  positions?
10     A.   I had an interest in both areas and
11 of course was looking for a grade increase if
12 possible.
13     Q.   Who was selected for the program
14 specialist position?
15     A.   Linda Cronin.
16     Q.   Do you recall when Ms. Cronin was
17 selected?
18     A.   No, I don't.
19     Q.   Were you still interviewing for the
20 administrative position when Linda Cronin was
21 selected?
22     A.   I don't remember that.

10 (Pages 34 to 37)

Kenneth Nagel

Page 38

1    Q.    Did you ever follow up to see why
2  you were not selected for the program
3  specialist position?
4    A.    No.
5    Q.    And why not?
6    A.    It is the selecting official's
7  decision so I wasn't questioning her decisions.
8    Q.    So you applied for a position but
9  you never followed up to see why you didn't get
10  it?
11    A.    I don't remember asking any
12  questions about it.
13    Q.    Who was the selecting official?
14    A.    It would have been Mr. Frago.
15    Q.    How long was the interview the for
16  administrative position?
17    A.    You mean the actual interview?
18    Q.    Yes.  How long was the actual
19  interview?
20    A.    If I remember correctly it was 30
21  minutes they allotted for interviews.
22    Q.    Was there a second interview for the

Page 39

1  program specialist position?
2    A.    I don't know that.
3        MR. BRANCH:  Let's take a short
4  break here.
5        (A short recess was taken.)
6        BY MR. BRANCH:
7    Q.    Mr. Nagel, how did you learn about
8  your selection for this administrative series
9  position?
10    A.    I believe it was Mr. Frago announced
11  it to me.
12    Q.    Prior to Frago announcing to you
13  that you would be selected for this
14  administrative series position did you have any
15  discussions with John Chott concerning his
16  desire to place you in the administrative
17  series position?
18    A.    No.
19    Q.    Have you socialized with Mr. Chott
20  or Frago outside of the workplace?
21    A.    No.
22    Q.    Have you ever been out for drinks

Page 40

1  with either one of them or to dinner?
2    A.    You mean on a social basis?
3    Q.    Yes.
4    A.    No.  Just business meetings.
5    Q.    Have you been to either one of Mr.
6  Frago or Chott's homes?
7    A.    No.
8    Q.    Have they been to your home?
9    A.    No.
10    Q.    Just so that I'm clear here, I
11  believe your testimony was that you applied for
12  two positions, the program position and the
13  administrative position?
14    A.    Yes.
15    Q.    You had one interview for both
16  positions initially?
17    A.    That's the way I remember and
18  understand it.
19    Q.    And then you had a second interview
20  for just the administrative position?
21    A.    I am not totally sure it was just
22  the administrative position I guess because I

Page 41

1  was offered that that is -- I thought that is
2  what it was.
3    Q.    What do you mean when you say you
4  are not sure if it was just the administrative
5  position?
6    A.    I don't know if they were looking at
7  one or both positions at the time.
8    Q.    So are you saying now that you may
9  have had a second interview for both positions?
10    A.    I am -- I have been trying to think
11  back on your questioning and trying to think if
12  it was one or two or both.  I had one second
13  interview so whether it was both or one I
14  assume -- because I was offered the 301
15  position I thought that was what it was for but
16  I can't honestly accurately respond to that.
17    Q.    Were there any specific positions,
18  specific questions related to the position?
19    A.    I don't remember the questions.
20    Q.    I'm going to show you a document
21  that was introduced during Linda Treese's
22  deposition last week and it's an interview

ESQUIRE DEPOSITION SERVICES
DC 1-800-441-3376          MD 1-800-539-6398          VA 1-800-752-8979

Page 42

1 sheet for the GS 301 14 specialist position and
2 it indicates the individual interviewed Kenneth
3 Nagel dated July 16, 2003.
4         If you will take a look at the first
5 question. Can you read that first question?
6     A.   Yes. It says "We are interested in
7 your strengths as an employee. What do you
8 bring to this position, for example, knowledge
9 skills, and abilities?"
10    Q.   Do you recall being asked that
11 question?
12    A.   No, I don't.
13    Q.   And do you know what this question
14 was referencing when it says "What do you bring
15 to this position"?
16        MS. KIDWELL: Objection. Improper
17 foundation.
18        THE WITNESS: It is pretty much a
19 standard question that would be asked during
20 any interview for a position.
21        BY MR. BRANCH:
22    Q.   Was it referencing the

Page 43

1 administrative position or was it referencing
2 the program position?
3     A.   I can't say which one it was
4 referencing. I don't know.
5     Q.   I will take that back. Thank you.
6         Mr. Nagel, I will show you what has
7 been marked as Exhibit 2.
8         (Deposition Exhibit No. 2 was marked
9 for identification.)
10        BY MR. BRANCH:
11    Q.   Can you identify this document?
12    A.   It is a Profile of Minority by Grade
13 for the Department of Agriculture, Farm Service
14 Agency.
15    Q.   Who prepared this document?
16    A.   It says prepared by Kenneth Nagel.
17    Q.   Did you prepare this document?
18    A.   I don't remember the document per se
19 but it says it was prepared by me. I do a lot
20 of different documents.
21    Q.   How did you gain access to this
22 confidential information?

Page 44

1     A.   I don't recall.
2     Q.   Do you recall preparing this
3 document?
4     A.   I don't recall. It's been a long
5 time ago now.
6     Q.   And in October of 2003 were you in
7 your administrative series position?
8     A.   Yes. I would have been.
9     Q.   Do you recall John Chott asking you
10 to prepare this?
11    A.   It is very possible he did. I can't
12 recall the exact circumstances.
13    Q.   Do you know for what purpose this
14 document was prepared?
15    A.   No, I don't.
16    Q.   Have you prepared similar documents
17 since October 2003 or have you been requested
18 to prepare similar documents since October
19 2003?
20    A.   Yes, on county committee operations.
21    Q.   What about in the farm services
22 agency in the -- in your headquarters office?

Page 45

1     A.   I don't recall being asked to do any
2 more -- any of these.
3     Q.   Would this have been your job
4 description to prepare a document like this?
5     A.   As I said earlier, we are asked to
6 do a wide variety of activities.
7     Q.   This document includes race and
8 national origin and gender information?
9         MS. KIDWELL: I'm sorry, Mr. Branch.
10 Is that a question?
11        MR. NAGEL: Yes.
12        THE WITNESS: Yes, it shows race,
13 gender, origin.
14        BY MR. BRANCH:
15    Q.   Where would you have gotten
16 information to include in this report?
17    A.   I don't know where I would have
18 gotten this. I don't remember. I don't know.
19        MR. BRANCH: Those are all the
20 questions I have for you today.
21        MS. KIDWELL: Can I be permitted to
22 ask a couple of questions?

12 (Pages 42 to 45)

Page 46

1        MR. NAGEL: Yes. I just said those
2    are all the questions I have.
3        EXAMINATION BY COUNSEL FOR DEFENDANT
4        BY MS. KIDWELL:
5    Q.    Mr. Nagel, did you write a paper for
6    the secretary on anthrax?
7    A.    Yes, I did.
8    Q.    Did you also work on a consent
9    degree that I believe had to do with the
10   African-American farmers?
11   A.    Yes.
12   Q.    That was involving some type of
13   discrimination complaint. Am I correct on
14   that?
15   A.    Yes.
16   Q.    And have you ever socialized with
17   Linda Treese outside the office?
18   A.    No.
19   Q.    Has Ms. Treese ever been to your
20   home?
21   A.    No.
22   Q.    Have you ever been to Ms. Treese's

Page 47

1    home?
2    A.    No.
3        MS. KIDWELL: I have no more
4    questions.
5        MR. NAGEL: The court reporter is
6    going to prepare a transcript of the
7    proceedings here. You will need to state on
8    the record if you want to review the transcript
9    before it becomes final.
10       MS. KIDWELL: Yes. We are not
11   waiving signature.
12       (Whereupon, the deposition was
13   concluded at 11:14 a.m.)
14
15
16
17
18
19
20
21
22

Page 48

1        ACKNOWLEDGMENT OF DEPONENT
2    I, KENNETH NAGEL, do hereby acknowledge I have
3    read and examined the foregoing pages of
4    testimony, and the same is a true, correct and
5    complete transcription of the testimony given
6    by me, and any changes or corrections, if any,
7    appear in the attached errata sheet signed by
8    me.
9    _____     _____
10   Date        KENNETH NAGEL
11
12
13
14
15
16
17
18
19
20
21
22

Page 49

1        CERTIFICATE OF NOTARY PUBLIC
2        I, Bonnie L. Russo, the officer before
3    whom the foregoing deposition was taken, do
4    hereby certify that the witness whose testimony
5    appears in the foregoing deposition was duly
6    sworn by me; that the testimony of said witness
7    was taken by me in shorthand and thereafter
8    reduced to computerized transcription under my
9    direction; that said deposition is a true
10   record of the testimony given by said witness;
11   that I am neither counsel for, related to, nor
12   employed by any of the parties to the action in
13   which this deposition was taken; and further,
14   that I am not a relative or employee of any
15   attorney or counsel employed by the parties
16   hereto, nor financially or otherwise interested
17   in the outcome of the action.
18   _____
19       Notary Public in and for
20       the District of Columbia
21   My Commission expires: May 14, 2010
22

13 (Pages 46 to 49)

Page 50

```
 1   Ms. Judith Kidwell
     United States Attorney's Office
 2   555 4th Street, NW
     Civil Division
 3   Room E4905
     Washington, DC 20530
 4
 5
 6
     IN RE:  Fields vs. Johanns
 7
 8
     Dear Ms. Kidwell:
 9
     Enclosed please find your copy of the
10   deposition of KENNETH NAGEL along with the
     original signature page.  As agreed, you will
11   be responsible for contacting the witness
     regarding reading and signing the transcript.
12
     Within 30 days of receipt, please forward
13   errata sheet and original signature page signed
     to opposing counsel.
14
     If you would like to change this procedure or
15   if you have any questions, please do not
     hesitate to call.
16
     Thank you.
17
     Yours,
18
19
20
     Bonnie L. Russo
21   Reporter/Notary
22
```

Page 51

```
 1        DEPOSITION ERRATA SHEET
     CASE CAPTION:  Fields vs. Johanns
 2   DEPONENT:  Kenneth Nagel
     DEPOSITION DATE:  March 13, 2007
 3        I have read the entire transcript of my
     Deposition taken in the captioned matter or the
 4   same has been read to me.  I request that the
     changes noted on the following errata sheet be
 5   entered upon the record for the reasons
     indicated.  I have signed my name to the Errata
 6   Sheet and the appropriate Certificate and
     authorize you to attach both to the original
 7   transcript.
     PAGE/LINE   CHANGE      REASON
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
     SIGNATURE_____DATE_____
19        KENNETH NAGEL
20
21
22
```

14 (Pages 50 to 51)

Kenneth Nagel

Page 52

**A**

abilities 42:9
ability 6:16
able 21:15
absence 24:12
  24:15
absent 24:17
access 43:21
accommodate
  6:10
accurately
  41:16
achieve 14:22
acknowledge
  48:2
ACKNOWLE...
  48:1
acres 10:19,20
  11:4,6,6
acting 19:5
  23:7,19 24:11
  24:18 25:5,13
  25:21 26:3,21
  27:8,13 28:5
action 1:7
  49:12,17
activities 17:16
  18:5 45:6
activity 21:16
actual 38:17,18
adjustment
  19:11
administer
  17:15
administered
  17:17
administration
  12:9 22:11
administrative
  7:5 8:6 17:10
  17:12 19:19
  19:22 20:1,16
  20:19 21:10
  21:14,17 30:9
  32:18 34:19
  36:2,13 37:20

38:16 39:8,14
39:16 40:13
40:20,22 41:4
43:1 44:7
administrator
  19:6 24:1,2,2
advised 35:1
advising 37:5
advisory 19:21
African-Ame...
  46:10
afternoons
  14:3
agency 7:1
  43:14 44:22
ago 9:1 28:16
  28:17 36:18
  44:5
agreed 50:10
Agriculture
  1:10 3:20
  6:22 7:22 8:1
  8:21 14:19
  17:1 18:2
  20:17 43:13
agronomy
  14:20
allotted 38:21
allow 6:4 8:10
AMTA 19:12
announced
  39:10
announcing
  39:12
answer 5:21
  6:1,3,4,12
  21:6 23:13
  37:4
answered
  21:11
anthrax 46:6
appear 48:7
APPEARANC...
  3:1
appears 49:5
application

28:11,21 31:9
31:10 36:19
37:2,2
applications
  31:11 36:22
applied 28:19
  38:8 40:11
apply 37:8
appropriate
  51:6
approximately
  16:16 22:11
area 9:21 14:17
areas 20:11
  37:10
asked 5:17,22
  24:15,18
  25:21 30:21
  32:15,17,19
  32:21 36:6,10
  42:10,19 45:1
  45:5
asking 31:20
  33:8 38:11
  44:9
assigned 15:4
  20:9
assignments
  4:9 18:18
  19:1,3,4
assistance
  19:8
assistant 24:11
assisted 20:8
associate 24:1
assume 27:5
  41:14
as-need 25:10
attach 51:6
attached 48:7
attained 16:12
attend 12:16
attended 14:11
attorney 49:15
Attorney's 3:11
  50:1

authorize 51:6
Avenue 2:12
  3:5
a.m 2:6 47:13

**B**

bachelor's
  12:7,11 14:14
back 33:14
  41:11 43:5
background
  26:5
banks 9:21
basis 25:10
  40:2
becoming 24:9
began 12:8
beginning 9:12
  22:21
believe 25:1,7
  33:4 34:14
  39:10 40:11
  46:9
Berge 22:5,19
  23:1,2,9,10
  23:11 25:4
Berge's 25:2
best 28:11
  33:19
board 22:17
Bonnie 1:21
  2:21 49:2
  50:20
Branch 2:11
  3:3,4 4:3 5:7
  5:11 18:11
  33:12,16 39:3
  39:6 42:21
  43:10 45:9,14
  45:19
break 6:9,13
  39:4
bring 42:8,14
broad 17:9
  18:4 26:5
bullets 19:7

business 12:8
40:4

**C**

C 4:1
call 50:15
called 25:12
  27:10,12
  33:22 34:2
calls 16:4
campus 13:19
candidate 37:6
candidates
  34:10
CAPTION 51:1
captioned 51:3
Carolina 17:20
CASE 51:1
Certificate 49:1
  51:6
certify 49:4
change 22:10
  24:3,6 50:14
  51:7
changes 48:6
  51:4
Charles 22:5
Chott 23:17
  24:3,7,9
  25:11 30:6,11
  32:10,14
  34:13 36:2
  39:15,19 44:9
Chott's 23:18
  40:6
circumstances
  44:12
Civil 1:4,7 3:13
  50:2
clear 40:10
closed 31:9
Columbia 1:3
  49:20
come 24:14
  28:8
coming 9:19

Kenneth Nagel

Page 53

**Commission**
49:21
**committee**
19:21,21 20:7
20:10,12
44:20
**committees**
19:9 20:5,10
20:13 26:6,8
**commute**
13:22
**complaint**
46:13
**complaints**
28:3,7
**complete** 6:7
12:9 28:21
48:5
**completed**
11:20 15:3
**computerized**
49:8
**concentration**
14:18
**concerning**
35:9 39:15
**concluded**
47:13
**conference**
20:6,7 36:9
**confidential**
43:22
**confronted**
28:6
**Connecticut**
2:12 3:5
**consent** 46:8
**contact** 31:16
31:21
**contacting**
50:11
**contiguous**
15:13,15
**coordination**
24:22
**copies** 33:13

**copy** 50:9
**correct** 32:6
46:13 48:4
**corrections**
48:6
**correctly** 33:9
38:20
**counsel** 5:6
46:3 49:11,15
50:13
**count** 25:14
**counties** 15:14
**country** 20:13
**county** 9:6,14
11:12 12:4
13:11,13,14
13:16,17 15:5
15:6,11,12,14
15:16,17,20
16:1,13,13
21:18 26:13
44:20
**couple** 27:15
45:22
**course** 5:17
21:16 36:8
37:11
**court** 1:2 47:5
**credit** 10:1
14:21 15:1
**Cronin** 37:15
37:16,20
**current** 7:13
21:3 25:19
28:9
**currently** 6:19

**— D —**

**date** 31:8 48:10
51:2,18
**dated** 42:3
**David** 2:11 3:3
3:4 5:11
**day** 13:22
**days** 27:17,18
27:19 50:12

**DC** 50:3
**dealing** 19:16
**Dear** 50:8
**decision** 38:7
**decisions** 38:7
**Defendant** 1:11
3:9 46:3
**degree** 12:7,12
14:15 46:9
**degrees** 14:22
**Denley** 23:7
**Department**
1:9 3:20 6:22
43:13
**DEPONENT**
48:1 51:2
**deposition**
1:15 2:9 5:12
5:14,18 6:2
18:9,13 41:22
43:8 47:12
49:3,5,9,13
50:10 51:1,2
51:3
**deputy** 19:5
24:22
**describes**
18:16
**description**
18:2 45:4
**desire** 39:16
**developed**
20:10
**differ** 21:3
**difference** 8:3
21:4,9
**different** 20:6
20:22 21:19
43:20
**dinner** 40:1
**direct** 23:10,12
**direction** 49:9
**director** 11:18
11:21 15:5,5
15:6,16,17,18
15:20 18:17

19:20 20:6
21:18 22:8,14
22:17 23:8,19
24:11,12,19
24:21,22 25:5
25:13,22 26:3
26:21 28:5
**directors** 19:9
20:4 26:6,10
26:11
**disaster** 17:16
**discrimination**
46:13
**discussion**
35:18
**discussions**
35:8,13 39:15
**District** 1:2,3
49:20
**diverse** 18:7
**Division** 1:4
3:13 50:2
**document**
18:15 41:20
43:11,15,17
43:18 44:3,14
45:4,7
**documents**
9:22 43:20
44:16,18
**doing** 33:6
**drinks** 39:22
**dual** 14:20
**duly** 5:3 49:5
**duties** 17:6,7
17:10 18:1,5
19:18,19 20:1
24:3
**D.C** 1:16 2:14
3:7,15

**— E —**

**E** 4:1
**earlier** 45:5
**economics**
14:19

**EDSO** 4:9
**EEO** 31:2
**eight** 13:8,9
20:12
**either** 40:1,5
**employed** 6:19
10:12 49:12
49:15
**employee** 28:4
42:7 49:14
**employees**
14:8
**employer** 6:21
**Enclosed** 50:9
**entered** 51:5
**entire** 14:10
51:3
**errata** 48:7
50:13 51:1,4
51:5
**escaping** 10:15
**Esq** 3:3,10,19
**evenings** 14:3
**exact** 31:8
44:12
**exactly** 16:16
23:13 27:9
**EXAMINATION**
4:2 5:6 46:3
**examined** 48:3
**example** 42:8
**executive** 15:6
15:18,20
18:17 19:9,20
20:3,6 21:18
22:7,13,17
23:8,19 24:11
24:12,18,20
25:5,13,21
26:3,6,21
28:5
**exercise** 27:2
**Exhibit** 18:9,14
43:7,8
**Exhibits** 4:8,21
**experience**

Kenneth Nagel

Page 54

32:18,22
expires 49:21
E4905 3:14
50:3

**F**
facets 21:13
facilitated
20:14
fall 28:10
family 13:2,4
far 12:6 13:6
15:11
farm 6:22 10:6
10:9,19 13:2
13:3,5,7,12
14:2,4,8 19:6
19:16 43:13
44:21
farmed 13:4
farmer 10:3,9
10:17
farmers 19:17
46:10
farming 9:20
10:2,5 11:1
12:22
father 13:4
14:5,7
February 8:18
8:20 22:10,14
Field 7:6
Fields 1:5 3:21
5:12 50:6
51:1
filled 28:10
final 47:9
financially
49:16
find 50:9
finish 8:10
first 5:3 9:3,5
11:9 19:3,6
22:6 29:13,16
29:19,21 30:3
30:15,22 31:3
31:6 32:3,4

33:2,13,15,20
36:12 42:4,5
folks 14:6
26:16 27:7
28:3
follow 18:6
29:11,14 38:1
followed 38:9
following
29:17 51:4
follows 5:5
foregoing 48:3
49:3,5
forward 50:12
foundation
42:17
four 27:18,19
36:18
Frago 29:8
30:1,6,10,14
30:16 32:10
32:14 34:13
36:2 38:14
39:10,12,20
40:6
FSA 21:13
full 6:4,6,7
full-time 10:21
12:19,21,22
further 49:13

**G**
gain 43:21
gender 45:8,13
give 5:13
given 48:5
49:10
going 26:7
31:17,21
41:20 47:6
Good 5:10
gotten 45:15
45:18
grade 4:10 7:2
7:4 9:10,12
16:3 17:2
26:14 28:16

37:11 43:12
grades 16:10
27:1
graduated
10:11
grain 10:6
Grant 16:12
ground 5:13
group 18:7
GS 42:1
GS-12 16:5
GS-13 17:3
20:16 21:9
22:1 28:4
GS-14 7:4
21:10
guess 40:22

**H**
happen 24:14
26:2
happened 25:7
31:14 32:12
36:5
happy 5:19
headquarters
44:22
held 2:9
hereto 49:16
hesitate 50:15
Hewitt 3:19
high 10:10
higher 27:1
hired 22:9
home 13:20,21
14:12 40:8
46:20 47:1
homes 40:6
hometown
13:12
honestly 5:22
41:16
hours 14:21
15:2 27:17
House 26:9

**I**

identification
18:10 43:9
identify 18:15
43:11
immediate
23:1,2,5,15
24:4,7,10,21
impair 6:16
Improper 42:16
include 45:16
included 4:21
includes 45:7
increase 37:11
indicated 51:5
indicates 42:2
individual 42:2
information
43:22 45:8,16
initially 40:16
interest 37:10
interested 42:6
49:16
interview 28:14
29:10,11,13
29:16,19,21
30:2,3,5,8,10
30:15,15,18
30:19,22 31:3
31:6,17,22
32:3,4,5,9,13
33:2,14,15,20
34:1,3,12,17
34:20 35:2,10
36:1,5,8,12
36:13 38:15
38:17,19,22
40:15,19 41:9
41:13,22
42:20
interviewed
28:10,12 29:2
29:4,6 42:2
interviewing
33:7 34:4,7
34:16 37:19
interviews 29:9

31:15 33:4
38:21
introduced
41:21
investigation
17:20
involved 21:5
involving 46:12
issues 17:10
17:11,12
19:10,14 21:5
21:6,12,14,21

**J**
January 22:11
22:14,15 23:6
job 1:22 10:21
11:9,15 18:1
45:3
Johanns 1:8
50:6 51:1
John 23:17
39:15 44:9
Johnson 12:4
15:11,22
Judith 3:10
50:1
July 7:14,17,20
8:12,16 25:20
42:3
jump 17:15

**K**
Kenneth 1:15
2:9 4:2 5:2,9
42:2 43:16
48:2,10 50:10
51:2,19
Kidwell 3:10
4:4 33:12
42:16 45:9,21
46:4 47:3,10
50:1,8
kind 21:16
know 5:18 6:1
6:3,10 16:16
27:9 31:8

Kenneth Nagel

Page 55

| | | | | |
|---|---|---|---|---|
| 32:19 34:9 | 27:13 33:2 | **Minority** 4:10 | **notice** 2:21 | **operations** 7:7 |
| 36:21 37:1,4 | 38:15,18 44:4 | 43:12 | 18:16 | 18:17 22:8 |
| 39:2 41:6 | **look** 42:4 | **minutes** 33:5 | **notified** 31:18 | 23:8,20 26:13 |
| 42:13 43:4 | **looking** 16:17 | 38:21 | **number** 26:1 | 44:20 |
| 44:13 45:17 | 37:11 41:6 | **month** 11:16 | 36:17 | **opposing** |
| 45:18 | **lot** 43:19 | 27:15 36:16 | **NW** 50:2 | 50:13 |
| **knowledge** | | **months** 11:17 | **N.W** 2:12 3:5 | **origin** 45:8,13 |
| 26:5,12 33:19 | **M** | 11:19 36:16 | 3:12 | **original** 50:10 |
| 42:8 | **main** 22:5 | **morning** 5:10 | | 50:13 51:6 |
| | **major** 14:20 | **moved** 16:18 | **O** | **outcome** 49:17 |
| **L** | 17:7 | | **O** 4:1 | **outgoing** 26:11 |
| **L** 1:21 2:21 | **man** 22:8 | **N** | **oath** 5:20 | **outside** 39:20 |
| 49:2 50:20 | **managed** 9:20 | **N** 4:1,1 | **Objection** | 46:17 |
| **Lancaster** | 10:2 17:17 | **Nagel** 1:15 2:9 | 42:16 | **oversight** 19:8 |
| 13:13,14,17 | **management** | 4:2 5:2,9,10 | **obligation** 5:21 | 20:8 |
| 15:12,14,15 | 7:5,22 8:1 9:6 | 39:7 42:3 | **observer** 31:2 | |
| **land** 10:7,9 | 11:13 20:20 | 43:6,16 45:11 | **obtain** 12:11 | **P** |
| 11:3,7 | 21:11 34:19 | 46:1,5 47:5 | 14:22 | **PA** 19:10,14 |
| **large** 17:15 | 35:15,21 36:3 | 48:2,10 50:10 | **obtained** 16:3 | **page** 4:2 18:19 |
| **Law** 2:11 3:4 | 36:14,20 | 51:2,19 | 25:20 | 50:10,13 |
| **learn** 28:2 39:7 | **Manager** 7:7 | **name** 5:8,10 | **occasions** | **pages** 48:3 |
| **letter** 37:5 | **March** 1:17 2:5 | 18:20 28:17 | 24:13 25:3,8 | **PAGE/LINE** |
| **let's** 16:15 | 51:2 | 51:5 | 25:15,20 | 51:7 |
| 25:18 39:3 | **marked** 18:9 | **narrowing** | **occur** 31:20 | **panel** 30:2,5 |
| **level** 16:6 | 18:13 43:7,8 | 34:10 | **October** 44:6 | 31:15 32:9 |
| 26:17 27:7 | **Master** 12:8 | **national** 15:21 | 44:17,18 | 33:6,18 35:9 |
| 28:4,4 | **math** 10:15 | 45:8 | **offered** 35:5 | 35:14,19 36:7 |
| **liaison** 19:5 | **matter** 51:3 | **Nebraska** 9:8,9 | 41:1,14 | **paper** 46:5 |
| **liaison's** 26:9 | **mean** 17:13 | 9:16 12:2,4 | **office** 3:11 5:11 | **parties** 49:12 |
| **limited** 33:4 | 19:15 37:1 | 12:13,17 13:7 | 9:6,9,14 | 49:15 |
| **Lincoln** 9:9 | 38:17 40:2 | 13:13,14,19 | 11:12 15:21 | **pending** 6:12 |
| 12:13 13:7,16 | 41:3 | 14:11 16:13 | 16:1 17:21 | **people** 17:17 |
| **Linda** 34:14 | **medical** 6:15 | **need** 6:9 21:7,7 | 26:9,18,20 | 17:19 26:22 |
| 37:15,20 | **medication** | 47:7 | 27:11,13 28:1 | 27:22 31:5 |
| 41:21 46:17 | 6:14 | **neither** 49:11 | 28:1 44:22 | 34:4,7 |
| **line** 18:6 22:6 | **meeting** 9:22 | **Nena** 3:19 | 46:17 50:1 | **perform** 20:2 |
| 34:10 | **meetings** 40:4 | **never** 27:2 28:6 | **officer** 49:2 | **performed** |
| **lines** 10:1 | **members** 33:6 | 38:9 | **offices** 2:11 3:4 | 35:1,10 |
| **list** 28:12 | 33:18 35:14 | **new** 26:8,10 | 15:22 21:19 | **period** 10:8 |
| **listed** 19:18 | 35:19 36:7 | **nine** 11:18 | 26:13 | 14:9,10 22:3 |
| **little** 21:5 | **method** 34:9 | 15:17 | **official** 7:5 | 31:9 36:11,15 |
| **live** 10:6 14:12 | **mid** 23:14,16 | **North** 17:20 | 22:22 38:13 | **Perkins** 16:13 |
| **loan** 9:21 | 25:18,19 | **Notary** 2:22 | **official's** 38:6 | **permanent** |
| **located** 9:7 | **MIKE** 1:8 | 49:1,19 | **Okay** 13:18 | 11:18 |
| **long** 7:10,15 | **miles** 13:8,9,10 | **noted** 51:4 | 19:4 33:15 | **permitted** |
| 8:15 11:15 | **minimum** 15:1 | **notes** 33:9,10 | **operation** 9:20 | 45:21 |
| 15:16 22:19 | | 33:13,15,18 | 10:3 | |

Kenneth Nagel

physical 37:2
place 31:7
  39:16
placed 11:17
  11:21 28:8
Plaintiff 1:6 3:2
  5:6
plaintiff's
  18:13
please 5:8 50:9
  50:12,15
point 5:17 6:10
  16:18 28:2
position 7:3,8
  7:11,12,13,18
  7:20 8:13,17
  8:19 9:3,5,11
  11:18,21 15:5
  15:6 16:21
  17:7,8 20:15
  20:17,18,20
  20:22 21:3,3
  21:10,11 22:1
  23:18 25:19
  27:8,18,20
  28:9,12,15,18
  29:15 30:9,10
  34:21 35:3,5
  35:6,11,16,21
  36:3,14,20
  37:3,14,20
  38:3,8,16
  39:1,9,14,17
  40:12,13,20
  40:22 41:5,15
  41:18 42:1,8
  42:15,20 43:1
  43:2 44:7
positions
  28:19,22 29:3
  29:5,7,12,14
  29:17,20,22
  30:3,16,22
  31:3,7,11,17
  31:22 32:6,9
  32:13 34:16

36:12 37:9
  40:12,16 41:7
  41:9,17
possible 37:12
  44:11
prepare 43:17
  44:10,18 45:4
  47:6
prepared 43:15
  43:16,19
  44:14,16
preparing 9:21
  10:1 44:2
present 3:18
  31:2
pretty 18:5
  42:18
previously
  26:12
Prior 7:17 24:9
  39:12
probably 20:12
  23:14 27:16
procedure
  ·50:14
proceedings
  47:7
process 31:14
  33:21
producers 9:22
production
  19:11
Profile 4:10
  43:12
program 4:9
  8:8,13,21
  11:21 12:9
  15:4 16:4
  17:1,11 18:2
  18:6,18 20:11
  20:17,21 21:1
  21:2,5,6,9,12
  22:1 24:22
  28:16,17 30:9
  32:22 35:2,6
  35:10,15,20

36:20 37:13
  38:2 39:1
  40:12 43:2
programs
  17:16 19:6,17
  34:21
progresses
  16:5
provide 6:4
  19:8
Public 2:22
  49:1,19
Puerto 17:18
purpose 6:6
  44:13
Pursuant 2:21
put 12:5 28:11
  36:17
P-R-O-C-E-E-...
  5:1

Q

qualified 28:12
question 5:19
  5:21 6:1,12
  6:13 8:11
  42:5,5,11,13
  42:19 45:10
questioning
  38:7 41:11
questions 5:15
  6:8 20:4,9
  30:21 31:1
  32:15,16 33:1
  33:8 36:6,10
  38:12 41:18
  41:19 45:20
  45:22 46:2
  47:4 50:15

R

race 45:7,12
Ramirez 30:7
  30:11 32:10
  32:14 34:15
ranchers 19:17
range 17:9

18:4
read 42:5 48:3
  51:3,4
reading 50:11
realm 19:22
reared 9:16
REASON 51:7
reasons 51:5
recall 6:2 19:13
  30:20 31:18
  32:1,2,3,8,12
  34:22 36:15
  37:16 42:10
  44:1,2,4,9,12
  45:1
receipt 50:12
receive 37:5
received 14:14
receiving 6:15
recess 39:5
record 47:8
  49:10 51:5
records 16:17
reduced 49:8
referencing
  42:14,22 43:1
  43:4
regarding
  50:11
related 41:18
  49:11
relative 49:14
remained
  23:10
remember 6:3
  25:1 26:19
  28:17 30:13
  30:17 31:1,4
  32:15,16 33:1
  33:9 34:13,15
  36:18 37:7,22
  38:11,20
  40:17 41:19
  43:18 45:18
rented 11:7
repeat 5:19

32:11 35:17
rephrase 5:19
report 23:21
  45:16
reported 1:21
  23:22
reporter 47:5
Reporter/Not...
  50:21
represents
  5:11
request 6:11
  6:11 51:4
requested
  44:17
required 18:5,8
respond 41:16
response 6:5,7
responses 6:7
responsibiliti...
  24:6
responsibility
  26:22 27:6
responsible
  50:11
review 29:11
  47:8
Rico 17:18
Robert 22:2,3
room 3:14 31:5
  50:3
rules 5:13
Russo 1:21
  2:21 49:2
  50:20

S

S 4:1
sat 36:9
saying 41:8
says 18:22
  42:6,14 43:16
  43:19
scale 16:11
school 10:10
  12:6

Kenneth Nagel

Page 57

se 43:18
second 33:22
    34:3,5,7,11
    34:17,20 36:1
    36:13 38:22
    40:19 41:9,12
secretary 1:8
    46:6
section 18:22
Sederis 1:5
    3:21 5:11
see 16:15
    18:20 19:1
    38:1,9
seen 33:13,15
selected 26:3
    28:13 35:15
    35:20 37:6,13
    37:17,21 38:2
    39:13
selecting 22:22
    38:6,13
selection 39:8
senior 26:16
sent 20:5
September
    15:10
series 7:8,18
    8:2,4,4,6,8,13
    8:15 39:8,14
    39:17 44:7
serve 23:11
    25:12,21
    27:12
served 24:10
service 7:1
    27:14 43:13
services 44:21
serving 28:5
seven 13:8,8
sheet 42:1 48:7
    50:13 51:1,4
    51:6
short 39:3,5
shorthand 49:7
show 41:20

43:6
showing 18:12
shows 45:12
signature
    47:11 50:10
    50:13 51:18
signed 48:7
    50:13 51:5
signing 50:11
similar 44:16
    44:18
sir 9:2 28:20
    30:4
six 11:16 20:12
    36:16
skills 42:9
small 18:7
    21:15
social 40:2
socialized
    39:19 46:16
Soloman 30:7
sorry 12:3 13:9
    15:18 16:13
    20:16 23:9
    29:17 45:9
sort 27:3
specialist 7:6
    8:1,1,21 17:1
    18:3 20:17,20
    20:21 21:2,9
    22:1 28:18
    34:19 35:2,6
    35:11,15
    37:14 38:3
    39:1 42:1
specific 21:20
    41:17,18
specifically
    17:10 32:17
    32:20,21
Springer 17:14
    21:19 22:2,4
    22:7,13,22
staff 21:15
staffing 17:21

stand 24:18
standard 42:19
start 5:14
started 8:17,19
    8:22 16:2
    22:2,9 30:19
state 5:8 9:8
    17:20 18:17
    19:8,9,20,20
    20:3,5,6,7,10
    20:12 22:8
    23:8,20 26:6
    26:6,8,10,11
    26:13 47:7
States 1:2 3:11
    3:20 50:1
stay 13:19,20
stayed 13:21
step 33:21
stock 10:6
stop 11:1
Street 3:12
    50:2
strengths 42:7
strike 21:1
student 12:19
    12:21
submit 29:9
submitted
    31:10
Suite 2:13 3:6
superior 27:22
superiors
    24:16,17
supervisor
    17:14 21:22
    22:4,6,7,20
    23:1,3,5,10
    23:12,15 24:4
    24:7,10,21
    25:4,11 27:6
    27:10,13 28:1
supervisory
    26:22
sure 5:16 8:5
    40:21 41:4

sworn 5:3 49:6

T

T 4:1,1
table 36:9
take 5:12 6:9
    6:13 16:21
    21:16 31:7
    33:14 39:3
    42:4 43:5
taken 39:5 49:3
    49:7,13 51:3
team 17:18
teams 17:15
Tecumseh
    12:2
tell 5:3 30:16
testified 5:5
testify 6:17
testimony 5:20
    21:8 36:3
    40:11 48:4,5
    49:4,6,10
Texas 17:16
Thank 43:5
    50:16
thing 31:13
think 8:22 26:4
    27:18 32:5
    33:11,14
    41:10,11
thought 41:1
    41:15
thousand 11:6
three 11:17
    19:7 21:18
    27:19 33:17
Tim 23:7
time 10:8,11
    12:22 14:9
    17:15 22:3,9
    23:10 26:7,14
    27:11,19
    28:15 34:5,8
    36:11,15 41:7
    44:5

title 7:2,5,6 8:2
    25:1,2
today 6:17 21:6
    45:20
told 29:4,6,21
    30:14 34:2
totally 8:5
    40:21
touches 15:13
trainee 9:6
    11:13
training 11:16
    11:20 15:3
    20:8 21:17,17
transcript 4:21
    47:6,8 50:11
    51:3,7
transcription
    48:5 49:8
transition 26:7
treatment 6:15
    6:16
Treese 34:14
    36:2 46:17,19
Treese's 41:21
    46:22
true 48:4 49:9
truth 5:3,4,4
truthfully 5:22
    6:17
trying 41:10,11
turn 18:19
two 9:21 15:22
    20:5 24:13
    25:8,16,17
    29:9 32:6,9
    32:13 40:12
    41:12
type 6:15 9:18
    10:5 20:1
    28:18 46:12

U

understand
    29:14,20
    30:12 32:7
    40:18

Kenneth Nagel

Page 58

| | | | |
|---|---|---|---|
| **understanding** 8:7,9 34:6,18 | 14:4 15:4 17:9 26:11 | **1966** 12:18 **1971** 12:15,18 | **55** 18:19 **555** 3:12 50:2 |
| **United** 1:2 3:11 3:20 50:1 | **working** 7:6 17:18,19,21 | **1991** 10:12,13 10:16 11:1,10 | **6** |
| **University** 12:13,17 13:6 13:19 14:11 | 26:5,8,10 **workload** 17:22 | 15:10 **1995** 16:16 **1999** 8:18,20 | **690** 2:13 3:6 **7** |
| **USDA** 7:15 9:1 9:4,19 10:12 11:9 | **workplace** 39:20 **write** 46:5 | 17:4 22:10 **2** | **7** 16:4,5,6 **9** |
| **U.S** 1:9 6:22 **V** | **Y** **year** 12:14 | **2** 4:10 43:7,8 **20009** 2:14 3:7 | **9** 16:7 **9-11** 27:18,21 |
| **Varied** 10:20 **variety** 45:6 | 16:14 **years** 7:16 9:1 | **2001** 22:12,15 23:6,14,14,16 | **91** 15:9 **92** 15:9 **99** 22:10,14 |
| **various** 19:16 20:11,11 | 10:14 12:16 15:18 36:18 | 25:18,19 **2003** 7:14,17 | |
| 21:20 25:15 **vs** 1:7 50:6 | **0** **06-0538(HHK)** | 7:21 8:12,16 25:20 42:3 | |
| 51:1 **W** | 1:8 **1** | 44:6,17,19 **2007** 1:17 2:5 | |
| **waiving** 47:11 **want** 47:8 | **1** 4:9 18:9,14 **10:05** 2:6 | 51:2 **2010** 49:21 | |
| **Washington** 1:16 2:14 3:7 | **11** 16:9 **11:14** 47:13 | **202-514-7250** 3:16 **202-785-2805** | |
| 3:15 16:19,22 22:18 50:3 | **1145** 8:2,4,8,15 **12** 1:17 2:5 | 3:8 **20530** 3:15 | |
| **wasn't** 38:7 **way** 12:5 29:14 | 16:9,12,14 **1200** 10:20 | 50:3 **26** 10:14 | |
| 30:12 32:7 40:17 | 11:5 **128** 15:1 | **28** 17:19 **297** 11:4 | |
| **week** 27:14 36:16 41:.,? | **13** 26:14 51:2 **14** 26:17 27:7 | **3** **30** 33:5 38:20 | |
| **weeks** 27:15 **went** 13:18 | 28:3,16 42:1 49:21 | 50:12 **301** 7:9,12,18 | |
| 16:4 **White** 26:9 | **148** 17:17 **15** 26:17 27:7 | 8:4,6 29:15 41:14 42:1 | |
| **wide** 45:6 **witness** 42:18 | 28:4 **16** 7:16 9:1 | **4** **4th** 3:12 50:2 | |
| 45:12 49:4,6 49:10 50:11 | 42:3 **179873A** 1:22 | **43** 4:10 **46** 4:4 | |
| **work** 7:4 9:18 15:19 20:3,11 | **18** 4:9 **1825** 2:12 3:5 | **5** | |
| 21:20 46:8 **worked** 7:15,16 | **1965** 10:11,13 10:16 | **5** 4:3 9:12,13 16:2,6 | |
| 7:17 9:21 | | | |